06-628 T

# RULE 7.1 DISCLOSURE STATEMENT

Wells Fargo & Company has no parent corporation and there is no publicly held corporation that owns 10% or more of Wells Fargo & Company and subsidiaries.

FILED
SEP 7 2006
U.S. COURT OF
FEDERAL CLAIMS