**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 06-628 T**
**(Judge Thomas C. Wheeler)**

**WELLS FARGO & COMPANY and SUBSIDIARIES**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Pursuant to RCFC 6(b) and 6.1, defendant respectfully moves for a sixty-day enlargement of time, from November 6, 2006, to and including January 5, 2007, within which to file an Answer or other responsive pleading to the plaintiff's Complaint. Plaintiff's counsel has authorized us to state that plaintiff consents to the granting of this motion. This is the first such enlargement requested. In further support of this motion, defendant submits the following:

1. On September 7, 2006, plaintiff filed its Complaint. Accordingly, defendant's Answer or other responsive pleading is due to be filed by November 6, 2006. RCFC, Rule 12(a).

2. Immediately after this case was filed, and at this office's request, the Internal Revenue Service initiated the process of compiling the administrative files. The IRS has advised that there are 27 separate transactions entered into in numerous years and which are the basis for

the very substantial tax benefits plaintiff is claiming for the year at issue, 2002. The IRS has further advised that the transactions are complex “SILO” (sale in, lease out) tax shelter transactions. Plaintiff’s transactions were audited by different IRS offices and individuals. The process of assembling the administrative files has therefore been more difficult and time consuming than usual.

3. Nevertheless, pertinent documents now have been located, assembled, and forwarded as the “administrative files” to the Chief Counsel, Internal Revenue Service. Defendant’s counsel has spoken to the IRS’ attorney in Minnesota who is charged with writing a draft of the IRS’ defense recommendation to be forwarded to the Department of Justice. Defendant’s counsel has been advised that the draft is nearing completion, and it then will be sent to the National Office for review and comment. Since the government considers the litigation of tax shelter cases to be of critical importance, the National Office review will be comprehensive. The IRS advises that the defense recommendation and administrative files are expected to be forwarded soon to the Department of Justice, but the exact date is not known.

4. The administrative files and a defense recommendation are essential to the preparation of a meaningful response to plaintiff’s Complaint. Defendant’s attorneys promptly will review them upon their receipt and prepare an Answer or other response to plaintiff’s Complaint.

5. A sixty-day enlargement of time is necessary to allow sufficient time for the Department of Justice to receive the administrative files and defense recommendation and prepare an Answer or other responsive pleading.

Respectfully submitted,

s/ Steven I. Frahm
STEVEN I. FRAHM
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6504 (telephone)
(202) 514-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

November 2, 2006