# In the United States Court of Federal Claims

No. 06-628T

(Filed: November 3, 2006)

```
*************************************** *
                                        *
WELLS FARGO & COMPANY                   *
AND SUBSIDIARIES,                       *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

ORDER

On November 2, 2006, counsel for Defendant filed with the Court a Motion For Enlargement requesting an additional sixty days, to and including January 5, 2007, to file its response to Plaintiff's Complaint. For good cause shown, Defendant's motion is GRANTED. The Court will not favorably view future motions for enlargements of time to respond to the Complaint absent a showing of extraordinary circumstances.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge