IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-628 T
(Judge Thomas C. Wheeler)

WELLS FARGO & COMPANY and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
IN WHICH TO FILE AN ANSWER

Pursuant to RCFC 6(b) and 6.1, the defendant, the United States, asks the Court for a 14-day enlargement of time, from January 5 through January 19, 2007, inclusive, within which to file its answer. This is the second enlargement the defendant has sought for this purpose; the first was granted for 60 days. The defendant's trial attorney has discussed this motion with the plaintiff's attorney, who said that he will object to its allowance.

As good cause for this motion, the defendant states that the defendant did not receive the administrative files and the views of the Internal Revenue Service (as required by 28 U.S.C. § 520) until December 26, 2006. The defendant's counsel of record was assigned to this case on January 3, 2007–the day he returned from a Christmas vacation. The defendant cannot respond to the complaint until the trial attorney has become familiar with the file and has understood the 100 allegations in the 22-page complaint.

WHEREFORE the defendant asks the Court to allow this motion.

Respectfully submitted,

s/ Robert Stoddart

ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/ Steven I. Frahm
Of Counsel

January 4, 2007