**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WELLS FARGO & COMPANY and SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-628 T** |
| | ) | **Judge Thomas C. Wheeler** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Plaintiff, Wells Fargo & Company and Subsidiaries, opposes Defendant's second Motion for an Enlargement of Time in which to File an Answer ("Second Motion"), which was filed with the Court on January 4, 2007.

1. On November 2, 2006, Defendant filed its first Motion for Enlargement of Time to File Answer ("First Motion"), which Plaintiff did not oppose. In acquiescing to Defendant's request for an extra 60 days to file its Answer (i.e., double the amount of time provided for by the Rules of the Court of Federal Claims), Plaintiff stated to Defendant's counsel in an e-mail dated November 2, 2006 that: "We agree to the 60-day extension, but would like to make clear that we would be opposed to any further extension and want to move the case expeditiously once the answer is filed." In reply, Defendant's counsel stated in an e-mail on the same date that: "We do not anticipate needing an additional extension . . . ." Most importantly, in granting the Defendant's First Motion, the Court's Order dated November 3, 2006 stated that: "The Court will not favorably view future motions for enlargements of time to respond to the Complaint absent a showing of extraordinary circumstances."

2. Defendant has not shown the "extraordinary circumstances" justifying additional time in which to file an Answer. Accordingly, in light of the Court's Order dated November 3, 2006, Plaintiff opposes Defendant's Second Motion, as Plaintiff originally stated it would back in November.

Respectfully submitted this 10th day of January, 2007.

s/ Thomas C. Durham
Thomas C. Durham
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 701-7216
Fax: (312) 706-9187
tdurham@mayerbrownrowe.com

Attorney for Plaintiff