# In the United States Court of Federal Claims

No. 06-628T

(Filed: January 11, 2007)

| | |
|---|---|
| *************************************** | * |
| | * |
| WELLS FARGO & COMPANY<br>AND SUBSIDIARIES, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

ORDER

On January 9, 2007, counsel for Defendant filed with the Court a Motion For Enlargement requesting an additional fourteen days, to and including January 19, 2007, to file its Answer to Plaintiff's Complaint. Plaintiff opposes Defendant's motion.

As good cause for Defendant's motion, counsel cites his late assignment to the case and his need to review the recently received administrative files. The Court accepts Defendant's representations, and GRANTS the motion for enlargement. Because the Court has already granted Defendant a sixty day enlargement, however, the Court will not entertain future motions for enlargements of time to respond to the Complaint.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge