IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 06-628 T
(Judge Thomas C. Wheeler)

WELLS FARGO & COMPANY and SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

NOTICE OF APPEARANCE

---

Please enter the appearance of Cory A. Johnson as attorney of record for the United States. Opposing parties should serve all papers upon:

Cory A. Johnson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington, DC 20044

Dated: January 26, 2007

*s/ Cory A. Johnson*
CORY A. JOHNSON
Justice Department (Tax)
Court of Federal Claims Section
Tel.: (202) 307-6445
FAX: (202) 514-9440