# In the United States Court of Federal Claims

No. 06-628T

(Filed: March 27, 2007)

```
*************************************** *
                                        *
WELLS FARGO & COMPANY                   *
AND SUBSIDIARIES,                       *
                                        *
               Plaintiff,               *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
               Defendant.               *
                                        *
*************************************** *
```

PRELIMINARY SCHEDULING ORDER

On March 27, 2007, the Court held a preliminary scheduling conference with counsel for the parties. Pursuant to the proposed schedule set forth in the March 12, 2007 Joint Preliminary Status Report, the Court hereby enters the following deadlines for discovery in this case:

1. All fact discovery shall be completed by April 30, 2008;

2. Expert reports are due by June 15, 2008;

3. Expert rebuttal reports are due by July 15, 2008;

4. Expert discovery shall be completed by August 15, 2008.

The Court will conduct a telephonic status conference on September 4, 2007 at 2:00 PM to discuss the progress of discovery, and the need for any adjustment to the above schedule. Counsel may also address whether the parties have been able to identify

representative transactions that might serve as a basis for narrowing the scope of the issues before the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge