# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **WELLS FARGO & COMPANY and SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-628 T** |
| **v.** | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

# PLAINTIFF'S MOTION TO SUBSTITUTE ATTORNEY OF RECORD

Thomas C. Durham
Attorney of Record
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Dr.
Chicago, IL 60606
Counsel for Plaintiff
Telephone: (312) 701-7216
Facsimile: (312) 706-9187

Of Counsel:
Joel V. Williamson
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Dr.
Chicago, IL 60606
Telephone: (312) 701-7229
Facsimile: (312) 706-9204

**PLAINTIFF'S MOTION TO SUBSTITUTE ATTORNEY OF RECORD**

Pursuant to Rule of the United States Court of Federal Claims 83.1(c)(4), Wells Fargo & Company and Subsidiaries ("Wells Fargo") moves the Court for an order allowing Wells Fargo to substitute Joel V. Williamson of Mayer, Brown, Rowe & Maw LLP for Thomas C. Durham also of Mayer, Brown, Rowe & Maw LLP as the Attorney of Record for Wells Fargo. In support thereof, Wells Fargo respectfully shows the Court as follows:

1. Both the undersigned and Thomas C. Durham are members of the firm Mayer, Brown, Rowe & Maw LLP.

2. The undersigned is therefore familiar with all proceedings, motions and pleadings before the Court to date.

3. At this time, Mr. Durham has health issues that preclude him from functioning in the role of Attorney of Record for Wells Fargo.

4. This matter has been discussed with Wells Fargo, which fully consents to this substitution.

5. Thomas C. Durham fully consents to the substitution.

6. this matter has been discussed with counsel for Defendant, who consents to this motion being granted.

WHEREFORE, the undersigned requests that the Court enter an Order allowing substitution of Joel V. Williamson as Wells Fargo's Attorney of Record. A proposed form of Order granting this motion to substitute attorneys is being submitted for the Court's consideration.

Submitted this the 27th day of July, 2007.

/s/ Joel V. Williamson
Joel V. Williamson
Counsel for Plaintiff
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Dr.
Chicago, IL 60606
Telephone: (312) 701-7229
Facsimile: (312) 706-9204
jwilliamson@mayerbrownrowe.com

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WELLS FARGO & COMPANY and SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-628 T** |
| **v.** | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF JOEL V. WILLIAMSON<br>IN SUPPORT OF APPOINTMENT AS ATTORNEY OF<br>RECORD FOR THE PLAINTIFF**

I, Joel V. Williamson, hereby declare and certify pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the United States Court of Federal Claims and have been appointed as the Attorney of Record for Wells Fargo & Company and Subsidiaries ("Wells Fargo") in the above-captioned proceeding. I submit this Affidavit in support of Wells Fargo's Motion to Substitute Attorney of Record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 27, 2007

/s/ Joel V. Williamson
Joel V. Williamson
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Dr.
Chicago, IL 60606
Telephone: (312) 701-7229
Facsimile: (312) 706-9204
jwilliamson@mayerbrownrowe.com
Attorney for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WELLS FARGO & COMPANY and SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-628 T** |
| **v.** | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF THOMAS C. DURHAM IN SUPPORT OF APPOINTMENT OF JOEL V. WILLIAMSON AS ATTORNEY OF RECORD FOR THE PLAINTIFF**

I, Thomas C. Durham, hereby declare and certify pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the United States Court of Federal Claims and consent to the substitution of Joel V. Williamson as the Attorney of Record for Wells Fargo & Company and Subsidiaries ("Wells Fargo") in the above-captioned proceeding. I submit this Affidavit in support of Wells Fargo's Motion to Substitute Attorney of Record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 27, 2007

/s/ Thomas C. Durham

Thomas C. Durham
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 701-7216
Fax: (312) 706-9187
tdurham@mayerbrownrowe.com

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WELLS FARGO & COMPANY and SUBSIDIARIES** | ) | **No. 06-628 T** |
| | ) | **Judge Thomas C. Wheeler** |
| **Plaintiff,** | ) | |
| | ) | **ORDER TO SUBSTITUTE ATTORNEY OF RECORD** |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

CAME ON FOR CONSIDERATION THE MOTION TO SUBSTITUTE ATTORNEY OF RECORD in the above-captioned proceeding. The Court, having considered the Motion, is of the opinion that it is meritorious and should be GRANTED. It is, therefore,

ORDERED that Joel V. Williamson be substituted as the Attorney of Record for Wells Fargo & Company and Subsidiaries, Plaintiff.

This the ____ day of _____________, 2007.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2007, a copy of the foregoing Plaintiff's Motion to Substitute Attorney of Record was served via electronic means, on the following:

Cory A. Johnson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
555 Fourth Street, N.W.
Washington, D.C. 2001
Cory A.Johnson@usdoj.gov
*Counsel for Defendant*

/s/ Joel V. Williamson
Joel V. Williamson
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Dr.
Chicago, IL 60606
Telephone: (312) 701-7229
Facsimile: (312) 706-9204