# In the United States Court of Federal Claims

No. 06-628T

(Filed: September 4, 2007)

```
*************************************** *
                                        *
WELLS FARGO & COMPANY                   *
AND SUBSIDIARIES,                       *
                                        *
                     Plaintiff,         *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                     Defendant.         *
                                        *
*************************************** *
```

SCHEDULING ORDER

On September 4, 2007, the Court held a telephonic status conference with counsel for the parties to discuss the progress of discovery and the possible narrowing of the issues for trial. The parties are requested to be available for another telephonic status conference on January 3, 2008 at 2:00 p.m.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge