# In the United States Court of Federal Claims

No. 06-628T

(Filed: January 3, 2008)

****************************************
WELLS FARGO & COMPANY
AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
****************************************

AMENDED SCHEDULING ORDER

On January 3, 2008, the Court held a telephonic status conference with counsel for the parties to discuss the progress of discovery. After considering the parties' positions, the Court agreed to extend all discovery deadlines set forth in the Court's March 27, 2007 Order, by three months. Accordingly, the Court hereby amends the following deadlines for discovery in this case:

1. All fact discovery shall be completed by July 30, 2008;

2. Expert reports are due by September 15, 2008;

3. Expert rebuttal reports are due by October 15, 2008;

4. Expert discovery shall be completed by November 17, 2008.

The Court will conduct a telephonic status conference on March 27, 2008 at 2:00 PM (EDT), to discuss the progress of discovery, and the need for any further adjustment to the above schedule. The parties are requested to submit any proposed adjustments to the

discovery schedule in a joint status report to be filed on or before March 20, 2008. In addition, counsel for the parties are requested to notify the Court on or before Monday, January 14, 2008 of any objection regarding the Court's disclosure of a family member who works for AIG.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge