**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**No. 06-628 T**
**(Judge Thomas C. Wheeler)**

**WELLS FARGO & COMPANY and SUBSIDIARIES,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**THE UNITED STATES' NOTICE IN RESPONSE TO THE COURT'S ORDER OF JANUARY 3, 2008**

---

On January 3, 2008, during a scheduled status conference, the Court advised the parties of a family member employed by AIG, and requested that the parties notify the Court if they have any objection to this Court proceeding with the case in light of this fact. Based on the discussions with the Court on January 3 and 11, 2008, the United States does not have any objection at this time.

As the United States offered during the January 11 conference, it is listing below the AIG affiliated entities that, in addition to AIG, Inc., participated in the transactions at issue in this case. Based on discovery obtained to date, the United States believes they are as follows: AIG-FP Funding (Cayman) Limited; AIG-FP Special Finance (Cayman) Limited; AIG Matched Funding Corp.; AIG Financial Products (Jersey) Limited; AIG Special Finance (Jersey) Limited; AIG Funding (Cayman) Limited; AIG Financial Products Corp.; and AIG-FP Special Finance

(Jersey) Limited. In general, these entities purportedly provided nonrecourse loans, guaranteed certain payments or acted as a custodian for funds or securities in connection with the transactions. Although the transactions involving these entities will be at issue in this case, and the United States expects to seek discovery from AIG, the tax liabilities of AIG and its affiliates are not at issue in this case.

Respectfully submitted,

*s/ Cory A. Johnson*
CORY A. JOHNSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-3046
FAX: (202) 514-9440
Cory.A.Johnson@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief
JENNIFER P. WILSON
Trial Attorney
RICHARD H. BOWLES
Trial Attorney

*s/ Steven I. Frahm*
Of Counsel

January 14, 2008