**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WELLS FARGO & COMPANY and SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-628 T** |
| **v.** | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**RESPONSE TO AMENDED SCHEDULING ORDER**

The Court issued an AMENDED SCHEDULING ORDER on January 3, 2008, which requested that counsel for the Parties notify the Court of any objection regarding the Court's disclosure of a family member who works for AIG. Plaintiff has no objection.

Dated: January 14, 2008.

Respectfully submitted by:

s/ Joel V. Williamson
Joel V. Williamson
Attorney of Record
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7229