# In the United States Court of Federal Claims

**06-628T**

**Filed: February 11, 2008**

**WELLS FARGO AND COMPANY AND SUBSIDIARIES**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 Volume)**
**Held in Washington, D.C.**
**January 11, 2008**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.