**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 06-628 T**
**(Judge Thomas C. Wheeler)**

**WELLS FARGO & COMPANY and SUBSIDIARIES,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**JOINT STATUS REPORT**

At plaintiff's request, the Court has scheduled a status conference for March 14, 2008 at 9:30 a.m. ET. The Court requested that the parties submit this joint status report stating the issues they would like to address.

The parties intend to address Plaintiff's First Request for Production of Documents and Plaintiff's First Set of Interrogatories to the United States. In these requests, plaintiff sought discovery primarily from the Federal Transit Administration. Plaintiff claims that the United States' responses to this discovery are inadequate. The United States disagrees. It believes that it has fully responded to plaintiff's requests concerning the transactions at issue in this case, but that plaintiff's requests are also, in part, objectionable. The parties have discussed their respective positions concerning the discovery, and plaintiff would now like to discuss with the Court a procedure and schedule for resolving the remaining disputes.

Plaintiff would also like to address its requests for depositions of current and former employees of the Federal Transit Administration. Counsel for the United States is currently discussing plaintiff's requests, and the FTA's authorization of any such testimony under 49 CFR Part 9, with the FTA.

The parties discussed the appropriateness of including more specific statements regarding the disagreements between the parties in response to the Court's order. It was decided that, even if a more detailed statement of the issues was contemplated, the time prior to the conference would not permit adequate time for both parties to present their positions.

Respectfully submitted,

*s/ Joel V. Williamson*

JOEL V. WILLIAMSON
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
TEL: (312) 701-7229
FAX (312) 706-9187
jwilliamson@mayerbrown.com

Attorney for Plaintiff

*s/ Cory A. Johnson*

CORY A. JOHNSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-3046
FAX: (202) 514-9440
Cory.A.Johnson@usdoj.gov

JOHN A. DICICCO
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief
JENNIFER P. WILSON
Trial Attorney
RICHARD H. BOWLES
Trial Attorney

*s/ Steven I. Frahm*
Of Counsel

Attorney for the United States

March 13, 2008