# In the United States Court of Federal Claims

No. 06-628T

(Filed: March 14, 2008)

| | |
|---|---|
| ****************************************** | * |
| | * |
| WELLS FARGO & COMPANY | * |
| AND SUBSIDIARIES, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

SCHEDULING ORDER

On March 14, 2008, the Court held a telephonic status conference with counsel for the parties to discuss various discovery issues raised by Plaintiff. By agreement with counsel, the parties shall observe the following deadlines:

1. Plaintiff shall depose the Federal Transit Administration's Rule 30(b)(6) witness(es) on or before April 4, 2008;

2. Defendant shall correct the errors in its document production to Plaintiff on or before March 28, 2008; and

3. Following completion of the Rule 30(b)(6) deposition, Plaintiff may file with the Court a motion to compel as to any unresolved discovery issues.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge