# In the United States Court of Federal Claims

No. 06-628T

(Filed: March 28, 2008)

*************************************** *
*
WELLS FARGO & COMPANY *
AND SUBSIDIARIES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

## THIRD AMENDED SCHEDULING ORDER

On March 27, 2008, the Court held a telephonic status conference with counsel for the parties to discuss the progress of discovery and a trial schedule. The Court has reserved approximately one month for trial, beginning February 3, 2009. The discovery deadlines established in the Court's January 3, 2008 Amended Scheduling Order remain in effect.

The Court will conduct a status conference with counsel for the parties on June 24, 2008 at 10:00 AM, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C., to discuss the progress of discovery and the need for any adjustment to the schedule. The parties are requested to submit any further proposed adjustments to the discovery schedule in a joint status report by June 20, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge