**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WELLS FARGO & COMPANY and SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-628 T** |
| **v.** | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

For the reasons set forth in the accompanying Plaintiff's Memorandum in Support of its Motion To Compel Production of Documents, Plaintiff moves this Court to require that Defendant produce documents that are responsive to Plaintiff's Second Request for Production of Documents.

Plaintiff's Second Request for Production of Documents was served upon Defendant on February 22, 2008. When no response was received by March 25, 2008, Plaintiff inquired regarding the status of its request. Defendant indicated that it regarded the request as improper and would not be producing the requested documents. During the status conference on March 27, 2008, Plaintiff advised the Court that this motion would be forthcoming. On March 31, 2008, Defendant served on Plaintiff its Response to Plaintiff's Second Request for Production of Documents alleging the request is overbroad, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Defendant also asserts that some responsive documents may be privileged.

Each of Plaintiff's requests is reasonably calculated to lead to the discovery of admissible evidence, and this Court should compel Defendant to produce all responsive documents pursuant to RCFC 37(a).

Respectfully submitted this 4th day of April, 2008.

By: Joel V Williamson (WAS)
JOEL V. WILLIAMSON
Attorney of Record
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7229

By: William A Schmalzl
WILLIAM A. SCHMALZL
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7225

**CERTIFICATE OF SERVICE**

I, William A. Schmalzl, hereby certify that on this 4th day of April, 2008, I caused the foregoing Plaintiff's Second Request for Production of Documents to be served upon the United States of America by e-mail, to the following:

Cory A. Johnson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
555 Fourth Street, N.W.
Washington, D.C. 2001
Cory.A.Johnson@usdoj.gov
*Counsel for Defendant*

By: William A. Schmalzl
WILLIAM A. SCHMALZL
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7225