**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **WELLS FARGO & COMPANY and SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-628 T** |
| **v.** | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

JOEL V. WILLIAMSON
Attorney of Record
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7229

*Counsel for Plaintiff*

# INDEX

**Page**

**Introduction** ........................................ 1

**Argument:**

I. Plaintiff Is Entitled to Documents upon which Defendant Intends to Rely to Show Plaintiff's Reporting of these Transactions ........................................ 2

II. Plaintiff is Entitled to Discovery of the Administrative File ........................................ 4

**Conclusion** ........................................ 6

**Exhibit A**

**Exhibit B**

# CITATIONS

**Page**

**Cases:**

*Macaulay v. Anan*, 321 F.3d 45 (1st Cir. 2003)....................4

*Jade Trading, LLC v. United States*, 65 Fed. Cl. 487 (Ct. Fed. Cl., 2005)....................4

*United States v. Bahrs*, 98 A.F.T.R. 2d 2006-5417 (N.D. Fla. 2006)....................4

*Fowler v. United States*, 89 A.F.T.R. 2d 2002-2736 (Ct. Fed. Cl. 2002)....................5

**Miscellaneous:**

RCFC 26....................4

Fed. R. Civ. P. 34....................5

*Peyser,* 631-3rd T.M., *Refund Litigation* (BNA), at A-39....................5

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **WELLS FARGO & COMPANY and SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-628 T** |
| **v.** | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Plaintiff files this Reply to the Response by the United States to Plaintiff's Motion to Compel Production of Documents.

The current dispute arises out of a potential disagreement over the numerical calculations relating to Plaintiff's lease investments. The IRS conducted an extensive audit of Plaintiff's leasing investments. At the conclusion of this audit, the parties appeared to agree on the numerical calculations relating to Plaintiff's leasing investments, while continuing their disagreement over the characterization of these investments.

In Defendant's second set of discovery, however, Defendant asked numerous questions concerning Plaintiff's tax and accounting treatment of its leasing investments. Since the numerical reporting of Plaintiff's lease investments had not been challenged in the audit, Plaintiff sought to determine what evidence, if any, Defendant possessed that might indicate a dispute about the specific dollar amounts related to Plaintiff's leasing investments.

Accordingly, Plaintiff filed a Second Request for Production of Documents ("Plaintiff's Second Request") to seek discovery concerning any possible disagreements over the numerical calculations of tax resulting from Plaintiff's leasing investments. When Defendant refused to respond to Plaintiff's Second Request, Plaintiff filed its Motion to Compel Production of Documents ("Plaintiff's Motion").

As stated in Plaintiff's Memorandum In Support Of Its Motion To Compel Production Of Documents ("Plaintiff's Memorandum) p. 3, Plaintiff filed its Second Request "in order to determine whether Defendant had gathered information that it might rely on . . . to challenge the heretofore unchallenged numerical effects of the transaction."

Part I of this Reply responds to Defendant's claim that Plaintiff is not entitled to discovery of documents on which Defendant intends to rely to show a disagreement over the Plaintiff's tax reporting. Part II of this Reply relates to Defendant's claims regarding the administrative file.

## I. Plaintiff Is Entitled to Documents upon which Defendant Intends to Rely to Show Plaintiff's Reporting of these Transactions.

Defendant's Response by the United States to Plaintiff's Motion to Compel Production of Documents ("Defendant's Response") is based almost entirely upon a mischaracterization of the Motion and of Plaintiff's Second Request. Defendant repeatedly states that Plaintiff is seeking discovery of "Defendant's conclusions." Plaintiff is doing no such thing. As the Second Request plainly states, Plaintiff is seeking "*all documents* which Defendant anticipates relying on" to show a difference between the amounts reported by Plaintiff and the amounts set forth in the Revenue Agent's Report.

Assume, for example, that Defendant has compiled or obtained a schedule or workpapers questioning or otherwise inconsistent with the amounts reported on the taxpayer's return.

Assume further that Defendant plans to rely on this document. Defendant's position is that it can withhold this document until "the United States completes discovery." Defendant's Response, pp. 8-9. Allowing Defendant to spring such a document on Plaintiff after the close of discovery would obviously prevent Plaintiff from conducting its own discovery in connection with such document. As stated in Plaintiff's Memorandum:

> Obviously, waiting until exhibit lists are exchanged would severely limit Plaintiff's ability to develop admissible evidence to address any challenges as to the amount of the impact on taxable income of these transactions. If Defendant has information that it intends to use to challenge the heretofore unchallenged amounts reported for tax and accounting purposes, Plaintiff clearly needs to know what that information is.

Plaintiff's Memorandum, p. 6.

Plaintiff does not dispute that Defendant can raise issues that were not raised during the audit. However, given that Defendant has been examining Plaintiff for years with respect to the transactions at issue,[1] expansive discovery now about amounts that previously appeared uncontested makes little sense, unless Defendant has information or other documents on which it intends to rely in an attempt to show that the amounts reported by Plaintiff are "different than the amounts set forth in the attachments to the Revenue Agent's Report." Plaintiff's Second Request, No. 12. It seems clear that Defendant must have such documents, but intends to withhold them until the "United States completes discovery." Defendant's Response, pp. 8-9. If Defendant has no such documents and does not intend to rely on such documents, it could simply have said so, and reserved the right to supplement its production if such documents subsequently were uncovered.

---

[1] Plaintiff cannot comprehend Defendant's blanket assertion "The information and documents that the United States is developing through discovery in this case was not previously requested or obtained by the IRS." (Defendant's Response, p. 3.) For example, despite the fact that the IRS has completed or is in the process of conducting audits that included these transactions for the years 1999 through 2006, Defendant's Response, p. 6 n. 3, Document Request No. 11 is "All documents and work-papers relating to the reporting or potential reporting of the

Defendant's apparent claim that it "will disclose the documents it intends to rely on . . . pursuant to RCFC 26(a)(1)" . . . "[*following* the completion of discovery", Defendant's response, p. 9, plainly has no basis in the Rules (emphasis added). Rule 26 disclosures must be supplemented if previous disclosures were incorrect or incomplete, in order "to avoid trial by ambush." *Macaulay v. Anan*, 321 F.3d 45, 50 (1st Cir. 2003). Defendant has an obligation to disclose all evidence on which it intends to rely, and cannot wait until the close of discovery. Plaintiff's withholding of relevant information is exactly the result Rule 26 was intended to prevent.

