**Table A: Interrogatory #1 Supplement**

| PRODBEG | PRODEND |
|---|---|
| WPF217374 | WPF217378 |
| WPF217755 | WPF217761 |
| WPF217820 | WPF217827 |
| WPF217941 | WPF217945 |
| WPF217966 | WPF217966 |
| WPF217967 | WPF217971 |

**Table B: Interrogatory #2 Supplement**

| PRODBEG | PRODEND |
|---|---|
| WPF189038 | WPF189116 |
| WPF189902 | WPF189903 |
| WPF189904 | WPF189904 |
| WPF189905 | WPF189909 |
| WPF189910 | WPF189913 |
| WPF189916 | WPF189916 |
| WPF202975 | WPF202975 |
| WPF206344 | WPF206347 |
| WPF212882 | WPF212906 |

Table C: Interrogatory #3 Supplement

| PRODBEG | PRODEND |
|---|---|
| WPF188668 | WPF188673 |
| WPF188674 | WPF188677 |
| WPF188712 | WPF188718 |
| WPF188719 | WPF188731 |
| WPF188732 | WPF188764 |
| WPF188787 | WPF188832 |
| WPF188833 | WPF188874 |
| WPF188875 | WPF188922 |
| WPF188923 | WPF188928 |
| WPF188929 | WPF188938 |
| WPF188939 | WPF188945 |
| WPF188946 | WPF188948 |
| WPF188949 | WPF188964 |
| WPF188965 | WPF189008 |
| WPF189009 | WPF189011 |
| WPF189012 | WPF189014 |
| WPF189015 | WPF189025 |
| WPF189026 | WPF189030 |
| WPF189031 | WPF189033 |
| WPF189765 | WPF189765 |
| WPF189914 | WPF189914 |
| WPF189915 | WPF189915 |
| WPF189918 | WPF189918 |
| WPF189919 | WPF189919 |
| WPF189920 | WPF189920 |
| WPF189921 | WPF189921 |
| WPF189922 | WPF189922 |
| WPF189923 | WPF189923 |
| WPF189924 | WPF189924 |
| WPF189926 | WPF189926 |
| WPF189927 | WPF189927 |
| WPF189928 | WPF189928 |
| WPF190241 | WPF190242 |
| WPF190308 | WPF190308 |
| WPF190584 | WPF190584 |
| WPF190591 | WPF190599 |
| WPF190600 | WPF190608 |
| WPF190609 | WPF190617 |
| WPF190618 | WPF190619 |
| WPF190620 | WPF190621 |
| WPF190622 | WPF190623 |
| WPF190624 | WPF190625 |
| WPF190626 | WPF190635 |
| WPF190636 | WPF190636 |
| WPF190651 | WPF190651 |
| WPF190652 | WPF190652 |
| WPF190653 | WPF190653 |
| WPF190654 | WPF190671 |
| WPF190696 | WPF190696 |

| | |
|---|---|
| WPF190721 | WPF190721 |
| WPF190722 | WPF190722 |
| WPF191061 | WPF191061 |
| WPF191062 | WPF191062 |
| WPF191063 | WPF191063 |
| WPF191064 | WPF191064 |
| WPF191065 | WPF191065 |
| WPF191066 | WPF191066 |
| WPF191067 | WPF191067 |
| WPF191068 | WPF191068 |
| WPF191069 | WPF191069 |
| WPF191071 | WPF191071 |
| WPF191072 | WPF191076 |
| WPF191124 | WPF191125 |
| WPF191141 | WPF191141 |
| WPF191142 | WPF191142 |
| WPF191143 | WPF191144 |
| WPF191145 | WPF191145 |
| WPF191146 | WPF191146 |
| WPF191147 | WPF191147 |
| WPF191150 | WPF191150 |
| WPF191151 | WPF191151 |
| WPF191152 | WPF191152 |
| WPF191153 | WPF191153 |
| WPF191154 | WPF191154 |
| WPF191155 | WPF191155 |
| WPF191156 | WPF191157 |
| WPF191158 | WPF191158 |
| WPF191159 | WPF191159 |
| WPF191160 | WPF191160 |
| WPF191161 | WPF191161 |
| WPF191162 | WPF191163 |
| WPF191164 | WPF191165 |
| WPF191166 | WPF191166 |
| WPF191167 | WPF191167 |
| WPF191168 | WPF191168 |
| WPF191169 | WPF191169 |
| WPF191170 | WPF191170 |
| WPF191171 | WPF191171 |
| WPF191172 | WPF191173 |
| WPF191174 | WPF191174 |
| WPF191175 | WPF191175 |
| WPF191176 | WPF191176 |
| WPF191177 | WPF191177 |
| WPF191178 | WPF191178 |
| WPF191179 | WPF191179 |
| WPF191180 | WPF191180 |
| WPF191181 | WPF191181 |
| WPF191182 | WPF191182 |
| WPF191183 | WPF191184 |
| WPF191185 | WPF191185 |
| WPF191186 | WPF191186 |

| | |
|---|---|
| WPF191187 | WPF191187 |
| WPF191188 | WPF191189 |
| WPF191190 | WPF191190 |
| WPF191191 | WPF191191 |
| WPF191192 | WPF191192 |
| WPF191193 | WPF191193 |
| WPF191194 | WPF191194 |
| WPF191195 | WPF191195 |
| WPF191196 | WPF191196 |
| WPF191197 | WPF191197 |
| WPF191198 | WPF191198 |
| WPF191199 | WPF191200 |
| WPF191201 | WPF191201 |
| WPF191202 | WPF191203 |
| WPF191204 | WPF191204 |
| WPF191205 | WPF191205 |
| WPF191206 | WPF191206 |
| WPF191207 | WPF191208 |
| WPF191209 | WPF191209 |
| WPF191210 | WPF191211 |
| WPF191212 | WPF191212 |
| WPF191213 | WPF191213 |
| WPF191214 | WPF191214 |
| WPF191215 | WPF191215 |
| WPF191216 | WPF191217 |
| WPF191218 | WPF191218 |
| WPF191219 | WPF191219 |
| WPF191220 | WPF191221 |
| WPF191222 | WPF191222 |
| WPF191223 | WPF191224 |
| WPF191225 | WPF191225 |
| WPF191226 | WPF191227 |
| WPF191228 | WPF191228 |
| WPF191229 | WPF191229 |
| WPF191230 | WPF191230 |
| WPF191231 | WPF191231 |
| WPF191232 | WPF191232 |
| WPF191233 | WPF191234 |
| WPF191235 | WPF191235 |
| WPF191236 | WPF191236 |
| WPF191237 | WPF191237 |
| WPF191238 | WPF191238 |
| WPF191239 | WPF191239 |
| WPF191240 | WPF191240 |
| WPF191241 | WPF191241 |
| WPF191242 | WPF191242 |
| WPF191243 | WPF191243 |
| WPF191244 | WPF191244 |
| WPF191245 | WPF191247 |
| WPF191248 | WPF191249 |
| WPF191250 | WPF191250 |
| WPF191251 | WPF191251 |

