| | |
|---|---|
| WPF203641 | WPF203641 |
| WPF203642 | WPF203709 |
| WPF203728 | WPF203728 |
| WPF203729 | WPF203732 |
| WPF203733 | WPF203797 |
| WPF203808 | WPF203808 |
| WPF203809 | WPF203810 |
| WPF203842 | WPF203842 |
| WPF203843 | WPF203843 |
| WPF203844 | WPF203847 |
| WPF203848 | WPF203849 |
| WPF203850 | WPF203854 |
| WPF203855 | WPF203855 |
| WPF203856 | WPF203856 |
| WPF203857 | WPF203861 |
| WPF203862 | WPF203862 |
| WPF203863 | WPF203863 |
| WPF203864 | WPF203864 |
| WPF203865 | WPF203866 |
| WPF203867 | WPF203867 |
| WPF203868 | WPF203868 |
| WPF203869 | WPF203899 |
| WPF203900 | WPF203931 |
| WPF203932 | WPF203932 |
| WPF203933 | WPF203937 |
| WPF203938 | WPF203938 |
| WPF203965 | WPF203965 |
| WPF203967 | WPF203967 |
| WPF203968 | WPF203968 |
| WPF203969 | WPF203969 |
| WPF203970 | WPF203970 |
| WPF203971 | WPF203971 |
| WPF203972 | WPF203972 |
| WPF203975 | WPF203975 |
| WPF204007 | WPF204007 |
| WPF204008 | WPF204008 |
| WPF204009 | WPF204012 |
| WPF204014 | WPF204014 |
| WPF204015 | WPF204018 |
| WPF204019 | WPF204020 |
| WPF204021 | WPF204021 |
| WPF204022 | WPF204023 |
| WPF204024 | WPF204024 |
| WPF204025 | WPF204025 |
| WPF204026 | WPF204026 |
| WPF204027 | WPF204027 |
| WPF204028 | WPF204028 |
| WPF204029 | WPF204029 |
| WPF204030 | WPF204045 |
| WPF204046 | WPF204072 |
| WPF204073 | WPF204074 |
| WPF204075 | WPF204076 |

| | |
|---|---|
| WPF204077 | WPF204077 |
| WPF204078 | WPF204078 |
| WPF204079 | WPF204080 |
| WPF204081 | WPF204081 |
| WPF204082 | WPF204082 |
| WPF204083 | WPF204083 |
| WPF204084 | WPF204089 |
| WPF204090 | WPF204095 |
| WPF204096 | WPF204096 |
| WPF204097 | WPF204097 |
| WPF204098 | WPF204101 |
| WPF204102 | WPF204102 |
| WPF204103 | WPF204103 |
| WPF204104 | WPF204104 |
| WPF204105 | WPF204116 |
| WPF204121 | WPF204121 |
| WPF204125 | WPF204125 |
| WPF204126 | WPF204126 |
| WPF204127 | WPF204127 |
| WPF204128 | WPF204130 |
| WPF204166 | WPF204204 |
| WPF204205 | WPF204205 |
| WPF204206 | WPF204206 |
| WPF204207 | WPF204207 |
| WPF204208 | WPF204208 |
| WPF204209 | WPF204304 |
| WPF204305 | WPF204305 |
| WPF204306 | WPF204306 |
| WPF204307 | WPF204307 |
| WPF204312 | WPF204312 |
| WPF204313 | WPF204317 |
| WPF204318 | WPF204318 |
| WPF204319 | WPF204450 |
| WPF204451 | WPF204586 |
| WPF204587 | WPF204588 |
| WPF204589 | WPF204589 |
| WPF204850 | WPF204850 |
| WPF204851 | WPF204851 |
| WPF204852 | WPF204852 |
| WPF204853 | WPF204853 |
| WPF204854 | WPF204854 |
| WPF204855 | WPF204855 |
| WPF204856 | WPF204860 |
| WPF204861 | WPF204865 |
| WPF204866 | WPF204866 |
| WPF204867 | WPF204871 |
| WPF204872 | WPF204972 |
| WPF204974 | WPF204974 |
| WPF204977 | WPF204977 |
| WPF204978 | WPF204978 |
| WPF204981 | WPF204983 |
| WPF204984 | WPF204986 |

| | |
|---|---|
| WPF204987 | WPF204989 |
| WPF204990 | WPF204991 |
| WPF204992 | WPF204993 |
| WPF204994 | WPF204995 |
| WPF204996 | WPF204997 |
| WPF204998 | WPF204999 |
| WPF205000 | WPF205000 |
| WPF205001 | WPF205001 |
| WPF205002 | WPF205003 |
| WPF205004 | WPF205004 |
| WPF205005 | WPF205005 |
| WPF205006 | WPF205006 |
| WPF205007 | WPF205008 |
| WPF205012 | WPF205012 |
| WPF205021 | WPF205023 |
| WPF205024 | WPF205029 |
| WPF205030 | WPF205030 |
| WPF205031 | WPF205032 |
| WPF205033 | WPF205034 |
| WPF205035 | WPF205036 |
| WPF205038 | WPF205038 |
| WPF205039 | WPF205039 |
| WPF205040 | WPF205040 |
| WPF205041 | WPF205041 |
| WPF205042 | WPF205042 |
| WPF205043 | WPF205140 |
| WPF205141 | WPF205141 |
| WPF205143 | WPF205143 |
| WPF205144 | WPF205149 |
| WPF205150 | WPF205150 |
| WPF205151 | WPF205151 |
| WPF205152 | WPF205152 |
| WPF205153 | WPF205153 |
| WPF205154 | WPF205154 |
| WPF205155 | WPF205155 |
| WPF205156 | WPF205156 |
| WPF205157 | WPF205157 |
| WPF205158 | WPF205158 |
| WPF205159 | WPF205160 |
| WPF205161 | WPF205161 |
| WPF205162 | WPF205164 |
| WPF205165 | WPF205165 |
| WPF205167 | WPF205167 |
| WPF205168 | WPF205171 |
| WPF205172 | WPF205175 |
| WPF205176 | WPF205179 |
| WPF205180 | WPF205180 |
| WPF205181 | WPF205182 |
| WPF205183 | WPF205184 |
| WPF205185 | WPF205185 |
| WPF205186 | WPF205186 |
| WPF205187 | WPF205187 |

