**Table D: Interrogatory #4 Supplement**

| PRODBEG | PRODEND |
|---|---|
| WPF188612 | WPF188612 |
| WPF189034 | WPF189035 |
| WPF189036 | WPF189037 |
| WPF189706 | WPF189706 |
| WPF189707 | WPF189707 |
| WPF189917 | WPF189917 |
| WPF190672 | WPF190672 |
| WPF190673 | WPF190673 |
| WPF190674 | WPF190674 |
| WPF190675 | WPF190683 |
| WPF190684 | WPF190695 |
| WPF190697 | WPF190699 |
| WPF190700 | WPF190720 |
| WPF190723 | WPF190724 |
| WPF190725 | WPF190725 |
| WPF190726 | WPF190726 |
| WPF190727 | WPF190727 |
| WPF190728 | WPF190728 |
| WPF190778 | WPF190778 |
| WPF190785 | WPF190785 |
| WPF190792 | WPF190792 |
| WPF190936 | WPF190944 |
| WPF190945 | WPF190952 |
| WPF190953 | WPF190953 |
| WPF190955 | WPF190955 |
| WPF190962 | WPF190962 |
| WPF190969 | WPF190969 |
| WPF190976 | WPF190976 |
| WPF190977 | WPF190977 |
| WPF190978 | WPF190978 |
| WPF190979 | WPF190980 |
| WPF190981 | WPF190981 |
| WPF190982 | WPF190982 |
| WPF190983 | WPF190983 |
| WPF190984 | WPF190984 |
| WPF191078 | WPF191089 |
| WPF191329 | WPF191340 |
| WPF191412 | WPF191421 |
| WPF191511 | WPF191522 |
| WPF191527 | WPF191535 |
| WPF191540 | WPF191543 |
| WPF191544 | WPF191554 |
| WPF191559 | WPF191574 |
| WPF191578 | WPF191578 |
| WPF191579 | WPF191584 |
| WPF191585 | WPF191595 |
| WPF191596 | WPF191597 |
| WPF191598 | WPF191605 |
| WPF191614 | WPF191614 |

| | |
|---|---|
| WPF191615 | WPF191615 |
| WPF191616 | WPF191617 |
| WPF191645 | WPF191645 |
| WPF191646 | WPF191646 |
| WPF191647 | WPF191647 |
| WPF191648 | WPF191649 |
| WPF191650 | WPF191651 |
| WPF191652 | WPF191653 |
| WPF191654 | WPF191655 |
| WPF191656 | WPF191659 |
| WPF191702 | WPF191705 |
| WPF192154 | WPF192160 |
| WPF192161 | WPF192175 |
| WPF192267 | WPF192267 |
| WPF192268 | WPF192268 |
| WPF192269 | WPF192269 |
| WPF192270 | WPF192270 |
| WPF192271 | WPF192271 |
| WPF192272 | WPF192272 |
| WPF192273 | WPF192273 |
| WPF192274 | WPF192274 |
| WPF192275 | WPF192275 |
| WPF192276 | WPF192276 |
| WPF192277 | WPF192277 |
| WPF192278 | WPF192278 |
| WPF192279 | WPF192288 |
| WPF192289 | WPF192289 |
| WPF192290 | WPF192290 |
| WPF192291 | WPF192291 |
| WPF192292 | WPF192292 |
| WPF192293 | WPF192293 |
| WPF192294 | WPF192294 |
| WPF192295 | WPF192295 |
| WPF192296 | WPF192296 |
| WPF192297 | WPF192297 |
| WPF192298 | WPF192298 |
| WPF192299 | WPF192299 |
| WPF192300 | WPF192300 |
| WPF192301 | WPF192307 |
| WPF192309 | WPF192309 |
| WPF192310 | WPF192310 |
| WPF192311 | WPF192311 |
| WPF192312 | WPF192312 |
| WPF192313 | WPF192313 |
| WPF192314 | WPF192314 |
| WPF192315 | WPF192315 |
| WPF192316 | WPF192316 |
| WPF192317 | WPF192317 |
| WPF192318 | WPF192318 |
| WPF192319 | WPF192319 |
| WPF192320 | WPF192320 |
| WPF192321 | WPF192321 |

| | |
|---|---|
| WPF192322 | WPF192322 |
| WPF192323 | WPF192323 |
| WPF192324 | WPF192324 |
| WPF192325 | WPF192325 |
| WPF192326 | WPF192326 |
| WPF192327 | WPF192327 |
| WPF192328 | WPF192328 |
| WPF192329 | WPF192329 |
| WPF192330 | WPF192330 |
| WPF192331 | WPF192337 |
| WPF192338 | WPF192338 |
| WPF192339 | WPF192339 |
| WPF192340 | WPF192340 |
| WPF192341 | WPF192341 |
| WPF192342 | WPF192342 |
| WPF192343 | WPF192343 |
| WPF192344 | WPF192344 |
| WPF192345 | WPF192345 |
| WPF192346 | WPF192346 |
| WPF192347 | WPF192347 |
| WPF192348 | WPF192348 |
| WPF192349 | WPF192349 |
| WPF192350 | WPF192356 |
| WPF192357 | WPF192357 |
| WPF192358 | WPF192358 |
| WPF192359 | WPF192359 |
| WPF192360 | WPF192360 |
| WPF192361 | WPF192361 |
| WPF192362 | WPF192362 |
| WPF192363 | WPF192368 |
| WPF192369 | WPF192369 |
| WPF192370 | WPF192370 |
| WPF192371 | WPF192371 |
| WPF192372 | WPF192372 |
| WPF192373 | WPF192373 |
| WPF192374 | WPF192374 |
| WPF192375 | WPF192375 |
| WPF192376 | WPF192376 |
| WPF192377 | WPF192377 |
| WPF192378 | WPF192378 |
| WPF192379 | WPF192379 |
| WPF192380 | WPF192380 |
| WPF192381 | WPF192381 |
| WPF192382 | WPF192382 |
| WPF192383 | WPF192383 |
| WPF192384 | WPF192384 |
| WPF192385 | WPF192385 |
| WPF192386 | WPF192386 |
| WPF192387 | WPF192392 |
| WPF192393 | WPF192398 |
| WPF192399 | WPF192399 |
| WPF192400 | WPF192400 |

| | |
|---|---|
| WPF192401 | WPF192401 |
| WPF192402 | WPF192405 |
| WPF192406 | WPF192406 |
| WPF192407 | WPF192407 |
| WPF192408 | WPF192408 |
| WPF192409 | WPF192409 |
| WPF192410 | WPF192414 |
| WPF192415 | WPF192415 |
| WPF192416 | WPF192416 |
| WPF192417 | WPF192417 |
| WPF192418 | WPF192418 |
| WPF192419 | WPF192419 |
| WPF192420 | WPF192420 |
| WPF192421 | WPF192421 |
| WPF192422 | WPF192422 |
| WPF192423 | WPF192423 |
| WPF192424 | WPF192424 |
| WPF192425 | WPF192425 |
| WPF192426 | WPF192426 |
| WPF192427 | WPF192427 |
| WPF192428 | WPF192428 |
| WPF192429 | WPF192429 |
| WPF192430 | WPF192430 |
| WPF192431 | WPF192431 |
| WPF192432 | WPF192432 |
| WPF192433 | WPF192433 |
| WPF192434 | WPF192435 |
| WPF192436 | WPF192436 |
| WPF192437 | WPF192437 |
| WPF192438 | WPF192438 |
| WPF192439 | WPF192443 |
| WPF192444 | WPF192444 |
| WPF192445 | WPF192445 |
| WPF192446 | WPF192450 |
| WPF192451 | WPF192451 |
| WPF192452 | WPF192452 |
| WPF192453 | WPF192453 |
| WPF192454 | WPF192454 |
| WPF192455 | WPF192455 |
| WPF192456 | WPF192456 |
| WPF192457 | WPF192461 |
| WPF192462 | WPF192462 |
| WPF192463 | WPF192463 |
| WPF192464 | WPF192464 |
| WPF192465 | WPF192465 |
| WPF192466 | WPF192466 |
| WPF192467 | WPF192467 |
| WPF192468 | WPF192468 |
| WPF192469 | WPF192469 |
| WPF192470 | WPF192470 |
| WPF192471 | WPF192471 |
| WPF192472 | WPF192473 |

