| | |
|---|---|
| WPF210902 | WPF210904 |
| WPF210905 | WPF210907 |
| WPF210908 | WPF210910 |
| WPF210911 | WPF210912 |
| WPF210913 | WPF210914 |
| WPF210915 | WPF210916 |
| WPF210917 | WPF210918 |
| WPF210919 | WPF210920 |
| WPF210921 | WPF210921 |
| WPF210923 | WPF210923 |
| WPF210924 | WPF210926 |
| WPF210927 | WPF210928 |
| WPF210929 | WPF210930 |
| WPF210931 | WPF210932 |
| WPF210933 | WPF210933 |
| WPF210934 | WPF210934 |
| WPF210935 | WPF210948 |
| WPF210949 | WPF210949 |
| WPF210950 | WPF210961 |
| WPF210962 | WPF210962 |
| WPF210963 | WPF210964 |
| WPF210965 | WPF210965 |
| WPF210966 | WPF210966 |
| WPF210968 | WPF210968 |
| WPF210969 | WPF210969 |
| WPF210970 | WPF210971 |
| WPF210972 | WPF210973 |
| WPF210983 | WPF210983 |
| WPF210984 | WPF210985 |
| WPF210986 | WPF210988 |
| WPF210989 | WPF210991 |
| WPF210992 | WPF210994 |
| WPF210996 | WPF211010 |
| WPF211011 | WPF211025 |
| WPF211026 | WPF211040 |
| WPF211041 | WPF211055 |
| WPF211056 | WPF211070 |
| WPF211084 | WPF211085 |
| WPF211086 | WPF211092 |
| WPF211093 | WPF211099 |
| WPF211100 | WPF211106 |
| WPF211107 | WPF211113 |
| WPF211114 | WPF211120 |
| WPF211121 | WPF211121 |
| WPF211122 | WPF211127 |
| WPF211128 | WPF211129 |
| WPF211130 | WPF211133 |
| WPF211134 | WPF211136 |
| WPF211137 | WPF211139 |
| WPF211140 | WPF211142 |
| WPF211143 | WPF211145 |
| WPF211146 | WPF211148 |

| | |
|---|---|
| WPF211149 | WPF211149 |
| WPF211151 | WPF211152 |
| WPF211154 | WPF211155 |
| WPF211156 | WPF211156 |
| WPF211157 | WPF211159 |
| WPF211160 | WPF211160 |
| WPF211161 | WPF211161 |
| WPF211162 | WPF211162 |
| WPF211163 | WPF211169 |
| WPF211170 | WPF211176 |
| WPF211177 | WPF211183 |
| WPF211184 | WPF211190 |
| WPF211191 | WPF211197 |
| WPF211198 | WPF211198 |
| WPF211199 | WPF211199 |
| WPF211200 | WPF211249 |
| WPF211250 | WPF211297 |
| WPF211298 | WPF211348 |
| WPF211666 | WPF211667 |
| WPF211668 | WPF211668 |
| WPF211669 | WPF211670 |
| WPF211671 | WPF211672 |
| WPF211673 | WPF211673 |
| WPF211674 | WPF211676 |
| WPF211677 | WPF211679 |
| WPF211680 | WPF211684 |
| WPF211686 | WPF211686 |
| WPF211687 | WPF211693 |
| WPF211694 | WPF211700 |
| WPF211701 | WPF211707 |
| WPF211708 | WPF211714 |
| WPF211715 | WPF211720 |
| WPF211721 | WPF211727 |
| WPF211728 | WPF211728 |
| WPF211729 | WPF211729 |
| WPF211730 | WPF211730 |
| WPF211731 | WPF211734 |
| WPF211743 | WPF211744 |
| WPF211745 | WPF211770 |
| WPF211771 | WPF211778 |
| WPF211779 | WPF211784 |
| WPF211785 | WPF211786 |
| WPF211787 | WPF211811 |
| WPF211812 | WPF211819 |
| WPF211820 | WPF211820 |
| WPF211821 | WPF211845 |
| WPF211846 | WPF211851 |
| WPF211852 | WPF211856 |
| WPF211857 | WPF211858 |
| WPF211859 | WPF211887 |
| WPF211888 | WPF211893 |
| WPF211894 | WPF211900 |

| | |
|---|---|
| WPF211901 | WPF211902 |
| WPF211903 | WPF211931 |
| WPF211932 | WPF211937 |
| WPF211938 | WPF211944 |
| WPF211945 | WPF211946 |
| WPF211947 | WPF211982 |
| WPF211983 | WPF212016 |
| WPF212017 | WPF212027 |
| WPF212028 | WPF212039 |
| WPF212040 | WPF212044 |
| WPF212045 | WPF212051 |
| WPF212052 | WPF212052 |
| WPF212053 | WPF212053 |
| WPF212054 | WPF212054 |
| WPF212055 | WPF212060 |
| WPF212061 | WPF212062 |
| WPF212063 | WPF212063 |
| WPF212064 | WPF212065 |
| WPF212066 | WPF212069 |
| WPF212070 | WPF212070 |
| WPF212071 | WPF212075 |
| WPF212076 | WPF212076 |
| WPF212077 | WPF212080 |
| WPF212081 | WPF212104 |
| WPF212105 | WPF212107 |
| WPF212116 | WPF212116 |
| WPF212117 | WPF212118 |
| WPF212777 | WPF212778 |
| WPF212781 | WPF212781 |
| WPF212782 | WPF212783 |
| WPF212784 | WPF212785 |
| WPF213075 | WPF213076 |
| WPF213124 | WPF213125 |
| WPF213619 | WPF213620 |
| WPF213621 | WPF213622 |
| WPF214929 | WPF214929 |
| WPF215237 | WPF215241 |
| WPF217388 | WPF217388 |
| WPF217395 | WPF217395 |
| WPF217466 | WPF217466 |
| WPF217467 | WPF217470 |
| WPF217471 | WPF217473 |
| WPF217474 | WPF217474 |
| WPF217475 | WPF217754 |
| WPF217783 | WPF217795 |
| WPF217799 | WPF217799 |
| WPF217800 | WPF217819 |
| WPF217955 | WPF217955 |
| WPF217956 | WPF217956 |
| WPF217957 | WPF217957 |
| WPF217958 | WPF217958 |
| WPF217959 | WPF217959 |

| | |
|---|---|
| WPF217960 | WPF217960 |
| WPF217961 | WPF217962 |
| WPF217963 | WPF217963 |
| WPF217972 | WPF217972 |
| WPF217973 | WPF217974 |
| WPF217975 | WPF217978 |
| WPF217979 | WPF217981 |

