# EXHIBIT C

## List of Potential Witnesses to Depose

1. James Renner
c/o William A. Schmalzl, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Mr. Renner is believed to be a current and/or former employee of plaintiff, and is believed to have discoverable information concerning plaintiff's participation in the leasing transactions at issue in this suit.

2. Grant Finch
c/o William A. Schmalzl, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Mr. Finch is believed to be a current and/or former employee of plaintiff, and is believed to have discoverable information concerning plaintiff's participation in the leasing transactions at issue in this suit.

3. Daniel Vandermark
c/o William A. Schmalzl, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Mr. Vandermark is believed to be a current and/or former employee of plaintiff, and is believed to have discoverable information concerning plaintiff's participation in the leasing transactions at issue in this suit.

4. Michael Newburg
c/o William A. Schmalzl, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Mr. Newburg is believed to be a current and/or former employee of plaintiff, and

is believed to have discoverable information concerning plaintiff's participation in the leasing transactions at issue in this suit.

5. Craig Dahl
c/o William A. Schmalzl, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Mr. Dahl is believed to be a current and/or former employee of plaintiff, and is believed to have discoverable information concerning plaintiff's participation in the leasing transactions at issue in this suit.

6. Curtis Zoerhoff
c/o William A. Schmalzl, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Mr. Zoerhoff is believed to be a current and/or former employee of plaintiff, and is believed to have discoverable information concerning plaintiff's participation in the leasing transactions at issue in this suit.

7. Richard Westgaard
c/o William A. Schmalzl, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Mr. Westgaard is believed to be a current and/or former employee of plaintiff, and is believed to have discoverable information concerning plaintiff's participation in the leasing transactions at issue in this suit.

8. Johnathan Silver
c/o Richard J. Gagnon, Esq.
Shearman & Sterling LLP
801 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004-2634

Mr. Silver is believed to be a current and/or former employee of Capstar Partners LLC, which served as an arranger for some of the transactions at issue in this suit.

9. John Hackett
c/o Richard J. Gagnon, Esq.
Shearman & Sterling LLP
801 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004-2634

Mr. Hackett is believed to be a current and/or former employee of Capstar Partners LLC, which served as an arranger for some of the transactions at issue in this suit.

10. Noel de Guzman
c/o Richard J. Gagnon, Esq.
Shearman & Sterling LLP
801 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004-2634

Mr. de Guzman is believed to be a current and/or former employee of Capstar Partners LLC, which served as an arranger for some of the transactions at issue in this suit.

11. Dean Riskas
TriplePoint Capital
2755 Sand Hill Road
Menlo Park, CA 94025

Mr. Riskas is believed to be a former employee of Trinity Advisors, Inc., which served as an arranger for some of the transactions at issue in this suit.

12. Tyler Glenn
Current Address and Telephone Number Unknown

Mr. Glenn is believed to be a former employee of Trinity Advisors, Inc., which served as an arranger for some of the transactions at issue in this suit.

13. <u>R.L. Banks</u>
R.L. Banks & Associates, Inc.
2107 Wilson Blvd. Suite 750
Arlington, VA 22201

Mr. Banks is believed to be a current and/or former employee of R.L. Banks & Associates, Inc., which is believed to have prepared opinions concerning the service contract options in some of the transactions at issue in this suit.

14. <u>David Shuman</u>
R.L. Banks & Associates, Inc.
2107 Wilson Blvd. Suite 750
Arlington, VA 22201

Mr. Shuman is believed to be a current and/or former employee of R.L. Banks & Associates, Inc., which is believed to have prepared opinions concerning the service contract options in some of the transactions at issue in this suit.

15. <u>Corinne Van Butsele</u>
Current Address and Telephone Number Unknown

Ms. Van Butsele is believed to be a current and/or former employee of SFR (formerly known as Societe Francaise du Radiotelephone), which is believed to have been the counterparty in some of the transactions at issue in this suit.

16. <u>Pol Joho</u>
Current Address and Telephone Number Unknown

Mr. Joho is believed to be a current and/or former employee of SFR (formerly known as Societe Francaise du Radiotelephone), which is believed to have been the counterparty in some of the transactions at issue in this suit.

17. <u>Tony Tsoi</u>
929 N. 1350 W
Provo, UT 84604

Mr. Tsoi is believed to be a former employee of plaintiff, and is believed to have discoverable information concerning plaintiff's participation in the leasing transactions at issue in this suit.

18. Teresa Jenereaux
Current Address and Telephone Number Unknown

Ms. Jenereaux is believed to be a former employee of plaintiff, and is believed to have discoverable information concerning plaintiff's participation in the leasing transactions at issue in this suit.

19. William Bassett
State of California
Department of Transportation
Legal Division
Sacramento, CA 95814

Mr. Bassett is believed to be a current and/or former employee of the State of California Department of Transportation, which is believed to have been the counterparty in some of the transactions at issue in this suit.

