# In the United States Court of Federal Claims

No. 06-628T

(Filed: June 5, 2008)

******************************************* *
*
WELLS FARGO & COMPANY AND *
SUBSIDIARIES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
******************************************* *

## SCHEDULING ORDER

On June 4, 2008, Defendant filed with the Court a motion to enlarge the current schedule. The parties shall observe the following response times in addressing Defendant's motion:

1. Plaintiff shall file its response to Defendant's motion on or before June 13, 2008.

2. Defendant shall file its reply on or before June 20, 2008.

The Court will conduct a previously scheduled status conference with counsel for the parties on June 24, 2008 at 10:00 AM, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C., to discuss Defendant's motion and whether any adjustments shall be made to the discovery and trial schedules for this case.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge