EXHIBIT 1B

**Exhibit 1**
**RAR 038-5**
**New Equipment**

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank Minnesota, N.A.**
**1997 Belgacom Mobile SILO Transaction New Equipment value:** $25,480,087
**Cash flow analysis**
**Purchase option exercised**

| | Wells Fargo Bank MN (formerly Norwest Bank MN.) Equity Investor | | | | | Belgacom Mobile S.A. Head lessor/sublessee | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transaction year | Equity Investment | Loan payments received from/ (made to) Investments | Lease payments (made to)/ received from Tax-exempt entity | Purchase option payment amount | Cash flow for Lease Finance | Lease payments received from (made to) Trust | Payments (made to ) received from Pymt undertaker | (Purchase)/Receipt of US STRIPS Purchase Option and other equity | Purchase option payment amount | Cash flow for Tax-exempt |
| Dec 22, 1997 | 5,625,082 | 19,855,005 | ( 25,480,087 ) | | 0 | 25,480,087 | ( 19,855,005 ) | ( 4,494,000 ) | | 1,131,082 |
| Jan 02, 1998 | | ( 72,875 ) | 72,875 | | 0 | ( 72,875 ) | 72,875 | 0 | | 0 |
| Jan 02, 1999 | | ( 2,487,659 ) | 2,487,659 | | 0 | ( 2,487,659 ) | 2,487,659 | 0 | | 0 |
| Jan 02, 2000 | | ( 2,488,038 ) | 2,488,038 | | 0 | ( 2,488,038 ) | 2,488,038 | 0 | | 0 |
| Jan 02, 2001 | | ( 2,488,037 ) | 2,488,037 | | 0 | ( 2,488,037 ) | 2,488,037 | 0 | | 0 |
| Jan 02, 2002 | | ( 2,488,037 ) | 2,488,037 | | 0 | ( 2,488,037 ) | 2,488,037 | 0 | | 0 |
| Jan 02, 2003 | | ( 2,488,037 ) | 2,488,037 | | 0 | ( 2,488,037 ) | 2,488,037 | 0 | | 0 |
| Jan 02, 2004 | | ( 2,198,779 ) | 2,488,037 | | 289,258 | ( 2,488,037 ) | 2,198,779 | 289,258 | | ( 0 ) |
| Jan 02, 2005 | | ( 1,950,646 ) | 2,629,410 | | 678,764 | ( 2,629,410 ) | 1,950,646 | 678,764 | | ( 0 ) |
| Jan 02, 2006 | | ( 2,912,937 ) | 3,042,080 | | 129,143 | ( 3,042,080 ) | 2,912,937 | 129,143 | | 0 |
| Jan 02, 2007 | | ( 3,972,686 ) | 3,972,686 | | 0 | ( 3,972,686 ) | 3,972,686 | 0 | | 0 |
| Jan 02, 2008 | | ( 6,104,579 ) | 2,109,179 | | ( 3,995,400 ) | ( 2,109,179 ) | 6,104,579 | 2,895,466 | | 6,890,866 |
| Jan 02, 2008 | | | | 6,890,867 | 6,890,867 | | | | ( 6,890,867 ) | ( 6,890,867 ) |
| Apr 15, 2008 | | | | 1,027,780 | 1,027,780 | | | 1,027,780 | ( 1,027,780 ) | 0 |
| Jun 15, 2008 | | | | 1,027,780 | 1,027,780 | | | 1,027,780 | ( 1,027,780 ) | 0 |
| Sep 15, 2008 | | | | 1,027,780 | 1,027,780 | | | 1,027,780 | ( 1,027,780 ) | 0 |
| Dec 15, 2008 | | | | 1,027,780 | 1,027,780 | | | 1,027,780 | ( 1,027,780 ) | 0 |
| | 5,625,082 | ( 9,797,304 ) | 1,273,988 | 11,001,986 | 8,103,752 | ( 1,273,988 ) | 9,797,304 | 3,609,751 | ( 11,001,986 ) | 1,131,082 |

| | De Lage Landen Financial Services B.V. Lender | | | Rabo Merchant Bank N.V. Payment Undertaker | | | |
|---|---|---|---|---|---|---|---|
| Transaction year | Loan (made to)/ received from Taxpayer | Loan payments (made to)/ received from payment undertaker | Cash flow for Investments | Payments (made to)/ received from lender | Payments (made to)/ received from Owner/sublessese | Cash flow for Asset Funding | (Col N + Col O Total to Deposit Taker Lender |
| Dec 22, 1997 | ( 19,855,005 ) | | ( 19,855,005 ) | | 19,855,005 | 19,855,005 | 0 |
| Jan 02, 1998 | | 72,875 | 72,875 | ( 72,875 ) | | ( 72,875 ) | 0 |
| Jan 02, 1999 | | 2,487,659 | 2,487,659 | ( 2,487,659 ) | | ( 2,487,659 ) | 0 |
| Jan 02, 2000 | | 2,488,038 | 2,488,038 | ( 2,488,038 ) | | ( 2,488,038 ) | 0 |
| Jan 02, 2001 | | 2,488,037 | 2,488,037 | ( 2,488,037 ) | | ( 2,488,037 ) | 0 |
| Jan 02, 2002 | | 2,488,037 | 2,488,037 | ( 2,488,037 ) | | ( 2,488,037 ) | 0 |
| Jan 02, 2003 | | 2,488,037 | 2,488,037 | ( 2,488,037 ) | | ( 2,488,037 ) | 0 |
| Jan 02, 2004 | | 2,198,779 | 2,198,779 | ( 2,198,779 ) | | ( 2,198,779 ) | 0 |
| Jan 02, 2005 | | 1,950,646 | 1,950,646 | ( 1,950,646 ) | | ( 1,950,646 ) | 0 |
| Jan 02, 2006 | | 2,912,937 | 2,912,937 | ( 2,912,937 ) | | ( 2,912,937 ) | 0 |
| Jan 02, 2007 | | 3,972,686 | 3,972,686 | ( 3,972,686 ) | | ( 3,972,686 ) | 0 |
| Jan 02, 2008 | | 6,104,579 | 6,104,579 | ( 6,104,579 ) | | ( 6,104,579 ) | 0 |
| Jan 02, 2008 | | | | | | | |
| Apr 15, 2008 | | | 0 | 0 | | 0 | 0 |
| Jun 15, 2008 | | | 0 | 0 | | 0 | 0 |
| Sep 15, 2008 | | | 0 | 0 | | 0 | 0 |
| Dec 15, 2008 | | | 0 | 0 | | 0 | 0 |
| | ( 19,855,005 ) | 29,652,310 | 9,797,304 | ( 29,652,310 ) | 19,855,005 | ( 9,797,304 ) | 0 |

