**EXHIBIT 2**

PRIMARY CASE: Wells Fargo and Company & Subs
ENTITY: Consolidated
YEAR: 1999, 2000
PREPARED BY: GN
DATE: 1/28/04

Server D:\Data\Greg Nowak\WF9900\Tax Shelter WPS -General
File: 713 Index.xls

# SAIN 713 INDEX


Compliance Checks - Consolidated W.P.s:

713-1 SILO F. 5701-038 for 1999 and 2000.
713-2 Summary of SILO Losses for 1999 and 2000.
713-3 SILO F. 5701-040 for 1997 and 1998 / Summary of 1997 & 1998 SILO losses.
713-4 Audit Procedures - Leasing / Risk Analysis.
713-5 Leasing Transaction Disclosure Statements under IRC 1.6011-4T & F. 8271s.
713-6 SILO Transaction Summary Information.
713-7 A.M.T. ACE - SILO Depreciation.
713-8 Leasing IDRs -General.
713-9 First Security - Sonera - IDR #442.
713-10 ABC Report Lists.
713-11 Memos
713-12 Research
713-13 Mandatory IDR - Listed Transactions - IDR # 41.
713-14 Review of Tax Shelter Registrations.
713-15 Leasing Entity Information.
713-16 Auto Lease Residual Writedowns.
713-17 Lobbying Expenses.
713-18 Penalty Consideration.
713-19 DFO Penalty Approval Memo.

Belgacom Workpapers (Co. #1007):

713-20 Summary Information.
713-21 BMSA 97-3 Documents.
713-22 BMSA 97-4 Documents.
713-23 Tax Deduction.
713-24 Memos.
713-25 IDRs.
713-26 Credit Approval Presentation (CAP)
713-27 Pricing Reports.

Sonera Workpapers (Co. #1007):

713-28 Summary Information.
713-29 Tax Deductions.
713-30 Initial Cash Flows.
713-31 Credit Approval Presentation (CAP)
713-32 Pricing Reports.
713-33 IDRs.

SFR Cegatel Workpapers (Co. #1007):

713-34 Summary Information.
713-35 Tax Deductions.
713-36 Credit Approval Presentation (CAP)
713-37 ABC Pricing Reports.

CALTRANS Workpapers (Co. #1007):

713-38 Summary Information.
713-39 Tax Deductions.
713-40 Initial Cash Flows.
713-41 Lease Period Cash Flows.
713-42 Loan & Debt PUA Payment Schedules.

PRIMARY CASE: Wells Fargo and Company & Subs
ENTITY: Consolidated
YEAR: 1999, 2000
PREPARED BY: GN
DATE: 1/28/04

Server D:\Data\Greg Nowak\WF9900\Tax Shelter WPS -General
File: 713 Index.xls

## SAIN 713 INDEX

| | |
|---|---|
| 713-43 | Service Contract Cash Flows. |
| 713-44 | Internal Rate of Return Computation - Equipment Lot 1. |
| 713-45 | Internal Rate of Return Computation - Equipment Lot 2. |
| 713-46 | IDRs. |
| 713-47 | Credit Approval Presentation (CAP) |
| 713-48 | ABC Pricing Reports - Lot 1. |
| 713-49 | ABC Pricing Reports - Lot 2. |
| | <u>LACTMA Workpapers (Co. #1007):</u> |
| 713-50 | Summary Information. |
| 713-51 | Tax Deductions. |
| 713-52 | Initial Cash Flows. |
| 713-53 | Lease Period Cash Flows. |
| 713-54 | Complete Cash Flows. |
| 713-55 | Debt & Debt PUA. |
| 713-56 | Internal Rate of Return Computations. |
| 713-57 | ABC Pricing Reports. |
| 713-58 | Credit Approval Presentation (CAP) |
| 713-59 | IDRs. |
| 713-60 | Consulting Proposal. |
| | <u>Cathay Pacific Airways (CPA) Workpapers (Co. #1007):</u> |
| 713-61 | Summary Information. |
| 713-62 | Tax Deductions. |
| 713-63 | Initial Cash Flows. |
| 713-64 | EBO Cash Flows. |
| 713-65 | Lease Period Cash Flows |
| 713-66 | Complete Cash Flow Diagram.. |
| 713-67 | Internal Rate of Return Computation - CPA 07. |
| 713-68 | Internal Rate of Return Computation - CPA 11. |
| 713-69 | IDRs. |
| 713-70 | Loan & Debt PUA Payments. |
| 713-71 | Equipment. |
| 713-72 | Credit Approval Presentation (CAP) |
| 713-73 | HIRE Pirchase Agreement. |
| 713-74 | ABC Pricing Reports - CPA 07. |
| 713-75 | ABC Pricing Reports - CPA 11. |
| | <u>PCJPB Workpapers (Co. #1007):</u> |
| 713-76 | Summary Information. |
| 713-77 | Tax Deductions. |
| 713-78 | Initial Cash Flows. |
| 713-79 | Lease Period Cash Flows. |
| 713-80 | Complete Cash Flows. |
| 713-81 | Service Contract. |
| 713-82 | Debt & Debt PUA Payments. |
| 713-83 | Internal Rate of Return Computation - Lot 1. |
| 713-84 | Internal Rate of Return Computation - Lot 2. |
| 713-85 | ABC Pricing Reports - Lot 1. |
| 713-86 | ABC Pricing Reports - Lot 2. |
| 713-87 | Credit Approval Presentation (CAP). |
| 713-88 | IDRs. |

PRIMARY CASE: Wells Fargo and Company & Subs
ENTITY: Consolidated
YEAR: 1999, 2000
PREPARED BY: GN
DATE: 1/28/04

Server D:\Data\Greg Nowak\WF9900\Tax Shelter WPS -General
File: 713 Index.xls

## SAIN 713 INDEX

First Security Bank (#1201) - Cathay Pacific Airways (CPA) Workpapers:

| | |
|---|---|
| 713-89 | Summary Information. |
| 713-90 | Tax Deductions. |
| 713-91 | Initial Cash Flows. |
| 713-92 | EBO Cash Flows. |
| 713-93 | Lease Period Cash Flows |
| 713-94 | Complete Cash Flow Diagram.. |
| 713-95 | Internal Rate of Return Computation - CPA 08. |
| 713-96 | Internal Rate of Return Computation - CPA 09/10. |
| 713-97 | IDRs. |
| 713-98 | Economic Substance. |
| 713-99 | ABC Pricing Reports - CPA 08. |
| 713-100 | ABC Pricing Reports - CPA 09/10. |

First Secirity Leasing (#8219) - SFR / Cegetel Workpapers:

| | |
|---|---|
| 713-101 | Summary Information. |
| 713-102/1 | Dalphne 2 |
| 713-102/2 | Dalphne 7 |
| 713-103 | Tax Deductions. |
| 713-104 | Initial Cash Flows. |
| 713-105 | Lease Period Cash Flows. |
| 713-106 | Equipment. |
| 713-107 | Debt & PUA Payments. |
| 713-108 | ABC Pricing Reports - Daphne 2. |
| 713-109 | ABC Pricing Reports - Daphne 7. |
| 713-110 | IDRs. |