Defendant attempts to sidestep Rule 26 by incorrectly claiming that Plaintiff is seeking "Defendant's conclusions." Plaintiff is *not* seeking Defendant's conclusions but rather is seeking the underlying documents and evidence, such as work papers, on which Defendant intends to rely. There is absolutely nothing in the Second Request which seeks Defendant's conclusions and Defendant's claim in this regard is a red herring. Similarly, Plaintiff is not seeking Defendant's analyses and theories. Plaintiff only seeks the *evidence* on which Defendant plans to rely to support its analyses, theories, and conclusions.

## II. Plaintiff is Entitled to Discovery of the Administrative File

Defendant's next claim is that the administrative file is not relevant evidence. This Court, however, has allowed discovery of the administrative file. *Jade Trading, LLC v. United States*, 65 Fed. Cl. 487, 491 (Ct. Fed. Cl., 2005) ("The documents in Plaintiff's Administrative Files are clearly relevant because they formed the underpinnings of the FPAA or contain date considered by the IRS in issuing the FPAA, challenged in this action."). Other courts have also allowed discovery of the administrative file. *United States v. Bahrs*, 98 A.F.T.R. 2d 2006-5417

---

Transactions for federal tax purposes." Obviously, many, many documents and other information responsive to this request have been previously requested and provided.

(N.D. Fla. 2006); *Fowler v. United States*, 89 A.F.T.R. 2d 2002-2736 (Ct. Fed. Cl. 2002) (privileged documents from administrative file not produced). At least one practice manual indicates that the production of the administrative file is routine:

> In response to a Fed. R. Civ. P. 34 request for production of the IRS's administrative files relating to the tax periods raised in the complaint, the government generally complies, producing the factual portions of the revenue agent's and other reports, as well as the agent's work papers.

*Peyser*, 631-3rd T.M., *Refund Litigation* (BNA), at A-39.

The requested documents are relevant. Indeed, the information in these files overlaps substantially with the information sought by Defendant's discovery requests. As an example, attached as Exhibits A and B are two documents prepared by Defendant showing its understanding of the cash flows that result from one of these transactions. The documents, information, work papers, analyses, etc., that enabled the agents to produce these schedules are either themselves admissible evidence or are reasonably likely to lead to admissible evidence.

As Defendant repeatedly states in its Response, Defendant potentially could develop evidence that contradicts or modifies these schedules. But even if Defendant does so, the content of the administrative files requested by Plaintiff remains relevant. To the extent that the file contains documents or other information that supports these schedules, those documents or other information remain potential evidence even if Defendant now seeks to reach opposite conclusions. If, on the other hand, the file contains documents or other information that suggests that the amounts on these schedules are incorrect, Plaintiff needs to know so that it can prepare for the event Defendant attempts to use such information. Hence, regardless of whether Defendant adopts or repudiates the conclusions of the IRS agents, the information they gathered remains a source of potential evidence.

**CONCLUSION**

For reasons set forth above, Plaintiff asks that this Court enter an ORDER compelling Defendant to produce all responsive documents.

Respectfully submitted this 5th day of May, 2008.

Joel V Williamson by WAS

JOEL V. WILLIAMSON
Attorney of Record
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7229

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I, William A. Schmalzl, hereby certify that on this 5th day of May, 2008, I caused the foregoing Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Compel Production of Documents to be served upon the United States by UPS and email, to the following:

Cory A. Johnson
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
555 Fourth Street, N.W.
Washington, D.C. 20001
Cory.A.Johnson@usdoj.gov
*Counsel for Defendant*

WILLIAM A. SCHMALZL
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7225

EXHIBIT A

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank MN., N.A.**
**Los Angeles County Metropolitan Transit Authority (LACMTA) Lease**

**Attachment 1**
**RAR 038-1**
**LACMTA**

## LACMTA Cash Flow Diagram for Years 2000 through 2022 (Up to EBO Date).




1. Equity investor's contribution is deposited to the Trustee on the closing date.
2. The Lender transfers the Loan Commitment proceeds to the Trustee.
3. A head lease prepayment equal to 99.89% of the equipment cost is made at closing. A final payment of rent in the amount of $350,000 is payable on January 2, 2022.
4. LACMTA transfers the Debt PUA amount to the Debt Payment Undertaker.
5. LACMTA will transfer the Equity Commitment amounts to the Equity Undertaker. The difference between the Equity investment and the Equity Undertaking Fee is the funds due LACMTA: $6,156,802.63.
6. Equity Strip Exposure risk ( the difference between WFB's investment and the partial cash defeasance) is supported by a surety bond with Financial Security Assurance, Inc.
7. Promoter and Advisor fees related to the transaction.
8. Equipment is subleased back to LACMTA.
9. The rent payable by LACMTA will be paid by the Debt and Equity PUA deposits.
10. Rent payments of $76,618,874 and Purchase Option proceeds of $91,221,317 are assigned to the Lender's account = $167,840,191.
11. Debt of $56,098,223 + Interest of $111,741,968 = $167,840,191.
12. Scheduled Payments Per the Equity Payment Agreement.
13. Purchase Option proceeds due to the Equity Investor.