| | |
|---|---|
| WPF191252 | WPF191252 |
| WPF191253 | WPF191253 |
| WPF191254 | WPF191254 |
| WPF191255 | WPF191255 |
| WPF191262 | WPF191262 |
| WPF191263 | WPF191263 |
| WPF191264 | WPF191265 |
| WPF191266 | WPF191266 |
| WPF191267 | WPF191267 |
| WPF191268 | WPF191268 |
| WPF191269 | WPF191269 |
| WPF191270 | WPF191270 |
| WPF191271 | WPF191271 |
| WPF191272 | WPF191272 |
| WPF191273 | WPF191273 |
| WPF191274 | WPF191274 |
| WPF191275 | WPF191275 |
| WPF191276 | WPF191276 |
| WPF191277 | WPF191277 |
| WPF191278 | WPF191278 |
| WPF191279 | WPF191279 |
| WPF191280 | WPF191280 |
| WPF191281 | WPF191281 |
| WPF191282 | WPF191282 |
| WPF191283 | WPF191283 |
| WPF191284 | WPF191284 |
| WPF191285 | WPF191285 |
| WPF191356 | WPF191398 |
| WPF191404 | WPF191404 |
| WPF191430 | WPF191470 |
| WPF191471 | WPF191510 |
| WPF191618 | WPF191644 |
| WPF192260 | WPF192260 |
| WPF192261 | WPF192261 |
| WPF192262 | WPF192266 |
| WPF192308 | WPF192308 |
| WPF192998 | WPF193016 |
| WPF193017 | WPF193017 |
| WPF193018 | WPF193018 |
| WPF193019 | WPF193020 |
| WPF193021 | WPF193021 |
| WPF193025 | WPF193025 |
| WPF193026 | WPF193026 |
| WPF193027 | WPF193027 |
| WPF193028 | WPF193028 |
| WPF193029 | WPF193029 |
| WPF193030 | WPF193030 |
| WPF193031 | WPF193031 |
| WPF193032 | WPF193032 |
| WPF193033 | WPF193033 |
| WPF193034 | WPF193034 |
| WPF193036 | WPF193036 |

| | |
|---|---|
| WPF193039 | WPF193039 |
| WPF193047 | WPF193047 |
| WPF193048 | WPF193048 |
| WPF193049 | WPF193049 |
| WPF193050 | WPF193050 |
| WPF193056 | WPF193056 |
| WPF193062 | WPF193063 |
| WPF193065 | WPF193065 |
| WPF193066 | WPF193066 |
| WPF193067 | WPF193067 |
| WPF193071 | WPF193071 |
| WPF193074 | WPF193074 |
| WPF193075 | WPF193075 |
| WPF193076 | WPF193076 |
| WPF193077 | WPF193077 |
| WPF193078 | WPF193078 |
| WPF193079 | WPF193079 |
| WPF193080 | WPF193080 |
| WPF193081 | WPF193081 |
| WPF193082 | WPF193082 |
| WPF193083 | WPF193083 |
| WPF193084 | WPF193084 |
| WPF193085 | WPF193085 |
| WPF193086 | WPF193086 |
| WPF193087 | WPF193087 |
| WPF193088 | WPF193088 |
| WPF193089 | WPF193089 |
| WPF193090 | WPF193090 |
| WPF193091 | WPF193091 |
| WPF193092 | WPF193092 |
| WPF193093 | WPF193093 |
| WPF193094 | WPF193094 |
| WPF193095 | WPF193095 |
| WPF193096 | WPF193096 |
| WPF193097 | WPF193097 |
| WPF193098 | WPF193098 |
| WPF193099 | WPF193099 |
| WPF193105 | WPF193105 |
| WPF193106 | WPF193106 |
| WPF193112 | WPF193112 |
| WPF193115 | WPF193115 |
| WPF193159 | WPF193159 |
| WPF193274 | WPF193290 |
| WPF193291 | WPF193291 |
| WPF193293 | WPF193295 |
| WPF193299 | WPF193315 |
| WPF193424 | WPF193424 |
| WPF193425 | WPF193430 |
| WPF193431 | WPF193431 |
| WPF193438 | WPF193459 |
| WPF193460 | WPF193511 |
| WPF193680 | WPF193680 |