| | |
|---|---|
| WPF205188 | WPF205188 |
| WPF205189 | WPF205189 |
| WPF205190 | WPF205190 |
| WPF205191 | WPF205191 |
| WPF205192 | WPF205192 |
| WPF205193 | WPF205193 |
| WPF205194 | WPF205195 |
| WPF205196 | WPF205196 |
| WPF205197 | WPF205197 |
| WPF205198 | WPF205198 |
| WPF205199 | WPF205200 |
| WPF205201 | WPF205202 |
| WPF205203 | WPF205203 |
| WPF205204 | WPF205205 |
| WPF205206 | WPF205206 |
| WPF205207 | WPF205207 |
| WPF205208 | WPF205208 |
| WPF205209 | WPF205209 |
| WPF205211 | WPF205211 |
| WPF205212 | WPF205212 |
| WPF205213 | WPF205218 |
| WPF205219 | WPF205219 |
| WPF205220 | WPF205225 |
| WPF205226 | WPF205226 |
| WPF205227 | WPF205227 |
| WPF205228 | WPF205228 |
| WPF205229 | WPF205229 |
| WPF205230 | WPF205230 |
| WPF205231 | WPF205232 |
| WPF205233 | WPF205233 |
| WPF205234 | WPF205235 |
| WPF205236 | WPF205236 |
| WPF205237 | WPF205237 |
| WPF205238 | WPF205238 |
| WPF205239 | WPF205239 |
| WPF205240 | WPF205240 |
| WPF205241 | WPF205241 |
| WPF205242 | WPF205243 |
| WPF205244 | WPF205244 |
| WPF205245 | WPF205246 |
| WPF205247 | WPF205247 |
| WPF205248 | WPF205251 |
| WPF205252 | WPF205252 |
| WPF205253 | WPF205253 |
| WPF205254 | WPF205257 |
| WPF205258 | WPF205259 |
| WPF205260 | WPF205260 |
| WPF205261 | WPF205262 |
| WPF205265 | WPF205266 |
| WPF205267 | WPF205268 |
| WPF205269 | WPF205271 |
| WPF205272 | WPF205272 |

| | |
|---|---|
| WPF205273 | WPF205273 |
| WPF205274 | WPF205274 |
| WPF205275 | WPF205355 |
| WPF205356 | WPF205356 |
| WPF205357 | WPF205357 |
| WPF205358 | WPF205358 |
| WPF205359 | WPF205359 |
| WPF205360 | WPF205360 |
| WPF205361 | WPF205361 |
| WPF205362 | WPF205362 |
| WPF205363 | WPF205363 |
| WPF205364 | WPF205365 |
| WPF205366 | WPF205366 |
| WPF205367 | WPF205367 |
| WPF205368 | WPF205368 |
| WPF205369 | WPF205369 |
| WPF205373 | WPF205373 |
| WPF205374 | WPF205374 |
| WPF205375 | WPF205375 |
| WPF205376 | WPF205377 |
| WPF205378 | WPF205378 |
| WPF205379 | WPF205379 |
| WPF205380 | WPF205380 |
| WPF205392 | WPF205392 |
| WPF205393 | WPF205396 |
| WPF205397 | WPF205397 |
| WPF205398 | WPF205398 |
| WPF205399 | WPF205399 |
| WPF205400 | WPF205400 |
| WPF205401 | WPF205401 |
| WPF205402 | WPF205402 |
| WPF205403 | WPF205406 |
| WPF205429 | WPF205429 |
| WPF205430 | WPF205430 |
| WPF205431 | WPF205431 |
| WPF205433 | WPF205433 |
| WPF205434 | WPF205434 |
| WPF205435 | WPF205435 |
| WPF205436 | WPF205437 |
| WPF205438 | WPF205438 |
| WPF205439 | WPF205439 |
| WPF205440 | WPF205440 |
| WPF205441 | WPF205444 |
| WPF205445 | WPF205446 |
| WPF205447 | WPF205447 |
| WPF205448 | WPF205448 |
| WPF205449 | WPF205449 |
| WPF205450 | WPF205450 |
| WPF205451 | WPF205451 |
| WPF205686 | WPF205686 |
| WPF205687 | WPF205687 |
| WPF205734 | WPF205734 |

| | |
|---|---|
| WPF205735 | WPF205796 |
| WPF205820 | WPF205820 |
| WPF205821 | WPF205852 |
| WPF205853 | WPF205853 |
| WPF205854 | WPF205854 |
| WPF205855 | WPF205855 |
| WPF205856 | WPF205872 |
| WPF205873 | WPF205874 |
| WPF205875 | WPF205875 |
| WPF205876 | WPF205876 |
| WPF205880 | WPF205881 |
| WPF205882 | WPF205883 |
| WPF205884 | WPF205885 |
| WPF205886 | WPF205887 |
| WPF205889 | WPF205889 |
| WPF205890 | WPF205891 |
| WPF205892 | WPF205893 |
| WPF205894 | WPF205895 |
| WPF205896 | WPF205897 |
| WPF205898 | WPF205899 |
| WPF205900 | WPF205900 |
| WPF205901 | WPF205903 |
| WPF205904 | WPF205905 |
| WPF205906 | WPF205908 |
| WPF205909 | WPF205909 |
| WPF205910 | WPF205910 |
| WPF205911 | WPF205912 |
| WPF205913 | WPF205913 |
| WPF205914 | WPF205914 |
| WPF205917 | WPF205917 |
| WPF205918 | WPF205919 |
| WPF205920 | WPF205921 |
| WPF205922 | WPF205922 |
| WPF205925 | WPF205925 |
| WPF205926 | WPF205926 |
| WPF205927 | WPF205928 |
| WPF205929 | WPF205930 |
| WPF205931 | WPF205931 |
| WPF205932 | WPF205952 |
| WPF205953 | WPF205954 |
| WPF205955 | WPF205956 |
| WPF205957 | WPF205958 |
| WPF205959 | WPF205961 |
| WPF205962 | WPF205963 |
| WPF205964 | WPF205964 |
| WPF205967 | WPF205967 |
| WPF205968 | WPF205999 |
| WPF206001 | WPF206002 |
| WPF206005 | WPF206005 |
| WPF206006 | WPF206006 |
| WPF206007 | WPF206007 |
| WPF206008 | WPF206009 |