| | |
|---|---|
| WPF192474 | WPF192474 |
| WPF192475 | WPF192475 |
| WPF192476 | WPF192477 |
| WPF192478 | WPF192478 |
| WPF192479 | WPF192480 |
| WPF192481 | WPF192481 |
| WPF192482 | WPF192482 |
| WPF192483 | WPF192483 |
| WPF192484 | WPF192485 |
| WPF192486 | WPF192486 |
| WPF192487 | WPF192487 |
| WPF192488 | WPF192489 |
| WPF192490 | WPF192490 |
| WPF192491 | WPF192491 |
| WPF192492 | WPF192493 |
| WPF192494 | WPF192494 |
| WPF192495 | WPF192495 |
| WPF192496 | WPF192497 |
| WPF192498 | WPF192498 |
| WPF192499 | WPF192499 |
| WPF192500 | WPF192501 |
| WPF192502 | WPF192502 |
| WPF192503 | WPF192503 |
| WPF192504 | WPF192505 |
| WPF192506 | WPF192515 |
| WPF192516 | WPF192517 |
| WPF192518 | WPF192518 |
| WPF192519 | WPF192519 |
| WPF192520 | WPF192520 |
| WPF192521 | WPF192522 |
| WPF192523 | WPF192523 |
| WPF192524 | WPF192524 |
| WPF192525 | WPF192526 |
| WPF192527 | WPF192527 |
| WPF192528 | WPF192528 |
| WPF192529 | WPF192530 |
| WPF192531 | WPF192540 |
| WPF192541 | WPF192541 |
| WPF192542 | WPF192542 |
| WPF192543 | WPF192544 |
| WPF192545 | WPF192545 |
| WPF192546 | WPF192546 |
| WPF192547 | WPF192548 |
| WPF192549 | WPF192549 |
| WPF192550 | WPF192551 |
| WPF192552 | WPF192552 |
| WPF192553 | WPF192553 |
| WPF192554 | WPF192554 |
| WPF192555 | WPF192556 |
| WPF192557 | WPF192564 |
| WPF192565 | WPF192572 |
| WPF192573 | WPF192573 |

| | |
|---|---|
| WPF192574 | WPF192575 |
| WPF192576 | WPF192576 |
| WPF192577 | WPF192577 |
| WPF192578 | WPF192578 |
| WPF192579 | WPF192580 |
| WPF192581 | WPF192581 |
| WPF192582 | WPF192582 |
| WPF192583 | WPF192584 |
| WPF192585 | WPF192585 |
| WPF192586 | WPF192586 |
| WPF192587 | WPF192588 |
| WPF192589 | WPF192589 |
| WPF192590 | WPF192590 |
| WPF192591 | WPF192592 |
| WPF192593 | WPF192593 |
| WPF192594 | WPF192594 |
| WPF192595 | WPF192596 |
| WPF192597 | WPF192597 |
| WPF192598 | WPF192598 |
| WPF192599 | WPF192600 |
| WPF192601 | WPF192610 |
| WPF192611 | WPF192611 |
| WPF192612 | WPF192612 |
| WPF192613 | WPF192614 |
| WPF192615 | WPF192615 |
| WPF192616 | WPF192616 |
| WPF192617 | WPF192618 |
| WPF192619 | WPF192619 |
| WPF192620 | WPF192620 |
| WPF192621 | WPF192622 |
| WPF192623 | WPF192623 |
| WPF192624 | WPF192624 |
| WPF192625 | WPF192626 |
| WPF192627 | WPF192627 |
| WPF192628 | WPF192628 |
| WPF192629 | WPF192630 |
| WPF192631 | WPF192631 |
| WPF192632 | WPF192632 |
| WPF192633 | WPF192634 |
| WPF192635 | WPF192635 |
| WPF192636 | WPF192636 |
| WPF192637 | WPF192637 |
| WPF192638 | WPF192639 |
| WPF192640 | WPF192647 |
| WPF192648 | WPF192648 |
| WPF192649 | WPF192649 |
| WPF192650 | WPF192651 |
| WPF192652 | WPF192652 |
| WPF192653 | WPF192653 |
| WPF192654 | WPF192655 |
| WPF192656 | WPF192656 |
| WPF192657 | WPF192657 |

| | |
|---|---|
| WPF192658 | WPF192659 |
| WPF192660 | WPF192660 |
| WPF192661 | WPF192661 |
| WPF192662 | WPF192663 |
| WPF192664 | WPF192664 |
| WPF192665 | WPF192666 |
| WPF192667 | WPF192667 |
| WPF192668 | WPF192668 |
| WPF192669 | WPF192669 |
| WPF192670 | WPF192671 |
| WPF192672 | WPF192678 |
| WPF192679 | WPF192679 |
| WPF192680 | WPF192680 |
| WPF192681 | WPF192682 |
| WPF192683 | WPF192683 |
| WPF192684 | WPF192684 |
| WPF192685 | WPF192686 |
| WPF192687 | WPF192687 |
| WPF192688 | WPF192688 |
| WPF192689 | WPF192690 |
| WPF192691 | WPF192698 |
| WPF192699 | WPF192699 |
| WPF192700 | WPF192700 |
| WPF192701 | WPF192702 |
| WPF192703 | WPF192703 |
| WPF192704 | WPF192704 |
| WPF192705 | WPF192706 |
| WPF192707 | WPF192707 |
| WPF192708 | WPF192708 |
| WPF192709 | WPF192710 |
| WPF192711 | WPF192711 |
| WPF192712 | WPF192712 |
| WPF192713 | WPF192714 |
| WPF192715 | WPF192715 |
| WPF192716 | WPF192716 |
| WPF192717 | WPF192718 |
| WPF192719 | WPF192719 |
| WPF192720 | WPF192721 |
| WPF192722 | WPF192722 |
| WPF192723 | WPF192723 |
| WPF192724 | WPF192724 |
| WPF192725 | WPF192726 |
| WPF192727 | WPF192727 |
| WPF192728 | WPF192729 |
| WPF192730 | WPF192730 |
| WPF192731 | WPF192731 |
| WPF192732 | WPF192732 |
| WPF192733 | WPF192734 |
| WPF192735 | WPF192735 |
| WPF192736 | WPF192737 |
| WPF192738 | WPF192738 |
| WPF192739 | WPF192745 |

| | |
|---|---|
| WPF192746 | WPF192746 |
| WPF192747 | WPF192747 |
| WPF192748 | WPF192749 |
| WPF192750 | WPF192750 |
| WPF192751 | WPF192751 |
| WPF192752 | WPF192753 |
| WPF192754 | WPF192760 |
| WPF192762 | WPF192762 |
| WPF192763 | WPF192763 |
| WPF192764 | WPF192765 |
| WPF192766 | WPF192772 |
| WPF192773 | WPF192780 |
| WPF192781 | WPF192781 |
| WPF192782 | WPF192782 |
| WPF192783 | WPF192783 |
| WPF192784 | WPF192784 |
| WPF192785 | WPF192791 |
| WPF192792 | WPF192798 |
| WPF192799 | WPF192799 |
| WPF192800 | WPF192800 |
| WPF192801 | WPF192801 |
| WPF192802 | WPF192802 |
| WPF192803 | WPF192803 |
| WPF192804 | WPF192804 |
| WPF192805 | WPF192811 |
| WPF192812 | WPF192815 |
| WPF192816 | WPF192816 |
| WPF192817 | WPF192817 |
| WPF192818 | WPF192818 |
| WPF192819 | WPF192819 |
| WPF192820 | WPF192820 |
| WPF192821 | WPF192821 |
| WPF192822 | WPF192822 |
| WPF192823 | WPF192823 |
| WPF192824 | WPF192824 |
| WPF192825 | WPF192831 |
| WPF192832 | WPF192838 |
| WPF192839 | WPF192839 |
| WPF192840 | WPF192840 |
| WPF192841 | WPF192841 |
| WPF192842 | WPF192842 |
| WPF192843 | WPF192843 |
| WPF192844 | WPF192844 |
| WPF192845 | WPF192845 |
| WPF192846 | WPF192846 |
| WPF192847 | WPF192847 |
| WPF192848 | WPF192848 |
| WPF192849 | WPF192849 |
| WPF192850 | WPF192850 |
| WPF192851 | WPF192851 |
| WPF192852 | WPF192852 |
| WPF192853 | WPF192853 |