**Table H: Interrogatory #8 Supplement**

| PRODBEG | PRODEND |
|---|---|
| WPF193271 | WPF193273 |
| WPF193296 | WPF193298 |
| WPF193316 | WPF193316 |
| WPF194401 | WPF194669 |
| WPF196795 | WPF196796 |
| WPF196797 | WPF196797 |
| WPF197332 | WPF197333 |
| WPF197502 | WPF197565 |
| WPF197566 | WPF197602 |
| WPF197676 | WPF197677 |
| WPF197693 | WPF197721 |
| WPF197722 | WPF197808 |
| WPF197811 | WPF197848 |
| WPF197855 | WPF197867 |
| WPF197868 | WPF197931 |
| WPF198727 | WPF198727 |
| WPF198729 | WPF198729 |
| WPF200107 | WPF200107 |
| WPF200792 | WPF200792 |
| WPF201149 | WPF201149 |
| WPF201150 | WPF201175 |
| WPF201189 | WPF201217 |
| WPF201297 | WPF201297 |
| WPF202827 | WPF202828 |
| WPF202829 | WPF202829 |
| WPF203007 | WPF203009 |
| WPF206102 | WPF206102 |
| WPF206103 | WPF206136 |
| WPF206147 | WPF206172 |
| WPF206173 | WPF206198 |
| WPF206199 | WPF206224 |
| WPF206277 | WPF206277 |
| WPF206278 | WPF206303 |
| WPF206304 | WPF206304 |
| WPF206305 | WPF206339 |
| WPF206641 | WPF206641 |
| WPF206642 | WPF206667 |
| WPF208603 | WPF208641 |
| WPF209067 | WPF209067 |
| WPF209068 | WPF209127 |
| WPF209128 | WPF209187 |
| WPF209188 | WPF209247 |
| WPF210191 | WPF210191 |
| WPF210301 | WPF210301 |
| WPF210386 | WPF210386 |
| WPF210387 | WPF210387 |
| WPF210416 | WPF210416 |
| WPF210417 | WPF210422 |
| WPF210508 | WPF210508 |

| | |
|---|---|
| WPF214990 | WPF215015 |
| WPF217134 | WPF217142 |
| WPF217143 | WPF217152 |
| WPF217153 | WPF217175 |
| WPF217176 | WPF217192 |

**Table I: Interrogatory #9 Supplement**

| PRODBEG | PRODEND |
|---|---|
| WPF188611 | WPF188611 |
| WPF192975 | WPF192975 |
| WPF192977 | WPF192977 |
| WPF192986 | WPF192986 |
| WPF192988 | WPF192988 |
| WPF193142 | WPF193151 |
| WPF193163 | WPF193172 |
| WPF193204 | WPF193204 |
| WPF193205 | WPF193205 |
| WPF193206 | WPF193206 |
| WPF193207 | WPF193207 |
| WPF193208 | WPF193208 |
| WPF193209 | WPF193209 |
| WPF193210 | WPF193210 |
| WPF193211 | WPF193211 |
| WPF193212 | WPF193212 |
| WPF193213 | WPF193213 |
| WPF193214 | WPF193214 |
| WPF193215 | WPF193215 |
| WPF193216 | WPF193216 |
| WPF193217 | WPF193217 |
| WPF193218 | WPF193218 |
| WPF193219 | WPF193219 |
| WPF193220 | WPF193220 |
| WPF193221 | WPF193221 |
| WPF193222 | WPF193222 |
| WPF193223 | WPF193223 |
| WPF193224 | WPF193224 |
| WPF193225 | WPF193226 |
| WPF193228 | WPF193229 |
| WPF193230 | WPF193231 |
| WPF202827 | WPF202828 |
| WPF202829 | WPF202829 |
| WPF210305 | WPF210305 |
| WPF210308 | WPF210308 |
| WPF210501 | WPF210501 |
| WPF210506 | WPF210506 |

**TABLE J1: Tax Info Sheets**

| PRODBEG | PRODEND | NOTES |
|---|---|---|
| WPF185555 | WPF185559 | Norwest 2000 |
| WPF185575 | WPF185580 | Wells 2001 |
| WPF185581 | WPF185587 | Wells FLSC 2001 |
| WPF185588 | WPF185593 | Wells FLSC 2001 |
| WPF185594 | WPF185599 | Wells 2002 |
| WPF185600 | WPF185605 | Wells FLSC 2002 |
| WPF185606 | WPF185610 | Wells FLSC 2002 |
| WPF185611 | WPF185616 | Wells 2003 |
| WPF185617 | WPF185622 | Wells FLSC 2003 |
| WPF185623 | WPF185628 | Wells FLSC 2003 |
| WPF185629 | WPF185636 | Wells 2004 |
| WPF185637 | WPF185644 | Wells FLSC 2004 |
| WPF185645 | WPF185650 | Wells FLSC 2004 |
| WPF185651 | WPF185662 | Wells 2005 |
| WPF185663 | WPF185671 | Wells FLSC 2005 |
| WPF185672 | WPF185678 | Wells FLSC 2005 |
| WPF185679 | WPF185688 | Wells 2006 |
| WPF185689 | WPF185694 | Wells FLSC 2006 |
| WPF185695 | WPF185701 | Wells FLSC 2006 |

**TABLE J2: CAP memos**

| PRODBEG | PRODEND | TRANSACTION |
|---|---|---|
| WPF007467 | WPF007500 | BART; |
| WPF009640 | WPF009645 | Belgacom; |
| WPF011246 | WPF011282 | CALTRANS 2001 and 2002 |
| WPF014734 | WPF014756 | CALTRANS 2000; |
| WPF020921 | WPF020992 | Cathay Pacific; |
| WPF024085 | WPF024139 | DART; |
| WPF026159 | WPF026162 | METRO WF1 (Houston); |
| WPF027427 | WPF027428 | METRO WF2 (Houston); |
| WPF028496 | WPF028547 | LACMTA; |
| WPF042940 | WPF043022 | PCJPB 2000; |
| WPF045993 | WPF046053 | PCJPB 2001; |
| WPF048257 | WPF048304 | SCRRA; |
| WPF050738 | WPF050774 | SEPTA; |
| WPF053611 | WPF053646 | SFMTA; |
| WPF054011 | WPF054078 | SFR; |
| WPF058700 | WPF058764 | Sonera; |
| WPF061593 | WPF061628 | WMATA; |
| WPF165847 | WPF165882 | NJT WF1 (12/27/01); |
| WPF188615 | WPF188667 | NJT W1 (2/1/01); |
| WPF189766 | WPF189901 | MARTA 2002-2; MARTA 2002-3; |