20. George R. ("Rick") Daubenspeck
American Appraisal Associates
411 East Wisconsin Ave., Suite 1900
Milwaukee, WI 53202

Mr. Daubenspeck is believed to be a current and/or former employee of American Appraisal Associates, which is believed to have prepared appraisals relating to some of the transactions at issue in this suit.

21. Keith J. Moser
American Appraisal Associates
411 East Wisconsin Ave., Suite 1900
Milwaukee, WI 53202

Mr. Moser is believed to be a current and/or former employee of American Appraisal Associates, which is believed to have prepared appraisals relating to some of the transactions at issue in this suit.

22. Karen C. Schuppner
American Appraisal Associates
411 East Wisconsin Ave., Suite 1900
Milwaukee, WI 53202

Ms. Schuppner is believed to be a current and/or former employee of American Appraisal Associates, which is believed to have prepared appraisals relating to some of the transactions at issue in this suit.

23. John F. Oates
American Appraisal Associates
411 East Wisconsin Ave., Suite 1900
Milwaukee, WI 53202

Mr. Oates is believed to be a current and/or former employee of American Appraisal Associates, which is believed to have prepared appraisals relating to some of the transactions at issue in this suit.

24. Nicholas A. Mermigas
Marshall & Stevens
55 South Grand Ave., Suite 1750
Los Angeles, CA 90071

Mr. Mermigas is believed to be a current and/or former employee of Marshall & Stevens, which is believed to have prepared appraisals relating to some of the transactions at issue in this suit.

25. Mark Rigel
Marshall & Stevens
55 South Grand Ave., Suite 1750
Los Angeles, CA 90071

Mr. Rigel is believed to be a current and/or former employee of Marshall & Stevens, which is believed to have prepared appraisals relating to some of the transactions at issue in this suit.

26. Orlando Setola
Deliotte & Touche
1633 Broadway
New York, NY 10019

Mr. Setola is believed to be a current and/or former employee of Deliotte & Touche, which is believed to have prepared appraisals relating to some of the transactions at issue in this suit.

27. Manish Choudhary
Deliotte & Touche
1633 Broadway
New York, NY 10019

Mr. Choudhary is believed to be a current and/or former employee of Deliotte & Touche, which is believed to have prepared appraisals relating to some of the transactions at issue in this suit.

28. Austin Godfrey
Deliotte & Touche
1633 Broadway
New York, NY 10019

Mr. Godfrey is believed to be a current and/or former employee of Deliotte & Touche, which is believed to have prepared appraisals relating to some of the transactions at issue in this suit.

29. Anthony Zavadil
Macquarie Corporate Finance
125 West 55th Street, 22nd Floor
New York, NY 10019

Mr. Zavadil is believed to be a current and/or former employee of Macquarie Corporate Finance, which is believed to have served as an arranger for some of the transactions at issue in this suit.

30. George Bischof
Macquarie Corporate Finance
125 West 55th Street, 22nd Floor
New York, NY 10019

Mr. Bischof is believed to be a current and/or former employee of Macquarie Corporate Finance, which is believed to have served as an arranger for some of the transactions at issue in this suit.

31. Wayne Leo
Bank of America
100 South Tryon Street
Charlotte, NC 28255

Mr. Leo is believed to be a current and/or former employee of Bank of America, which is believed to have served as an arranger for some of the transactions at issue in this suit.

32. W. Dean Waters
Bank of America
100 South Tryon Street
Charlotte, NC 28255

Mr. Waters is believed to be a current and/or former employee of Bank of America Leasing & Capital Group, which is believed to have served as an arranger for some of the transactions at issue in this suit.

33. Gail D. Smedal
Bank of America
100 South Tryon Street
Charlotte, NC 28255

Ms. Smedal is believed to be a current and/or former employee of Bank of America FSC Holdings, Inc., which is believed to have served as an arranger for some of the transactions at issue in this suit.

34. Laurent Magliore
Bank of America
100 South Tryon Street
Charlotte, NC 28255

Mr. Magliore is believed to be a current and/or former employee of Bank of America Leasing & Capital Corp., which is believed to have served as an arranger for some of the transactions at issue in this suit.

35. <u>Chris Whitman</u>
Allco Finance Corp.
14 Wall Street, 20th Floor
New York, NY 10015

Mr. Whitman is believed to be a current and/or former employee of Allco Finance Corp., which is believed to have served as an arranger for some of the transactions at issue in this suit.

36. <u>Thomas Melone</u>
Allco Finance Corp.
14 Wall Street, 20th Floor
New York, NY 10015

Mr. Melone is believed to be a current and/or former employee of Allco Finance Corp., which is believed to have served as an arranger for some of the transactions at issue in this suit.

37. <u>Brad Vleck</u>
Fleet Capital Leasing
101 South Tryon Street, Suite 2650
Charlotte, NC 28280

Mr. Vleck is believed to be a current and/or former employee of Fleet Capital Leasing, which is believed to have served as an arranger for some of the transactions at issue in this suit.

38. <u>Michael Tyler</u>
Tyler & Co.
The Cranewell
2 Michael Road
London SW6 2AD
United Kingdom

Mr. Tyler is believed to be a current and/or former employee of Tyler & Co., which is believed to have provided a QTE opinion and other technical opinions for some of the transactions at issue in this suit.