File: chapter/ 'it_4-2_2000 Belgacom NEW EQUIP-001.xls Tab: Cash Flows - Purchase Option

**Exhibit 2**
**RAR 038-5**
**New Equipment**

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank Minnesota, N.A.**
**1997 Belgacom Mobile SILO Transaction New Equipment value:** **$25,480,087**
**Cash flow analysis - Full Term**

| | | Wells Fargo Bank MN (formerly Norwest Bank MN.) Equity Investor | | | | Belgacom Mobile S.A. Head lessor/sublessee | | | | | De Lage Landen Financial Services B.V. Lender | | | Rabo Merchant Bank N.V. Payment Undertaker | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction year | Equity Investment | Loan payments received from/ (made to) Investments | Lease payments (made to)/ received from Tax-exempt | Other Revenue & (Expense) | Cash flow for Lease Finance | Lease payments received from (made to) Trust | Payments (made to ) received from Pymt undertaker | (Purchase)/Receipt of US STRIPS Purchase Option and other equity | Purchase option payment amount | Cash flow for Tax-exempt | Loan (made to)/ received from Taxpayer | Loan payments (made to)/ received from payment undertake | Cash flow for Investments | Payments (made to)/ received from lender | Payments (made to)/ received from Owner/sublessese | Cash flow for Asset Funding | Total Deposit Tak Lender |
| Dec 22, 1997 | 5,625,082 | 19,855,005 | ( 25,480,087 ) | | 0 | 25,480,087 | ( 19,855,005 ) | ( 4,494,000 ) | | 1,131,082 | ( 19,855,005 ) | | ( 19,855,005 ) | | 19,855,005 | 19,855,005 | ( |
| | | | | | | | | | | | | | 0 | | | | |
| Jan 02, 1998 | | ( 72,875 ) | 72,875 | | 0 | ( 72,875 ) | 72,875 | 0 | | 0 | | 72,875 | 72,875 | ( 72,875 ) | | ( 72,875 ) | ( |
| Jan 02, 1999 | | ( 2,487,659 ) | 2,487,659 | | 0 | ( 2,487,659 ) | 2,487,659 | 0 | | 0 | | 2,487,659 | 2,487,659 | ( 2,487,659 ) | | ( 2,487,659 ) | ( |
| Jan 02, 2000 | | ( 2,488,038 ) | 2,488,038 | | 0 | ( 2,488,038 ) | 2,488,038 | 0 | | 0 | | 2,488,038 | 2,488,038 | ( 2,488,038 ) | | ( 2,488,038 ) | ( |
| Jan 02, 2001 | | ( 2,488,037 ) | 2,488,037 | | 0 | ( 2,488,037 ) | 2,488,037 | 0 | | 0 | | 2,488,037 | 2,488,037 | ( 2,488,037 ) | | ( 2,488,037 ) | ( |
| Jan 02, 2002 | | ( 2,488,037 ) | 2,488,037 | | 0 | ( 2,488,037 ) | 2,488,037 | 0 | | 0 | | 2,488,037 | 2,488,037 | ( 2,488,037 ) | | ( 2,488,037 ) | ( |
| Jan 02, 2003 | | ( 2,488,037 ) | 2,488,037 | | 0 | ( 2,488,037 ) | 2,488,037 | 0 | | 0 | | 2,488,037 | 2,488,037 | ( 2,488,037 ) | | ( 2,488,037 ) | ( |
| Jan 02, 2004 | | ( 2,198,779 ) | 2,488,037 | | 289,258 | ( 2,488,037 ) | 2,198,779 | 289,258 | | 0 | | 2,198,779 | 2,198,779 | ( 2,198,779 ) | | ( 2,198,779 ) | ( |
| Jan 02, 2005 | | ( 1,950,646 ) | 2,629,410 | | 678,764 | ( 2,629,410 ) | 1,950,646 | 678,764 | | 0 | | 1,950,646 | 1,950,646 | ( 1,950,646 ) | | ( 1,950,646 ) | ( |
| Jan 02, 2006 | | ( 2,912,937 ) | 3,042,080 | | 129,143 | ( 3,042,080 ) | 2,912,937 | 129,143 | | 0 | | 2,912,937 | 2,912,937 | ( 2,912,937 ) | | ( 2,912,937 ) | ( |
| Jan 02, 2007 | | ( 3,972,686 ) | 3,972,686 | | 0 | ( 3,972,686 ) | 3,972,686 | 0 | | 0 | | 3,972,686 | 3,972,686 | ( 3,972,686 ) | | ( 3,972,686 ) | ( |
| Jan 02, 2008 | | ( 3,266,447 ) | 5,150,113 | | 1,883,666 | ( 5,150,113 ) | 3,266,447 | 1,883,666 | | 0 | | 3,266,447 | 3,266,447 | ( 3,266,447 ) | | ( 3,266,447 ) | ( |
| Jan 02, 2009 | | ( 3,037,342 ) | 3,040,934 | | 3,592 | ( 3,040,934 ) | 3,037,342 | 3,592 | | 0 | | 3,037,342 | 3,037,342 | ( 3,037,342 ) | | ( 3,037,342 ) | ( |
| Jan 02, 2010 | | 0 | 3,040,934 | | 3,040,934 | ( 3,040,934 ) | 0 | 3,040,934 | | 0 | | 0 | 0 | 0 | | 0 | ( |
| Jan 02, 2011 | | 0 | 1,520,467 | | 1,520,467 | ( 1,520,467 ) | 0 | 1,520,467 | | 0 | | 0 | 0 | 0 | | 0 | ( |
| Jul 02, 2011 | | 0 | 0 | 1,274,004 | 1,274,004 | 0 | 0 | 1,274,004 | ( 1,274,004 ) | 0 | | 0 | 0 | 0 | | 0 | ( |
| Totals | 5,625,082 | ( 9,996,514 ) | 37,397,344 | 1,274,004 | 8,819,829 | ( 11,917,256 ) | 9,996,514 | 4,325,829 | | 1,131,082 | ( 19,855,005 ) | 29,851,519 | 9,996,514 | ( 29,851,519 ) | 19,855,005 | ( 9,996,514 ) | |