EXHIBIT B

Wells Fargo & Company and Subsidiaries
Wells Fargo Bank Minnesota, N.A.
2000 LACMTA SILO transaction Equipment value: $71,120,000
Cash flow analysis
Purchase option exercised

Exhibit 1
RAR 038-1

| | Wells Fargo Bank Minnesota, N.A. Equity investor | | | | | LACMTA Head lessor/sublessee | | | | | AIG-FP Funding (Cayman) Limited Lender | | | AIG-FP Special Finance (Cayman) Limited Payment Undertaker | | | | AIG Financial Products Equity Undertaker | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction year | Equity Investment | Loan payments received from/ (made to) Investments | Lease payments (made to)/ received from Tax-exempt entity | Purchase option payment amount | Cash flow for Lease Finance | Lease payments received from (made to) Trust | Payments (made to ) received from Pymt undertaker | (Purchase)/Receipt of US STRIPS Purchase Option and other equity | Purchase option payment amount | Cash flow for Tax-exempt | Loan (made to)/ received from Taxpayer | Loan payments (made to)/ received from payment undertaker | Cash flow for Investments | Payments (made to)/ received from lender | Payments (made to)/ received from Owner/sublessees | Cash flow for Asset Funding | (Col N + Col O) Total to Deposit Taker Lender | Payment (made to)/ received from Owner/sublessees | Net cash flow |
| 6/22/2000 | 14,940,935 | 56,098,223 | ( 71,039,158 ) | | 0 | 71,039,158 | ( 56,098,223 ) | ( 8,784,133 ) | | 6,156,803 | ( 56,098,223 ) | | ( 56,098,223 ) | | 56,098,223 | 56,098,223 | 0 | 8,784,133 | 14,940,935 |
| | | | | | 0 | | | | | 0 | | | 0 | | | 0 | 0 | | 0 |
| 22-Sep-00 | | 0 | 0 | | 0 | 0 | 0 | | | 0 | | 0 | 0 | 0 | | 0 | 0 | | 0 |
| 2-Jan-01 | | ( 891,220 ) | 891,220 | | ( 0 ) | ( 891,220 ) | 891,220 | | | 0 | | 891,220 | 891,220 | ( 891,220 ) | | ( 891,220 ) | 0 | | ( 0 ) |
| 2-Jan-02 | | ( 3,240,798 ) | 3,240,798 | | 0 | ( 3,240,798 ) | 3,240,798 | | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | 0 | | 0 |
| 2-Jan-03 | | ( 3,240,798 ) | 3,240,798 | | 0 | ( 3,240,798 ) | 3,240,798 | | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | 0 | | 0 |
| 2-Jan-04 | | ( 3,240,798 ) | 3,240,798 | | ( 0 ) | ( 3,240,798 ) | 3,240,798 | | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | 0 | | ( 0 ) |
| 2-Jan-05 | | ( 3,240,798 ) | 3,240,798 | | ( 0 ) | ( 3,240,798 ) | 3,240,798 | | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | 0 | | ( 0 ) |
| 2-Jan-06 | | ( 3,240,798 ) | 3,240,798 | | 0 | ( 3,240,798 ) | 3,240,798 | | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | 0 | | 0 |
| 2-Jan-07 | | ( 3,240,798 ) | 3,240,798 | | ( 0 ) | ( 3,240,798 ) | 3,240,798 | 0 | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | 0 | | ( 0 ) |
| 2-Jan-08 | | ( 3,240,798 ) | 3,240,798 | | 0 | ( 3,240,798 ) | 3,240,798 | 0 | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | 0 | | 0 |
| 2-Jan-09 | | ( 3,240,798 ) | 3,240,798 | | 0 | ( 3,240,798 ) | 3,240,798 | 0 | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | 0 | | 0 |
| 2-Jan-10 | | ( 10,180,508 ) | 10,180,508 | | 0 | ( 10,180,508 ) | 10,180,508 | 0 | | 0 | | 10,180,508 | 10,180,508 | ( 10,180,508 ) | | ( 10,180,508 ) | 0 | | 0 |
| 2-Jan-11 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | 0 | | 0 | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | 0 | | ( 0 ) |
| 2-Jan-12 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | | 0 | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | 0 | | ( 0 ) |
| 2-Jan-13 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | | 0 | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | 0 | | ( 0 ) |
| 2-Jan-14 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | | 0 | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | 0 | | ( 0 ) |
| 2-Jan-15 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | | | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | 0 | | ( 0 ) |
| 2-Jan-16 | | ( 3,960,976 ) | 3,960,976 | | 0 | ( 3,960,976 ) | 3,960,976 | | | | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | 0 | | 0 |
| 2-Jan-17 | | ( 3,960,976 ) | 3,960,976 | | 0 | ( 3,960,976 ) | 3,960,976 | | | | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | 0 | | 0 |
| 2-Jan-18 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | | | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | 0 | | ( 0 ) |
| 2-Jan-19 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | | | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | 0 | | ( 0 ) |
| 2-Jan-20 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | | | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | 0 | | ( 0 ) |
| 2-Jan-21 | | ( 11,003 ) | 11,003 | | 0 | ( 11,003 ) | 11,003 | | | | | 11,003 | 11,003 | ( 11,003 ) | | ( 11,003 ) | 0 | | 0 |
| 2-Jan-22 | | ( 91,221,317 ) | 0 | | ( 91,221,317 ) | 0 | 91,221,317 | | | 91,221,317 | | 91,221,317 | 91,221,317 | ( 91,221,317 ) | | ( 91,221,317 ) | 0 | | ( 0 ) |
| 2-Jan-22 | | | | 91,221,317 | 91,221,317 | | | | ( 91,221,317 ) | ( 91,221,317 ) | | | 0 | | | 0 | 0 | | 0 |
| 15-Apr-22 | | | | 9,618,951 | 9,618,951 | | | 9,618,951 | ( 9,618,951 ) | 0 | | | 0 | | | 0 | 0 | ( 9,618,951 ) | 0 |
| 15-Jun-22 | | | | 9,618,951 | 9,618,951 | | | 9,618,951 | ( 9,618,951 ) | 0 | | | 0 | | | 0 | 0 | ( 9,618,951 ) | 0 |
| 15-Sep-22 | | | | 9,618,951 | 9,618,951 | | | 9,618,951 | ( 9,618,951 ) | 0 | | | 0 | | | 0 | 0 | ( 9,618,951 ) | 0 |
| 15-Dec-22 | | | | 9,618,951 | 9,618,951 | | | 9,618,951 | ( 9,618,951 ) | 0 | | | 0 | | | 0 | 0 | ( 9,618,951 ) | 0 |
| | | | | | | | | | | | | | 0 | | | 0 | 0 | | 0 |
| | 14,940,935 | ( 111,741,968 ) | 5,579,716 | 129,697,122 | 38,475,805 | ( 5,579,716 ) | 111,741,968 | 29,691,673 | ( 129,697,122 ) | 6,156,803 | ( 56,098,223 ) | 167,840,191 | 111,741,968 | ( 167,840,191 ) | 56,098,223 | ( 111,741,968 ) | 0 | ( 29,691,673 ) | 14,940,935 |