| | |
|---|---|
| WPF193681 | WPF193682 |
| WPF193684 | WPF193684 |
| WPF193685 | WPF193685 |
| WPF193686 | WPF193686 |
| WPF193687 | WPF193687 |
| WPF193688 | WPF193688 |
| WPF193689 | WPF193689 |
| WPF193690 | WPF193690 |
| WPF193691 | WPF193691 |
| WPF193692 | WPF193692 |
| WPF193693 | WPF193702 |
| WPF193703 | WPF193703 |
| WPF193704 | WPF193704 |
| WPF193705 | WPF193705 |
| WPF193706 | WPF193706 |
| WPF193707 | WPF193707 |
| WPF193708 | WPF193708 |
| WPF193709 | WPF193710 |
| WPF193711 | WPF193714 |
| WPF193715 | WPF193718 |
| WPF193719 | WPF193722 |
| WPF193723 | WPF193726 |
| WPF193727 | WPF193729 |
| WPF193730 | WPF193730 |
| WPF193742 | WPF193867 |
| WPF193868 | WPF194090 |
| WPF194091 | WPF194091 |
| WPF194092 | WPF194400 |
| WPF194670 | WPF194762 |
| WPF194763 | WPF194765 |
| WPF194766 | WPF194767 |
| WPF194770 | WPF194777 |
| WPF194778 | WPF194792 |
| WPF194793 | WPF194797 |
| WPF194798 | WPF194799 |
| WPF194800 | WPF194800 |
| WPF194801 | WPF194851 |
| WPF194852 | WPF194856 |
| WPF194857 | WPF194858 |
| WPF194859 | WPF194875 |
| WPF194876 | WPF194876 |
| WPF194877 | WPF194884 |
| WPF194885 | WPF194899 |
| WPF194900 | WPF194900 |
| WPF194901 | WPF194903 |
| WPF194904 | WPF194907 |
| WPF194908 | WPF194910 |
| WPF194911 | WPF194913 |
| WPF194914 | WPF194921 |
| WPF194922 | WPF194922 |
| WPF194923 | WPF194928 |
| WPF194929 | WPF194930 |

| | |
|---|---|
| WPF194931 | WPF194933 |
| WPF194934 | WPF194934 |
| WPF194935 | WPF194935 |
| WPF194936 | WPF194946 |
| WPF194947 | WPF194955 |
| WPF194956 | WPF194957 |
| WPF194958 | WPF194959 |
| WPF194960 | WPF194967 |
| WPF194968 | WPF194969 |
| WPF194970 | WPF194995 |
| WPF194996 | WPF194996 |
| WPF194997 | WPF195004 |
| WPF195005 | WPF195005 |
| WPF195006 | WPF195019 |
| WPF195020 | WPF195022 |
| WPF195023 | WPF195023 |
| WPF195024 | WPF195025 |
| WPF195026 | WPF195026 |
| WPF195027 | WPF195029 |
| WPF195030 | WPF195030 |
| WPF195031 | WPF195032 |
| WPF195033 | WPF195033 |
| WPF195034 | WPF195038 |
| WPF195039 | WPF195039 |
| WPF195040 | WPF195040 |
| WPF195041 | WPF195042 |
| WPF195043 | WPF195044 |
| WPF195045 | WPF195046 |
| WPF195047 | WPF195052 |
| WPF195053 | WPF195055 |
| WPF195056 | WPF195065 |
| WPF195066 | WPF195067 |
| WPF195068 | WPF195082 |
| WPF195083 | WPF195084 |
| WPF195085 | WPF195087 |
| WPF195088 | WPF195089 |
| WPF195090 | WPF195090 |
| WPF195091 | WPF195093 |
| WPF195094 | WPF195098 |
| WPF195099 | WPF195101 |
| WPF195102 | WPF195104 |
| WPF195105 | WPF195107 |
| WPF195108 | WPF195109 |
| WPF195110 | WPF195111 |
| WPF195112 | WPF195114 |
| WPF195115 | WPF195119 |
| WPF195120 | WPF195122 |
| WPF195123 | WPF195125 |
| WPF195126 | WPF195128 |
| WPF195129 | WPF195130 |
| WPF195131 | WPF195132 |
| WPF195133 | WPF195133 |

| | |
|---|---|
| WPF195134 | WPF195134 |
| WPF195135 | WPF195135 |
| WPF195136 | WPF195138 |
| WPF195139 | WPF195143 |
| WPF195144 | WPF195148 |
| WPF195149 | WPF195152 |
| WPF195153 | WPF195155 |
| WPF195156 | WPF195165 |
| WPF195166 | WPF195167 |
| WPF195168 | WPF195179 |
| WPF195180 | WPF195182 |
| WPF195183 | WPF195197 |
| WPF195198 | WPF195199 |
| WPF195200 | WPF195214 |
| WPF195215 | WPF195216 |
| WPF195217 | WPF195217 |
| WPF195218 | WPF195255 |
| WPF195256 | WPF195351 |
| WPF195352 | WPF195358 |
| WPF195359 | WPF195368 |
| WPF195369 | WPF195371 |
| WPF195372 | WPF195381 |
| WPF195382 | WPF195382 |
| WPF195383 | WPF195384 |
| WPF195385 | WPF195387 |
| WPF195388 | WPF195390 |
| WPF195391 | WPF195392 |
| WPF195393 | WPF195396 |
| WPF195397 | WPF195421 |
| WPF195422 | WPF195422 |
| WPF195423 | WPF195423 |
| WPF195424 | WPF195424 |
| WPF195453 | WPF195453 |
| WPF195454 | WPF195454 |
| WPF195455 | WPF195456 |
| WPF195457 | WPF195457 |
| WPF195904 | WPF195914 |
| WPF195915 | WPF195934 |
| WPF195935 | WPF195951 |
| WPF195952 | WPF195994 |
| WPF195995 | WPF195999 |
| WPF196000 | WPF196006 |
| WPF196009 | WPF196014 |
| WPF196015 | WPF196017 |
| WPF196018 | WPF196019 |
| WPF196020 | WPF196020 |
| WPF196021 | WPF196022 |
| WPF196023 | WPF196024 |
| WPF196025 | WPF196028 |
| WPF196029 | WPF196047 |
| WPF196048 | WPF196068 |
| WPF196069 | WPF196069 |