| | |
|---|---|
| WPF206010 | WPF206011 |
| WPF206012 | WPF206012 |
| WPF206013 | WPF206013 |
| WPF206014 | WPF206015 |
| WPF206016 | WPF206016 |
| WPF206017 | WPF206022 |
| WPF206023 | WPF206023 |
| WPF206024 | WPF206030 |
| WPF206031 | WPF206037 |
| WPF206038 | WPF206038 |
| WPF206039 | WPF206039 |
| WPF206040 | WPF206040 |
| WPF206041 | WPF206041 |
| WPF206042 | WPF206042 |
| WPF206043 | WPF206043 |
| WPF206046 | WPF206046 |
| WPF206048 | WPF206048 |
| WPF206049 | WPF206049 |
| WPF206052 | WPF206052 |
| WPF206053 | WPF206053 |
| WPF206054 | WPF206054 |
| WPF206055 | WPF206055 |
| WPF206056 | WPF206056 |
| WPF206066 | WPF206087 |
| WPF206088 | WPF206088 |
| WPF206089 | WPF206089 |
| WPF206096 | WPF206096 |
| WPF206097 | WPF206101 |
| WPF206137 | WPF206137 |
| WPF206138 | WPF206140 |
| WPF206146 | WPF206146 |
| WPF206225 | WPF206225 |
| WPF206230 | WPF206230 |
| WPF206231 | WPF206269 |
| WPF206340 | WPF206340 |
| WPF206341 | WPF206342 |
| WPF206343 | WPF206343 |
| WPF206349 | WPF206349 |
| WPF206350 | WPF206350 |
| WPF206357 | WPF206357 |
| WPF206358 | WPF206358 |
| WPF206359 | WPF206359 |
| WPF206376 | WPF206376 |
| WPF206377 | WPF206378 |
| WPF206379 | WPF206430 |
| WPF206431 | WPF206431 |
| WPF206432 | WPF206459 |
| WPF206460 | WPF206460 |
| WPF206461 | WPF206461 |
| WPF206462 | WPF206462 |
| WPF206463 | WPF206505 |
| WPF206506 | WPF206507 |

| | |
|---|---|
| WPF206508 | WPF206508 |
| WPF206511 | WPF206511 |
| WPF206512 | WPF206512 |
| WPF206513 | WPF206513 |
| WPF206514 | WPF206515 |
| WPF206516 | WPF206516 |
| WPF206517 | WPF206517 |
| WPF206518 | WPF206518 |
| WPF206519 | WPF206519 |
| WPF206520 | WPF206520 |
| WPF206521 | WPF206521 |
| WPF206635 | WPF206639 |
| WPF206640 | WPF206640 |
| WPF206668 | WPF206668 |
| WPF206669 | WPF206783 |
| WPF206784 | WPF206908 |
| WPF207005 | WPF207100 |
| WPF207101 | WPF207101 |
| WPF207102 | WPF207107 |
| WPF207108 | WPF207108 |
| WPF207109 | WPF207116 |
| WPF207117 | WPF207117 |
| WPF207118 | WPF207141 |
| WPF207142 | WPF207142 |
| WPF207143 | WPF207161 |
| WPF207162 | WPF207162 |
| WPF207163 | WPF207166 |
| WPF207167 | WPF207167 |
| WPF207168 | WPF207168 |
| WPF207169 | WPF207169 |
| WPF207170 | WPF207184 |
| WPF207186 | WPF207281 |
| WPF207283 | WPF207283 |
| WPF207284 | WPF207284 |
| WPF207285 | WPF207323 |
| WPF207324 | WPF207365 |
| WPF207366 | WPF207408 |
| WPF207409 | WPF207409 |
| WPF207410 | WPF207550 |
| WPF207551 | WPF207729 |
| WPF207730 | WPF207846 |
| WPF207847 | WPF207847 |
| WPF207848 | WPF207884 |
| WPF207885 | WPF207923 |
| WPF207924 | WPF207966 |
| WPF207967 | WPF207967 |
| WPF207968 | WPF208004 |
| WPF208005 | WPF208043 |
| WPF208044 | WPF208086 |
| WPF208087 | WPF208087 |
| WPF208205 | WPF208205 |
| WPF208226 | WPF208226 |

| | |
|---|---|
| WPF208227 | WPF208227 |
| WPF208228 | WPF208228 |
| WPF208229 | WPF208230 |
| WPF208231 | WPF208232 |
| WPF208233 | WPF208233 |
| WPF208234 | WPF208235 |
| WPF208236 | WPF208236 |
| WPF208238 | WPF208238 |
| WPF208239 | WPF208239 |
| WPF208240 | WPF208240 |
| WPF208241 | WPF208242 |
| WPF208245 | WPF208245 |
| WPF208246 | WPF208247 |
| WPF208248 | WPF208249 |
| WPF208250 | WPF208251 |
| WPF208252 | WPF208253 |
| WPF208254 | WPF208265 |
| WPF208266 | WPF208267 |
| WPF208268 | WPF208269 |
| WPF208270 | WPF208272 |
| WPF208273 | WPF208274 |
| WPF208282 | WPF208283 |
| WPF208284 | WPF208284 |
| WPF208286 | WPF208324 |
| WPF208325 | WPF208363 |
| WPF208364 | WPF208403 |
| WPF208408 | WPF208408 |
| WPF208412 | WPF208446 |
| WPF208447 | WPF208481 |
| WPF208482 | WPF208520 |
| WPF208533 | WPF208567 |
| WPF208568 | WPF208602 |
| WPF208642 | WPF208642 |
| WPF208644 | WPF208645 |
| WPF208646 | WPF208646 |
| WPF208681 | WPF208681 |
| WPF208716 | WPF208716 |
| WPF208717 | WPF208717 |
| WPF208718 | WPF208808 |
| WPF208809 | WPF208907 |
| WPF208908 | WPF208908 |
| WPF208909 | WPF208909 |
| WPF208910 | WPF208910 |
| WPF208911 | WPF208911 |
| WPF208912 | WPF208912 |
| WPF208913 | WPF208913 |
| WPF208914 | WPF208914 |
| WPF208915 | WPF208915 |
| WPF208916 | WPF208916 |
| WPF208917 | WPF208917 |
| WPF208918 | WPF208918 |
| WPF208919 | WPF208919 |

| | |
|---|---|
| WPF208920 | WPF208920 |
| WPF208921 | WPF208921 |
| WPF208923 | WPF208923 |
| WPF208924 | WPF208924 |
| WPF208926 | WPF208926 |
| WPF208967 | WPF208968 |
| WPF208969 | WPF208969 |
| WPF208970 | WPF208971 |
| WPF208972 | WPF208972 |
| WPF208973 | WPF208973 |
| WPF208974 | WPF208974 |
| WPF209056 | WPF209056 |
| WPF209057 | WPF209057 |
| WPF209058 | WPF209058 |
| WPF209059 | WPF209060 |
| WPF209061 | WPF209061 |
| WPF209062 | WPF209062 |
| WPF209063 | WPF209063 |
| WPF209064 | WPF209064 |
| WPF209066 | WPF209066 |
| WPF209248 | WPF209248 |
| WPF209249 | WPF209249 |
| WPF209250 | WPF209251 |
| WPF209252 | WPF209252 |
| WPF209253 | WPF209254 |
| WPF209255 | WPF209355 |
| WPF209356 | WPF209356 |
| WPF209357 | WPF209457 |
| WPF209458 | WPF209570 |
| WPF209571 | WPF209571 |
| WPF209572 | WPF209572 |
| WPF209613 | WPF209613 |
| WPF209614 | WPF209714 |
| WPF209715 | WPF209829 |
| WPF209830 | WPF209830 |
| WPF209831 | WPF209831 |
| WPF209832 | WPF209934 |
| WPF209935 | WPF209935 |
| WPF209936 | WPF209936 |
| WPF209937 | WPF209937 |
| WPF209938 | WPF209942 |
| WPF209943 | WPF209943 |
| WPF209944 | WPF209944 |
| WPF209945 | WPF209945 |
| WPF209946 | WPF209946 |
| WPF209947 | WPF209947 |
| WPF209948 | WPF209948 |
| WPF209949 | WPF209949 |
| WPF209950 | WPF209950 |
| WPF209951 | WPF209951 |
| WPF209952 | WPF209952 |
| WPF209953 | WPF209953 |