| | |
|---|---|
| WPF192854 | WPF192854 |
| WPF192855 | WPF192862 |
| WPF192863 | WPF192870 |
| WPF192871 | WPF192871 |
| WPF192872 | WPF192872 |
| WPF192873 | WPF192873 |
| WPF192874 | WPF192874 |
| WPF192875 | WPF192875 |
| WPF192876 | WPF192876 |
| WPF192877 | WPF192883 |
| WPF192884 | WPF192884 |
| WPF192885 | WPF192885 |
| WPF192886 | WPF192886 |
| WPF192887 | WPF192887 |
| WPF192888 | WPF192888 |
| WPF192889 | WPF192889 |
| WPF192890 | WPF192890 |
| WPF192891 | WPF192891 |
| WPF192892 | WPF192892 |
| WPF192893 | WPF192893 |
| WPF192894 | WPF192894 |
| WPF192895 | WPF192895 |
| WPF192896 | WPF192896 |
| WPF192897 | WPF192897 |
| WPF192898 | WPF192898 |
| WPF192899 | WPF192899 |
| WPF192900 | WPF192906 |
| WPF192907 | WPF192907 |
| WPF192908 | WPF192908 |
| WPF192909 | WPF192909 |
| WPF192910 | WPF192910 |
| WPF192911 | WPF192911 |
| WPF192912 | WPF192912 |
| WPF192913 | WPF192913 |
| WPF192914 | WPF192914 |
| WPF192915 | WPF192923 |
| WPF192924 | WPF192924 |
| WPF192925 | WPF192925 |
| WPF192926 | WPF192926 |
| WPF192927 | WPF192934 |
| WPF192935 | WPF192935 |
| WPF192936 | WPF192936 |
| WPF192937 | WPF192937 |
| WPF192938 | WPF192938 |
| WPF192939 | WPF192939 |
| WPF192940 | WPF192940 |
| WPF192941 | WPF192941 |
| WPF192942 | WPF192942 |
| WPF192943 | WPF192943 |
| WPF192944 | WPF192944 |
| WPF192945 | WPF192945 |
| WPF192946 | WPF192946 |

| | |
|---|---|
| WPF192947 | WPF192954 |
| WPF192955 | WPF192955 |
| WPF192956 | WPF192956 |
| WPF192957 | WPF192957 |
| WPF192958 | WPF192958 |
| WPF192959 | WPF192959 |
| WPF192960 | WPF192960 |
| WPF192961 | WPF192961 |
| WPF192962 | WPF192962 |
| WPF192963 | WPF192963 |
| WPF192964 | WPF192964 |
| WPF192965 | WPF192965 |
| WPF192966 | WPF192966 |
| WPF192967 | WPF192967 |
| WPF192968 | WPF192968 |
| WPF192969 | WPF192969 |
| WPF192970 | WPF192970 |
| WPF192971 | WPF192971 |
| WPF192972 | WPF192972 |
| WPF192973 | WPF192973 |
| WPF192978 | WPF192984 |
| WPF192989 | WPF192997 |
| WPF193123 | WPF193123 |
| WPF193124 | WPF193124 |
| WPF193125 | WPF193125 |
| WPF193141 | WPF193141 |
| WPF193152 | WPF193153 |
| WPF193162 | WPF193162 |
| WPF197334 | WPF197397 |
| WPF197398 | WPF197434 |
| WPF200658 | WPF200658 |
| WPF200679 | WPF200680 |
| WPF200681 | WPF200681 |
| WPF200682 | WPF200691 |
| WPF200692 | WPF200693 |
| WPF200694 | WPF200694 |
| WPF200695 | WPF200704 |
| WPF200790 | WPF200790 |
| WPF200862 | WPF200862 |
| WPF200875 | WPF200884 |
| WPF200890 | WPF200903 |
| WPF200918 | WPF200918 |
| WPF200919 | WPF200919 |
| WPF200920 | WPF200929 |
| WPF200931 | WPF200932 |
| WPF200951 | WPF200951 |
| WPF200953 | WPF200953 |
| WPF200955 | WPF200969 |
| WPF200974 | WPF200977 |
| WPF200979 | WPF200982 |
| WPF200987 | WPF200987 |
| WPF200988 | WPF200988 |

| | |
|---|---|
| WPF200990 | WPF200991 |
| WPF201004 | WPF201004 |
| WPF201007 | WPF201007 |
| WPF201008 | WPF201008 |
| WPF201009 | WPF201010 |
| WPF201011 | WPF201012 |
| WPF201015 | WPF201016 |
| WPF201017 | WPF201017 |
| WPF201018 | WPF201020 |
| WPF201021 | WPF201023 |
| WPF201024 | WPF201025 |
| WPF201026 | WPF201027 |
| WPF201029 | WPF201030 |
| WPF201106 | WPF201106 |
| WPF201124 | WPF201124 |
| WPF201129 | WPF201133 |
| WPF202974 | WPF202974 |
| WPF203639 | WPF203639 |
| WPF203710 | WPF203710 |
| WPF203798 | WPF203799 |
| WPF204119 | WPF204120 |
| WPF204122 | WPF204122 |
| WPF205009 | WPF205009 |
| WPF205010 | WPF205011 |
| WPF205037 | WPF205037 |
| WPF205142 | WPF205142 |
| WPF205166 | WPF205166 |
| WPF205370 | WPF205370 |
| WPF205371 | WPF205371 |
| WPF205372 | WPF205372 |
| WPF205432 | WPF205432 |
| WPF205888 | WPF205888 |
| WPF205923 | WPF205923 |
| WPF205924 | WPF205924 |
| WPF205965 | WPF205966 |
| WPF206000 | WPF206000 |
| WPF206050 | WPF206050 |
| WPF206051 | WPF206051 |
| WPF206509 | WPF206509 |
| WPF206510 | WPF206510 |
| WPF208237 | WPF208237 |
| WPF208275 | WPF208275 |
| WPF208276 | WPF208276 |
| WPF209980 | WPF209980 |
| WPF209997 | WPF209999 |
| WPF210006 | WPF210008 |
| WPF210011 | WPF210012 |
| WPF210013 | WPF210014 |
| WPF210015 | WPF210015 |
| WPF210197 | WPF210197 |
| WPF210247 | WPF210248 |
| WPF210268 | WPF210268 |