TABLE J3: Residual and Time Period

| | Residual Per General Ledger | Term Booked |
|---|---|---|
| Belgacom 1997-3 | 1,274,004 | Full Term |
| Belgacom 1997-4 | 617,315 | Full Term |
| Sonera 1998 | 8,216,401 | Full Term |
| SFR 1999 Daphne 5 | 17,943,074 | Full Term |
| Caltrans WFEF 2000-1 Lot 1 | 12,294,677 | Full Term |
| Caltrans WFEF 2000-1 Lot 2 | 30,831,316 | Full Term |
| Caltrans CA-WF 2001 Lot 1 | 14,715,021 | Full Term |
| Caltrans CA-WF 2001 Lot 2 | 26,024,573 | Full Term |
| Caltrans CA-WF 2002 | 20,102,849 | Full Term |
| LACMTA | 38,475,803 | PO Date |
| Cathay Pacific 2000 A1 (CPA 07) | 2,633,004 | Full Term |
| Cathay Pacific 2000 A2 (CPA 11) | 2,795,648 | Full Term |
| PCJPB WFEF 2000 Lot 1 | 30,096,188 | PO Date |
| PCJPB WFEF 2000 Lot 2 | 4,938,457 | PO Date |
| PCJPB WF 2001 Lot 1 | 21,709,463 | PO Date |
| PCJPB WF 2001 Lot 2 | 3,489,416 | PO Date |
| PCJPB WF 2001 Lot 3 | 6,445,124 | PO Date |
| NJT 2001-W1 | - | Full Term |
| NJT 2001-WF1 | 25,971,446 | Full Term |
| BART | - | Full Term |
| SFMTA 2002-6 | 49,600,456 | PO Date |
| Metro 2002-WF1 Lot 1 | 13,655,569 | Full Term |
| Metro 2002-WF1 Lot 2 | 2,805,721 | Full Term |
| Metro 2002-WF1 Lot 3 | 4,869,179 | Full Term |
| Metro 2002-WF2 | 2,655,933 | Full Term |
| DART Lot 1 | 13,127,803 | Full Term |
| DART Lot 2 | 10,640,640 | Full Term |
| DART Lot 3 | 4,455,346 | Full Term |
| SCRRA 2002-W1 | 44,210,400 | PO Date |
| SCRRA 2002-W1 | 8,303,622 | PO Date |
| WMATA Lot 1 | 25,730,029 | Full Term |
| WMATA Lot 2 | 2,696,389 | Full Term |
| SEPTA 2002-4 | 38,126,357 | PO Date |
| MARTA 2002-2 | 31,311,043 | PO Date |
| MARTA 2002-3 | 18,508,823 | PO Date |
| SFR 1999 Daphne 2 | 11,129,014 | Full Term |
| SFR 1999 Daphne 7 | 12,863,690 | Full Term |
| Cathay Pacific 2000 B1 (CPA 08) | 2,656,959 | Full Term |
| Cathay Pacific 2000 B2 (CPA 9/10) | 2,879,033 | Full Term |

**Table J4: Interrogatory #10 Supplement**

| PRODBEG | PRODEND |
|---|---|
| WPF043046 | WPF043046 |
| WPF050686 | WPF050840 |
| WPF054079 | WPF054106 |
| WPF185824 | WPF185824 |
| WPF185825 | WPF185825 |
| WPF185826 | WPF185827 |
| WPF185828 | WPF185829 |
| WPF185830 | WPF185850 |
| WPF185851 | WPF185853 |
| WPF188615 | WPF188667 |
| WPF188678 | WPF188711 |
| WPF189034 | WPF189035 |
| WPF189036 | WPF189037 |
| WPF189275 | WPF189705 |
| WPF189706 | WPF189706 |
| WPF189707 | WPF189707 |
| WPF189766 | WPF189901 |
| WPF190235 | WPF190240 |
| WPF190243 | WPF190307 |
| WPF190309 | WPF190376 |
| WPF190377 | WPF190428 |
| WPF190429 | WPF190500 |
| WPF190501 | WPF190583 |
| WPF190649 | WPF190649 |
| WPF190650 | WPF190650 |
| WPF193248 | WPF193248 |
| WPF193249 | WPF193249 |
| WPF193250 | WPF193250 |
| WPF193251 | WPF193251 |
| WPF193253 | WPF193254 |
| WPF193255 | WPF193255 |
| WPF193257 | WPF193258 |
| WPF193260 | WPF193260 |
| WPF193262 | WPF193263 |
| WPF193265 | WPF193266 |
| WPF193268 | WPF193268 |
| WPF193317 | WPF193317 |
| WPF193320 | WPF193320 |
| WPF193321 | WPF193324 |
| WPF193325 | WPF193341 |
| WPF193342 | WPF193342 |
| WPF193343 | WPF193343 |
| WPF193346 | WPF193348 |
| WPF193349 | WPF193365 |
| WPF193366 | WPF193366 |
| WPF193367 | WPF193373 |
| WPF193374 | WPF193374 |
| WPF193375 | WPF193378 |
| WPF193379 | WPF193381 |