39. Carol Joy
Tyler & Co.
The Cranewell
2 Michael Road
London SW6 2AD
United Kingdom

Ms. Joy is believed to be a current and/or former employee of Tyler & Co., which is believed to have provided a QTE opinion and other technical opinions for some of the transactions at issue in this suit.

40. Peter Aknai
Analysis Ltd.
Current address and telephone number unknown

Mr. Aknai is believed to be a current and/or former employee of Analysis Ltd., which is believed to have provided a QTE opinion for some of the transactions at issue in this suit.

41. Phyllis W. Grossman
3799 Solano Drive
Coconut Grove, FL 33133

Ms. Grossman has been identified by plaintiff as a witness upon whom plaintiff may rely at trial. Plaintiff describes Ms. Grossman as the former Vice President of Norwest Equipment Finance, Inc., and anticipates she may testify regarding a transaction involving Belgacom Mobile, S.A.

42. Rob Engstrom
no address or telephone number provided by plaintiff

Mr. Engstrom has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony regarding the accounting reporting of the transactions.

43. John Lande
no address or telephone number provided by plaintiff

Mr. Lande has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony regarding the tax reporting of the transactions.

44. Steven Van Reempts
no address or telephone number provided by plaintiff

Mr. Van Reempts has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony regarding a transaction involving Belgacom Mobile, S.A.

45. Benny Loix
no address or telephone number provided by plaintiff

Mr. Loix has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony regarding a transaction involving Belgacom Mobile, S.A.

46. Melissa Buyle
no address or telephone number provided by plaintiff

Ms. Buyle has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony regarding a transaction involving Belgacom Mobile, S.A.

47. Francis Britton
no address or telephone number provided by plaintiff

Francis Britton has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony regarding a transaction involving the Metropolitan Transit Authority of Harris County, Texas.

48. Phil Nguyen
no address or telephone number provided by plaintiff

Mr. Nguyen has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony regarding a transaction involving the Metropolitan Transit Authority of Harris County, Texas.

49. Robert Webb
no address or telephone number provided by plaintiff

Mr. Webb has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony regarding a transaction involving the New Jersey Transit Corporation.

50. Alvin W. Doehring
no address or telephone number provided by plaintiff

Mr. Doehring has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony regarding a transaction involving the Washington Metropolitan Area Transit Authority.

51. Mark R. Pohl
no address or telephone number provided by plaintiff

Mr. Pohl has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony regarding a transaction involving the Washington Metropolitan Area Transit Authority.

52. Mark de Trempe
Cornerstone Financial Advisors L.P.
Three Parkway North
Deerfield, IL 60015

Mr. de Trempe has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony regarding the role of Cornerstone Financial Advisors in a transaction involving Belgacom Mobile, S.A.

53. Scott Rivello
no address or telephone number provided by plaintiff

Mr. Rivello has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony regarding the role of Ernst & Young in transactions involving the Metropolitan Transit Authority of Harris County, Texas, the New Jersey Transit Corporation, and the Washington Metropolitan Area Transit Authority.

54. William Harsh
c/o Jordan Rosenfeld
Litigation Counsel
Marsh & McLennan Companies, Inc.
Legal Department
1166 Avenue of the Americas
New York, New York 10036

Mr. Harsh has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony regarding the role of Mercer Management Consulting in transactions involving the New Jersey Transit Corporation and the Washington Metropolitan Area Transit Authority.

55. Richard Johnson
Wells Fargo & Company

Mr. Johnson has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony pursuant to RCFC 26.

56. Scott Seaborg
Wells Fargo & Company

Mr. Seaborg has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony pursuant to RCFC 26.

57. Don Oram
Wells Fargo & Company

Mr. Oram has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony pursuant to RCFC 26.

58. Andrew Rupprecht
Wells Fargo & Company

Mr. Rupprecht has been identified by plaintiff as a witness upon whom plaintiff may rely at trial for testimony pursuant to RCFC 26.

59. RCFC 30(b)(6) Representative of AIG Financial Products

AIG and its affiliates participated in the SILO transactions in various capacities, including lender, debt payment undertaker, equity payment undertaker, and issuer of letter of credit.

60. <u>RCFC 30(b)(6) representative of Rabobank Netherlands</u>

Rabobank and its affiliates participated in the SILO transactions in various capacities, including lender and payment undertaker

61. RCFC 30(b)(6) representatives of Belgacom Mobile, a counter-party in one of the SILO transactions.

62. RCFC 30(b)(6) representatives of California Department of Transportation, a counter-party in one of the SILO transactions.

63. RCFC 30(b)(6) representatives of New Jersey Transit, a counter-party in one of the SILO transactions.

64. RCFC 30(b)(6) representatives of Washington Metropolitan Transportation Authority, a counter-party in one of the SILO transactions.

65. RCFC 30(b)(6) representatives of Metropolitan Transit Authority of Harris County, Texas, a counter-party in one of the SILO transactions.