**Exhibit 3**
**RAR 038-5**
**New Equipment**

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank Minnesota, N.A.**
**1997 Belgacom Mobile SILO Transaction New Equipment**
**Taxpayer Tax return presentation**
**Equipment value: $25,480,087**

| Year | Pre tax Cash flow | Rental Income | Interest Expense | Depreciation | Fee Amortization | Per tax return Taxable income | Tax effect @ 35.00% | After Tax Cash Flow |
|---|---|---|---|---|---|---|---|---|
| Jan-1997 | ( 6,052,132 ) | 65,588 | -34,841 | -2,548,009 | -789 | ( 2,518,051 ) | 881,318 | ( 5,170,814 ) |
| Jan-1998 | 0 | 2,488,037 | -1,391,237 | -5,096,017 | -31,568 | ( 4,030,785 ) | 1,410,775 | 1,410,775 |
| Jan-1999 | 0 | 2,488,037 | -1,314,485 | -5,096,017 | -31,568 | ( 3,954,033 ) | 1,383,912 | 1,383,912 |
| Jan-2000 | 0 | 2,488,037 | -1,232,113 | -5,096,017 | -31,568 | ( 3,871,661 ) | 1,355,081 | 1,355,081 |
| Jan-2001 | 0 | 2,488,037 | -1,143,959 | -5,096,017 | -31,568 | ( 3,783,507 ) | 1,324,227 | 1,324,227 |
| Jan-2002 | 0 | 2,488,037 | -1,049,618 | -2,548,009 | -31,568 | ( 1,141,158 ) | 399,405 | 399,405 |
| Jan-2003 | 0 | 2,488,037 | -948,655 | 0 | -31,568 | 1,507,814 | ( 527,735 ) | ( 527,735 ) |
| Jan-2004 | 289,258 | 2,629,018 | -860,853 | 0 | -31,568 | 1,736,597 | ( 607,809 ) | ( 318,551 ) |
| Jan-2005 | 678,764 | 3,040,934 | -784,311 | 0 | -31,568 | 2,225,055 | ( 778,769 ) | ( 100,005 ) |
| Jan-2006 | 129,143 | 3,040,934 | -635,090 | 0 | -31,568 | 2,374,276 | ( 830,997 ) | ( 701,854 ) |
| Jan-2007 | 0 | 3,043,522 | -401,030 | 0 | -31,568 | 2,610,924 | ( 913,823 ) | ( 913,823 ) |
| Jan-2008 | 7,006,586 | 11,007,845 | -1,112 | 0 | -110,577 | 10,896,156 | ( 3,813,655 ) | 3,192,931 |
| **Exercise of Purchase Option and payoff of notes:** | | | | | | | | |
| Jan 10 2016 | | | * | | | 0 | 0 | 0 |
| Apr 15 2016 | | | | | | 0 | 0 | 0 |
| Jun 15 2016 | | | | | | 0 | 0 | 0 |
| Sep 15 2016 | | | | | | 0 | 0 | 0 |
| Dec 15 2016 | | | | | | 0 | 0 | 0 |
| | 2,051,619 | 37,756,063 | ( 9,797,304 ) | ( 25,480,086 ) | ( 427,046 ) | 2,051,627 | ( 718,069 ) | 1,333,550 |

| | |
|---|---|
| Taxes EBO Year | 0 |
| Cash Proceeds | 4,111,120 |
| After tax Cash EBO Year | 4,111,120 |

* Deductions under the pre/post payment structure normally involve a deduction for amounts that relate to the post-payment. Since this amount was deducted but not paid, it is to be recaptured.

File: c'  ter_4_exhibit_4-2_2000 Belgacom NEW EQUIP-001.xls Tab: Tax Return Presentation - EBO

**Exhibit 4**
**RAR 038-5**
**New Equipment**

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank Minnesota, N.A.**
**1997 Belgacom Mobile SILO Transaction New Equipment**
**Taxpayer Tax return presentation**
**Equipment value: $25,480,087**