Wells Fargo & Company and Subsidiaries
Wells Fargo Bank Minnesota, N.A.
2000 LACMTA SILO transaction
Cash flow analysis - Full Term

Equipment value: $71,120,000

**Exhibit 2**
RAR 038-1

| | Wells Fargo Bank Minnesota, N.A. Equity investor | | | | | LACMTA Head lessor/sublessee | | | | AIG-FP Funding (Cayman) Limited Lender | | | AIG-FP Special Finance (Cayman) Limited Payment Undertaker | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction year | Equity Investment | Loan payments received from/ (made to) Investments | Lease payments (made to)/ received from Tax-exempt | Other Revenue & (Expense) | Cash flow for Lease Finance | Lease payments received from (made to) Trust | Payments (made to) received from Pymt undertaker | (Purchase)/Receipt of US STRIPS Purchase Option and other equity | Cash flow for Tax-exempt | Loan (made to)/ received from Taxpayer | Loan payments (made to)/ received from payment undertake | Cash flow for Investments | Payments (made to)/ received from lender | Payments (made to)/ received from Owner/sublessee | Cash flow for Asset Funding | Depr |
| 6/22/2000 | 14,940,935 | 56,098,223 | ( 71,039,158 ) | | 0 | 71,039,158 | ( 56,098,223 ) | ( 8,784,133 ) | 6,156,802 | ( 56,098,223 ) | | ( 56,098,223 ) | | 56,098,223 | 56,098,223 | |
| 22-Sep-00 | | 0 | 0 | | 0 | 0 | 0 | | 0 | | 0 | 0 | 0 | | 0 | |
| 2-Jan-01 | | ( 891,220 ) | 891,220 | | ( 0 ) | ( 891,220 ) | 891,220 | | 0 | | 891,220 | 891,220 | ( 891,220 ) | | ( 891,220 ) | |
| 2-Jan-02 | | ( 3,240,798 ) | 3,240,798 | | 0 | ( 3,240,798 ) | 3,240,798 | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | |
| 2-Jan-03 | | ( 3,240,798 ) | 3,240,798 | | 0 | ( 3,240,798 ) | 3,240,798 | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | |
| 2-Jan-04 | | ( 3,240,798 ) | 3,240,798 | | ( 0 ) | ( 3,240,798 ) | 3,240,798 | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | |
| 2-Jan-05 | | ( 3,240,798 ) | 3,240,798 | | ( 0 ) | ( 3,240,798 ) | 3,240,798 | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | |
| 2-Jan-06 | | ( 3,240,798 ) | 3,240,798 | | 0 | ( 3,240,798 ) | 3,240,798 | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | |
| 2-Jan-07 | | ( 3,240,798 ) | 3,240,798 | | ( 0 ) | ( 3,240,798 ) | 3,240,798 | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | |
| 2-Jan-08 | | ( 3,240,798 ) | 3,240,798 | | 0 | ( 3,240,798 ) | 3,240,798 | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | |
| 2-Jan-09 | | ( 3,240,798 ) | 3,240,798 | | 0 | ( 3,240,798 ) | 3,240,798 | | 0 | | 3,240,798 | 3,240,798 | ( 3,240,798 ) | | ( 3,240,798 ) | |
| 2-Jan-10 | | ( 10,180,508 ) | 10,180,508 | | 0 | ( 10,180,508 ) | 10,180,508 | | 0 | | 10,180,508 | 10,180,508 | ( 10,180,508 ) | | ( 10,180,508 ) | |
| 2-Jan-11 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | 0 | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | |
| 2-Jan-12 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | 0 | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | |
| 2-Jan-13 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | 0 | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | |
| 2-Jan-14 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | 0 | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | |
| 2-Jan-15 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | 0 | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | |
| 2-Jan-16 | | ( 3,960,976 ) | 3,960,976 | | 0 | ( 3,960,976 ) | 3,960,976 | | 0 | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | |
| 2-Jan-17 | | ( 3,960,976 ) | 3,960,976 | | 0 | ( 3,960,976 ) | 3,960,976 | | 0 | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | |
| 2-Jan-18 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | 0 | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | |
| 2-Jan-19 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | 0 | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | |
| 2-Jan-20 | | ( 3,960,976 ) | 3,960,976 | | ( 0 ) | ( 3,960,976 ) | 3,960,976 | | 0 | | 3,960,976 | 3,960,976 | ( 3,960,976 ) | | ( 3,960,976 ) | |
| 2-Jan-21 | | ( 11,003 ) | 11,003 | | 0 | ( 11,003 ) | 11,003 | | ( 0 ) | | 11,003 | 11,003 | ( 11,003 ) | | ( 11,003 ) | |
| 2-Jan-22 | | | | | | | 91,221,317 | | 91,221,317 | | | | ( 91,221,317 ) | | ( 91,221,317 ) | |
| 2-Jan-22 | | | | | | | | 38,475,805 | 38,475,805 | | | | | | 0 | |
| 2-Jan-22 | | ( 10,196,686 ) | 14,266,435 | ( 350,000 ) | 3,719,749 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 10,196,686 | 10,196,686 | | | 0 | |
| 2-Jan-23 | | ( 10,546,686 ) | 14,266,435 | | 3,719,749 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 10,546,686 | 10,546,686 | | | 0 | |
| 2-Jan-24 | | ( 10,546,686 ) | 14,266,435 | | 3,719,749 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 10,546,686 | 10,546,686 | | | 0 | |
| 2-Jan-25 | | ( 10,546,686 ) | 14,266,435 | | 3,719,749 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 10,546,686 | 10,546,686 | | | 0 | |
| 2-Jan-26 | | ( 10,546,686 ) | 14,266,435 | | 3,719,749 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 10,546,686 | 10,546,686 | | | 0 | |
| 2-Jan-27 | | ( 10,058,178 ) | 14,266,435 | | 4,208,257 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 10,058,178 | 10,058,178 | | | 0 | |
| 2-Jan-28 | | ( 7,725,565 ) | 14,266,435 | | 6,540,870 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 7,725,565 | 7,725,565 | | | 0 | |
| 2-Jan-29 | | ( 9,280,899 ) | 14,266,435 | | 4,985,536 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 9,280,899 | 9,280,899 | | | 0 | |
| 2-Jan-30 | | ( 7,871,434 ) | 14,266,435 | | 6,395,001 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 7,871,434 | 7,871,434 | | | 0 | |
| 2-Jan-31 | | ( 7,745,462 ) | 14,266,435 | | 6,520,973 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 7,745,462 | 7,745,462 | | | 0 | |
| 2-Jan-32 | | ( 7,613,680 ) | 14,266,435 | | 6,652,755 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 7,613,680 | 7,613,680 | | | 0 | |
| 2-Jan-33 | | ( 7,475,736 ) | 14,266,435 | | 6,790,699 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 7,475,736 | 7,475,736 | | | 0 | |
| 2-Jan-34 | | ( 5,729,708 ) | 14,266,435 | | 8,536,727 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 5,729,708 | 5,729,708 | | | 0 | |
| 2-Jan-35 | | ( 8,879,272 ) | 14,266,435 | | 5,387,163 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 8,879,272 | 8,879,272 | | | 0 | |
| 2-Jan-36 | | ( 7,645,948 ) | 14,266,435 | | 6,620,487 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 7,645,948 | 7,645,948 | | | 0 | |
| 2-Jan-37 | | ( 7,122,155 ) | 14,266,435 | | 7,144,280 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 7,122,155 | 7,122,155 | | | 0 | |
| 2-Jan-38 | | ( 6,651,760 ) | 14,266,435 | | 7,614,675 | ( 14,266,435 ) | | | ( 14,266,435 ) | | 6,651,760 | 6,651,760 | | | 0 | |
| 2-Jan-39 | | ( 333,105 ) | 9,590,215 | | 9,257,110 | ( 9,590,215 ) | | | ( 9,590,215 ) | | 333,105 | 333,105 | | | 0 | |
| Totals | 14,940,935 | ( 167,036,984 ) | 257,699,327 | ( 350,000 ) | 105,253,278 | ( 257,699,327 ) | 111,741,968 | 29,691,672 | ( 116,265,686 ) | ( 56,098,223 ) | 223,135,206 | 167,036,984 | ( 167,840,191 ) | 56,098,223 | ( 111,741,969 ) | |