| | |
|---|---|
| WPF196070 | WPF196075 |
| WPF196076 | WPF196078 |
| WPF196079 | WPF196097 |
| WPF196098 | WPF196103 |
| WPF196104 | WPF196118 |
| WPF196119 | WPF196119 |
| WPF196120 | WPF196134 |
| WPF196135 | WPF196136 |
| WPF196137 | WPF196138 |
| WPF196139 | WPF196179 |
| WPF196180 | WPF196181 |
| WPF196182 | WPF196182 |
| WPF196183 | WPF196193 |
| WPF196194 | WPF196194 |
| WPF196195 | WPF196196 |
| WPF196197 | WPF196197 |
| WPF196198 | WPF196227 |
| WPF196228 | WPF196259 |
| WPF196260 | WPF196260 |
| WPF196261 | WPF196273 |
| WPF196274 | WPF196274 |
| WPF196275 | WPF196279 |
| WPF196280 | WPF196281 |
| WPF196282 | WPF196283 |
| WPF196284 | WPF196285 |
| WPF196286 | WPF196287 |
| WPF196288 | WPF196298 |
| WPF196299 | WPF196301 |
| WPF196302 | WPF196304 |
| WPF196305 | WPF196307 |
| WPF196308 | WPF196358 |
| WPF196359 | WPF196371 |
| WPF196372 | WPF196373 |
| WPF196374 | WPF196376 |
| WPF196377 | WPF196378 |
| WPF196379 | WPF196379 |
| WPF196380 | WPF196380 |
| WPF196381 | WPF196381 |
| WPF196382 | WPF196382 |
| WPF196383 | WPF196383 |
| WPF196384 | WPF196388 |
| WPF196389 | WPF196393 |
| WPF196394 | WPF196398 |
| WPF196399 | WPF196403 |
| WPF196404 | WPF196408 |
| WPF196409 | WPF196413 |
| WPF196414 | WPF196418 |
| WPF196419 | WPF196423 |
| WPF196424 | WPF196428 |
| WPF196429 | WPF196429 |
| WPF196430 | WPF196434 |
| WPF196435 | WPF196439 |

| | |
|---|---|
| WPF196440 | WPF196444 |
| WPF196445 | WPF196449 |
| WPF196450 | WPF196454 |
| WPF196455 | WPF196459 |
| WPF196460 | WPF196460 |
| WPF196461 | WPF196462 |
| WPF196463 | WPF196463 |
| WPF196464 | WPF196464 |
| WPF196465 | WPF196466 |
| WPF196467 | WPF196467 |
| WPF196468 | WPF196468 |
| WPF196469 | WPF196469 |
| WPF196470 | WPF196470 |
| WPF196471 | WPF196471 |
| WPF196472 | WPF196472 |
| WPF196473 | WPF196473 |
| WPF196474 | WPF196474 |
| WPF196475 | WPF196475 |
| WPF196500 | WPF196501 |
| WPF196502 | WPF196502 |
| WPF196553 | WPF196554 |
| WPF196555 | WPF196555 |
| WPF196595 | WPF196598 |
| WPF196599 | WPF196690 |
| WPF196691 | WPF196691 |
| WPF196692 | WPF196694 |
| WPF196695 | WPF196695 |
| WPF196696 | WPF196696 |
| WPF196697 | WPF196697 |
| WPF196779 | WPF196779 |
| WPF196785 | WPF196785 |
| WPF196786 | WPF196786 |
| WPF196787 | WPF196789 |
| WPF196790 | WPF196790 |
| WPF196791 | WPF196791 |
| WPF196792 | WPF196794 |
| WPF196798 | WPF196799 |
| WPF196800 | WPF196800 |
| WPF196801 | WPF196827 |
| WPF196828 | WPF196829 |
| WPF196958 | WPF196961 |
| WPF196962 | WPF196965 |
| WPF196966 | WPF196970 |
| WPF196971 | WPF196971 |
| WPF196972 | WPF196975 |
| WPF197039 | WPF197060 |
| WPF197092 | WPF197092 |
| WPF197167 | WPF197167 |
| WPF197168 | WPF197171 |
| WPF197172 | WPF197274 |
| WPF197275 | WPF197275 |
| WPF197276 | WPF197276 |

| | |
|---|---|
| WPF197277 | WPF197277 |
| WPF197435 | WPF197435 |
| WPF197438 | WPF197438 |
| WPF197444 | WPF197444 |
| WPF197450 | WPF197450 |
| WPF197451 | WPF197452 |
| WPF197454 | WPF197455 |
| WPF197456 | WPF197458 |
| WPF197459 | WPF197462 |
| WPF197463 | WPF197463 |
| WPF197464 | WPF197465 |
| WPF197466 | WPF197466 |
| WPF197495 | WPF197495 |
| WPF197496 | WPF197496 |
| WPF197497 | WPF197497 |
| WPF197498 | WPF197499 |
| WPF197500 | WPF197501 |
| WPF197603 | WPF197603 |
| WPF197604 | WPF197625 |
| WPF197626 | WPF197648 |
| WPF197649 | WPF197671 |
| WPF197672 | WPF197672 |
| WPF197674 | WPF197675 |
| WPF197678 | WPF197680 |
| WPF197681 | WPF197683 |
| WPF197684 | WPF197685 |
| WPF197691 | WPF197691 |
| WPF197692 | WPF197692 |
| WPF197809 | WPF197810 |
| WPF197849 | WPF197850 |
| WPF197851 | WPF197852 |
| WPF197853 | WPF197854 |
| WPF197932 | WPF197933 |
| WPF197934 | WPF197935 |
| WPF197936 | WPF197937 |
| WPF197938 | WPF197939 |
| WPF197940 | WPF197962 |
| WPF197963 | WPF197964 |
| WPF197965 | WPF197966 |
| WPF197967 | WPF197969 |
| WPF197970 | WPF197970 |
| WPF197971 | WPF197972 |
| WPF197973 | WPF197973 |
| WPF197974 | WPF197974 |
| WPF197975 | WPF197975 |
| WPF197976 | WPF197976 |
| WPF197977 | WPF197977 |
| WPF197978 | WPF197978 |
| WPF198168 | WPF198168 |
| WPF198169 | WPF198169 |
| WPF198170 | WPF198170 |
| WPF198171 | WPF198189 |