| | |
|---|---|
| WPF209954 | WPF209955 |
| WPF209956 | WPF209956 |
| WPF209957 | WPF209957 |
| WPF209958 | WPF209958 |
| WPF209959 | WPF209959 |
| WPF209960 | WPF209961 |
| WPF209962 | WPF209962 |
| WPF209963 | WPF209963 |
| WPF209964 | WPF209964 |
| WPF209965 | WPF209965 |
| WPF209966 | WPF209966 |
| WPF209967 | WPF209967 |
| WPF209968 | WPF209968 |
| WPF209969 | WPF209969 |
| WPF209970 | WPF209970 |
| WPF209971 | WPF209971 |
| WPF209972 | WPF209972 |
| WPF209973 | WPF209973 |
| WPF209974 | WPF209974 |
| WPF209975 | WPF209975 |
| WPF209976 | WPF209977 |
| WPF209978 | WPF209978 |
| WPF209981 | WPF209981 |
| WPF209982 | WPF209983 |
| WPF209984 | WPF209984 |
| WPF209985 | WPF209985 |
| WPF209986 | WPF209986 |
| WPF209987 | WPF209988 |
| WPF209989 | WPF209990 |
| WPF209991 | WPF209991 |
| WPF209992 | WPF209992 |
| WPF209993 | WPF209993 |
| WPF209994 | WPF209994 |
| WPF210000 | WPF210000 |
| WPF210003 | WPF210003 |
| WPF210004 | WPF210004 |
| WPF210005 | WPF210005 |
| WPF210009 | WPF210010 |
| WPF210016 | WPF210017 |
| WPF210018 | WPF210019 |
| WPF210020 | WPF210021 |
| WPF210022 | WPF210023 |
| WPF210024 | WPF210024 |
| WPF210025 | WPF210026 |
| WPF210027 | WPF210028 |
| WPF210029 | WPF210030 |
| WPF210031 | WPF210032 |
| WPF210033 | WPF210067 |
| WPF210068 | WPF210070 |
| WPF210071 | WPF210072 |
| WPF210073 | WPF210075 |
| WPF210076 | WPF210086 |

| | |
|---|---|
| WPF210087 | WPF210144 |
| WPF210145 | WPF210149 |
| WPF210150 | WPF210173 |
| WPF210174 | WPF210182 |
| WPF210183 | WPF210183 |
| WPF210184 | WPF210184 |
| WPF210185 | WPF210185 |
| WPF210186 | WPF210187 |
| WPF210188 | WPF210188 |
| WPF210189 | WPF210189 |
| WPF210192 | WPF210192 |
| WPF210193 | WPF210193 |
| WPF210194 | WPF210194 |
| WPF210195 | WPF210195 |
| WPF210196 | WPF210196 |
| WPF210198 | WPF210198 |
| WPF210199 | WPF210200 |
| WPF210201 | WPF210202 |
| WPF210203 | WPF210203 |
| WPF210204 | WPF210204 |
| WPF210205 | WPF210205 |
| WPF210206 | WPF210206 |
| WPF210211 | WPF210211 |
| WPF210212 | WPF210212 |
| WPF210213 | WPF210213 |
| WPF210214 | WPF210214 |
| WPF210215 | WPF210215 |
| WPF210216 | WPF210216 |
| WPF210217 | WPF210217 |
| WPF210218 | WPF210218 |
| WPF210219 | WPF210219 |
| WPF210220 | WPF210220 |
| WPF210221 | WPF210221 |
| WPF210222 | WPF210222 |
| WPF210223 | WPF210223 |
| WPF210224 | WPF210224 |
| WPF210225 | WPF210225 |
| WPF210226 | WPF210226 |
| WPF210227 | WPF210227 |
| WPF210228 | WPF210228 |
| WPF210229 | WPF210229 |
| WPF210230 | WPF210230 |
| WPF210231 | WPF210231 |
| WPF210233 | WPF210233 |
| WPF210234 | WPF210234 |
| WPF210235 | WPF210235 |
| WPF210236 | WPF210236 |
| WPF210237 | WPF210238 |
| WPF210239 | WPF210240 |
| WPF210241 | WPF210241 |
| WPF210243 | WPF210243 |
| WPF210244 | WPF210245 |

| | |
|---|---|
| WPF210246 | WPF210246 |
| WPF210249 | WPF210250 |
| WPF210251 | WPF210252 |
| WPF210253 | WPF210254 |
| WPF210255 | WPF210255 |
| WPF210256 | WPF210256 |
| WPF210257 | WPF210258 |
| WPF210259 | WPF210259 |
| WPF210260 | WPF210260 |
| WPF210261 | WPF210262 |
| WPF210263 | WPF210263 |
| WPF210264 | WPF210264 |
| WPF210265 | WPF210265 |
| WPF210266 | WPF210266 |
| WPF210267 | WPF210267 |
| WPF210269 | WPF210269 |
| WPF210270 | WPF210270 |
| WPF210271 | WPF210271 |
| WPF210272 | WPF210272 |
| WPF210273 | WPF210274 |
| WPF210275 | WPF210275 |
| WPF210276 | WPF210276 |
| WPF210277 | WPF210277 |
| WPF210278 | WPF210278 |
| WPF210279 | WPF210279 |
| WPF210280 | WPF210280 |
| WPF210281 | WPF210281 |
| WPF210282 | WPF210282 |
| WPF210283 | WPF210283 |
| WPF210284 | WPF210284 |
| WPF210285 | WPF210285 |
| WPF210286 | WPF210286 |
| WPF210287 | WPF210287 |
| WPF210288 | WPF210288 |
| WPF210289 | WPF210289 |
| WPF210290 | WPF210290 |
| WPF210291 | WPF210291 |
| WPF210292 | WPF210292 |
| WPF210293 | WPF210293 |
| WPF210294 | WPF210294 |
| WPF210295 | WPF210295 |
| WPF210296 | WPF210296 |
| WPF210297 | WPF210297 |
| WPF210298 | WPF210298 |
| WPF210299 | WPF210299 |
| WPF210300 | WPF210300 |
| WPF210302 | WPF210302 |
| WPF210303 | WPF210303 |
| WPF210304 | WPF210304 |
| WPF210306 | WPF210306 |
| WPF210307 | WPF210307 |
| WPF210309 | WPF210309 |