| | |
|---|---|
| WPF210322 | WPF210322 |
| WPF210323 | WPF210323 |
| WPF210382 | WPF210382 |
| WPF210388 | WPF210389 |
| WPF210390 | WPF210390 |
| WPF210391 | WPF210392 |
| WPF210393 | WPF210394 |
| WPF210533 | WPF210533 |
| WPF210721 | WPF210721 |
| WPF210722 | WPF210723 |
| WPF210779 | WPF210791 |
| WPF210792 | WPF210804 |
| WPF210911 | WPF210912 |
| WPF210913 | WPF210914 |
| WPF210922 | WPF210922 |
| WPF211657 | WPF211663 |
| WPF211664 | WPF211664 |
| WPF211735 | WPF211741 |
| WPF211742 | WPF211742 |
| WPF212108 | WPF212114 |
| WPF212115 | WPF212115 |
| WPF212490 | WPF212495 |
| WPF212496 | WPF212501 |
| WPF212502 | WPF212507 |
| WPF212508 | WPF212512 |
| WPF212513 | WPF212517 |
| WPF212518 | WPF212522 |
| WPF212523 | WPF212525 |
| WPF212526 | WPF212528 |
| WPF212529 | WPF212531 |
| WPF212532 | WPF212546 |
| WPF212547 | WPF212556 |
| WPF212557 | WPF212557 |
| WPF212558 | WPF212572 |
| WPF212573 | WPF212586 |
| WPF212587 | WPF212600 |
| WPF212601 | WPF212601 |
| WPF212602 | WPF212615 |
| WPF212616 | WPF212616 |
| WPF212617 | WPF212630 |
| WPF212631 | WPF212644 |
| WPF212645 | WPF212658 |
| WPF212659 | WPF212659 |
| WPF212660 | WPF212673 |
| WPF212674 | WPF212685 |
| WPF212686 | WPF212687 |
| WPF212688 | WPF212688 |
| WPF212689 | WPF212690 |
| WPF212691 | WPF212691 |
| WPF212692 | WPF212701 |
| WPF212702 | WPF212703 |
| WPF212704 | WPF212704 |

| | |
|---|---|
| WPF212705 | WPF212706 |
| WPF212707 | WPF212716 |
| WPF212717 | WPF212717 |
| WPF212718 | WPF212727 |
| WPF212728 | WPF212729 |
| WPF212730 | WPF212730 |
| WPF212731 | WPF212732 |
| WPF212735 | WPF212735 |
| WPF212737 | WPF212739 |
| WPF212740 | WPF212740 |
| WPF212741 | WPF212743 |
| WPF212744 | WPF212744 |
| WPF212745 | WPF212747 |
| WPF212748 | WPF212748 |
| WPF212749 | WPF212749 |
| WPF212750 | WPF212750 |
| WPF212751 | WPF212751 |
| WPF212752 | WPF212753 |
| WPF212754 | WPF212754 |
| WPF212755 | WPF212766 |
| WPF212780 | WPF212780 |
| WPF212787 | WPF212787 |
| WPF212788 | WPF212793 |
| WPF212794 | WPF212794 |
| WPF212795 | WPF212795 |
| WPF212796 | WPF212796 |
| WPF212797 | WPF212810 |
| WPF212820 | WPF212823 |
| WPF212824 | WPF212825 |
| WPF212874 | WPF212875 |
| WPF212876 | WPF212880 |
| WPF212924 | WPF212927 |
| WPF212952 | WPF212952 |
| WPF212953 | WPF212955 |
| WPF212957 | WPF212959 |
| WPF212977 | WPF212978 |
| WPF212979 | WPF212980 |
| WPF212981 | WPF212981 |
| WPF212982 | WPF212983 |
| WPF212984 | WPF212984 |
| WPF212985 | WPF212989 |
| WPF212991 | WPF212991 |
| WPF212992 | WPF212994 |
| WPF212995 | WPF212995 |
| WPF212996 | WPF212998 |
| WPF212999 | WPF212999 |
| WPF213015 | WPF213018 |
| WPF213020 | WPF213023 |
| WPF213057 | WPF213058 |
| WPF213072 | WPF213073 |
| WPF213126 | WPF213131 |
| WPF213132 | WPF213137 |

| | |
|---|---|
| WPF213138 | WPF213141 |
| WPF213142 | WPF213145 |
| WPF213154 | WPF213159 |
| WPF213160 | WPF213160 |
| WPF213285 | WPF213285 |
| WPF213435 | WPF213439 |
| WPF213497 | WPF213499 |
| WPF213500 | WPF213501 |
| WPF213502 | WPF213504 |
| WPF213505 | WPF213507 |
| WPF213508 | WPF213510 |
| WPF213511 | WPF213513 |
| WPF213514 | WPF213516 |
| WPF213517 | WPF213518 |
| WPF213519 | WPF213520 |
| WPF213521 | WPF213523 |
| WPF213524 | WPF213525 |
| WPF213585 | WPF213585 |
| WPF213586 | WPF213593 |
| WPF213594 | WPF213598 |
| WPF213599 | WPF213603 |
| WPF213604 | WPF213608 |
| WPF213609 | WPF213613 |
| WPF213614 | WPF213617 |
| WPF213618 | WPF213618 |
| WPF213623 | WPF213623 |
| WPF213624 | WPF213644 |
| WPF213905 | WPF213909 |
| WPF213943 | WPF213947 |
| WPF213948 | WPF213952 |
| WPF213953 | WPF213957 |
| WPF213958 | WPF213960 |
| WPF213961 | WPF213972 |
| WPF214009 | WPF214013 |
| WPF214014 | WPF214014 |
| WPF214069 | WPF214083 |
| WPF214086 | WPF214088 |
| WPF214089 | WPF214092 |
| WPF214093 | WPF214096 |
| WPF214097 | WPF214100 |
| WPF214101 | WPF214104 |
| WPF214105 | WPF214114 |
| WPF214830 | WPF214835 |
| WPF214912 | WPF214921 |
| WPF214930 | WPF214933 |
| WPF214934 | WPF214936 |
| WPF214938 | WPF214941 |
| WPF214942 | WPF214948 |
| WPF214949 | WPF214952 |
| WPF215152 | WPF215155 |
| WPF215165 | WPF215168 |
| WPF215169 | WPF215172 |

| | |
|---|---|
| WPF217193 | WPF217203 |
| WPF217204 | WPF217211 |
| WPF217212 | WPF217219 |
| WPF217220 | WPF217223 |
| WPF217224 | WPF217227 |
| WPF217228 | WPF217229 |
| WPF217230 | WPF217232 |
| WPF217233 | WPF217239 |
| WPF217240 | WPF217241 |
| WPF217242 | WPF217245 |
| WPF217246 | WPF217248 |
| WPF217249 | WPF217287 |
| WPF217288 | WPF217291 |
| WPF217292 | WPF217302 |
| WPF217303 | WPF217309 |
| WPF217310 | WPF217317 |
| WPF217318 | WPF217323 |
| WPF217324 | WPF217325 |
| WPF217326 | WPF217327 |
| WPF217328 | WPF217329 |
| WPF217330 | WPF217331 |
| WPF217332 | WPF217333 |
| WPF217334 | WPF217335 |
| WPF217336 | WPF217337 |
| WPF217338 | WPF217339 |
| WPF217340 | WPF217341 |
| WPF217342 | WPF217343 |
| WPF217344 | WPF217345 |
| WPF217346 | WPF217347 |
| WPF217348 | WPF217349 |
| WPF217350 | WPF217351 |
| WPF217352 | WPF217353 |
| WPF217354 | WPF217355 |
| WPF217356 | WPF217357 |
| WPF217358 | WPF217359 |
| WPF217360 | WPF217361 |
| WPF217362 | WPF217363 |
| WPF217364 | WPF217365 |
| WPF217366 | WPF217367 |
| WPF217368 | WPF217369 |
| WPF217370 | WPF217371 |
| WPF217372 | WPF217373 |
| WPF217379 | WPF217380 |
| WPF217381 | WPF217381 |
| WPF217382 | WPF217387 |
| WPF217396 | WPF217396 |
| WPF217397 | WPF217397 |
| WPF217409 | WPF217409 |
| WPF217410 | WPF217416 |
| WPF217417 | WPF217420 |
| WPF217421 | WPF217425 |
| WPF217426 | WPF217430 |