| | |
|---|---|
| WPF193382 | WPF193391 |
| WPF193395 | WPF193395 |
| WPF193398 | WPF193401 |
| WPF193402 | WPF193404 |
| WPF193405 | WPF193421 |
| WPF193422 | WPF193422 |
| WPF193423 | WPF193423 |
| WPF193432 | WPF193437 |
| WPF193512 | WPF193512 |
| WPF193514 | WPF193517 |
| WPF193518 | WPF193519 |
| WPF193520 | WPF193536 |
| WPF193537 | WPF193537 |
| WPF193538 | WPF193538 |
| WPF193539 | WPF193542 |
| WPF193543 | WPF193545 |
| WPF193546 | WPF193562 |
| WPF193563 | WPF193563 |
| WPF193564 | WPF193564 |
| WPF193565 | WPF193567 |
| WPF193568 | WPF193570 |
| WPF193571 | WPF193584 |
| WPF193585 | WPF193585 |
| WPF193588 | WPF193590 |
| WPF193591 | WPF193601 |
| WPF193602 | WPF193604 |
| WPF193605 | WPF193618 |
| WPF193619 | WPF193619 |
| WPF193622 | WPF193624 |
| WPF193625 | WPF193639 |
| WPF193640 | WPF193640 |
| WPF193643 | WPF193645 |
| WPF193646 | WPF193660 |
| WPF193661 | WPF193661 |
| WPF193662 | WPF193664 |
| WPF193665 | WPF193679 |
| WPF193739 | WPF193739 |
| WPF194768 | WPF194769 |
| WPF196476 | WPF196499 |
| WPF196503 | WPF196552 |
| WPF196556 | WPF196594 |
| WPF196698 | WPF196732 |
| WPF196733 | WPF196750 |
| WPF196751 | WPF196766 |
| WPF196767 | WPF196778 |
| WPF196780 | WPF196784 |
| WPF197467 | WPF197468 |
| WPF197469 | WPF197469 |
| WPF197470 | WPF197470 |
| WPF197471 | WPF197494 |
| WPF197673 | WPF197673 |
| WPF197686 | WPF197690 |

| | |
|---|---|
| WPF198953 | WPF198989 |
| WPF200572 | WPF200609 |
| WPF201028 | WPF201028 |
| WPF201062 | WPF201071 |
| WPF201185 | WPF201185 |
| WPF201186 | WPF201186 |
| WPF201189 | WPF201217 |
| WPF201218 | WPF201228 |
| WPF201232 | WPF201260 |
| WPF201261 | WPF201271 |
| WPF201747 | WPF201776 |
| WPF201960 | WPF201963 |
| WPF202965 | WPF202965 |
| WPF203811 | WPF203841 |
| WPF203976 | WPF204006 |
| WPF204131 | WPF204165 |
| WPF208647 | WPF208680 |
| WPF208682 | WPF208715 |
| WPF209573 | WPF209612 |
| WPF210805 | WPF210805 |
| WPF210806 | WPF210817 |
| WPF210818 | WPF210818 |
| WPF210819 | WPF210828 |
| WPF210829 | WPF210829 |
| WPF211071 | WPF211083 |
| WPF211350 | WPF211353 |
| WPF211354 | WPF211357 |
| WPF211358 | WPF211361 |
| WPF211362 | WPF211365 |
| WPF211366 | WPF211369 |
| WPF211370 | WPF211373 |
| WPF211374 | WPF211377 |
| WPF211378 | WPF211381 |
| WPF211382 | WPF211385 |
| WPF211386 | WPF211389 |
| WPF211390 | WPF211393 |
| WPF211394 | WPF211397 |
| WPF211398 | WPF211401 |
| WPF211402 | WPF211405 |
| WPF211406 | WPF211409 |
| WPF211410 | WPF211413 |
| WPF211414 | WPF211417 |
| WPF211418 | WPF211421 |
| WPF211422 | WPF211425 |
| WPF211426 | WPF211429 |
| WPF211430 | WPF211433 |
| WPF211434 | WPF211437 |
| WPF211438 | WPF211441 |
| WPF211442 | WPF211445 |
| WPF211446 | WPF211449 |
| WPF211450 | WPF211451 |
| WPF211452 | WPF211455 |

| | |
|---|---|
| WPF211456 | WPF211459 |
| WPF211460 | WPF211463 |
| WPF211464 | WPF211467 |
| WPF211468 | WPF211471 |
| WPF211472 | WPF211475 |
| WPF211476 | WPF211479 |
| WPF211480 | WPF211483 |
| WPF211484 | WPF211487 |
| WPF211488 | WPF211491 |
| WPF211492 | WPF211495 |
| WPF211496 | WPF211499 |
| WPF211500 | WPF211503 |
| WPF211504 | WPF211507 |
| WPF211508 | WPF211511 |
| WPF211512 | WPF211515 |
| WPF211516 | WPF211519 |
| WPF211520 | WPF211523 |
| WPF211524 | WPF211527 |
| WPF211528 | WPF211531 |
| WPF211532 | WPF211535 |
| WPF211536 | WPF211539 |
| WPF211540 | WPF211543 |
| WPF211544 | WPF211547 |
| WPF211548 | WPF211551 |
| WPF211552 | WPF211555 |
| WPF211556 | WPF211559 |
| WPF211560 | WPF211563 |
| WPF211564 | WPF211567 |
| WPF211568 | WPF211571 |
| WPF211572 | WPF211575 |
| WPF211576 | WPF211579 |
| WPF211580 | WPF211583 |
| WPF211584 | WPF211587 |
| WPF211588 | WPF211591 |
| WPF211592 | WPF211595 |
| WPF211596 | WPF211599 |
| WPF211600 | WPF211603 |
| WPF211604 | WPF211607 |
| WPF211608 | WPF211611 |
| WPF211612 | WPF211615 |
| WPF211616 | WPF211619 |
| WPF211620 | WPF211623 |
| WPF211624 | WPF211627 |
| WPF211628 | WPF211631 |
| WPF211632 | WPF211635 |
| WPF211636 | WPF211639 |
| WPF211640 | WPF211643 |
| WPF211644 | WPF211647 |
| WPF211648 | WPF211652 |
| WPF211653 | WPF211656 |
| WPF213026 | WPF213056 |
| WPF213161 | WPF213191 |

| | |
|---|---|
| WPF213192 | WPF213222 |
| WPF213223 | WPF213253 |
| WPF213254 | WPF213284 |
| WPF213530 | WPF213548 |
| WPF220642 | WPF220681 |
| WPF222361 | WPF222366 |