| Year | Pre tax Cash flow | Rental Income | Interest Expense | Depreciation | Fee Amortization | Per tax return Taxable income | Tax effect @ 35.00% | After Tax Cash Flow |
|---|---|---|---|---|---|---|---|---|
| Jan-1997 | ( 6,052,132 ) | 65,588 | -34,841 | -2,548,009 | -789 | -2,518,051 | 881,318 | -5,170,814 |
| Jan-1998 | 0 | 2,488,037 | -1,391,237 | -5,096,017 | -31,568 | -4,030,785 | 1,410,775 | 1,410,775 |
| Jan-1999 | 0 | 2,488,037 | -1,314,485 | -5,096,017 | -31,568 | -3,954,033 | 1,383,912 | 1,383,912 |
| Jan-2000 | 0 | 2,488,037 | -1,232,113 | -5,096,017 | -31,568 | -3,871,661 | 1,355,081 | 1,355,081 |
| Jan-2001 | 0 | 2,488,037 | -1,143,959 | -5,096,017 | -31,568 | -3,783,507 | 1,324,227 | 1,324,227 |
| Jan-2002 | 0 | 2,488,037 | -1,049,618 | -2,548,009 | -31,568 | -1,141,158 | 399,405 | 399,405 |
| Jan-2003 | 0 | 2,488,037 | -948,655 | 0 | -31,568 | 1,507,814 | -527,735 | -527,735 |
| Jan-2004 | 289,258 | 2,629,018 | -860,853 | 0 | -31,568 | 1,736,597 | -607,809 | -318,551 |
| Jan-2005 | 678,764 | 3,040,934 | -784,311 | 0 | -31,568 | 2,225,055 | -778,769 | -100,005 |
| Jan-2006 | 129,143 | 3,040,934 | -635,090 | 0 | -31,568 | 2,374,276 | -830,997 | -701,854 |
| Jan-2007 | 0 | 3,043,522 | -401,030 | 0 | -31,568 | 2,610,924 | -913,823 | -913,823 |
| Jan-2008 | 1,883,666 | 3,046,793 | -199,768 | 0 | -31,568 | 2,815,457 | -985,410 | 898,256 |
| Jan-2009 | 3,592 | 3,040,934 | -553 | 0 | -31,568 | 3,008,813 | -1,053,085 | -1,049,493 |
| Jan-2010 | 3,040,934 | 3,040,934 | 0 | 0 | -31,568 | 3,009,366 | -1,053,278 | 1,987,656 |
| Jan-2011 | 2,794,471 | 2,794,471 | 0 | 0 | -15,872 | 2,778,599 | -972,510 | 1,821,961 |
| | 2,767,696 | 38,671,350 | -9,996,513 | -25,480,086 | -427,045 | 2,767,706 | -968,697 | 1,798,999 |

File: c' ter_4_exhibit_4-2_2000 Belgacom NEW EQUIP-001.xls Tab: Tax Return Presentation - Put

**Exhibit 5**
**RAR 038-5**
**New Equipment**

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank Minnesota, N.A.**
**1997 Belgacom Mobile SILO Transaction New Equipment**
**Internal rate of return computations - Pre- and post-tax computations**
**Purchase Option Exercised**
Equipment Value **$25,480,087**

| Pre-tax computation Year | Cash Flow | After tax computation Cash Flow |
|---|---|---|
| 1997 | ( 6,052,132 ) | ( 5,170,814 ) |
| 1998 | 0 | 1,410,775 |
| 1999 | 0 | 1,383,912 |
| 2000 | 0 | 1,355,081 |
| 2001 | 0 | 1,324,227 |
| 2002 | 0 | 399,405 |
| 2003 | 0 | ( 527,735 ) |
| 2004 | 289,258 | ( 318,551 ) |
| 2005 | 678,764 | ( 100,005 ) |
| 2006 | 129,143 | ( 701,854 ) |
| 2007 | 0 | ( 913,823 ) |
| 2008 | 7,006,586 | 3,192,931 |
| IRR: | 2.803734% | 5.922605% |

**Purchase option exercised.**

| | Pre-tax IRR | After tax IRR |
|---|---|---|
| Wells Fargo | 19.0442% | 11.8588% |
| IRS' IRR computation | 2.8037% | 5.9226% |
| Difference: | 16.2405% | 5.9362% |

**Exhibit 6**
**RAR 038-5**
**New Equipment**

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank Minnesota, N.A.**
**1997 Belgacom Mobile SILO Transaction New Equipment**
**Internal rate of return computations - Pre- and post-tax computations**
**Full Term**
Equipment Value **$25,480,087**

| Pre-tax computation Year | Cash Flow | After tax computation Cash Flow |
|---|---|---|
| 1997 | ( 6,052,132 ) | ( 5,170,814 ) |
| 1998 | 0 | 1,410,775 |
| 1999 | 0 | 1,383,912 |
| 2000 | 0 | 1,355,081 |
| 2001 | 0 | 1,324,227 |
| 2002 | 0 | 399,405 |
| 2003 | 0 | ( 527,735 ) |
| 2004 | 289,258 | ( 318,551 ) |
| 2005 | 678,764 | ( 100,005 ) |
| 2006 | 129,143 | ( 701,854 ) |
| 2007 | 0 | ( 913,823 ) |
| 2008 | 1,883,666 | 898,256 |
| 2009 | 3,592 | ( 1,049,493 ) |
| 2010 | 3,040,934 | 1,987,656 |
| 2011 | 2,794,471 | 1,821,961 |
| IRR: | 3.138452% | 5.971101% |

**Purchase option NOT exercised.**

| | Pre-tax IRR | After tax IRR |
|---|---|---|
| Wells Fargo | 19.0442% | 11.8588% |
| IRS' IRR computation | 3.1385% | 5.9711% |
| Difference: | 15.9058% | 5.8877% |

File: chapter_4_exhibit_4-2_2000 Belgacom NEW EQUIP-001.xls Tab: IRR Comp - Put Renew Annual

# Exhibit 7

**Alternative Position: Financing Arangement - Original Issue Discount Income**

**RAR 038-5**
**BMSA 97-3**

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank MN., National Association**
**Belgacom Mobile SA Sale-in/Lease-out Transaction**
**Calculation of OID**

If basic term and EBO is used to determine amounts to be reported:

| | | | | |
|---|---|---|---|---|
| Total to be received | | | 8,103,751 | "Loan Payments" and EBO amounts |
| Total investment "Loan": Portion of | | | | |
| | TP Equity | 5,625,082 | | |
| | Transaction Costs | 0 | 5,625,082 | |
| Anticipated Interest Income to Accrue | | | 2,478,669 | |
| | | | 0.037584235 | 0 |