File: chap[illegible]bit_4-2_2000 LACMTA-003.xls Tab: Cash Flows - Put Renewa

rgo & Company and Subsidiaries
rgo Bank Minnesota, N.A.
:MTA SILO transaction
r Tax return presentation
nt : $71,120,000

**Exhibit 3**
RAR 038-1

| | Pre tax Cash flow | Rental Income | Interest Expense | Depreciation | Fee Amortization | Per tax return Taxable income | Tax effect @ 35.00% | After Tax Cash Flow |
|---|---|---|---|---|---|---|---|---|
| | (17,131,431) | 891,220 | -2,272,799 | -1,321,456 | -44,394 | ( 2,747,429 ) | 961,600 | ( 16,169,831 ) |
| | 0 | 3,240,798 | -4,392,675 | -2,642,911 | -84,720 | ( 3,879,508 ) | 1,357,828 | 1,357,828 |
| | 0 | 3,240,798 | -4,480,515 | -2,642,911 | -85,135 | ( 3,967,763 ) | 1,388,717 | 1,388,717 |
| | 0 | 3,240,798 | -4,575,237 | -2,642,911 | -85,580 | ( 4,062,930 ) | 1,422,025 | 1,422,025 |
| | 0 | 3,240,798 | -4,677,196 | -2,642,911 | -86,056 | ( 4,165,365 ) | 1,457,878 | 1,457,878 |
| | 0 | 3,240,798 | -4,786,946 | -2,642,911 | -86,566 | ( 4,275,625 ) | 1,496,469 | 1,496,469 |
| | 0 | 3,240,798 | -4,905,081 | -2,642,911 | -87,111 | ( 4,394,305 ) | 1,538,007 | 1,538,007 |
| | 0 | 3,240,798 | -5,032,243 | -2,642,911 | -87,695 | ( 4,522,051 ) | 1,582,718 | 1,582,718 |
| | 0 | 3,240,798 | -5,169,120 | -2,642,911 | -88,320 | ( 4,659,553 ) | 1,630,843 | 1,630,843 |
| | 0 | 3,240,798 | -5,316,456 | -2,642,911 | -88,989 | ( 4,807,558 ) | 1,682,645 | 1,682,645 |
| | 0 | 3,240,798 | -4,946,285 | -2,642,911 | -89,705 | ( 4,438,103 ) | 1,553,336 | 1,553,336 |
| | 0 | 3,698,911 | -5,020,249 | -2,642,911 | -90,472 | ( 4,054,721 ) | 1,419,152 | 1,419,152 |
| | 0 | 3,960,976 | -5,101,184 | -2,642,911 | -91,293 | ( 3,874,412 ) | 1,356,044 | 1,356,044 |
| | 0 | 3,960,976 | -5,188,303 | -2,642,911 | -92,171 | ( 3,962,409 ) | 1,386,843 | 1,386,843 |
| | 0 | 3,960,976 | -5,282,078 | -2,642,911 | -93,111 | ( 4,057,124 ) | 1,419,994 | 1,419,994 |
| | 0 | 3,960,976 | -5,383,019 | -2,642,911 | -94,117 | ( 4,159,071 ) | 1,455,675 | 1,455,675 |
| | 0 | 3,960,976 | -5,491,672 | -2,642,911 | -95,195 | ( 4,268,802 ) | 1,494,081 | 1,494,081 |
| | 0 | 3,960,976 | -5,608,627 | -2,642,911 | -96,348 | ( 4,386,910 ) | 1,535,419 | 1,535,419 |
| | 0 | 3,960,976 | -5,734,517 | -2,642,911 | -97,582 | ( 4,514,034 ) | 1,579,912 | 1,579,912 |
| | 0 | 3,960,976 | -5,870,027 | -2,642,911 | -98,903 | ( 4,650,865 ) | 1,627,803 | 1,627,803 |
| | 0 | 3,960,976 | -6,015,891 | -2,642,911 | -100,317 | ( 4,798,143 ) | 1,679,350 | 1,679,350 |
| | 0 | 3,960,976 | -6,473,863 | -2,642,911 | -101,830 | ( 5,257,628 ) | 1,840,170 | 1,840,170 |
| | 38,475,805 | 11,003 | -17,986 | -14,297,410 | 129,553,077 | 115,248,684 | ( 40,337,039 ) | ( 1,861,234 ) |
| of | nase Option and payoff of notes: | | | | | | | |
| -22 | 91,221,317 | 91,221,317 | | * | | 91,221,317 | ( 31,927,461 ) | 59,293,856 |
| -22 | 9,618,951 | 9,618,951 | | | | 9,618,951 | ( 3,366,633 ) | 6,252,318 |
| -22 | 9,618,951 | 9,618,951 | | | | 9,618,951 | ( 3,366,633 ) | 6,252,318 |
| -22 | 9,618,951 | 9,618,951 | | | | 9,618,951 | ( 3,366,633 ) | 6,252,318 |
| -22 | 9,618,951 | 9,618,951 | | | | 9,618,951 | ( 3,366,633 ) | 6,252,318 |
| | 151,041,496 | 206,315,996 | ( 111,741,969 ) | ( 71,120,000 ) | 127,587,467 | 151,041,494 | ( 52,864,523 ) | 98,176,973 |