| | |
|---|---|
| WPF198208 | WPF198220 |
| WPF198221 | WPF198232 |
| WPF198233 | WPF198243 |
| WPF198244 | WPF198245 |
| WPF198246 | WPF198264 |
| WPF198265 | WPF198282 |
| WPF198283 | WPF198295 |
| WPF198296 | WPF198307 |
| WPF198308 | WPF198319 |
| WPF198320 | WPF198330 |
| WPF198331 | WPF198332 |
| WPF198333 | WPF198351 |
| WPF198352 | WPF198369 |
| WPF198370 | WPF198388 |
| WPF198389 | WPF198406 |
| WPF198407 | WPF198419 |
| WPF198420 | WPF198431 |
| WPF198432 | WPF198445 |
| WPF198446 | WPF198458 |
| WPF198459 | WPF198471 |
| WPF198472 | WPF198484 |
| WPF198485 | WPF198515 |
| WPF198516 | WPF198546 |
| WPF198547 | WPF198577 |
| WPF198578 | WPF198579 |
| WPF198580 | WPF198580 |
| WPF198581 | WPF198581 |
| WPF198582 | WPF198622 |
| WPF198623 | WPF198722 |
| WPF198723 | WPF198723 |
| WPF198724 | WPF198724 |
| WPF198725 | WPF198725 |
| WPF198726 | WPF198726 |
| WPF198728 | WPF198728 |
| WPF198730 | WPF198730 |
| WPF198731 | WPF198731 |
| WPF198732 | WPF198732 |
| WPF198733 | WPF198735 |
| WPF198736 | WPF198736 |
| WPF198737 | WPF198737 |
| WPF198738 | WPF198738 |
| WPF198739 | WPF198739 |
| WPF198740 | WPF198740 |
| WPF198741 | WPF198741 |
| WPF198742 | WPF198753 |
| WPF198759 | WPF198770 |
| WPF198771 | WPF198782 |
| WPF198783 | WPF198784 |
| WPF198785 | WPF198785 |
| WPF198786 | WPF198787 |
| WPF198788 | WPF198788 |
| WPF198789 | WPF198789 |

| | |
|---|---|
| WPF198790 | WPF198790 |
| WPF198791 | WPF198791 |
| WPF198792 | WPF198792 |
| WPF198793 | WPF198793 |
| WPF198794 | WPF198794 |
| WPF198795 | WPF198795 |
| WPF198796 | WPF198798 |
| WPF198799 | WPF198799 |
| WPF198800 | WPF198800 |
| WPF198801 | WPF198801 |
| WPF198802 | WPF198802 |
| WPF198803 | WPF198803 |
| WPF198806 | WPF198806 |
| WPF198807 | WPF198807 |
| WPF198808 | WPF198808 |
| WPF198809 | WPF198809 |
| WPF198811 | WPF198812 |
| WPF198813 | WPF198813 |
| WPF198814 | WPF198814 |
| WPF198815 | WPF198815 |
| WPF198816 | WPF198819 |
| WPF198820 | WPF198824 |
| WPF198825 | WPF198825 |
| WPF198826 | WPF198826 |
| WPF198827 | WPF198828 |
| WPF198829 | WPF198830 |
| WPF198831 | WPF198832 |
| WPF198833 | WPF198834 |
| WPF198835 | WPF198835 |
| WPF198836 | WPF198836 |
| WPF198837 | WPF198837 |
| WPF198838 | WPF198840 |
| WPF198841 | WPF198842 |
| WPF198843 | WPF198844 |
| WPF198845 | WPF198847 |
| WPF198848 | WPF198849 |
| WPF198850 | WPF198851 |
| WPF198852 | WPF198853 |
| WPF198854 | WPF198856 |
| WPF198857 | WPF198857 |
| WPF198865 | WPF198866 |
| WPF198867 | WPF198868 |
| WPF198872 | WPF198873 |
| WPF198878 | WPF198878 |
| WPF198885 | WPF198885 |
| WPF199000 | WPF199001 |
| WPF199002 | WPF199002 |
| WPF199003 | WPF199003 |
| WPF199004 | WPF199004 |
| WPF199005 | WPF199005 |
| WPF199006 | WPF199006 |
| WPF199155 | WPF199216 |

| | |
|---|---|
| WPF199217 | WPF199236 |
| WPF199237 | WPF199256 |
| WPF199257 | WPF199278 |
| WPF199279 | WPF199301 |
| WPF199302 | WPF199306 |
| WPF199307 | WPF199311 |
| WPF199312 | WPF199316 |
| WPF199317 | WPF199321 |
| WPF199322 | WPF199326 |
| WPF199327 | WPF199331 |
| WPF199332 | WPF199336 |
| WPF199337 | WPF199341 |
| WPF199342 | WPF199346 |
| WPF199347 | WPF199351 |
| WPF199352 | WPF199446 |
| WPF199447 | WPF199477 |
| WPF199478 | WPF199496 |
| WPF199497 | WPF199558 |
| WPF199559 | WPF199581 |
| WPF199582 | WPF199592 |
| WPF199593 | WPF199593 |
| WPF199594 | WPF199610 |
| WPF199611 | WPF199616 |
| WPF199617 | WPF199619 |
| WPF199620 | WPF199623 |
| WPF199624 | WPF199624 |
| WPF199625 | WPF199636 |
| WPF199637 | WPF199637 |
| WPF199638 | WPF199638 |
| WPF199639 | WPF199639 |
| WPF199640 | WPF199651 |
| WPF199652 | WPF199656 |
| WPF199657 | WPF199663 |
| WPF199664 | WPF199686 |
| WPF199687 | WPF199687 |
| WPF199688 | WPF199688 |
| WPF199689 | WPF199689 |
| WPF199690 | WPF199784 |
| WPF199785 | WPF199815 |
| WPF199816 | WPF199834 |
| WPF199835 | WPF199896 |
| WPF199897 | WPF199916 |
| WPF199917 | WPF199918 |
| WPF199919 | WPF199919 |
| WPF199920 | WPF199926 |
| WPF199927 | WPF199927 |
| WPF199928 | WPF199928 |
| WPF199929 | WPF199930 |
| WPF199931 | WPF199931 |
| WPF199932 | WPF200016 |
| WPF200017 | WPF200102 |
| WPF200103 | WPF200104 |