| | |
|---|---|
| WPF210310 | WPF210310 |
| WPF210311 | WPF210312 |
| WPF210313 | WPF210313 |
| WPF210315 | WPF210316 |
| WPF210317 | WPF210317 |
| WPF210318 | WPF210320 |
| WPF210321 | WPF210321 |
| WPF210324 | WPF210324 |
| WPF210325 | WPF210325 |
| WPF210326 | WPF210327 |
| WPF210328 | WPF210331 |
| WPF210332 | WPF210332 |
| WPF210333 | WPF210333 |
| WPF210334 | WPF210334 |
| WPF210335 | WPF210335 |
| WPF210336 | WPF210340 |
| WPF210341 | WPF210341 |
| WPF210342 | WPF210347 |
| WPF210348 | WPF210348 |
| WPF210349 | WPF210349 |
| WPF210350 | WPF210350 |
| WPF210351 | WPF210352 |
| WPF210354 | WPF210354 |
| WPF210355 | WPF210355 |
| WPF210356 | WPF210356 |
| WPF210357 | WPF210357 |
| WPF210358 | WPF210358 |
| WPF210359 | WPF210359 |
| WPF210360 | WPF210361 |
| WPF210362 | WPF210362 |
| WPF210363 | WPF210363 |
| WPF210364 | WPF210364 |
| WPF210365 | WPF210366 |
| WPF210367 | WPF210368 |
| WPF210369 | WPF210370 |
| WPF210371 | WPF210372 |
| WPF210373 | WPF210373 |
| WPF210374 | WPF210375 |
| WPF210376 | WPF210376 |
| WPF210377 | WPF210377 |
| WPF210378 | WPF210378 |
| WPF210379 | WPF210379 |
| WPF210380 | WPF210380 |
| WPF210381 | WPF210381 |
| WPF210383 | WPF210383 |
| WPF210384 | WPF210385 |
| WPF210395 | WPF210398 |
| WPF210406 | WPF210406 |
| WPF210407 | WPF210407 |
| WPF210408 | WPF210409 |
| WPF210410 | WPF210410 |
| WPF210411 | WPF210412 |

| | |
|---|---|
| WPF210413 | WPF210414 |
| WPF210423 | WPF210423 |
| WPF210424 | WPF210424 |
| WPF210425 | WPF210425 |
| WPF210426 | WPF210426 |
| WPF210427 | WPF210427 |
| WPF210428 | WPF210428 |
| WPF210429 | WPF210429 |
| WPF210430 | WPF210430 |
| WPF210431 | WPF210431 |
| WPF210432 | WPF210432 |
| WPF210433 | WPF210433 |
| WPF210434 | WPF210434 |
| WPF210435 | WPF210435 |
| WPF210436 | WPF210437 |
| WPF210439 | WPF210439 |
| WPF210440 | WPF210440 |
| WPF210441 | WPF210441 |
| WPF210442 | WPF210442 |
| WPF210443 | WPF210443 |
| WPF210444 | WPF210444 |
| WPF210445 | WPF210445 |
| WPF210446 | WPF210446 |
| WPF210447 | WPF210447 |
| WPF210448 | WPF210448 |
| WPF210449 | WPF210449 |
| WPF210450 | WPF210450 |
| WPF210451 | WPF210452 |
| WPF210453 | WPF210453 |
| WPF210454 | WPF210454 |
| WPF210455 | WPF210455 |
| WPF210456 | WPF210456 |
| WPF210457 | WPF210458 |
| WPF210459 | WPF210466 |
| WPF210468 | WPF210468 |
| WPF210469 | WPF210469 |
| WPF210470 | WPF210470 |
| WPF210471 | WPF210471 |
| WPF210472 | WPF210472 |
| WPF210473 | WPF210474 |
| WPF210475 | WPF210475 |
| WPF210476 | WPF210476 |
| WPF210477 | WPF210477 |
| WPF210478 | WPF210478 |
| WPF210479 | WPF210479 |
| WPF210480 | WPF210480 |
| WPF210481 | WPF210481 |
| WPF210482 | WPF210482 |
| WPF210483 | WPF210484 |
| WPF210485 | WPF210485 |
| WPF210486 | WPF210486 |
| WPF210487 | WPF210487 |

| | |
|---|---|
| WPF210488 | WPF210488 |
| WPF210489 | WPF210489 |
| WPF210490 | WPF210490 |
| WPF210491 | WPF210491 |
| WPF210492 | WPF210492 |
| WPF210493 | WPF210493 |
| WPF210494 | WPF210494 |
| WPF210495 | WPF210495 |
| WPF210496 | WPF210496 |
| WPF210497 | WPF210497 |
| WPF210498 | WPF210498 |
| WPF210500 | WPF210500 |
| WPF210502 | WPF210502 |
| WPF210503 | WPF210503 |
| WPF210504 | WPF210504 |
| WPF210505 | WPF210505 |
| WPF210507 | WPF210507 |
| WPF210509 | WPF210509 |
| WPF210510 | WPF210510 |
| WPF210511 | WPF210511 |
| WPF210512 | WPF210512 |
| WPF210513 | WPF210513 |
| WPF210514 | WPF210514 |
| WPF210515 | WPF210515 |
| WPF210516 | WPF210516 |
| WPF210517 | WPF210525 |
| WPF210532 | WPF210532 |
| WPF210534 | WPF210534 |
| WPF210535 | WPF210535 |
| WPF210536 | WPF210536 |
| WPF210537 | WPF210538 |
| WPF210539 | WPF210539 |
| WPF210540 | WPF210540 |
| WPF210541 | WPF210541 |
| WPF210542 | WPF210542 |
| WPF210543 | WPF210543 |
| WPF210544 | WPF210544 |
| WPF210545 | WPF210545 |
| WPF210546 | WPF210546 |
| WPF210547 | WPF210547 |
| WPF210548 | WPF210548 |
| WPF210549 | WPF210549 |
| WPF210550 | WPF210550 |
| WPF210551 | WPF210553 |
| WPF210554 | WPF210559 |
| WPF210560 | WPF210561 |
| WPF210562 | WPF210562 |
| WPF210563 | WPF210563 |
| WPF210564 | WPF210564 |
| WPF210565 | WPF210565 |
| WPF210566 | WPF210566 |
| WPF210567 | WPF210567 |