| | |
|---|---|
| WPF217431 | WPF217433 |
| WPF217434 | WPF217441 |
| WPF217442 | WPF217457 |
| WPF217762 | WPF217763 |
| WPF217764 | WPF217764 |
| WPF217773 | WPF217777 |
| WPF217783 | WPF217795 |
| WPF217796 | WPF217796 |
| WPF217800 | WPF217819 |
| WPF217828 | WPF217829 |
| WPF217830 | WPF217831 |
| WPF217838 | WPF217843 |
| WPF217846 | WPF217861 |
| WPF217862 | WPF217865 |
| WPF217866 | WPF217866 |
| WPF217880 | WPF217880 |
| WPF217881 | WPF217881 |
| WPF217882 | WPF217882 |
| WPF217883 | WPF217883 |
| WPF217904 | WPF217904 |
| WPF217906 | WPF217906 |
| WPF217908 | WPF217908 |
| WPF217910 | WPF217910 |
| WPF217912 | WPF217912 |
| WPF217913 | WPF217913 |
| WPF217914 | WPF217914 |
| WPF217915 | WPF217915 |
| WPF217916 | WPF217917 |
| WPF217918 | WPF217918 |
| WPF217919 | WPF217919 |
| WPF217920 | WPF217920 |
| WPF217921 | WPF217921 |
| WPF217922 | WPF217922 |
| WPF217923 | WPF217923 |
| WPF217924 | WPF217924 |
| WPF217925 | WPF217925 |
| WPF217926 | WPF217926 |
| WPF217927 | WPF217927 |
| WPF217946 | WPF217947 |
| WPF217948 | WPF217948 |
| WPF217951 | WPF217954 |
| WPF217964 | WPF217965 |
| WPF217975 | WPF217978 |
| WPF218016 | WPF218016 |
| WPF218019 | WPF218019 |
| WPF218020 | WPF218020 |
| WPF218021 | WPF218021 |
| WPF218022 | WPF218022 |
| WPF218023 | WPF218023 |
| WPF218024 | WPF218024 |
| WPF218025 | WPF218025 |
| WPF218026 | WPF218026 |

| | |
|---|---|
| WPF218027 | WPF218027 |
| WPF218028 | WPF218028 |
| WPF218029 | WPF218029 |
| WPF218030 | WPF218030 |
| WPF218031 | WPF218031 |
| WPF218032 | WPF218032 |
| WPF218033 | WPF218033 |
| WPF218034 | WPF218034 |
| WPF218035 | WPF218035 |
| WPF218036 | WPF218036 |
| WPF218037 | WPF218037 |
| WPF218288 | WPF218319 |
| WPF218320 | WPF218328 |
| WPF218329 | WPF218380 |
| WPF218381 | WPF218384 |
| WPF218385 | WPF218398 |
| WPF218399 | WPF218412 |
| WPF218413 | WPF218465 |
| WPF218466 | WPF218522 |
| WPF218523 | WPF218537 |
| WPF218538 | WPF218545 |
| WPF218546 | WPF218553 |
| WPF218554 | WPF218558 |
| WPF218559 | WPF218567 |
| WPF218568 | WPF218664 |
| WPF218665 | WPF218724 |
| WPF218725 | WPF218740 |
| WPF218741 | WPF218772 |
| WPF218773 | WPF218827 |
| WPF218828 | WPF218887 |
| WPF218888 | WPF218904 |
| WPF218905 | WPF218921 |
| WPF218922 | WPF218955 |
| WPF218956 | WPF218956 |
| WPF218957 | WPF218957 |
| WPF218958 | WPF218961 |
| WPF218962 | WPF219005 |
| WPF219006 | WPF219020 |
| WPF219021 | WPF219053 |
| WPF219054 | WPF219074 |
| WPF219075 | WPF219246 |
| WPF219247 | WPF219318 |
| WPF219319 | WPF219402 |
| WPF219403 | WPF219475 |
| WPF219476 | WPF219820 |
| WPF219821 | WPF220149 |
| WPF220150 | WPF220244 |
| WPF220245 | WPF220359 |
| WPF220360 | WPF220608 |
| WPF220609 | WPF220616 |
| WPF220617 | WPF220620 |
| WPF220621 | WPF220629 |

| | |
|---|---|
| WPF220630 | WPF220641 |
| WPF220642 | WPF220681 |
| WPF220682 | WPF220693 |
| WPF220694 | WPF220701 |
| WPF220702 | WPF220705 |
| WPF220706 | WPF220711 |
| WPF220712 | WPF220713 |
| WPF220714 | WPF220720 |
| WPF220721 | WPF220725 |
| WPF220726 | WPF220729 |
| WPF220730 | WPF220733 |
| WPF220734 | WPF220743 |
| WPF220744 | WPF220747 |
| WPF220748 | WPF220751 |
| WPF220752 | WPF220755 |
| WPF220756 | WPF220775 |
| WPF220776 | WPF220792 |
| WPF220793 | WPF220806 |
| WPF220807 | WPF220826 |
| WPF220827 | WPF220840 |
| WPF220841 | WPF220845 |
| WPF220846 | WPF220846 |
| WPF220847 | WPF220853 |
| WPF220854 | WPF220854 |
| WPF220855 | WPF220858 |
| WPF220859 | WPF220859 |
| WPF220860 | WPF220862 |
| WPF220863 | WPF220863 |
| WPF220864 | WPF220883 |
| WPF220884 | WPF220893 |
| WPF220894 | WPF220902 |
| WPF220903 | WPF220905 |
| WPF220906 | WPF220906 |
| WPF220907 | WPF220925 |
| WPF220926 | WPF220940 |
| WPF220941 | WPF220943 |
| WPF220944 | WPF220944 |
| WPF220945 | WPF220964 |
| WPF220965 | WPF220967 |
| WPF220968 | WPF220968 |
| WPF220969 | WPF220982 |
| WPF220983 | WPF220985 |
| WPF220986 | WPF220986 |
| WPF220987 | WPF221003 |
| WPF221004 | WPF221006 |
| WPF221007 | WPF221007 |
| WPF221008 | WPF221026 |
| WPF221027 | WPF221047 |
| WPF221048 | WPF221060 |
| WPF221061 | WPF221069 |
| WPF221070 | WPF221072 |
| WPF221073 | WPF221073 |

| | |
|---|---|
| WPF221074 | WPF221076 |
| WPF221077 | WPF221077 |
| WPF221078 | WPF221080 |
| WPF221081 | WPF221081 |
| WPF221082 | WPF221093 |
| WPF221094 | WPF221096 |
| WPF221097 | WPF221097 |
| WPF221098 | WPF221100 |
| WPF221101 | WPF221101 |
| WPF221102 | WPF221115 |
| WPF221116 | WPF221118 |
| WPF221119 | WPF221119 |
| WPF221120 | WPF221122 |
| WPF221123 | WPF221123 |
| WPF221124 | WPF221131 |
| WPF221132 | WPF221135 |
| WPF221136 | WPF221136 |
| WPF221137 | WPF221140 |
| WPF221141 | WPF221141 |
| WPF221142 | WPF221145 |
| WPF221146 | WPF221146 |
| WPF221147 | WPF221149 |
| WPF221150 | WPF221150 |
| WPF221151 | WPF221153 |
| WPF221154 | WPF221154 |
| WPF221155 | WPF221157 |
| WPF221158 | WPF221158 |
| WPF221159 | WPF221161 |
| WPF221162 | WPF221162 |
| WPF221163 | WPF221165 |
| WPF221166 | WPF221166 |
| WPF221167 | WPF221169 |
| WPF221170 | WPF221170 |
| WPF221171 | WPF221173 |
| WPF221174 | WPF221174 |
| WPF221175 | WPF221187 |
| WPF221188 | WPF221190 |
| WPF221191 | WPF221191 |
| WPF221192 | WPF221194 |
| WPF221195 | WPF221195 |
| WPF221196 | WPF221198 |
| WPF221199 | WPF221199 |
| WPF221200 | WPF221212 |
| WPF221213 | WPF221215 |
| WPF221216 | WPF221216 |
| WPF221217 | WPF221235 |
| WPF221236 | WPF221250 |
| WPF221251 | WPF221253 |
| WPF221254 | WPF221254 |
| WPF221255 | WPF221257 |
| WPF221258 | WPF221258 |
| WPF221259 | WPF221261 |