**Table K: Interrogatory #11 Supplement**

| PRODBEG | PRODEND |
|---|---|
| WPF050686 | WPF050840 |
| WPF188615 | WPF188667 |
| WPF188678 | WPF188711 |
| WPF189117 | WPF189274 |
| WPF189766 | WPF189901 |
| WPF190377 | WPF190428 |
| WPF190501 | WPF190583 |
| WPF191559 | WPF191574 |
| WPF191648 | WPF191649 |
| WPF193176 | WPF193177 |
| WPF195425 | WPF195452 |
| WPF196007 | WPF196008 |
| WPF200934 | WPF200936 |
| WPF200938 | WPF200949 |
| WPF206271 | WPF206276 |
| WPF212490 | WPF212495 |
| WPF212496 | WPF212501 |
| WPF212502 | WPF212507 |
| WPF212508 | WPF212512 |
| WPF212513 | WPF212517 |
| WPF212518 | WPF212522 |
| WPF212523 | WPF212525 |
| WPF212526 | WPF212528 |
| WPF212529 | WPF212531 |
| WPF212547 | WPF212556 |
| WPF212558 | WPF212572 |
| WPF212573 | WPF212586 |
| WPF212587 | WPF212600 |
| WPF212602 | WPF212615 |
| WPF212617 | WPF212630 |
| WPF212631 | WPF212644 |
| WPF212645 | WPF212658 |
| WPF212660 | WPF212673 |
| WPF212674 | WPF212685 |
| WPF212686 | WPF212687 |
| WPF212689 | WPF212690 |
| WPF212692 | WPF212701 |
| WPF212702 | WPF212703 |
| WPF212705 | WPF212706 |
| WPF212707 | WPF212716 |
| WPF212718 | WPF212727 |
| WPF212728 | WPF212729 |
| WPF212731 | WPF212732 |
| WPF212735 | WPF212735 |
| WPF212737 | WPF212739 |
| WPF212741 | WPF212743 |
| WPF212745 | WPF212747 |
| WPF212749 | WPF212749 |
| WPF212755 | WPF212766 |

| | |
|---|---|
| WPF212788 | WPF212793 |
| WPF212794 | WPF212794 |
| WPF212795 | WPF212795 |
| WPF212797 | WPF212810 |
| WPF212826 | WPF212844 |
| WPF212846 | WPF212864 |
| WPF212876 | WPF212880 |
| WPF212950 | WPF212951 |
| WPF212953 | WPF212955 |
| WPF212957 | WPF212959 |
| WPF212975 | WPF212975 |
| WPF212977 | WPF212978 |
| WPF212982 | WPF212983 |
| WPF212985 | WPF212989 |
| WPF212992 | WPF212994 |
| WPF212996 | WPF212998 |
| WPF213000 | WPF213003 |
| WPF213004 | WPF213005 |
| WPF213006 | WPF213006 |
| WPF213007 | WPF213007 |
| WPF213026 | WPF213056 |
| WPF213057 | WPF213058 |
| WPF213060 | WPF213062 |
| WPF213064 | WPF213066 |
| WPF213072 | WPF213073 |
| WPF213161 | WPF213191 |
| WPF213192 | WPF213222 |
| WPF213223 | WPF213253 |
| WPF213254 | WPF213284 |
| WPF213390 | WPF213391 |
| WPF213394 | WPF213395 |
| WPF213396 | WPF213396 |
| WPF213397 | WPF213397 |
| WPF213403 | WPF213403 |
| WPF213405 | WPF213409 |
| WPF213423 | WPF213428 |
| WPF213435 | WPF213439 |
| WPF213456 | WPF213456 |
| WPF213497 | WPF213499 |
| WPF213500 | WPF213501 |
| WPF213502 | WPF213504 |
| WPF213505 | WPF213507 |
| WPF213508 | WPF213510 |
| WPF213511 | WPF213513 |
| WPF213514 | WPF213516 |
| WPF213517 | WPF213518 |
| WPF213519 | WPF213520 |
| WPF213521 | WPF213523 |
| WPF213524 | WPF213525 |
| WPF213624 | WPF213644 |
| WPF213686 | WPF213686 |
| WPF213687 | WPF213687 |

| | |
|---|---|
| WPF213688 | WPF213688 |
| WPF213958 | WPF213960 |
| WPF213961 | WPF213972 |
| WPF214009 | WPF214013 |
| WPF214014 | WPF214014 |
| WPF214069 | WPF214083 |
| WPF215228 | WPF215231 |
| WPF215233 | WPF215236 |
| WPF215585 | WPF215676 |
| WPF217389 | WPF217389 |
| WPF217398 | WPF217408 |
| WPF217778 | WPF217782 |
| WPF217844 | WPF217845 |
| WPF217958 | WPF217958 |
| WPF217959 | WPF217959 |
| WPF218017 | WPF218017 |
| WPF218018 | WPF218018 |
| WPF220642 | WPF220681 |
| WPF220793 | WPF220806 |
| WPF220864 | WPF220883 |
| WPF220907 | WPF220925 |
| WPF220945 | WPF220964 |
| WPF220965 | WPF220967 |
| WPF220969 | WPF220982 |
| WPF220983 | WPF220985 |
| WPF220987 | WPF221003 |
| WPF221008 | WPF221026 |
| WPF221027 | WPF221047 |
| WPF221048 | WPF221060 |
| WPF221061 | WPF221069 |
| WPF221070 | WPF221072 |
| WPF221078 | WPF221080 |
| WPF221082 | WPF221093 |
| WPF221098 | WPF221100 |
| WPF221102 | WPF221115 |
| WPF221120 | WPF221122 |
| WPF221124 | WPF221131 |
| WPF221132 | WPF221135 |
| WPF221137 | WPF221140 |
| WPF221142 | WPF221145 |
| WPF221147 | WPF221149 |
| WPF221151 | WPF221153 |
| WPF221159 | WPF221161 |
| WPF221163 | WPF221165 |
| WPF221167 | WPF221169 |
| WPF221175 | WPF221187 |
| WPF221188 | WPF221190 |
| WPF221196 | WPF221198 |
| WPF221200 | WPF221212 |
| WPF221217 | WPF221235 |
| WPF221236 | WPF221250 |
| WPF221251 | WPF221253 |