| | | Interest Rate - Interpolated | Days | "Loan" Balance | "Loan" Payment | Interpolated Interest Income | Interest Expense |
|---|---|---|---|---|---|---|---|
| | | Tax Year | | 5,625,082 | | | |
| 12/19/1997 | 12/31/1997 | 1997 | 12 | 5,632,129 | 0 | 7,047 | |
| | | 1998 | 360 | 5,843,809 | 0 | 211,679 | |
| | | 1999 | 360 | 6,063,444 | 0 | 219,635 | |
| | | 2000 | 360 | 6,291,334 | 0 | 227,890 | |
| | | 2001 | 360 | 6,527,788 | 0 | 236,455 | |
| | | 2002 | 360 | 6,773,130 | 0 | 245,342 | |
| | 12/31/2003 | 2003 | 360 | 7,027,693 | 0 | 254,563 | |
| | 1/2/2004 | 2004 | 2 | 6,739,903 | 289,258 | 1,467 | |
| | 1/2/2005 | 2005 | 360 | 6,314,452 | 678,764 | 253,314 | |
| | 1/2/2006 | 2006 | 360 | 6,422,633 | 129,143 | 237,324 | |
| | 1/2/2007 | 2007 | 360 | 6,664,023 | 0 | 241,390 | |
| | 1/2/2008 | 2008 | 360 | 4,019,019 | 2,895,466 | 250,462 | |
| | 4/15/2008 | 2008 | 104 | 3,034,876 | 1,027,780 | 43,637 | |
| | 6/15/2008 | 2008 | 61 | 2,026,424 | 1,027,780 | 19,327 | |
| | 9/15/2008 | 2008 | 92 | 1,018,107 | 1,027,780 | 19,464 | |
| | 12/15/2008 | 2008 | 91 | 0 | 1,027,780 | 9,672 | |
| | | | | | 8,103,751 | 2,478,669 | 0 |

The "loan Payment" amount has been reduced by the amount that relates to the circular flow debt defeasance.
The loan repayments are those cash flows that are returned to the taxpayer
Excluded from this are payments from the equity deposit that are used to pay the third party lender.

**Exhibit 1**
**RAR 038-5**
**Used Equipment**

**Wells Fargo & Company [illegible]**
**Wells Fargo Bank Minnesota, N.A.**
**1997 Belgacom Mobile SILO Transaction Used Equipment**
**Cash flow analysis**
**Purchase option exercised** Equipment value: $12,346,306

| | Wells Fargo Bank MN (formerly Norwest Bank MN.) Equity Investor | | | | | Belgacom Mobile S.A. Head lessor/sublessee | | | | | De Lage Landen Financial Services B.V. Lender | | | Rabo Merchant Bank N.V. Payment Undertaker | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction year | Equity Investment | Loan payments received from/ (made to) Investments | Lease payments (made to)/ received from Tax-exempt entity | Purchase option payment amount | Cash flow for Lease Finance | Lease payments received from (made to) Trust | Payments (made to) received from Pymt undertaker | (Purchase)/Receipt of US STRIPS Purchase Option and other equity | Purchase option payment amount | Cash flow for Tax-exempt | Loan (made to)/ received from Taxpayer | Loan payments (made to)/ received from payment undertaker | Cash flow for Investments | Payments (made to)/ received from lender | Payments (made to)/ received from Owner/sublessese | Cash flow for Asset Funding | (Col N + C Total t Deposit T Lende |
| Dec 22, 1997 | 2,679,493 | 9,666,813 | ( 12,346,306 ) | | 0 | 12,346,306 | ( 9,666,813 ) | ( 2,203,000 ) | | 476,493 | ( 9,666,813 ) | | ( 9,666,813 ) | | 9,666,813 | 9,666,813 | |
| Jan 02, 1998 | | ( 37,090 ) | 37,090 | | 0 | ( 37,090 ) | 37,090 | 0 | | 0 | | 37,090 | 37,090 | ( 37,090 ) | | ( 37,090 ) | |
| Jan 02, 1999 | | ( 1,232,701 ) | 1,232,701 | | ( 0 ) | ( 1,232,701 ) | 1,232,701 | 0 | | 0 | | 1,232,701 | 1,232,701 | ( 1,232,701 ) | | ( 1,232,701 ) | |
| Jan 02, 2000 | | ( 1,232,987 ) | 1,232,987 | | 0 | ( 1,232,987 ) | 1,232,987 | 0 | | 0 | | 1,232,987 | 1,232,987 | ( 1,232,987 ) | | ( 1,232,987 ) | |
| Jan 02, 2001 | | ( 1,232,986 ) | 1,232,986 | | 0 | ( 1,232,986 ) | 1,232,986 | 0 | | 0 | | 1,232,986 | 1,232,986 | ( 1,232,986 ) | | ( 1,232,986 ) | |
| Jan 02, 2002 | | ( 1,232,986 ) | 1,232,986 | | 0 | ( 1,232,986 ) | 1,232,986 | 0 | | 0 | | 1,232,986 | 1,232,986 | ( 1,232,986 ) | | ( 1,232,986 ) | |
| Jan 02, 2003 | | ( 1,232,986 ) | 1,232,986 | | 0 | ( 1,232,986 ) | 1,232,986 | 0 | | 0 | | 1,232,986 | 1,232,986 | ( 1,232,986 ) | | ( 1,232,986 ) | |
| Jan 02, 2004 | | ( 2,491,660 ) | 2,638,187 | | 146,527 | ( 2,638,187 ) | 2,491,660 | 146,527 | | 0 | | 2,491,660 | 2,491,660 | ( 2,491,660 ) | | ( 2,491,660 ) | |
| Jan 02, 2005 | | ( 1,191,631 ) | 1,507,267 | | 315,636 | ( 1,507,267 ) | 1,191,631 | 315,636 | | ( 0 ) | | 1,191,631 | 1,191,631 | ( 1,191,631 ) | | ( 1,191,631 ) | |
| Jan 02, 2006 | | ( 1,335,478 ) | 1,335,478 | | 0 | ( 1,335,478 ) | 1,335,478 | 0 | | 0 | | 1,335,478 | 1,335,478 | ( 1,335,478 ) | | ( 1,335,478 ) | |
| Jan 02, 2007 | | ( 2,614,930 ) | 171,504 | | ( 2,443,426 ) | ( 171,504 ) | 2,614,930 | 1,167,908 | | 3,611,334 | | 2,614,930 | 2,614,930 | ( 2,614,930 ) | | ( 2,614,930 ) | |
| Jan 02, 2007 | | | | 3,611,334 | 3,611,334 | | | | ( 3,611,334 ) | ( 3,611,334 ) | | | | | | | |
| Apr 15, 2007 | | | | 537,830 | 537,830 | | | 537,830 | ( 537,830 ) | 0 | | | 0 | 0 | | 0 | |
| Jun 15, 2007 | | | | 537,830 | | | | 537,830 | ( 537,830 ) | 0 | | | 0 | 0 | | 0 | |
| Sep 15, 2007 | | | | 537,830 | | | | 537,830 | ( 537,830 ) | 0 | | | 0 | 0 | | 0 | |
| Dec 15, 2007 | | | | 537,830 | | | | 537,830 | ( 537,830 ) | 0 | | | 0 | 0 | | 0 | |
| | 2,679,493 | ( 4,168,623 ) | ( 492,13[illegible] ) | 5,762,653 | 2,167,901 | 492,133 | 4,168,623 | 1,578,390 | ( 5,762,653 ) | 476,494 | ( 9,666,813 ) | 13,835,435 | 4,168,623 | ( 13,835,435 ) | 9,666,813 | ( 4,168,623 ) | |