| | |
|---|---|
| Taxes EBO Year | ( 45,393,993 ) |
| Cash Proceeds | 38,475,805 |
| After tax Cash EBO Year | ( 6,918,187 ) |

* Deductions under the pre/post payment structure normally involve a deduction for amounts that relate to the post-payment. Since this amount was deducted but not paid, it is to be recaptured.

_4_exhibit_4-2_2000 LACMTA-003.xls Tab: Tax Return Present( EBO

**go & Company and Subsidiaries**
**go Bank Minnesota, N.A.**
**:MTA SILO transaction**
**Tax return presentation**
**ıt value: $71,120,000**

**Exhibit 4**
**RAR 038-1**

| Pre tax Cash flow | Rental Income | Interest Expense | Depreciation | Fee Amortization | Per tax return Taxable income | Tax effect @ 35.00% | After Tax Cash Flow |
|---|---|---|---|---|---|---|---|
| (17,131,431) | 891,220 | -2,272,799 | -1,321,455 | -44,394 | ( 2,747,428 ) | 961,600 | ( 16,169,831 ) |
| 0 | 3,240,798 | -4,392,675 | -2,642,911 | -84,720 | ( 3,879,508 ) | 1,357,828 | 1,357,828 |
| 0 | 3,240,798 | -4,480,515 | -2,642,911 | -85,135 | ( 3,967,763 ) | 1,388,717 | 1,388,717 |
| 0 | 3,240,798 | -4,575,237 | -2,642,911 | -85,580 | ( 4,062,930 ) | 1,422,025 | 1,422,025 |
| 0 | 3,240,798 | -4,677,196 | -2,642,911 | -86,056 | ( 4,165,365 ) | 1,457,878 | 1,457,878 |
| 0 | 3,240,798 | -4,786,946 | -2,642,911 | -86,566 | ( 4,275,625 ) | 1,496,469 | 1,496,469 |
| 0 | 3,240,798 | -4,905,081 | -2,642,911 | -87,111 | ( 4,394,305 ) | 1,538,007 | 1,538,007 |
| 0 | 3,240,798 | -5,032,243 | -2,642,911 | -87,695 | ( 4,522,051 ) | 1,582,718 | 1,582,718 |
| 0 | 3,240,798 | -5,169,120 | -2,642,911 | -88,320 | ( 4,659,553 ) | 1,630,843 | 1,630,843 |
| 0 | 3,240,798 | -5,316,456 | -2,642,911 | -88,989 | ( 4,807,558 ) | 1,682,645 | 1,682,645 |
| 0 | 3,240,798 | -4,946,285 | -2,642,911 | -89,705 | ( 4,438,103 ) | 1,553,336 | 1,553,336 |
| 0 | 3,698,911 | -5,020,249 | -2,642,911 | -90,472 | ( 4,054,721 ) | 1,419,152 | 1,419,152 |
| 0 | 3,960,976 | -5,101,184 | -2,642,911 | -91,293 | ( 3,874,412 ) | 1,356,044 | 1,356,044 |
| 0 | 3,960,976 | -5,188,303 | -2,642,911 | -92,171 | ( 3,962,409 ) | 1,386,843 | 1,386,843 |
| 0 | 3,960,976 | -5,282,078 | -2,642,911 | -93,111 | ( 4,057,124 ) | 1,419,993 | 1,419,993 |
| 0 | 3,960,976 | -5,383,019 | -2,642,911 | -94,117 | ( 4,159,071 ) | 1,455,675 | 1,455,675 |
| 0 | 3,960,976 | -5,491,672 | -2,642,911 | -95,195 | ( 4,268,802 ) | 1,494,081 | 1,494,081 |
| 0 | 3,960,976 | -5,608,627 | -2,642,911 | -96,348 | ( 4,386,910 ) | 1,535,419 | 1,535,419 |
| 0 | 3,960,976 | -5,734,517 | -2,642,911 | -97,582 | ( 4,514,034 ) | 1,579,912 | 1,579,912 |
| 0 | 3,960,976 | -5,870,027 | -2,642,911 | -98,903 | ( 4,650,865 ) | 1,627,803 | 1,627,803 |
| 0 | 3,960,976 | -6,015,891 | -2,642,911 | -100,317 | ( 4,798,143 ) | 1,679,350 | 1,679,350 |
| 0 | 3,960,976 | -6,473,863 | -2,642,911 | -101,830 | ( 5,257,628 ) | 1,840,170 | 1,840,170 |
| 3,719,749 | 14,237,809 | -6,191,578 | -2,642,911 | -28,145 | 5,375,175 | ( 1,881,311 ) | 1,838,438 |