| | |
|---|---|
| WPF200105 | WPF200106 |
| WPF200108 | WPF200113 |
| WPF200114 | WPF200150 |
| WPF200151 | WPF200173 |
| WPF200174 | WPF200201 |
| WPF200202 | WPF200223 |
| WPF200224 | WPF200283 |
| WPF200284 | WPF200300 |
| WPF200301 | WPF200301 |
| WPF200302 | WPF200302 |
| WPF200303 | WPF200387 |
| WPF200388 | WPF200471 |
| WPF200472 | WPF200472 |
| WPF200473 | WPF200567 |
| WPF200568 | WPF200568 |
| WPF200569 | WPF200569 |
| WPF200570 | WPF200570 |
| WPF200571 | WPF200571 |
| WPF200610 | WPF200641 |
| WPF200642 | WPF200642 |
| WPF200643 | WPF200643 |
| WPF200644 | WPF200644 |
| WPF200645 | WPF200651 |
| WPF200652 | WPF200653 |
| WPF200654 | WPF200654 |
| WPF200655 | WPF200655 |
| WPF200656 | WPF200656 |
| WPF200657 | WPF200657 |
| WPF200659 | WPF200659 |
| WPF200660 | WPF200660 |
| WPF200661 | WPF200662 |
| WPF200663 | WPF200663 |
| WPF200664 | WPF200664 |
| WPF200665 | WPF200665 |
| WPF200666 | WPF200666 |
| WPF200667 | WPF200667 |
| WPF200668 | WPF200668 |
| WPF200669 | WPF200678 |
| WPF200705 | WPF200762 |
| WPF200763 | WPF200789 |
| WPF200791 | WPF200791 |
| WPF200793 | WPF200860 |
| WPF200861 | WPF200861 |
| WPF200863 | WPF200863 |
| WPF200864 | WPF200873 |
| WPF200874 | WPF200874 |
| WPF200904 | WPF200904 |
| WPF200905 | WPF200905 |
| WPF200906 | WPF200906 |
| WPF200907 | WPF200908 |
| WPF200909 | WPF200909 |
| WPF200910 | WPF200911 |

| | |
|---|---|
| WPF200912 | WPF200912 |
| WPF200913 | WPF200914 |
| WPF200915 | WPF200915 |
| WPF200916 | WPF200916 |
| WPF200917 | WPF200917 |
| WPF200970 | WPF200970 |
| WPF200971 | WPF200971 |
| WPF200972 | WPF200972 |
| WPF200983 | WPF200983 |
| WPF200984 | WPF200984 |
| WPF200985 | WPF200985 |
| WPF200986 | WPF200986 |
| WPF200989 | WPF200989 |
| WPF200992 | WPF200994 |
| WPF200995 | WPF200996 |
| WPF200997 | WPF200998 |
| WPF200999 | WPF200999 |
| WPF201000 | WPF201000 |
| WPF201001 | WPF201001 |
| WPF201002 | WPF201002 |
| WPF201003 | WPF201003 |
| WPF201005 | WPF201005 |
| WPF201006 | WPF201006 |
| WPF201013 | WPF201014 |
| WPF201031 | WPF201033 |
| WPF201034 | WPF201034 |
| WPF201035 | WPF201035 |
| WPF201036 | WPF201036 |
| WPF201037 | WPF201037 |
| WPF201038 | WPF201038 |
| WPF201039 | WPF201043 |
| WPF201044 | WPF201044 |
| WPF201045 | WPF201045 |
| WPF201046 | WPF201046 |
| WPF201047 | WPF201047 |
| WPF201048 | WPF201048 |
| WPF201049 | WPF201049 |
| WPF201050 | WPF201050 |
| WPF201051 | WPF201056 |
| WPF201057 | WPF201057 |
| WPF201058 | WPF201058 |
| WPF201059 | WPF201059 |
| WPF201060 | WPF201060 |
| WPF201061 | WPF201061 |
| WPF201072 | WPF201074 |
| WPF201075 | WPF201077 |
| WPF201078 | WPF201079 |
| WPF201080 | WPF201081 |
| WPF201082 | WPF201082 |
| WPF201083 | WPF201083 |
| WPF201084 | WPF201093 |
| WPF201094 | WPF201094 |

| | |
|---|---|
| WPF201095 | WPF201100 |
| WPF201101 | WPF201101 |
| WPF201102 | WPF201102 |
| WPF201103 | WPF201103 |
| WPF201104 | WPF201104 |
| WPF201105 | WPF201105 |
| WPF201107 | WPF201123 |
| WPF201125 | WPF201125 |
| WPF201126 | WPF201126 |
| WPF201127 | WPF201127 |
| WPF201128 | WPF201128 |
| WPF201138 | WPF201138 |
| WPF201139 | WPF201142 |
| WPF201143 | WPF201143 |
| WPF201144 | WPF201144 |
| WPF201145 | WPF201145 |
| WPF201146 | WPF201146 |
| WPF201176 | WPF201176 |
| WPF201177 | WPF201179 |
| WPF201180 | WPF201180 |
| WPF201181 | WPF201183 |
| WPF201184 | WPF201184 |
| WPF201187 | WPF201187 |
| WPF201188 | WPF201188 |
| WPF201229 | WPF201229 |
| WPF201231 | WPF201231 |
| WPF201272 | WPF201272 |
| WPF201273 | WPF201273 |
| WPF201274 | WPF201274 |
| WPF201275 | WPF201275 |
| WPF201276 | WPF201276 |
| WPF201277 | WPF201277 |
| WPF201278 | WPF201278 |
| WPF201279 | WPF201279 |
| WPF201280 | WPF201281 |
| WPF201282 | WPF201283 |
| WPF201284 | WPF201284 |
| WPF201285 | WPF201285 |
| WPF201286 | WPF201288 |
| WPF201289 | WPF201290 |
| WPF201291 | WPF201292 |
| WPF201293 | WPF201294 |
| WPF201296 | WPF201296 |
| WPF201298 | WPF201311 |
| WPF201312 | WPF201312 |
| WPF201313 | WPF201313 |
| WPF201314 | WPF201325 |
| WPF201326 | WPF201327 |
| WPF201328 | WPF201328 |
| WPF201329 | WPF201343 |
| WPF201344 | WPF201344 |
| WPF201345 | WPF201345 |