| | |
|---|---|
| WPF210568 | WPF210568 |
| WPF210569 | WPF210569 |
| WPF210570 | WPF210570 |
| WPF210571 | WPF210571 |
| WPF210572 | WPF210572 |
| WPF210573 | WPF210573 |
| WPF210574 | WPF210574 |
| WPF210575 | WPF210575 |
| WPF210576 | WPF210576 |
| WPF210577 | WPF210577 |
| WPF210578 | WPF210578 |
| WPF210579 | WPF210580 |
| WPF210581 | WPF210582 |
| WPF210583 | WPF210583 |
| WPF210584 | WPF210584 |
| WPF210585 | WPF210586 |
| WPF210587 | WPF210587 |
| WPF210588 | WPF210588 |
| WPF210589 | WPF210590 |
| WPF210591 | WPF210592 |
| WPF210593 | WPF210593 |
| WPF210594 | WPF210594 |
| WPF210595 | WPF210595 |
| WPF210596 | WPF210596 |
| WPF210597 | WPF210597 |
| WPF210598 | WPF210611 |
| WPF210612 | WPF210612 |
| WPF210613 | WPF210614 |
| WPF210615 | WPF210615 |
| WPF210616 | WPF210616 |
| WPF210617 | WPF210617 |
| WPF210618 | WPF210618 |
| WPF210619 | WPF210619 |
| WPF210620 | WPF210621 |
| WPF210622 | WPF210623 |
| WPF210624 | WPF210624 |
| WPF210625 | WPF210626 |
| WPF210627 | WPF210627 |
| WPF210628 | WPF210628 |
| WPF210629 | WPF210629 |
| WPF210630 | WPF210631 |
| WPF210632 | WPF210632 |
| WPF210633 | WPF210633 |
| WPF210634 | WPF210634 |
| WPF210635 | WPF210635 |
| WPF210636 | WPF210636 |
| WPF210637 | WPF210638 |
| WPF210639 | WPF210640 |
| WPF210641 | WPF210641 |
| WPF210642 | WPF210655 |
| WPF210656 | WPF210656 |
| WPF210657 | WPF210657 |

| | |
|---|---|
| WPF210658 | WPF210658 |
| WPF210659 | WPF210659 |
| WPF210660 | WPF210660 |
| WPF210661 | WPF210661 |
| WPF210662 | WPF210662 |
| WPF210663 | WPF210663 |
| WPF210664 | WPF210664 |
| WPF210665 | WPF210668 |
| WPF210669 | WPF210669 |
| WPF210670 | WPF210670 |
| WPF210671 | WPF210671 |
| WPF210672 | WPF210672 |
| WPF210673 | WPF210673 |
| WPF210674 | WPF210674 |
| WPF210675 | WPF210675 |
| WPF210676 | WPF210676 |
| WPF210677 | WPF210677 |
| WPF210678 | WPF210678 |
| WPF210679 | WPF210679 |
| WPF210680 | WPF210680 |
| WPF210681 | WPF210681 |
| WPF210682 | WPF210682 |
| WPF210683 | WPF210683 |
| WPF210684 | WPF210684 |
| WPF210685 | WPF210685 |
| WPF210686 | WPF210686 |
| WPF210687 | WPF210687 |
| WPF210688 | WPF210688 |
| WPF210689 | WPF210689 |
| WPF210690 | WPF210690 |
| WPF210691 | WPF210691 |
| WPF210692 | WPF210692 |
| WPF210693 | WPF210693 |
| WPF210694 | WPF210694 |
| WPF210695 | WPF210696 |
| WPF210697 | WPF210697 |
| WPF210698 | WPF210698 |
| WPF210699 | WPF210699 |
| WPF210700 | WPF210702 |
| WPF210703 | WPF210703 |
| WPF210704 | WPF210704 |
| WPF210705 | WPF210705 |
| WPF210706 | WPF210706 |
| WPF210707 | WPF210707 |
| WPF210708 | WPF210708 |
| WPF210710 | WPF210710 |
| WPF210711 | WPF210711 |
| WPF210712 | WPF210712 |
| WPF210713 | WPF210713 |
| WPF210714 | WPF210714 |
| WPF210715 | WPF210715 |
| WPF210716 | WPF210716 |

| | |
|---|---|
| WPF210717 | WPF210717 |
| WPF210718 | WPF210718 |
| WPF210719 | WPF210719 |
| WPF210720 | WPF210720 |
| WPF210967 | WPF210967 |
| WPF210974 | WPF210974 |
| WPF210975 | WPF210982 |
| WPF210995 | WPF210995 |
| WPF211150 | WPF211150 |
| WPF211153 | WPF211153 |
| WPF211685 | WPF211685 |
| WPF212125 | WPF212125 |
| WPF212126 | WPF212126 |
| WPF212127 | WPF212128 |
| WPF212129 | WPF212130 |
| WPF212131 | WPF212131 |
| WPF212132 | WPF212132 |
| WPF212133 | WPF212133 |
| WPF212134 | WPF212134 |
| WPF212135 | WPF212135 |
| WPF212136 | WPF212136 |
| WPF212137 | WPF212137 |
| WPF212138 | WPF212138 |
| WPF212139 | WPF212139 |
| WPF212140 | WPF212140 |
| WPF212141 | WPF212141 |
| WPF212142 | WPF212142 |
| WPF212143 | WPF212143 |
| WPF212144 | WPF212144 |
| WPF212145 | WPF212145 |
| WPF212146 | WPF212146 |
| WPF212147 | WPF212150 |
| WPF212151 | WPF212155 |
| WPF212156 | WPF212156 |
| WPF212157 | WPF212157 |
| WPF212158 | WPF212158 |
| WPF212159 | WPF212161 |
| WPF212162 | WPF212164 |
| WPF212165 | WPF212165 |
| WPF212166 | WPF212166 |
| WPF212167 | WPF212167 |
| WPF212168 | WPF212168 |
| WPF212169 | WPF212170 |
| WPF212171 | WPF212172 |
| WPF212173 | WPF212175 |
| WPF212176 | WPF212177 |
| WPF212178 | WPF212179 |
| WPF212180 | WPF212180 |
| WPF212181 | WPF212181 |
| WPF212182 | WPF212182 |
| WPF212183 | WPF212183 |
| WPF212184 | WPF212184 |