| | |
|---|---|
| WPF221262 | WPF221262 |
| WPF221263 | WPF221275 |
| WPF221276 | WPF221288 |
| WPF221289 | WPF221299 |
| WPF221300 | WPF221319 |
| WPF221320 | WPF221338 |
| WPF221339 | WPF221349 |
| WPF221350 | WPF221360 |
| WPF221361 | WPF221381 |
| WPF221382 | WPF221401 |
| WPF221402 | WPF221420 |
| WPF221421 | WPF221423 |
| WPF221424 | WPF221424 |
| WPF221425 | WPF221434 |
| WPF221435 | WPF221435 |
| WPF221436 | WPF221438 |
| WPF221439 | WPF221439 |
| WPF221440 | WPF221450 |
| WPF221451 | WPF221459 |
| WPF221460 | WPF221469 |
| WPF221470 | WPF221473 |
| WPF221474 | WPF221474 |
| WPF221475 | WPF221479 |
| WPF221480 | WPF221480 |
| WPF221481 | WPF221488 |
| WPF221489 | WPF221492 |
| WPF221493 | WPF221493 |
| WPF221494 | WPF221504 |
| WPF221505 | WPF221519 |
| WPF221520 | WPF221522 |
| WPF221523 | WPF221523 |
| WPF221524 | WPF221525 |
| WPF221526 | WPF221527 |
| WPF221528 | WPF221528 |
| WPF221529 | WPF221549 |
| WPF221550 | WPF221562 |
| WPF221563 | WPF221575 |
| WPF221576 | WPF221596 |
| WPF221597 | WPF221615 |
| WPF221616 | WPF221637 |
| WPF221638 | WPF221660 |
| WPF221661 | WPF221674 |
| WPF221675 | WPF221686 |
| WPF221687 | WPF221698 |
| WPF221699 | WPF221699 |
| WPF221700 | WPF221721 |
| WPF221722 | WPF221727 |
| WPF221728 | WPF221728 |
| WPF221729 | WPF221735 |
| WPF221736 | WPF221736 |
| WPF221737 | WPF221741 |
| WPF221742 | WPF221742 |

| | |
|---|---|
| WPF221745 | WPF221746 |
| WPF221747 | WPF221747 |
| WPF221748 | WPF221763 |
| WPF221764 | WPF221775 |
| WPF221776 | WPF221789 |
| WPF221790 | WPF221791 |
| WPF221792 | WPF221792 |
| WPF221793 | WPF221805 |
| WPF221808 | WPF221822 |
| WPF221823 | WPF221828 |
| WPF221848 | WPF221853 |
| WPF221855 | WPF221868 |
| WPF221869 | WPF221874 |
| WPF221876 | WPF221880 |
| WPF221886 | WPF221897 |
| WPF221898 | WPF221903 |
| WPF221904 | WPF221915 |
| WPF221920 | WPF221928 |
| WPF221929 | WPF221934 |
| WPF221935 | WPF221939 |
| WPF221945 | WPF221950 |
| WPF221965 | WPF221970 |
| WPF221971 | WPF221988 |
| WPF221994 | WPF222007 |
| WPF222008 | WPF222013 |
| WPF222015 | WPF222019 |
| WPF222021 | WPF222027 |
| WPF222028 | WPF222028 |
| WPF222029 | WPF222030 |
| WPF222031 | WPF222045 |
| WPF222046 | WPF222051 |
| WPF222057 | WPF222069 |
| WPF222070 | WPF222075 |
| WPF222077 | WPF222095 |
| WPF222099 | WPF222113 |
| WPF222114 | WPF222119 |
| WPF222121 | WPF222135 |
| WPF222136 | WPF222141 |
| WPF222143 | WPF222149 |
| WPF222155 | WPF222167 |
| WPF222168 | WPF222173 |
| WPF222179 | WPF222188 |
| WPF222190 | WPF222199 |
| WPF222200 | WPF222205 |
| WPF222206 | WPF222210 |
| WPF222216 | WPF222228 |
| WPF222229 | WPF222234 |
| WPF222236 | WPF222260 |
| WPF222266 | WPF222279 |
| WPF222280 | WPF222293 |
| WPF222294 | WPF222299 |
| WPF222367 | WPF222406 |

| | |
|---|---|
| WPF222407 | WPF222436 |
| WPF222437 | WPF222484 |
| WPF222485 | WPF222516 |
| WPF222517 | WPF222556 |
| WPF222557 | WPF222596 |

**Table E: Interrogatory #5 Supplement**

| PRODBEG | PRODEND |
|---|---|
| WPF193154 | WPF193154 |
| WPF193155 | WPF193155 |
| WPF193232 | WPF193233 |
| WPF193246 | WPF193247 |
| WPF198860 | WPF198864 |
| WPF198874 | WPF198874 |
| WPF198875 | WPF198877 |
| WPF198881 | WPF198881 |
| WPF198882 | WPF198882 |
| WPF198883 | WPF198883 |
| WPF198884 | WPF198884 |
| WPF198886 | WPF198889 |
| WPF198890 | WPF198894 |
| WPF198898 | WPF198898 |
| WPF198899 | WPF198901 |
| WPF198902 | WPF198903 |
| WPF198904 | WPF198905 |
| WPF198906 | WPF198908 |
| WPF198909 | WPF198910 |
| WPF198911 | WPF198912 |
| WPF198913 | WPF198914 |
| WPF198915 | WPF198917 |
| WPF198918 | WPF198918 |
| WPF198919 | WPF198920 |
| WPF198922 | WPF198925 |
| WPF198928 | WPF198930 |
| WPF198931 | WPF198932 |
| WPF198933 | WPF198937 |
| WPF198945 | WPF198946 |
| WPF198951 | WPF198951 |
| WPF200885 | WPF200888 |
| WPF200889 | WPF200889 |
| WPF201134 | WPF201137 |
| WPF201230 | WPF201230 |
| WPF210709 | WPF210709 |
| WPF222342 | WPF222360 |

**Table F: Interrogatory #6 Supplement**

| PRODBEG | PRODEND |
|---|---|
| WPF189038 | WPF189116 |
| WPF192974 | WPF192974 |
| WPF192975 | WPF192975 |
| WPF192976 | WPF192976 |
| WPF192977 | WPF192977 |
| WPF192985 | WPF192985 |
| WPF192986 | WPF192986 |
| WPF192987 | WPF192987 |
| WPF192988 | WPF192988 |
| WPF193128 | WPF193128 |
| WPF193131 | WPF193131 |
| WPF193134 | WPF193134 |
| WPF193137 | WPF193137 |
| WPF193140 | WPF193140 |
| WPF193175 | WPF193175 |
| WPF193181 | WPF193181 |
| WPF193184 | WPF193184 |
| WPF193194 | WPF193194 |
| WPF193197 | WPF193197 |
| WPF193200 | WPF193200 |
| WPF193201 | WPF193202 |
| WPF193203 | WPF193203 |
| WPF193227 | WPF193227 |
| WPF193232 | WPF193233 |
| WPF193240 | WPF193240 |
| WPF193243 | WPF193243 |
| WPF193244 | WPF193244 |
| WPF193259 | WPF193259 |
| WPF193264 | WPF193264 |
| WPF193267 | WPF193267 |
| WPF198810 | WPF198810 |