| | |
|---|---|
| WPF221259 | WPF221261 |
| WPF221263 | WPF221275 |
| WPF221276 | WPF221288 |
| WPF221289 | WPF221299 |
| WPF221300 | WPF221319 |
| WPF221320 | WPF221338 |
| WPF221339 | WPF221349 |
| WPF221350 | WPF221360 |
| WPF221361 | WPF221381 |
| WPF221382 | WPF221401 |
| WPF221402 | WPF221420 |
| WPF221425 | WPF221434 |
| WPF221440 | WPF221450 |
| WPF221451 | WPF221459 |
| WPF221460 | WPF221469 |
| WPF221470 | WPF221473 |
| WPF221475 | WPF221479 |
| WPF221481 | WPF221488 |
| WPF221489 | WPF221492 |
| WPF221494 | WPF221504 |
| WPF221505 | WPF221519 |
| WPF221524 | WPF221525 |
| WPF221526 | WPF221527 |
| WPF221529 | WPF221549 |
| WPF221550 | WPF221562 |
| WPF221563 | WPF221575 |
| WPF221576 | WPF221596 |
| WPF221597 | WPF221615 |
| WPF221616 | WPF221637 |
| WPF221638 | WPF221660 |
| WPF221661 | WPF221674 |
| WPF221675 | WPF221686 |
| WPF221687 | WPF221698 |
| WPF221700 | WPF221721 |
| WPF221722 | WPF221727 |
| WPF221729 | WPF221735 |
| WPF221737 | WPF221741 |
| WPF221745 | WPF221746 |
| WPF221748 | WPF221763 |
| WPF221764 | WPF221775 |
| WPF221776 | WPF221789 |
| WPF221790 | WPF221791 |
| WPF221793 | WPF221805 |
| WPF221806 | WPF221807 |
| WPF221808 | WPF221822 |
| WPF221830 | WPF221832 |
| WPF221833 | WPF221847 |
| WPF221855 | WPF221868 |
| WPF221882 | WPF221883 |
| WPF221884 | WPF221885 |
| WPF221886 | WPF221897 |
| WPF221916 | WPF221917 |

| | |
|---|---|
| WPF221918 | WPF221919 |
| WPF221920 | WPF221928 |
| WPF221951 | WPF221964 |
| WPF221990 | WPF221991 |
| WPF221992 | WPF221993 |
| WPF221994 | WPF222007 |
| WPF222021 | WPF222027 |
| WPF222029 | WPF222030 |
| WPF222031 | WPF222045 |
| WPF222053 | WPF222056 |
| WPF222057 | WPF222069 |
| WPF222077 | WPF222095 |
| WPF222096 | WPF222098 |
| WPF222099 | WPF222113 |
| WPF222121 | WPF222135 |
| WPF222151 | WPF222152 |
| WPF222153 | WPF222154 |
| WPF222155 | WPF222167 |
| WPF222175 | WPF222176 |
| WPF222177 | WPF222178 |
| WPF222179 | WPF222188 |
| WPF222216 | WPF222228 |
| WPF222262 | WPF222263 |
| WPF222264 | WPF222265 |
| WPF222266 | WPF222279 |
| WPF222280 | WPF222293 |

**Table L: Interrogatory #12 Supplement**

| PRODBEG | PRODEND |
|---|---|
| WPF189034 | WPF189035 |
| WPF189036 | WPF189037 |
| WPF189706 | WPF189706 |
| WPF189707 | WPF189707 |
| WPF189761 | WPF189761 |
| WPF189762 | WPF189763 |
| WPF189764 | WPF189764 |
| WPF189925 | WPF189925 |
| WPF190585 | WPF190585 |
| WPF190586 | WPF190590 |
| WPF190800 | WPF190800 |
| WPF190801 | WPF190801 |
| WPF190923 | WPF190923 |
| WPF190924 | WPF190924 |
| WPF190925 | WPF190925 |
| WPF190926 | WPF190926 |
| WPF190927 | WPF190927 |
| WPF190928 | WPF190928 |
| WPF190929 | WPF190929 |
| WPF190932 | WPF190932 |
| WPF190933 | WPF190933 |
| WPF190934 | WPF190934 |
| WPF190935 | WPF190935 |
| WPF191056 | WPF191056 |
| WPF191057 | WPF191057 |
| WPF191058 | WPF191058 |
| WPF191059 | WPF191059 |
| WPF191060 | WPF191060 |
| WPF191286 | WPF191287 |
| WPF191288 | WPF191289 |
| WPF191290 | WPF191290 |
| WPF191291 | WPF191292 |
| WPF191293 | WPF191293 |
| WPF191294 | WPF191295 |
| WPF191296 | WPF191297 |
| WPF191298 | WPF191298 |
| WPF191299 | WPF191300 |
| WPF191301 | WPF191301 |
| WPF191302 | WPF191303 |
| WPF191304 | WPF191305 |
| WPF191306 | WPF191306 |
| WPF191307 | WPF191308 |
| WPF191309 | WPF191309 |
| WPF191310 | WPF191311 |
| WPF191312 | WPF191313 |
| WPF191314 | WPF191314 |
| WPF191315 | WPF191316 |
| WPF191317 | WPF191317 |
| WPF191352 | WPF191352 |

| | |
|---|---|
| WPF191353 | WPF191354 |
| WPF191355 | WPF191355 |
| WPF191399 | WPF191399 |
| WPF191400 | WPF191400 |
| WPF191401 | WPF191401 |
| WPF191402 | WPF191403 |
| WPF200790 | WPF200790 |
| WPF204973 | WPF204973 |
| WPF205210 | WPF205210 |
| WPF205915 | WPF205915 |
| WPF205916 | WPF205916 |
| WPF206003 | WPF206004 |
| WPF206047 | WPF206047 |
| WPF208922 | WPF208922 |
| WPF217390 | WPF217392 |
| WPF217393 | WPF217393 |
| WPF217394 | WPF217394 |
| WPF217458 | WPF217459 |
| WPF217460 | WPF217465 |
| WPF217765 | WPF217772 |
| WPF217832 | WPF217837 |
| WPF217949 | WPF217950 |

**Table M: Supplemental Rule 26(a)**

| PRODBEG | PRODEND |
|---|---|
| WPF188765 | WPF188786 |
| WPF189936 | WPF190037 |
| WPF190751 | WPF190751 |
| WPF190752 | WPF190776 |
| WPF190798 | WPF190798 |
| WPF190799 | WPF190799 |
| WPF190802 | WPF190802 |
| WPF190803 | WPF190803 |
| WPF190804 | WPF190804 |
| WPF190805 | WPF190805 |
| WPF190806 | WPF190806 |
| WPF190807 | WPF190807 |
| WPF190808 | WPF190808 |
| WPF190809 | WPF190809 |
| WPF190810 | WPF190810 |
| WPF190811 | WPF190811 |
| WPF190812 | WPF190813 |
| WPF190814 | WPF190814 |
| WPF190815 | WPF190815 |
| WPF190816 | WPF190816 |
| WPF190817 | WPF190845 |
| WPF190846 | WPF190847 |
| WPF190848 | WPF190848 |
| WPF190849 | WPF190877 |
| WPF190878 | WPF190878 |
| WPF190879 | WPF190880 |
| WPF190881 | WPF190881 |
| WPF190882 | WPF190910 |
| WPF190911 | WPF190911 |
| WPF190912 | WPF190912 |
| WPF190913 | WPF190915 |
| WPF190917 | WPF190917 |
| WPF190918 | WPF190918 |
| WPF190919 | WPF190920 |
| WPF190921 | WPF190922 |
| WPF190930 | WPF190930 |
| WPF190931 | WPF190931 |
| WPF190975 | WPF190975 |
| WPF191055 | WPF191055 |
| WPF191070 | WPF191070 |
| WPF191090 | WPF191094 |
| WPF191095 | WPF191098 |
| WPF191099 | WPF191108 |
| WPF191109 | WPF191123 |
| WPF191129 | WPF191129 |
| WPF191320 | WPF191320 |
| WPF191321 | WPF191328 |
| WPF191341 | WPF191344 |
| WPF191345 | WPF191347 |