**Exhibit 2**
**RAR 038-5**
**Used Equipment**

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank Minnesota, N.A.**
**1997 Belgacom Mobile SILO Transaction Used Equipment**
**Cash flow analysis - Full Term**

Equipment value: $12,346,306

| Transaction year | Wells Fargo Bank MN (formerly Norwest Bank MN.) Equity Investor: Equity Investment | Loan payments received from/ (made to) Investments | Lease payments (made to)/ received from Tax-exempt | Other Revenue & (Expense) | Cash flow for Lease Finance | Belgacom Mobile S.A. Head lessor/sublessee: Lease payments received from (made to) Trust | Payments (made to) received from Pymt undertaker | (Purchase)/Receipt of US STRIPS Purchase Option and other equity | Purchase option payment amount | Cash flow for Tax-exempt | De Lage Landen Financial Services B.V. Lender: Loan (made to)/ received from Taxpayer | Loan payments (made to)/ received from payment undertaker | Cash flow for Investments | Rabo Merchant Bank N.V. Payment Undertaker: Payments (made to)/ received from lender | Payments (made to)/ received from Owner/sublessese | Cash flow for Asset Funding | Total Deposit Tak Lender |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec 22, 1997 | 2,679,493 | 9,666,813 | ( 12,346,306 ) | | 0 | 12,346,306 | ( 9,666,813 ) | ( 4,494,000 ) | | ( 1,814,507 ) | ( 9,666,813 ) | | ( 9,666,813 ) | | 9,666,813 | 9,666,813 | |
| Jan 02, 1998 | | ( 37,090 ) | 37,090 | | 0 | ( 37,090 ) | 37,090 | 0 | | 0 | | 37,090 | 37,090 | ( 37,090 ) | | ( 37,090 ) | |
| Jan 02, 1999 | | ( 1,232,701 ) | 1,232,701 | | ( 0 ) | ( 1,232,701 ) | 1,232,701 | ( 0 ) | | 0 | | 1,232,701 | 1,232,701 | ( 1,232,701 ) | | ( 1,232,701 ) | |
| Jan 02, 2000 | | ( 1,232,987 ) | 1,232,987 | | 0 | ( 1,232,987 ) | 1,232,987 | 0 | | 0 | | 1,232,987 | 1,232,987 | ( 1,232,987 ) | | ( 1,232,987 ) | |
| Jan 02, 2001 | | ( 1,232,986 ) | 1,232,986 | | 0 | ( 1,232,986 ) | 1,232,986 | 0 | | 0 | | 1,232,986 | 1,232,986 | ( 1,232,986 ) | | ( 1,232,986 ) | |
| Jan 02, 2002 | | ( 1,232,986 ) | 1,232,986 | | 0 | ( 1,232,986 ) | 1,232,986 | 0 | | 0 | | 1,232,986 | 1,232,986 | ( 1,232,986 ) | | ( 1,232,986 ) | |
| Jan 02, 2003 | | ( 1,232,986 ) | 1,232,986 | | 0 | ( 1,232,986 ) | 1,232,986 | 0 | | 0 | | 1,232,986 | 1,232,986 | ( 1,232,986 ) | | ( 1,232,986 ) | |
| Jan 02, 2004 | | ( 2,491,660 ) | 2,638,187 | | 146,527 | ( 2,638,187 ) | 2,491,660 | 146,527 | | 0 | | 2,491,660 | 2,491,660 | ( 2,491,660 ) | | ( 2,491,660 ) | |
| Jan 02, 2005 | | ( 1,191,631 ) | 1,507,267 | | 315,636 | ( 1,507,267 ) | 1,191,631 | 315,636 | | 0 | | 1,191,631 | 1,191,631 | ( 1,191,631 ) | | ( 1,191,631 ) | |
| Jan 02, 2006 | | ( 1,335,478 ) | 1,335,478 | | 0 | ( 1,335,478 ) | 1,335,478 | 0 | | 0 | | 1,335,478 | 1,335,478 | ( 1,335,478 ) | | ( 1,335,478 ) | |
| Jan 02, 2007 | | ( 964,166 ) | 1,678,488 | | 714,321 | ( 1,678,488 ) | 964,166 | 714,321 | | 0 | | 964,166 | 964,166 | ( 964,166 ) | | ( 964,166 ) | |
| Jan 02, 2008 | | ( 1,506,983 ) | 1,506,983 | | 0 | ( 1,506,983 ) | 1,506,983 | 0 | | 0 | | 1,506,983 | 1,506,983 | ( 1,506,983 ) | | ( 1,506,983 ) | |
| Jan 02, 2009 | | ( 277,872 ) | 1,506,983 | | 1,229,111 | ( 1,506,983 ) | 277,872 | 1,229,111 | | 0 | | 277,872 | 277,872 | ( 277,872 ) | | ( 277,872 ) | |
| Jan 02, 2010 | | 0 | 1,130,237 | | 1,130,237 | ( 1,130,237 ) | 0 | 1,130,237 | | 0 | | 0 | 0 | 0 | | 0 | |
| Oct 02, 2010 | | | | 617,315 | | | | 0 | 0 | 0 | | | 0 | | | 0 | |
| Totals | 2,679,493 | ( 4,302,715 ) | 17,505,360 | 617,315 | | | | ( 958,168 ) | | ( 1,814,507 ) | ( 9,666,813 ) | 13,969,528 | 4,302,715 | ( 13,969,528 ) | 9,666,813 | ( 4,302,715 ) | |