| 3,719,749 | 14,266,435 | -5,858,895 | -2,642,911 | -27,940 | 5,736,689 | ( 2,007,841 ) | 1,711,908 |
| 3,719,749 | 14,266,435 | -5,500,718 | -2,642,911 | -27,940 | 6,094,866 | ( 2,133,203 ) | 1,586,546 |
| 3,719,749 | 14,266,435 | -5,115,175 | -2,642,911 | -27,940 | 6,480,409 | ( 2,268,143 ) | 1,451,606 |
| 3,719,749 | 14,266,435 | -4,700,174 | -2,642,911 | -27,940 | 6,895,410 | ( 2,413,394 ) | 1,306,356 |
| 4,208,257 | 14,266,435 | -4,290,685 | -1,082,859 | -27,940 | 8,864,951 | ( 3,102,733 ) | 1,105,524 |
| 6,540,870 | 14,266,435 | -4,027,744 | 0 | -27,940 | 10,210,751 | ( 3,573,763 ) | 2,967,107 |
| 4,985,536 | 14,266,435 | -3,626,700 | 0 | -27,940 | 10,611,795 | ( 3,714,128 ) | 1,271,408 |
| 6,395,001 | 14,266,435 | -3,302,076 | 0 | -27,940 | 10,936,419 | ( 3,827,747 ) | 2,567,254 |
| 6,520,973 | 14,266,435 | -2,962,547 | 0 | -27,940 | 11,275,948 | ( 3,946,582 ) | 2,574,391 |
| 6,652,755 | 14,266,435 | -2,607,144 | 0 | -27,940 | 11,631,351 | ( 4,070,973 ) | 2,581,782 |
| 6,790,699 | 14,266,435 | -2,235,123 | 0 | -27,940 | 12,003,372 | ( 4,201,180 ) | 2,589,519 |
| 8,536,727 | 14,266,435 | -1,967,745 | 0 | -27,940 | 12,270,750 | ( 4,294,763 ) | 4,241,965 |
| 5,387,163 | 14,266,435 | -1,440,329 | 0 | -27,940 | 12,798,166 | ( 4,479,358 ) | 907,805 |
| 6,620,487 | 14,266,435 | -965,919 | 0 | -27,940 | 13,272,576 | ( 4,645,402 ) | 1,975,085 |
| 7,144,280 | 14,266,435 | -495,433 | 0 | -27,940 | 13,743,062 | ( 4,810,072 ) | 2,334,208 |
| 7,614,675 | 14,266,435 | -24,952 | 0 | -27,940 | 14,213,543 | ( 4,974,740 ) | 2,639,935 |
| 9,257,109 | 9,629,844 | -66 | 0 | -18,860 | 9,610,918 | ( 3,363,821 ) | 5,893,288 |
| 88,121,846 | 328,738,484 | ( 167,036,986 ) | ( 71,120,000 ) | ( 2,459,655 ) | 88,121,843 | ( 30,842,645 ) | 57,279,200 |

:4_exhibit_4-2_2000 LACMTA-003.xls Tab: Tax Return Presentation - F

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank Minnesota, N.A.**
**2000 LACMTA SILO transaction**
**Internal rate of return computations - Pre- and post-tax computations**
**Purchase Option Exercised**
Equipment Value **$71,120,000**

| Pre-tax computation Year | Cash Flow | After tax computation Cash Flow |
|---|---|---|
| 2000 | ( 17,131,431 ) | ( 16,169,831 ) |
| 2001 | 0 | 1,357,828 |
| 2002 | 0 | 1,388,717 |
| 2003 | 0 | 1,422,025 |
| 2004 | 0 | 1,457,878 |
| 2005 | 0 | 1,496,469 |
| 2006 | 0 | 1,538,007 |
| 2007 | 0 | 1,582,718 |
| 2008 | 0 | 1,630,843 |
| 2009 | 0 | 1,682,645 |
| 2010 | 0 | 1,553,336 |
| 2011 | 0 | 1,419,152 |
| 2012 | 0 | 1,356,044 |
| 2013 | 0 | 1,386,843 |
| 2014 | 0 | 1,419,994 |
| 2015 | 0 | 1,455,675 |
| 2016 | 0 | 1,494,081 |
| 2017 | 0 | 1,535,419 |
| 2018 | 0 | 1,579,912 |
| 2019 | 0 | 1,627,803 |
| 2020 | 0 | 1,679,350 |
| 2021 | 0 | 1,840,170 |
| 2022 | 38,475,805 | ( 1,861,234 ) |
| IRR: | 3.746262% | 6.697064% |

**Purchase option exercised.**

| | Pre-tax IRR | After tax IRR |
|---|---|---|
| Wells Fargo | 19.0442% | 11.8588% |
| IRS' IRR computation | 3.7463% | 6.6971% |
| Difference: | 15.2980% | 5.1618% |