| | |
|---|---|
| WPF201346 | WPF201346 |
| WPF201347 | WPF201347 |
| WPF201348 | WPF201360 |
| WPF201361 | WPF201362 |
| WPF201363 | WPF201363 |
| WPF201364 | WPF201365 |
| WPF201366 | WPF201367 |
| WPF201368 | WPF201371 |
| WPF201372 | WPF201375 |
| WPF201376 | WPF201379 |
| WPF201380 | WPF201402 |
| WPF201403 | WPF201424 |
| WPF201425 | WPF201459 |
| WPF201460 | WPF201493 |
| WPF201494 | WPF201495 |
| WPF201496 | WPF201517 |
| WPF201518 | WPF201551 |
| WPF201552 | WPF201562 |
| WPF201563 | WPF201578 |
| WPF201579 | WPF201590 |
| WPF201591 | WPF201602 |
| WPF201603 | WPF201614 |
| WPF201615 | WPF201615 |
| WPF201616 | WPF201632 |
| WPF201633 | WPF201648 |
| WPF201649 | WPF201649 |
| WPF201650 | WPF201650 |
| WPF201651 | WPF201652 |
| WPF201653 | WPF201653 |
| WPF201654 | WPF201658 |
| WPF201659 | WPF201659 |
| WPF201660 | WPF201660 |
| WPF201661 | WPF201662 |
| WPF201663 | WPF201663 |
| WPF201664 | WPF201665 |
| WPF201666 | WPF201670 |
| WPF201671 | WPF201671 |
| WPF201672 | WPF201674 |
| WPF201675 | WPF201676 |
| WPF201677 | WPF201677 |
| WPF201678 | WPF201684 |
| WPF201685 | WPF201686 |
| WPF201687 | WPF201687 |
| WPF201688 | WPF201688 |
| WPF201689 | WPF201689 |
| WPF201690 | WPF201696 |
| WPF201697 | WPF201697 |
| WPF201698 | WPF201698 |
| WPF201699 | WPF201699 |
| WPF201700 | WPF201732 |
| WPF201733 | WPF201733 |
| WPF201734 | WPF201734 |

| | |
|---|---|
| WPF201735 | WPF201735 |
| WPF201736 | WPF201736 |
| WPF201737 | WPF201737 |
| WPF201738 | WPF201738 |
| WPF201739 | WPF201739 |
| WPF201740 | WPF201740 |
| WPF201741 | WPF201741 |
| WPF201742 | WPF201743 |
| WPF201744 | WPF201745 |
| WPF201746 | WPF201746 |
| WPF201777 | WPF201789 |
| WPF201790 | WPF201790 |
| WPF201791 | WPF201795 |
| WPF201796 | WPF201797 |
| WPF201798 | WPF201798 |
| WPF201799 | WPF201800 |
| WPF201801 | WPF201801 |
| WPF201802 | WPF201803 |
| WPF201804 | WPF201805 |
| WPF201806 | WPF201806 |
| WPF201807 | WPF201808 |
| WPF201809 | WPF201810 |
| WPF201811 | WPF201811 |
| WPF201812 | WPF201813 |
| WPF201814 | WPF201814 |
| WPF201815 | WPF201816 |
| WPF201817 | WPF201817 |
| WPF201818 | WPF201822 |
| WPF201823 | WPF201823 |
| WPF201824 | WPF201824 |
| WPF201825 | WPF201825 |
| WPF201826 | WPF201826 |
| WPF201827 | WPF201827 |
| WPF201828 | WPF201838 |
| WPF201839 | WPF201839 |
| WPF201840 | WPF201840 |
| WPF201841 | WPF201841 |
| WPF201842 | WPF201843 |
| WPF201844 | WPF201845 |
| WPF201846 | WPF201846 |
| WPF201847 | WPF201932 |
| WPF201933 | WPF201933 |
| WPF201934 | WPF201934 |
| WPF201935 | WPF201937 |
| WPF201938 | WPF201938 |
| WPF201939 | WPF201940 |
| WPF201941 | WPF201941 |
| WPF201942 | WPF201946 |
| WPF201947 | WPF201948 |
| WPF201949 | WPF201951 |
| WPF201952 | WPF201954 |
| WPF201955 | WPF201956 |

| | |
|---|---|
| WPF201957 | WPF201957 |
| WPF201958 | WPF201958 |
| WPF201959 | WPF201959 |
| WPF201964 | WPF201965 |
| WPF201966 | WPF201966 |
| WPF201967 | WPF201970 |
| WPF201971 | WPF201971 |
| WPF201972 | WPF201975 |
| WPF201976 | WPF201976 |
| WPF201977 | WPF201986 |
| WPF201987 | WPF201987 |
| WPF201988 | WPF201999 |
| WPF202000 | WPF202011 |
| WPF202012 | WPF202023 |
| WPF202024 | WPF202035 |
| WPF202036 | WPF202047 |
| WPF202048 | WPF202061 |
| WPF202062 | WPF202075 |
| WPF202076 | WPF202076 |
| WPF202077 | WPF202078 |
| WPF202079 | WPF202113 |
| WPF202114 | WPF202136 |
| WPF202137 | WPF202152 |
| WPF202153 | WPF202166 |
| WPF202167 | WPF202182 |
| WPF202183 | WPF202199 |
| WPF202200 | WPF202200 |
| WPF202201 | WPF202212 |
| WPF202213 | WPF202224 |
| WPF202225 | WPF202236 |
| WPF202237 | WPF202237 |
| WPF202238 | WPF202238 |
| WPF202239 | WPF202239 |
| WPF202240 | WPF202240 |
| WPF202241 | WPF202241 |
| WPF202242 | WPF202245 |
| WPF202246 | WPF202246 |
| WPF202247 | WPF202247 |
| WPF202248 | WPF202251 |
| WPF202252 | WPF202252 |
| WPF202253 | WPF202259 |
| WPF202260 | WPF202260 |
| WPF202261 | WPF202262 |
| WPF202263 | WPF202264 |
| WPF202265 | WPF202265 |
| WPF202266 | WPF202291 |
| WPF202292 | WPF202293 |
| WPF202294 | WPF202294 |
| WPF202295 | WPF202295 |
| WPF202296 | WPF202296 |
| WPF202297 | WPF202297 |
| WPF202298 | WPF202298 |