| | |
|---|---|
| WPF212185 | WPF212185 |
| WPF212186 | WPF212189 |
| WPF212190 | WPF212191 |
| WPF212192 | WPF212195 |
| WPF212196 | WPF212198 |
| WPF212199 | WPF212200 |
| WPF212201 | WPF212203 |
| WPF212204 | WPF212205 |
| WPF212206 | WPF212206 |
| WPF212207 | WPF212208 |
| WPF212209 | WPF212209 |
| WPF212210 | WPF212210 |
| WPF212211 | WPF212211 |
| WPF212212 | WPF212213 |
| WPF212214 | WPF212214 |
| WPF212215 | WPF212215 |
| WPF212216 | WPF212216 |
| WPF212217 | WPF212218 |
| WPF212219 | WPF212219 |
| WPF212220 | WPF212220 |
| WPF212221 | WPF212221 |
| WPF212222 | WPF212222 |
| WPF212223 | WPF212223 |
| WPF212224 | WPF212224 |
| WPF212225 | WPF212225 |
| WPF212226 | WPF212226 |
| WPF212227 | WPF212227 |
| WPF212228 | WPF212228 |
| WPF212229 | WPF212229 |
| WPF212230 | WPF212230 |
| WPF212231 | WPF212231 |
| WPF212232 | WPF212233 |
| WPF212234 | WPF212234 |
| WPF212235 | WPF212235 |
| WPF212236 | WPF212236 |
| WPF212237 | WPF212237 |
| WPF212238 | WPF212238 |
| WPF212239 | WPF212239 |
| WPF212240 | WPF212240 |
| WPF212241 | WPF212241 |
| WPF212242 | WPF212243 |
| WPF212244 | WPF212244 |
| WPF212245 | WPF212245 |
| WPF212246 | WPF212246 |
| WPF212247 | WPF212247 |
| WPF212248 | WPF212248 |
| WPF212249 | WPF212249 |
| WPF212250 | WPF212250 |
| WPF212251 | WPF212251 |
| WPF212252 | WPF212252 |
| WPF212253 | WPF212254 |
| WPF212255 | WPF212256 |

| | |
|---|---|
| WPF212257 | WPF212257 |
| WPF212258 | WPF212258 |
| WPF212259 | WPF212259 |
| WPF212260 | WPF212260 |
| WPF212261 | WPF212262 |
| WPF212263 | WPF212265 |
| WPF212266 | WPF212267 |
| WPF212268 | WPF212268 |
| WPF212269 | WPF212271 |
| WPF212272 | WPF212272 |
| WPF212273 | WPF212274 |
| WPF212275 | WPF212275 |
| WPF212276 | WPF212276 |
| WPF212277 | WPF212278 |
| WPF212279 | WPF212280 |
| WPF212281 | WPF212281 |
| WPF212282 | WPF212282 |
| WPF212283 | WPF212286 |
| WPF212287 | WPF212290 |
| WPF212291 | WPF212291 |
| WPF212292 | WPF212292 |
| WPF212293 | WPF212293 |
| WPF212294 | WPF212294 |
| WPF212295 | WPF212295 |
| WPF212296 | WPF212296 |
| WPF212297 | WPF212298 |
| WPF212299 | WPF212299 |
| WPF212300 | WPF212300 |
| WPF212301 | WPF212301 |
| WPF212302 | WPF212302 |
| WPF212303 | WPF212303 |
| WPF212304 | WPF212304 |
| WPF212305 | WPF212305 |
| WPF212306 | WPF212306 |
| WPF212307 | WPF212307 |
| WPF212308 | WPF212308 |
| WPF212309 | WPF212309 |
| WPF212310 | WPF212310 |
| WPF212311 | WPF212311 |
| WPF212312 | WPF212312 |
| WPF212313 | WPF212313 |
| WPF212314 | WPF212314 |
| WPF212315 | WPF212315 |
| WPF212316 | WPF212316 |
| WPF212317 | WPF212317 |
| WPF212318 | WPF212318 |
| WPF212319 | WPF212319 |
| WPF212320 | WPF212320 |
| WPF212321 | WPF212321 |
| WPF212322 | WPF212322 |
| WPF212323 | WPF212323 |
| WPF212324 | WPF212324 |

| | |
|---|---|
| WPF212325 | WPF212325 |
| WPF212326 | WPF212326 |
| WPF212327 | WPF212327 |
| WPF212328 | WPF212328 |
| WPF212329 | WPF212329 |
| WPF212330 | WPF212330 |
| WPF212331 | WPF212331 |
| WPF212332 | WPF212333 |
| WPF212334 | WPF212334 |
| WPF212335 | WPF212335 |
| WPF212336 | WPF212336 |
| WPF212337 | WPF212337 |
| WPF212338 | WPF212338 |
| WPF212339 | WPF212339 |
| WPF212340 | WPF212340 |
| WPF212341 | WPF212341 |
| WPF212342 | WPF212344 |
| WPF212345 | WPF212345 |
| WPF212346 | WPF212346 |
| WPF212347 | WPF212349 |
| WPF212350 | WPF212350 |
| WPF212351 | WPF212351 |
| WPF212352 | WPF212352 |
| WPF212353 | WPF212353 |
| WPF212354 | WPF212354 |
| WPF212355 | WPF212355 |
| WPF212356 | WPF212356 |
| WPF212357 | WPF212357 |
| WPF212358 | WPF212358 |
| WPF212359 | WPF212359 |
| WPF212360 | WPF212360 |
| WPF212361 | WPF212361 |
| WPF212362 | WPF212362 |
| WPF212363 | WPF212365 |
| WPF212366 | WPF212367 |
| WPF212368 | WPF212368 |
| WPF212369 | WPF212369 |
| WPF212370 | WPF212370 |
| WPF212371 | WPF212371 |
| WPF212372 | WPF212372 |
| WPF212373 | WPF212373 |
| WPF212374 | WPF212375 |
| WPF212376 | WPF212376 |
| WPF212377 | WPF212377 |
| WPF212378 | WPF212378 |
| WPF212379 | WPF212379 |
| WPF212380 | WPF212380 |
| WPF212381 | WPF212381 |
| WPF212382 | WPF212382 |
| WPF212383 | WPF212383 |
| WPF212384 | WPF212384 |
| WPF212385 | WPF212385 |

| | |
|---|---|
| WPF212386 | WPF212386 |
| WPF212387 | WPF212387 |
| WPF212388 | WPF212388 |
| WPF212389 | WPF212389 |
| WPF212390 | WPF212390 |
| WPF212391 | WPF212391 |
| WPF212392 | WPF212392 |
| WPF212393 | WPF212393 |
| WPF212394 | WPF212394 |
| WPF212395 | WPF212395 |
| WPF212396 | WPF212396 |
| WPF212397 | WPF212397 |
| WPF212398 | WPF212398 |
| WPF212399 | WPF212399 |
| WPF212400 | WPF212400 |
| WPF212401 | WPF212486 |
| WPF212487 | WPF212487 |
| WPF212488 | WPF212488 |
| WPF212489 | WPF212489 |
| WPF212779 | WPF212779 |
| WPF212907 | WPF212908 |
| WPF212909 | WPF212922 |
| WPF212960 | WPF212960 |
| WPF212961 | WPF212974 |
| WPF213024 | WPF213025 |
| WPF213074 | WPF213074 |
| WPF213384 | WPF213384 |
| WPF213385 | WPF213386 |
| WPF213398 | WPF213399 |
| WPF213400 | WPF213401 |
| WPF213431 | WPF213432 |
| WPF213446 | WPF213446 |
| WPF213447 | WPF213447 |
| WPF213448 | WPF213449 |
| WPF213450 | WPF213451 |
| WPF213457 | WPF213457 |
| WPF213458 | WPF213458 |
| WPF213526 | WPF213527 |
| WPF213528 | WPF213528 |
| WPF213529 | WPF213529 |
| WPF213549 | WPF213549 |
| WPF213550 | WPF213581 |
| WPF213582 | WPF213583 |
| WPF213648 | WPF213675 |
| WPF213689 | WPF213690 |
| WPF213691 | WPF213722 |
| WPF213873 | WPF213904 |
| WPF213940 | WPF213942 |
| WPF214007 | WPF214007 |
| WPF214016 | WPF214016 |
| WPF214017 | WPF214017 |
| WPF214018 | WPF214020 |