**Table G: Interrogatory #7 Supplement**

| PRODBEG | PRODEND |
|---|---|
| WPF185736 | WPF185736 |
| WPF188598 | WPF188598 |
| WPF188599 | WPF188610 |
| WPF188613 | WPF188614 |
| WPF189708 | WPF189708 |
| WPF189709 | WPF189732 |
| WPF189733 | WPF189757 |
| WPF189758 | WPF189758 |
| WPF189759 | WPF189759 |
| WPF189760 | WPF189760 |
| WPF189929 | WPF189932 |
| WPF189933 | WPF189935 |
| WPF190038 | WPF190112 |
| WPF190113 | WPF190234 |
| WPF190637 | WPF190640 |
| WPF190641 | WPF190648 |
| WPF190729 | WPF190729 |
| WPF190730 | WPF190734 |
| WPF190735 | WPF190735 |
| WPF190736 | WPF190740 |
| WPF190741 | WPF190741 |
| WPF190742 | WPF190745 |
| WPF190746 | WPF190750 |
| WPF190777 | WPF190777 |
| WPF190779 | WPF190783 |
| WPF190784 | WPF190784 |
| WPF190786 | WPF190790 |
| WPF190791 | WPF190791 |
| WPF190793 | WPF190797 |
| WPF190916 | WPF190916 |
| WPF190954 | WPF190954 |
| WPF190956 | WPF190960 |
| WPF190961 | WPF190961 |
| WPF190963 | WPF190967 |
| WPF190968 | WPF190968 |
| WPF190970 | WPF190974 |
| WPF190985 | WPF190985 |
| WPF190986 | WPF190989 |
| WPF190990 | WPF190994 |
| WPF190995 | WPF190995 |
| WPF190996 | WPF191000 |
| WPF191001 | WPF191001 |
| WPF191002 | WPF191005 |
| WPF191006 | WPF191010 |
| WPF191011 | WPF191011 |
| WPF191012 | WPF191016 |
| WPF191017 | WPF191017 |
| WPF191018 | WPF191019 |
| WPF191020 | WPF191020 |

| | |
|---|---|
| WPF191021 | WPF191025 |
| WPF191026 | WPF191026 |
| WPF191027 | WPF191030 |
| WPF191031 | WPF191035 |
| WPF191036 | WPF191036 |
| WPF191037 | WPF191040 |
| WPF191041 | WPF191044 |
| WPF191045 | WPF191045 |
| WPF191046 | WPF191049 |
| WPF191050 | WPF191054 |
| WPF191077 | WPF191077 |
| WPF191126 | WPF191126 |
| WPF191127 | WPF191127 |
| WPF191128 | WPF191128 |
| WPF191130 | WPF191130 |
| WPF191131 | WPF191131 |
| WPF191132 | WPF191132 |
| WPF191133 | WPF191133 |
| WPF191134 | WPF191134 |
| WPF191135 | WPF191135 |
| WPF191136 | WPF191136 |
| WPF191137 | WPF191137 |
| WPF191138 | WPF191138 |
| WPF191139 | WPF191139 |
| WPF191140 | WPF191140 |
| WPF191148 | WPF191148 |
| WPF191149 | WPF191149 |
| WPF191256 | WPF191256 |
| WPF191257 | WPF191261 |
| WPF191318 | WPF191319 |
| WPF191802 | WPF191802 |
| WPF191803 | WPF191804 |
| WPF191805 | WPF191805 |
| WPF191806 | WPF191912 |
| WPF191913 | WPF191913 |
| WPF191914 | WPF191975 |
| WPF191976 | WPF192027 |
| WPF192028 | WPF192053 |
| WPF192054 | WPF192055 |
| WPF192056 | WPF192057 |
| WPF192058 | WPF192062 |
| WPF192063 | WPF192063 |
| WPF192064 | WPF192102 |
| WPF192103 | WPF192103 |
| WPF192104 | WPF192104 |
| WPF192105 | WPF192105 |
| WPF192106 | WPF192107 |
| WPF192108 | WPF192109 |
| WPF192110 | WPF192111 |
| WPF192112 | WPF192113 |
| WPF192114 | WPF192116 |
| WPF192117 | WPF192121 |

| | |
|---|---|
| WPF192122 | WPF192132 |
| WPF192133 | WPF192134 |
| WPF192135 | WPF192135 |
| WPF192136 | WPF192137 |
| WPF192138 | WPF192144 |
| WPF192145 | WPF192145 |
| WPF192146 | WPF192147 |
| WPF192148 | WPF192153 |
| WPF192974 | WPF192974 |
| WPF192976 | WPF192976 |
| WPF192985 | WPF192985 |
| WPF192987 | WPF192987 |
| WPF193022 | WPF193024 |
| WPF193035 | WPF193035 |
| WPF193037 | WPF193038 |
| WPF193040 | WPF193040 |
| WPF193041 | WPF193041 |
| WPF193042 | WPF193042 |
| WPF193043 | WPF193043 |
| WPF193044 | WPF193046 |
| WPF193051 | WPF193055 |
| WPF193057 | WPF193061 |
| WPF193064 | WPF193064 |
| WPF193068 | WPF193070 |
| WPF193072 | WPF193072 |
| WPF193073 | WPF193073 |
| WPF193100 | WPF193104 |
| WPF193107 | WPF193111 |
| WPF193113 | WPF193113 |
| WPF193114 | WPF193114 |
| WPF193116 | WPF193116 |
| WPF193117 | WPF193117 |
| WPF193118 | WPF193118 |
| WPF193119 | WPF193120 |
| WPF193121 | WPF193121 |
| WPF193122 | WPF193122 |
| WPF193126 | WPF193127 |
| WPF193129 | WPF193130 |
| WPF193132 | WPF193133 |
| WPF193135 | WPF193136 |
| WPF193138 | WPF193139 |
| WPF193156 | WPF193156 |
| WPF193157 | WPF193157 |
| WPF193158 | WPF193158 |
| WPF193160 | WPF193160 |
| WPF193161 | WPF193161 |
| WPF193173 | WPF193174 |
| WPF193176 | WPF193177 |
| WPF193178 | WPF193179 |
| WPF193180 | WPF193180 |
| WPF193182 | WPF193183 |
| WPF193185 | WPF193185 |

| | |
|---|---|
| WPF193186 | WPF193186 |
| WPF193187 | WPF193187 |
| WPF193188 | WPF193189 |
| WPF193190 | WPF193190 |
| WPF193191 | WPF193191 |
| WPF193192 | WPF193193 |
| WPF193195 | WPF193196 |
| WPF193198 | WPF193199 |
| WPF193205 | WPF193205 |
| WPF193206 | WPF193206 |
| WPF193210 | WPF193210 |
| WPF193211 | WPF193211 |
| WPF193224 | WPF193224 |
| WPF193225 | WPF193226 |
| WPF193228 | WPF193229 |
| WPF193230 | WPF193231 |
| WPF193234 | WPF193234 |
| WPF193235 | WPF193236 |
| WPF193237 | WPF193237 |
| WPF193238 | WPF193239 |
| WPF193241 | WPF193242 |
| WPF193245 | WPF193245 |
| WPF193252 | WPF193252 |
| WPF193256 | WPF193256 |
| WPF193261 | WPF193261 |
| WPF193269 | WPF193269 |
| WPF193270 | WPF193270 |
| WPF193292 | WPF193292 |
| WPF193318 | WPF193318 |
| WPF193319 | WPF193319 |
| WPF193344 | WPF193344 |
| WPF193345 | WPF193345 |
| WPF193392 | WPF193392 |
| WPF193393 | WPF193393 |
| WPF193394 | WPF193394 |
| WPF193396 | WPF193396 |
| WPF193397 | WPF193397 |
| WPF193513 | WPF193513 |
| WPF193586 | WPF193586 |
| WPF193587 | WPF193587 |
| WPF193620 | WPF193620 |
| WPF193621 | WPF193621 |
| WPF193641 | WPF193641 |
| WPF193642 | WPF193642 |
| WPF193683 | WPF193683 |
| WPF193731 | WPF193734 |
| WPF193735 | WPF193738 |
| WPF193740 | WPF193740 |
| WPF193741 | WPF193741 |
| WPF195458 | WPF195680 |
| WPF195681 | WPF195903 |
| WPF196830 | WPF196926 |