| | |
|---|---|
| WPF191348 | WPF191351 |
| WPF191405 | WPF191405 |
| WPF191406 | WPF191407 |
| WPF191408 | WPF191408 |
| WPF191409 | WPF191409 |
| WPF191410 | WPF191411 |
| WPF191422 | WPF191425 |
| WPF191426 | WPF191429 |
| WPF191523 | WPF191526 |
| WPF191536 | WPF191539 |
| WPF191555 | WPF191558 |
| WPF191575 | WPF191577 |
| WPF191606 | WPF191608 |
| WPF191609 | WPF191611 |
| WPF191612 | WPF191613 |
| WPF191660 | WPF191670 |
| WPF191671 | WPF191671 |
| WPF191672 | WPF191674 |
| WPF191675 | WPF191701 |
| WPF191706 | WPF191716 |
| WPF191717 | WPF191727 |
| WPF191728 | WPF191744 |
| WPF191745 | WPF191745 |
| WPF191746 | WPF191747 |
| WPF191748 | WPF191748 |
| WPF191749 | WPF191749 |
| WPF191750 | WPF191751 |
| WPF191752 | WPF191752 |
| WPF191753 | WPF191753 |
| WPF191754 | WPF191758 |
| WPF191759 | WPF191786 |
| WPF191787 | WPF191788 |
| WPF191789 | WPF191789 |
| WPF191790 | WPF191791 |
| WPF191792 | WPF191793 |
| WPF191794 | WPF191794 |
| WPF191795 | WPF191797 |
| WPF191798 | WPF191798 |
| WPF191799 | WPF191801 |
| WPF192176 | WPF192259 |
| WPF192761 | WPF192761 |
| WPF200930 | WPF200930 |
| WPF200933 | WPF200933 |
| WPF200937 | WPF200937 |
| WPF200950 | WPF200950 |
| WPF200952 | WPF200952 |
| WPF200954 | WPF200954 |
| WPF200973 | WPF200973 |
| WPF200978 | WPF200978 |
| WPF203974 | WPF203974 |
| WPF207185 | WPF207185 |
| WPF208404 | WPF208404 |

| | |
|---|---|
| WPF208405 | WPF208405 |
| WPF208406 | WPF208407 |
| WPF208411 | WPF208411 |
| WPF208643 | WPF208643 |
| WPF208925 | WPF208925 |
| WPF208927 | WPF208927 |
| WPF208928 | WPF208928 |
| WPF208929 | WPF208930 |
| WPF208931 | WPF208966 |
| WPF208975 | WPF208975 |
| WPF208976 | WPF209054 |
| WPF209055 | WPF209055 |
| WPF209065 | WPF209065 |
| WPF210415 | WPF210415 |
| WPF210739 | WPF210740 |
| WPF210741 | WPF210741 |
| WPF210742 | WPF210745 |
| WPF210746 | WPF210768 |
| WPF210769 | WPF210772 |
| WPF210773 | WPF210773 |
| WPF211349 | WPF211349 |
| WPF211665 | WPF211665 |
| WPF212119 | WPF212119 |
| WPF212120 | WPF212121 |
| WPF212122 | WPF212124 |
| WPF212733 | WPF212733 |
| WPF212734 | WPF212734 |
| WPF212736 | WPF212736 |
| WPF212767 | WPF212770 |
| WPF212771 | WPF212774 |
| WPF212775 | WPF212776 |
| WPF212786 | WPF212786 |
| WPF212811 | WPF212811 |
| WPF212812 | WPF212812 |
| WPF212813 | WPF212813 |
| WPF212814 | WPF212814 |
| WPF212815 | WPF212815 |
| WPF212816 | WPF212816 |
| WPF212817 | WPF212817 |
| WPF212818 | WPF212818 |
| WPF212819 | WPF212819 |
| WPF212845 | WPF212845 |
| WPF212865 | WPF212869 |
| WPF212870 | WPF212873 |
| WPF212881 | WPF212881 |
| WPF212923 | WPF212923 |
| WPF212928 | WPF212928 |
| WPF212929 | WPF212932 |
| WPF212933 | WPF212933 |
| WPF212934 | WPF212938 |
| WPF212939 | WPF212939 |
| WPF212940 | WPF212948 |

| | |
|---|---|
| WPF212949 | WPF212949 |
| WPF212956 | WPF212956 |
| WPF212976 | WPF212976 |
| WPF212990 | WPF212990 |
| WPF213008 | WPF213008 |
| WPF213009 | WPF213010 |
| WPF213011 | WPF213011 |
| WPF213012 | WPF213012 |
| WPF213013 | WPF213013 |
| WPF213014 | WPF213014 |
| WPF213019 | WPF213019 |
| WPF213059 | WPF213059 |
| WPF213063 | WPF213063 |
| WPF213067 | WPF213069 |
| WPF213070 | WPF213070 |
| WPF213071 | WPF213071 |
| WPF213077 | WPF213113 |
| WPF213114 | WPF213115 |
| WPF213116 | WPF213119 |
| WPF213120 | WPF213123 |
| WPF213146 | WPF213146 |
| WPF213147 | WPF213147 |
| WPF213148 | WPF213151 |
| WPF213152 | WPF213152 |
| WPF213153 | WPF213153 |
| WPF213286 | WPF213286 |
| WPF213287 | WPF213383 |
| WPF213387 | WPF213388 |
| WPF213389 | WPF213389 |
| WPF213392 | WPF213393 |
| WPF213402 | WPF213402 |
| WPF213404 | WPF213404 |
| WPF213410 | WPF213414 |
| WPF213415 | WPF213418 |
| WPF213419 | WPF213422 |
| WPF213429 | WPF213429 |
| WPF213430 | WPF213430 |
| WPF213433 | WPF213433 |
| WPF213434 | WPF213434 |
| WPF213440 | WPF213440 |
| WPF213441 | WPF213441 |
| WPF213442 | WPF213443 |
| WPF213444 | WPF213444 |
| WPF213445 | WPF213445 |
| WPF213452 | WPF213452 |
| WPF213453 | WPF213454 |
| WPF213455 | WPF213455 |
| WPF213459 | WPF213495 |
| WPF213496 | WPF213496 |
| WPF213584 | WPF213584 |
| WPF213645 | WPF213645 |
| WPF213646 | WPF213647 |