**Exhibit 3**
**RAR 038-5**
**Used Equipment**

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank Minnesota, N.A.**
**1997 Belgacom Mobile SILO Transaction Used Equipment**
**Taxpayer Tax return presentation**
**Equipment value: $12,346,306**

| Year | Pre tax Cash flow | Rental Income | Interest Expense | Depreciation | Fee Amortization | Per tax return Taxable income | Tax effect @ 35.00% | After Tax Cash Flow |
|---|---|---|---|---|---|---|---|---|
| Jan-1997 | ( 2,886,419 ) | 33,381 | -16,963 | -1,234,631 | -405 | ( 1,218,618 ) | 426,516 | ( 2,459,903 ) |
| Jan-1998 | 0 | 1,232,986 | -677,239 | -2,469,261 | -16,194 | ( 1,929,708 ) | 675,398 | 675,398 |
| Jan-1999 | 0 | 1,232,986 | -638,356 | -2,469,261 | -16,194 | ( 1,890,825 ) | 661,789 | 661,789 |
| Jan-2000 | 0 | 1,232,986 | -596,618 | -2,469,261 | -16,194 | ( 1,849,087 ) | 647,180 | 647,180 |
| Jan-2001 | 0 | 1,232,986 | -551,951 | -2,469,261 | -16,194 | ( 1,804,420 ) | 631,547 | 631,547 |
| Jan-2002 | 0 | 1,232,986 | -504,149 | -1,234,631 | -16,194 | ( 521,988 ) | 182,696 | 182,696 |
| Jan-2003 | 0 | 1,232,986 | -452,992 | 0 | -16,194 | 763,800 | ( 267,330 ) | ( 267,330 ) |
| Jan-2004 | 146,527 | 1,408,626 | -310,143 | 0 | -16,194 | 1,082,289 | ( 378,801 ) | ( 232,274 ) |
| Jan-2005 | 315,636 | 1,507,267 | -248,018 | 0 | -16,194 | 1,243,055 | ( 435,069 ) | ( 119,433 ) |
| Jan-2006 | 0 | 1,506,506 | -171,717 | 0 | -16,194 | 1,318,595 | ( 461,508 ) | ( 461,508 ) |
| Jan-2007 | 3,319,228 | 5,763,129 | -476 | 0 | -60,773 | 5,701,880 | ( 1,995,658 ) | 1,323,570 |
| | 894,972 | 17,616,825 | ( 4,168,622 ) | ( 12,346,306 ) | ( 206,924 ) | 894,973 | ( 313,241 ) | 581,731 |

File: ch ter_4_exhibit_4-2_2000 Belgacom USED EQUIP-001.xls Tab: Tax Return Presentation - EBO

**Exhibit 4**
**RAR 038-5**
**Used Equipment**

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank Minnesota, N.A.**
**1997 Belgacom Mobile SILO Transaction Used Equipment**
**Taxpayer Tax return presentation**
**Equipment value: $12,346,306**

| Year | Pre tax Cash flow | Rental Income | Interest Expense | Depreciation | Fee Amortization | Per tax return Taxable income | Tax effect @ 35.00% | After Tax Cash Flow |
|---|---|---|---|---|---|---|---|---|
| Jan-1997 | ( 2,886,419 ) | 33,381 | -16,963 | -1,234,631 | -405 | -1,218,618 | 426,516 | -2,459,903 |
| Jan-1998 | 0 | 1,232,986 | -677,239 | -2,469,261 | -16,194 | -1,929,708 | 675,398 | 675,398 |
| Jan-1999 | 0 | 1,232,986 | -638,356 | -2,469,261 | -16,194 | -1,890,825 | 661,789 | 661,789 |
| Jan-2000 | 0 | 1,232,986 | -596,618 | -2,469,261 | -16,194 | -1,849,087 | 647,180 | 647,180 |
| Jan-2001 | 0 | 1,232,986 | -551,951 | -2,469,261 | -16,194 | -1,804,420 | 631,547 | 631,547 |
| Jan-2002 | 0 | 1,232,986 | -504,149 | -1,234,631 | -16,194 | -521,988 | 182,696 | 182,696 |
| Jan-2003 | 0 | 1,232,986 | -452,992 | 0 | -16,194 | 763,800 | -267,330 | -267,330 |
| Jan-2004 | 146,527 | 1,408,626 | -310,143 | 0 | -16,194 | 1,082,289 | -378,801 | -232,274 |
| Jan-2005 | 315,636 | 1,507,267 | -248,018 | 0 | -16,194 | 1,243,055 | -435,069 | -119,433 |
| Jan-2006 | 0 | 1,506,506 | -171,717 | 0 | -16,194 | 1,318,595 | -461,508 | -461,508 |
| Jan-2007 | 714,321 | 1,507,460 | -116,022 | 0 | -16,194 | 1,375,244 | -481,335 | 232,986 |
| Jan-2008 | 0 | 1,506,983 | -18,496 | 0 | -16,194 | 1,472,293 | -515,303 | -515,303 |
| Jan-2009 | 1,229,111 | 1,506,983 | -51 | 0 | -16,194 | 1,490,738 | -521,758 | 707,353 |
| Jan-2010 | 1,747,553 | 1,747,553 | 0 | 0 | -12,191 | 1,735,362 | -607,377 | 1,140,176 |
| | 1,266,729 | 18,122,675 | -4,302,715 | -12,346,306 | -206,924 | 1,266,730 | -443,356 | 823,374 |