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank Minnesota, N.A.**
**2000 LACMTA SILO transaction**
**Internal rate of return computations - Pre- and post-tax computations**
**Full Term**
Equipment Value **$71,120,000**

| Year | Pre-tax computation Cash Flow | After tax computation Cash Flow |
|---|---|---|
| 2000 | ( 17,131,431 ) | ( 16,169,831 ) |
| 2001 | 0 | 1,357,828 |
| 2002 | 0 | 1,388,717 |
| 2003 | 0 | 1,422,025 |
| 2004 | 0 | 1,457,878 |
| 2005 | 0 | 1,496,469 |
| 2006 | 0 | 1,538,007 |
| 2007 | 0 | 1,582,718 |
| 2008 | 0 | 1,630,843 |
| 2009 | 0 | 1,682,645 |
| 2010 | 0 | 1,553,336 |
| 2011 | 0 | 1,419,152 |
| 2012 | 0 | 1,356,044 |
| 2013 | 0 | 1,386,843 |
| 2014 | 0 | 1,419,993 |
| 2015 | 0 | 1,455,675 |
| 2016 | 0 | 1,494,081 |
| 2017 | 0 | 1,535,419 |
| 2018 | 0 | 1,579,912 |
| 2019 | 0 | 1,627,803 |
| 2020 | 0 | 1,679,350 |
| 2021 | 0 | 1,840,170 |
| 2022 | 3,719,749 | 1,838,438 |
| 2023 | 3,719,749 | 1,711,908 |
| 2024 | 3,719,749 | 1,586,546 |
| 2025 | 3,719,749 | 1,451,606 |
| 2026 | 3,719,749 | 1,306,356 |
| 2027 | 4,208,257 | 1,105,524 |
| 2028 | 6,540,870 | 2,967,107 |
| 2029 | 4,985,536 | 1,271,408 |
| 2030 | 6,395,001 | 2,567,254 |
| 2031 | 6,520,973 | 2,574,391 |
| 2032 | 6,652,755 | 2,581,782 |
| 2033 | 6,790,699 | 2,589,519 |
| 2034 | 8,536,727 | 4,241,965 |
| 2035 | 5,387,163 | 907,805 |
| 2036 | 6,620,487 | 1,975,085 |
| 2037 | 7,144,280 | 2,334,208 |
| 2038 | 7,614,675 | 2,639,935 |
| 2039 | 9,257,109 | 5,893,288 |
| IRR: | 6.012632% | 9.346933% |

**Purchase option NOT exercised.**

| | Pre-tax IRR | After tax IRR |
|---|---|---|
| Wells Fargo | 19.0442% | 11.8588% |
| IRS' IRR computation | 6.0126% | 9.3469% |
| Difference: | 13.0316% | 2.5119% |

**Wells Fargo Bank MN., National Association**
**LACMTA Sale-in/Lease-out Transaction**
**Calculation of OID**

If basic term and EBO is used to determine amounts to be reported:

| | | | |
|---|---|---|---|
| Total to be received | | 38,475,805 | "Loan Payments" and EBO amounts |
| Total investment "Loan": Portion of | | | |
| TP Equity | 14,940,935 | | |
| Transaction Costs | 0 | 14,940,935 | |
| Anticipated Interest Income to Accrue | | 23,534,870 | |
| Interest Rate - Interpolated | | 0.043616974 | 0 |

| | | Tax Year | Days | "Loan" Balance | "Loan" Payment | Interpolated Interest Income | Interest Expense |
|---|---|---|---|---|---|---|---|
| | | | | 14,940,935 | | | |
| 6/22/2000 | 12/31/2000 | 2000 | 192 | 15,288,497 | 0 | 347,562 | |
| | | 2001 | 360 | 15,955,335 | 0 | 666,838 | |
| | | 2002 | 360 | 16,651,258 | 0 | 695,923 | |
| | | 2003 | 360 | 17,377,536 | 0 | 726,278 | |
| | | 2004 | 360 | 18,135,491 | 0 | 757,956 | |
| | | 2005 | 360 | 18,926,506 | 0 | 791,015 | |
| | | 2006 | 360 | 19,752,023 | 0 | 825,517 | |
| | | 2007 | 360 | 20,613,547 | 0 | 861,523 | |
| | | 2008 | 360 | 21,512,647 | 0 | 899,101 | |
| | | 2009 | 360 | 22,450,964 | 0 | 938,317 | |
| | | 2010 | 360 | 23,430,207 | 0 | 979,243 | |
| | | 2011 | 360 | 24,452,162 | 0 | 1,021,955 | |
| | | 2012 | 360 | 25,518,691 | 0 | 1,066,529 | |
| | | 2013 | 360 | 26,631,739 | 0 | 1,113,048 | |
| | | 2014 | 360 | 27,793,335 | 0 | 1,161,596 | |
| | | 2015 | 360 | 29,005,596 | 0 | 1,212,261 | |
| | | 2016 | 360 | 30,270,733 | 0 | 1,265,136 | |
| | | 2017 | 360 | 31,591,051 | 0 | 1,320,318 | |
| | | 2018 | 360 | 32,968,957 | 0 | 1,377,906 | |
| | | 2019 | 360 | 34,406,963 | 0 | 1,438,006 | |
| | | 2020 | 360 | 35,907,690 | 0 | 1,500,728 | |
| | 12/31/2021 | 2021 | 360 | 37,473,875 | 0 | 1,566,185 | |
| | 4/15/2022 | 2022 | 105 | 28,331,652 | 9,618,951 | 476,728 | |
| | 6/15/2022 | 2022 | 61 | 18,922,090 | 9,618,951 | 209,389 | |
| | 9/15/2022 | 2022 | 92 | 9,514,055 | 9,618,951 | 210,916 | |
| | 12/15/2022 | 2022 | 91 | 0 | 9,618,951 | 104,896 | |
| | | | | | 38,475,805 | 23,534,870 | 0 |

The "loan Payment" amount has been reduced by the amount that relates to the circular flow debt defeasance.
The loan repayments are those cash flows that are returned to the taxpayer
Excluded from this are payments from the equity deposit that are used to pay the third party lender.