| | |
|---|---|
| WPF202299 | WPF202299 |
| WPF202300 | WPF202300 |
| WPF202301 | WPF202301 |
| WPF202302 | WPF202303 |
| WPF202304 | WPF202305 |
| WPF202306 | WPF202306 |
| WPF202307 | WPF202307 |
| WPF202308 | WPF202308 |
| WPF202309 | WPF202309 |
| WPF202310 | WPF202310 |
| WPF202311 | WPF202314 |
| WPF202315 | WPF202315 |
| WPF202316 | WPF202316 |
| WPF202317 | WPF202317 |
| WPF202318 | WPF202321 |
| WPF202322 | WPF202322 |
| WPF202323 | WPF202324 |
| WPF202325 | WPF202326 |
| WPF202327 | WPF202327 |
| WPF202328 | WPF202329 |
| WPF202330 | WPF202330 |
| WPF202331 | WPF202331 |
| WPF202332 | WPF202332 |
| WPF202333 | WPF202333 |
| WPF202334 | WPF202334 |
| WPF202335 | WPF202337 |
| WPF202338 | WPF202338 |
| WPF202339 | WPF202340 |
| WPF202341 | WPF202346 |
| WPF202347 | WPF202347 |
| WPF202348 | WPF202349 |
| WPF202350 | WPF202350 |
| WPF202351 | WPF202351 |
| WPF202352 | WPF202352 |
| WPF202353 | WPF202353 |
| WPF202354 | WPF202357 |
| WPF202358 | WPF202358 |
| WPF202359 | WPF202359 |
| WPF202360 | WPF202360 |
| WPF202361 | WPF202361 |
| WPF202362 | WPF202362 |
| WPF202363 | WPF202428 |
| WPF202429 | WPF202452 |
| WPF202453 | WPF202476 |
| WPF202477 | WPF202482 |
| WPF202483 | WPF202483 |
| WPF202484 | WPF202484 |
| WPF202485 | WPF202485 |
| WPF202486 | WPF202487 |
| WPF202488 | WPF202525 |
| WPF202526 | WPF202526 |
| WPF202527 | WPF202527 |

| | |
|---|---|
| WPF202528 | WPF202562 |
| WPF202563 | WPF202583 |
| WPF202584 | WPF202596 |
| WPF202597 | WPF202612 |
| WPF202613 | WPF202613 |
| WPF202614 | WPF202614 |
| WPF202615 | WPF202649 |
| WPF202650 | WPF202670 |
| WPF202671 | WPF202683 |
| WPF202684 | WPF202699 |
| WPF202700 | WPF202704 |
| WPF202705 | WPF202705 |
| WPF202706 | WPF202706 |
| WPF202707 | WPF202707 |
| WPF202708 | WPF202709 |
| WPF202710 | WPF202710 |
| WPF202711 | WPF202711 |
| WPF202712 | WPF202712 |
| WPF202713 | WPF202713 |
| WPF202714 | WPF202714 |
| WPF202715 | WPF202715 |
| WPF202716 | WPF202753 |
| WPF202754 | WPF202754 |
| WPF202755 | WPF202755 |
| WPF202756 | WPF202756 |
| WPF202757 | WPF202759 |
| WPF202760 | WPF202762 |
| WPF202763 | WPF202765 |
| WPF202766 | WPF202767 |
| WPF202768 | WPF202771 |
| WPF202772 | WPF202774 |
| WPF202775 | WPF202776 |
| WPF202777 | WPF202778 |
| WPF202779 | WPF202779 |
| WPF202780 | WPF202780 |
| WPF202781 | WPF202782 |
| WPF202783 | WPF202784 |
| WPF202785 | WPF202786 |
| WPF202787 | WPF202791 |
| WPF202792 | WPF202792 |
| WPF202793 | WPF202794 |
| WPF202795 | WPF202796 |
| WPF202797 | WPF202798 |
| WPF202799 | WPF202800 |
| WPF202801 | WPF202802 |
| WPF202803 | WPF202804 |
| WPF202805 | WPF202805 |
| WPF202806 | WPF202806 |
| WPF202807 | WPF202808 |
| WPF202809 | WPF202809 |
| WPF202810 | WPF202812 |
| WPF202813 | WPF202815 |

| | |
|---|---|
| WPF202816 | WPF202816 |
| WPF202817 | WPF202817 |
| WPF202818 | WPF202818 |
| WPF202823 | WPF202824 |
| WPF202825 | WPF202826 |
| WPF202830 | WPF202830 |
| WPF202831 | WPF202832 |
| WPF202833 | WPF202834 |
| WPF202835 | WPF202837 |
| WPF202838 | WPF202838 |
| WPF202839 | WPF202960 |
| WPF202961 | WPF202962 |
| WPF202963 | WPF202964 |
| WPF202966 | WPF202968 |
| WPF202969 | WPF202970 |
| WPF202971 | WPF202973 |
| WPF202976 | WPF202980 |
| WPF202981 | WPF202984 |
| WPF202985 | WPF202988 |
| WPF202989 | WPF202989 |
| WPF202990 | WPF202992 |
| WPF202993 | WPF202994 |
| WPF202995 | WPF202999 |
| WPF203000 | WPF203000 |
| WPF203001 | WPF203002 |
| WPF203003 | WPF203004 |
| WPF203005 | WPF203006 |
| WPF203010 | WPF203011 |
| WPF203012 | WPF203012 |
| WPF203013 | WPF203013 |
| WPF203014 | WPF203014 |
| WPF203015 | WPF203015 |
| WPF203016 | WPF203017 |
| WPF203018 | WPF203018 |
| WPF203019 | WPF203023 |
| WPF203024 | WPF203028 |
| WPF203029 | WPF203029 |
| WPF203030 | WPF203115 |
| WPF203116 | WPF203116 |
| WPF203117 | WPF203117 |
| WPF203118 | WPF203221 |
| WPF203222 | WPF203222 |
| WPF203223 | WPF203323 |
| WPF203324 | WPF203324 |
| WPF203325 | WPF203427 |
| WPF203428 | WPF203428 |
| WPF203429 | WPF203429 |
| WPF203430 | WPF203542 |
| WPF203543 | WPF203636 |
| WPF203637 | WPF203637 |
| WPF203638 | WPF203638 |
| WPF203640 | WPF203640 |