| | |
|---|---|
| WPF214021 | WPF214042 |
| WPF214045 | WPF214066 |
| WPF214067 | WPF214068 |
| WPF214816 | WPF214829 |
| WPF214953 | WPF214976 |
| WPF214977 | WPF214980 |
| WPF214981 | WPF214984 |
| WPF214985 | WPF214989 |
| WPF215016 | WPF215043 |
| WPF215044 | WPF215044 |
| WPF215130 | WPF215151 |
| WPF215162 | WPF215164 |
| WPF215173 | WPF215180 |
| WPF215182 | WPF215197 |
| WPF215198 | WPF215203 |
| WPF215204 | WPF215204 |
| WPF215205 | WPF215206 |
| WPF215207 | WPF215213 |
| WPF215214 | WPF215214 |
| WPF215215 | WPF215219 |
| WPF215220 | WPF215223 |
| WPF215224 | WPF215227 |
| WPF215232 | WPF215232 |
| WPF215246 | WPF215247 |
| WPF215248 | WPF215249 |
| WPF215250 | WPF215250 |
| WPF215251 | WPF215252 |
| WPF215253 | WPF215253 |
| WPF215254 | WPF215345 |
| WPF215346 | WPF215446 |
| WPF215447 | WPF215538 |
| WPF215539 | WPF215539 |
| WPF215540 | WPF215541 |
| WPF215542 | WPF215543 |
| WPF215544 | WPF215584 |
| WPF215677 | WPF215677 |
| WPF215678 | WPF215678 |
| WPF215679 | WPF215679 |
| WPF215680 | WPF215720 |
| WPF215721 | WPF215721 |
| WPF215722 | WPF215732 |
| WPF215733 | WPF215752 |
| WPF215753 | WPF215759 |
| WPF215760 | WPF215770 |
| WPF215771 | WPF215790 |
| WPF215791 | WPF215797 |
| WPF215798 | WPF215798 |
| WPF215799 | WPF215809 |
| WPF215810 | WPF215829 |
| WPF215830 | WPF215836 |
| WPF215837 | WPF215932 |
| WPF215933 | WPF216043 |

| | |
|---|---|
| WPF216044 | WPF216090 |
| WPF216091 | WPF216091 |
| WPF216092 | WPF216092 |
| WPF216093 | WPF216093 |
| WPF216094 | WPF216095 |
| WPF216096 | WPF216097 |
| WPF216098 | WPF216098 |
| WPF216099 | WPF216100 |
| WPF216101 | WPF216102 |
| WPF216103 | WPF216112 |
| WPF216113 | WPF216116 |
| WPF216117 | WPF216119 |
| WPF216120 | WPF216120 |
| WPF216121 | WPF216123 |
| WPF216124 | WPF216132 |
| WPF216133 | WPF216133 |
| WPF216134 | WPF216157 |
| WPF216158 | WPF216160 |
| WPF216161 | WPF216161 |
| WPF216162 | WPF216163 |
| WPF216164 | WPF216303 |
| WPF216304 | WPF216442 |
| WPF216443 | WPF216581 |
| WPF216582 | WPF216582 |
| WPF216583 | WPF216583 |
| WPF216584 | WPF216586 |
| WPF216587 | WPF216587 |
| WPF216588 | WPF216611 |
| WPF216612 | WPF216636 |
| WPF216637 | WPF216646 |
| WPF216647 | WPF216659 |
| WPF216660 | WPF216685 |
| WPF216686 | WPF216698 |
| WPF216699 | WPF216723 |
| WPF216724 | WPF216724 |
| WPF216725 | WPF216725 |
| WPF216726 | WPF216727 |
| WPF216728 | WPF216728 |
| WPF216729 | WPF216729 |
| WPF216730 | WPF216731 |
| WPF216732 | WPF216733 |
| WPF216734 | WPF216735 |
| WPF216736 | WPF216737 |
| WPF216738 | WPF216739 |
| WPF216740 | WPF216740 |
| WPF216741 | WPF216741 |
| WPF216742 | WPF216745 |
| WPF216746 | WPF216749 |
| WPF216750 | WPF216750 |
| WPF216751 | WPF216752 |
| WPF216753 | WPF216753 |
| WPF216754 | WPF216754 |

| | |
|---|---|
| WPF216755 | WPF216755 |
| WPF216756 | WPF216757 |
| WPF216758 | WPF216758 |
| WPF216759 | WPF216763 |
| WPF216764 | WPF216765 |
| WPF216766 | WPF216768 |
| WPF216769 | WPF216769 |
| WPF216770 | WPF216772 |
| WPF216773 | WPF216773 |
| WPF216774 | WPF216774 |
| WPF216775 | WPF216775 |
| WPF216776 | WPF216776 |
| WPF216777 | WPF216910 |
| WPF216911 | WPF217028 |
| WPF217029 | WPF217029 |
| WPF217030 | WPF217031 |
| WPF217032 | WPF217033 |
| WPF217034 | WPF217034 |
| WPF217035 | WPF217036 |
| WPF217037 | WPF217037 |
| WPF217038 | WPF217039 |
| WPF217055 | WPF217058 |
| WPF217059 | WPF217061 |
| WPF217062 | WPF217066 |
| WPF217067 | WPF217069 |
| WPF217070 | WPF217074 |
| WPF217075 | WPF217077 |
| WPF217078 | WPF217082 |
| WPF217083 | WPF217085 |
| WPF217086 | WPF217089 |
| WPF217090 | WPF217092 |
| WPF217093 | WPF217095 |
| WPF217096 | WPF217098 |
| WPF217099 | WPF217102 |
| WPF217103 | WPF217103 |
| WPF217104 | WPF217106 |
| WPF217107 | WPF217110 |
| WPF217111 | WPF217113 |
| WPF217114 | WPF217117 |
| WPF217118 | WPF217120 |
| WPF217121 | WPF217124 |
| WPF217125 | WPF217127 |
| WPF217128 | WPF217130 |
| WPF217131 | WPF217133 |