| | |
|---|---|
| WPF196927 | WPF196951 |
| WPF196952 | WPF196955 |
| WPF196956 | WPF196957 |
| WPF196976 | WPF196980 |
| WPF196981 | WPF197038 |
| WPF197061 | WPF197091 |
| WPF197093 | WPF197095 |
| WPF197096 | WPF197114 |
| WPF197115 | WPF197138 |
| WPF197139 | WPF197166 |
| WPF197278 | WPF197304 |
| WPF197305 | WPF197331 |
| WPF197436 | WPF197437 |
| WPF197439 | WPF197439 |
| WPF197440 | WPF197440 |
| WPF197441 | WPF197441 |
| WPF197442 | WPF197442 |
| WPF197443 | WPF197443 |
| WPF197445 | WPF197445 |
| WPF197446 | WPF197446 |
| WPF197447 | WPF197447 |
| WPF197448 | WPF197448 |
| WPF197449 | WPF197449 |
| WPF197453 | WPF197453 |
| WPF197979 | WPF197989 |
| WPF197990 | WPF198000 |
| WPF198001 | WPF198012 |
| WPF198013 | WPF198024 |
| WPF198025 | WPF198042 |
| WPF198043 | WPF198060 |
| WPF198061 | WPF198078 |
| WPF198079 | WPF198097 |
| WPF198098 | WPF198115 |
| WPF198116 | WPF198129 |
| WPF198130 | WPF198142 |
| WPF198143 | WPF198155 |
| WPF198156 | WPF198167 |
| WPF198190 | WPF198207 |
| WPF198754 | WPF198758 |
| WPF198804 | WPF198805 |
| WPF198858 | WPF198859 |
| WPF198869 | WPF198870 |
| WPF198871 | WPF198871 |
| WPF198879 | WPF198880 |
| WPF198895 | WPF198896 |
| WPF198897 | WPF198897 |
| WPF198898 | WPF198898 |
| WPF198899 | WPF198901 |
| WPF198921 | WPF198921 |
| WPF198926 | WPF198927 |
| WPF198938 | WPF198939 |
| WPF198940 | WPF198941 |

| | |
|---|---|
| WPF198942 | WPF198944 |
| WPF198947 | WPF198948 |
| WPF198949 | WPF198950 |
| WPF198952 | WPF198952 |
| WPF198990 | WPF198991 |
| WPF198992 | WPF198995 |
| WPF198996 | WPF198999 |
| WPF199007 | WPF199103 |
| WPF199104 | WPF199135 |
| WPF199136 | WPF199154 |
| WPF201147 | WPF201147 |
| WPF201148 | WPF201148 |
| WPF201295 | WPF201295 |
| WPF202819 | WPF202820 |
| WPF202821 | WPF202822 |
| WPF203711 | WPF203711 |
| WPF203712 | WPF203712 |
| WPF203713 | WPF203720 |
| WPF203721 | WPF203727 |
| WPF203800 | WPF203803 |
| WPF203804 | WPF203804 |
| WPF203805 | WPF203805 |
| WPF203806 | WPF203806 |
| WPF203807 | WPF203807 |
| WPF203939 | WPF203951 |
| WPF203952 | WPF203964 |
| WPF203966 | WPF203966 |
| WPF203973 | WPF203973 |
| WPF204013 | WPF204013 |
| WPF204117 | WPF204118 |
| WPF204123 | WPF204123 |
| WPF204124 | WPF204124 |
| WPF204308 | WPF204308 |
| WPF204309 | WPF204310 |
| WPF204311 | WPF204311 |
| WPF204590 | WPF204719 |
| WPF204720 | WPF204849 |
| WPF204975 | WPF204976 |
| WPF204979 | WPF204979 |
| WPF204980 | WPF204980 |
| WPF205013 | WPF205013 |
| WPF205014 | WPF205014 |
| WPF205015 | WPF205015 |
| WPF205016 | WPF205016 |
| WPF205017 | WPF205018 |
| WPF205019 | WPF205020 |
| WPF205263 | WPF205264 |
| WPF205381 | WPF205390 |
| WPF205391 | WPF205391 |
| WPF205407 | WPF205407 |
| WPF205408 | WPF205428 |
| WPF205452 | WPF205453 |

| | |
|---|---|
| WPF205454 | WPF205685 |
| WPF205688 | WPF205688 |
| WPF205689 | WPF205689 |
| WPF205690 | WPF205719 |
| WPF205720 | WPF205733 |
| WPF205797 | WPF205797 |
| WPF205798 | WPF205808 |
| WPF205809 | WPF205819 |
| WPF205877 | WPF205879 |
| WPF206044 | WPF206044 |
| WPF206045 | WPF206045 |
| WPF206057 | WPF206058 |
| WPF206059 | WPF206059 |
| WPF206060 | WPF206060 |
| WPF206061 | WPF206061 |
| WPF206062 | WPF206062 |
| WPF206063 | WPF206065 |
| WPF206090 | WPF206093 |
| WPF206094 | WPF206095 |
| WPF206141 | WPF206145 |
| WPF206226 | WPF206228 |
| WPF206229 | WPF206229 |
| WPF206270 | WPF206270 |
| WPF206271 | WPF206276 |
| WPF206348 | WPF206348 |
| WPF206351 | WPF206352 |
| WPF206353 | WPF206353 |
| WPF206354 | WPF206354 |
| WPF206355 | WPF206355 |
| WPF206356 | WPF206356 |
| WPF206360 | WPF206363 |
| WPF206364 | WPF206367 |
| WPF206368 | WPF206371 |
| WPF206372 | WPF206372 |
| WPF206373 | WPF206375 |
| WPF206522 | WPF206522 |
| WPF206523 | WPF206622 |
| WPF206623 | WPF206623 |
| WPF206624 | WPF206632 |
| WPF206633 | WPF206634 |
| WPF206909 | WPF206909 |
| WPF206910 | WPF207004 |
| WPF207282 | WPF207282 |
| WPF208088 | WPF208204 |
| WPF208206 | WPF208206 |
| WPF208207 | WPF208218 |
| WPF208219 | WPF208219 |
| WPF208220 | WPF208225 |
| WPF208243 | WPF208244 |
| WPF208277 | WPF208281 |
| WPF208285 | WPF208285 |
| WPF208409 | WPF208410 |

| | |
|---|---|
| WPF208521 | WPF208532 |
| WPF209979 | WPF209979 |
| WPF209995 | WPF209996 |
| WPF210001 | WPF210002 |
| WPF210190 | WPF210190 |
| WPF210197 | WPF210197 |
| WPF210207 | WPF210207 |
| WPF210208 | WPF210208 |
| WPF210209 | WPF210209 |
| WPF210210 | WPF210210 |
| WPF210232 | WPF210232 |
| WPF210242 | WPF210242 |
| WPF210268 | WPF210268 |
| WPF210314 | WPF210314 |
| WPF210353 | WPF210353 |
| WPF210399 | WPF210401 |
| WPF210402 | WPF210403 |
| WPF210404 | WPF210405 |
| WPF210438 | WPF210438 |
| WPF210467 | WPF210467 |
| WPF210499 | WPF210499 |
| WPF210526 | WPF210526 |
| WPF210527 | WPF210531 |
| WPF210721 | WPF210721 |
| WPF210722 | WPF210723 |
| WPF210724 | WPF210737 |
| WPF210738 | WPF210738 |
| WPF210774 | WPF210775 |
| WPF210776 | WPF210777 |
| WPF210778 | WPF210778 |
| WPF210830 | WPF210831 |
| WPF210832 | WPF210833 |
| WPF210834 | WPF210836 |
| WPF210837 | WPF210838 |
| WPF210839 | WPF210842 |
| WPF210843 | WPF210846 |
| WPF210847 | WPF210850 |
| WPF210851 | WPF210854 |
| WPF210855 | WPF210858 |
| WPF210859 | WPF210861 |
| WPF210862 | WPF210864 |
| WPF210865 | WPF210867 |
| WPF210868 | WPF210870 |
| WPF210871 | WPF210873 |
| WPF210874 | WPF210875 |
| WPF210876 | WPF210879 |
| WPF210880 | WPF210883 |
| WPF210884 | WPF210887 |
| WPF210888 | WPF210891 |
| WPF210892 | WPF210895 |
| WPF210896 | WPF210898 |
| WPF210899 | WPF210901 |