| | |
|---|---|
| WPF213676 | WPF213677 |
| WPF213678 | WPF213678 |
| WPF213679 | WPF213679 |
| WPF213680 | WPF213680 |
| WPF213681 | WPF213682 |
| WPF213683 | WPF213685 |
| WPF213723 | WPF213723 |
| WPF213724 | WPF213724 |
| WPF213725 | WPF213872 |
| WPF213910 | WPF213939 |
| WPF213973 | WPF214006 |
| WPF214008 | WPF214008 |
| WPF214015 | WPF214015 |
| WPF214043 | WPF214043 |
| WPF214044 | WPF214044 |
| WPF214084 | WPF214084 |
| WPF214085 | WPF214085 |
| WPF214115 | WPF214246 |
| WPF214247 | WPF214815 |
| WPF214836 | WPF214869 |
| WPF214870 | WPF214911 |
| WPF214922 | WPF214924 |
| WPF214925 | WPF214927 |
| WPF214928 | WPF214928 |
| WPF214937 | WPF214937 |
| WPF215045 | WPF215045 |
| WPF215046 | WPF215046 |
| WPF215047 | WPF215047 |
| WPF215048 | WPF215048 |
| WPF215049 | WPF215049 |
| WPF215050 | WPF215129 |
| WPF215156 | WPF215156 |
| WPF215157 | WPF215157 |
| WPF215158 | WPF215158 |
| WPF215159 | WPF215160 |
| WPF215161 | WPF215161 |
| WPF215181 | WPF215181 |
| WPF215242 | WPF215242 |
| WPF215243 | WPF215243 |
| WPF215244 | WPF215245 |
| WPF217040 | WPF217041 |
| WPF217042 | WPF217054 |
| WPF217797 | WPF217797 |
| WPF217798 | WPF217798 |
| WPF217867 | WPF217867 |
| WPF217868 | WPF217868 |
| WPF217869 | WPF217869 |
| WPF217870 | WPF217871 |
| WPF217872 | WPF217873 |
| WPF217874 | WPF217875 |
| WPF217876 | WPF217877 |
| WPF217878 | WPF217879 |

| | |
|---|---|
| WPF217884 | WPF217885 |
| WPF217886 | WPF217888 |
| WPF217889 | WPF217891 |
| WPF217892 | WPF217894 |
| WPF217895 | WPF217895 |
| WPF217896 | WPF217896 |
| WPF217897 | WPF217898 |
| WPF217899 | WPF217900 |
| WPF217901 | WPF217902 |
| WPF217903 | WPF217903 |
| WPF217905 | WPF217905 |
| WPF217907 | WPF217907 |
| WPF217909 | WPF217909 |
| WPF217911 | WPF217911 |
| WPF217928 | WPF217928 |
| WPF217929 | WPF217930 |
| WPF217931 | WPF217932 |
| WPF217933 | WPF217934 |
| WPF217935 | WPF217936 |
| WPF217937 | WPF217938 |
| WPF217939 | WPF217940 |
| WPF217982 | WPF217983 |
| WPF217984 | WPF217985 |
| WPF217986 | WPF217987 |
| WPF217988 | WPF217989 |
| WPF217990 | WPF217991 |
| WPF217992 | WPF217993 |
| WPF217994 | WPF217995 |
| WPF217996 | WPF217997 |
| WPF217998 | WPF217999 |
| WPF218000 | WPF218001 |
| WPF218002 | WPF218002 |
| WPF218003 | WPF218003 |
| WPF218004 | WPF218005 |
| WPF218006 | WPF218006 |
| WPF218007 | WPF218007 |
| WPF218008 | WPF218009 |
| WPF218010 | WPF218011 |
| WPF218012 | WPF218012 |
| WPF218013 | WPF218013 |
| WPF218014 | WPF218014 |
| WPF218015 | WPF218015 |
| WPF218038 | WPF218159 |
| WPF218160 | WPF218287 |
| WPF221743 | WPF221744 |
| WPF221829 | WPF221829 |
| WPF221854 | WPF221854 |
| WPF221875 | WPF221875 |
| WPF221881 | WPF221881 |
| WPF221940 | WPF221942 |
| WPF221943 | WPF221943 |
| WPF221944 | WPF221944 |

| | |
|---|---|
| WPF221989 | WPF221989 |
| WPF222014 | WPF222014 |
| WPF222020 | WPF222020 |
| WPF222052 | WPF222052 |
| WPF222076 | WPF222076 |
| WPF222120 | WPF222120 |
| WPF222142 | WPF222142 |
| WPF222150 | WPF222150 |
| WPF222174 | WPF222174 |
| WPF222189 | WPF222189 |
| WPF222211 | WPF222213 |
| WPF222214 | WPF222214 |
| WPF222215 | WPF222215 |
| WPF222235 | WPF222235 |
| WPF222261 | WPF222261 |
| WPF222300 | WPF222300 |
| WPF222301 | WPF222308 |
| WPF222309 | WPF222318 |
| WPF222319 | WPF222327 |
| WPF222328 | WPF222328 |
| WPF222329 | WPF222329 |
| WPF222330 | WPF222330 |
| WPF222331 | WPF222331 |
| WPF222332 | WPF222332 |
| WPF222333 | WPF222333 |
| WPF222334 | WPF222334 |
| WPF222335 | WPF222335 |
| WPF222336 | WPF222336 |
| WPF222337 | WPF222337 |
| WPF222338 | WPF222338 |
| WPF222339 | WPF222339 |
| WPF222340 | WPF222340 |
| WPF222341 | WPF222341 |