**Exhibit 5**
**RAR 038-5**
**Used Equipment**

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank Minnesota, N.A.**
**1997 Belgacom Mobile SILO Transaction Used Equipment**
**Internal rate of return computations - Pre- and post-tax computations**
**Purchase Option Exercised**
Equipment Value **$12,346,306**

| Pre-tax computation Year | Pre-tax computation Cash Flow | After tax computation Cash Flow |
|---|---|---|
| 1997 | ( 2,886,419 ) | ( 2,459,903 ) |
| 1998 | 0 | 675,398 |
| 1999 | 0 | 661,789 |
| 2000 | 0 | 647,180 |
| 2001 | 0 | 631,547 |
| 2002 | 0 | 182,696 |
| 2003 | 0 | ( 267,330 ) |
| 2004 | 146,527 | ( 232,274 ) |
| 2005 | 315,636 | ( 119,433 ) |
| 2006 | 0 | ( 461,508 ) |
| 2007 | 3,319,228 | 1,323,570 |
| 2008 | 0 | 0 |
| IRR: | 2.820964% | 5.928825% |

**Purchase option exercised.**

| | Pre-tax IRR | After tax IRR |
|---|---|---|
| Wells Fargo | 19.0442% | 11.8588% |
| IRS' IRR computation | 2.8210% | 5.9288% |
| Difference: | 16.2233% | 5.9300% |

File: chapter_4_exhibit_4-2_2000 Belgacom USED EQUIP-001.xls Tab: IRR Comp - Purchase Opt Annual

**Exhibit 6**
**RAR 038-5**
**Used Equipment**

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank Minnesota, N.A.**
**1997 Belgacom Mobile SILO Transaction Used Equipment**
**Internal rate of return computations - Pre- and post-tax computations**
**Full Term**
Equipment Value **$12,346,306**

| Pre-tax computation Year | Cash Flow | After tax computation Cash Flow |
|---|---|---|
| 1997 | ( 2,886,419 ) | ( 2,459,903 ) |
| 1998 | 0 | 675,398 |
| 1999 | 0 | 661,789 |
| 2000 | 0 | 647,180 |
| 2001 | 0 | 631,547 |
| 2002 | 0 | 182,696 |
| 2003 | 0 | ( 267,330 ) |
| 2004 | 146,527 | ( 232,274 ) |
| 2005 | 315,636 | ( 119,433 ) |
| 2006 | 0 | ( 461,508 ) |
| 2007 | 714,321 | 232,986 |
| 2008 | 0 | ( 515,303 ) |
| 2009 | 1,229,111 | 707,353 |
| 2010 | 1,747,553 | 1,140,176 |
| IRR: | 3.201105% | 6.001100% |

**Purchase option NOT exercised.**

| | Pre-tax IRR | After tax IRR |
|---|---|---|
| Wells Fargo | 19.0442% | 11.8588% |
| IRS' IRR computation | 3.2011% | 6.0011% |
| Difference: | 15.8431% | 5.8577% |

File: chapter_4_exhibit_4-2_2000 Belgacom USED EQUIP-001.xls Tab: IRR Comp - Put Renew Annual

# Exhibit 7

## Alternative Position: Financing Arangement - Original Issue Discount Income

RAR 038-5
BMSA 97-4

**Wells Fargo & Company and Subsidiaries**
**Wells Fargo Bank MN., National Association**
**Belgacom Mobile SA Sale-in/Lease-out Transaction**
**Calculation of OID**

If basic term and EBO is used to determine amounts to be reported:

| | | | |
|---|---|---|---|
| Total to be received | | 3,781,390 | "Loan Payments" and EBO amounts |
| Total investment "Loan": Portion of | | | |
| TP Equity | 2,679,493 | | |
| Transaction Costs | 0 | 2,679,493 | |
| Anticipated Interest Income to Accrue | | 1,101,897 | |
| | | 0.036999640 | 0 |

| | | Interest Rate - Interpolated | | "Loan" | "Loan" | Interpolated | |
|---|---|---|---|---|---|---|---|
| | | Tax Year | Days | Balance | Payment | Interest Income | Interest Expense |
| | | | | 2,679,493 | | | |
| 12/19/1997 | 12/31/1997 | 1997 | 12 | 2,682,798 | 0 | 3,305 | |
| | | 1998 | 360 | 2,782,060 | 0 | 99,263 | |
| | | 1999 | 360 | 2,884,995 | 0 | 102,935 | |
| | | 2000 | 360 | 2,991,739 | 0 | 106,744 | |
| | | 2001 | 360 | 3,102,433 | 0 | 110,693 | |
| | | 2002 | 360 | 3,217,221 | 0 | 114,789 | |
| | 12/31/2003 | 2003 | 360 | 3,336,257 | 0 | 119,036 | |
| | 1/2/2004 | 2004 | 2 | 3,190,416 | 146,527 | 686 | |
| | 1/2/2005 | 2005 | 360 | 2,992,825 | 315,636 | 118,044 | |
| | 1/2/2006 | 2006 | 360 | 3,103,558 | 0 | 110,733 | |
| | 1/2/2007 | 2007 | 360 | 2,050,481 | 1,167,908 | 114,831 | |
| | 4/15/2007 | 2007 | 360 | 1,588,518 | 537,830 | 75,867 | |
| | 6/15/2007 | 2007 | 61 | 1,060,647 | 537,830 | 9,959 | |
| | 9/15/2007 | 2007 | 92 | 532,846 | 537,830 | 10,029 | |
| | 12/15/2007 | 2007 | 91 | 0 | 537,830 | 4,984 | |
| | | | | | 3,781,390 | 1,101,897 | 0 |

The "loan Payment" amount has been reduced by the amount that relates to the circular flow debt defeasance.
The loan repayments are those cash flows that are returned to the taxpayer
Excluded from this are payments from the equity deposit that are used to pay the third party lender.