**EXHIBIT 3**

**Nowak Gregory G**

| | |
|---|---|
| **m:** | Autry Patricia J |
| **ent:** | Tuesday, June 25, 2002 3:40 PM |
| **To:** | Nowak Gregory G |
| **Subject:** | FSAs |

Attached are the FSAs I mentioned. Just be aware that these are pre-LILO SILOs which had a Replacement Lease Option at the end of the Basic Lease Term. I would expect your post-LILO SILOs to have a Service Contract Option at the end of the Basic Lease Term
Both the pre and the post SILOs have a Purchase Option, aka Early Buyout Option.

Pre-LILO SILOs are those occurring early 1995 and prior. LILOs evolved in early 1995 and were effectively shut down by the issuance of the 467 Regulations and the issuance of RR 99-14 as of mid 1999. Even tho no more are coming into being, your Taxpayer could have invested in the transaction and still be taking a deduction for a LILO shelter as its life would generally be 14-18 years even if the Early Buyout Option (as we expect) is the option exercised. That is why we still recommend issuing IDR 1(tho modified). Post-LILO SILOs began in early 1999 in anticpation of the LILO deduction being thwarted by the 467 Regulations which were expected. Post-LILOs SILOS have 2 or 3 options- always have a Purchase Option and Service Contract Option at the end of the Basic Lease Term. The legal documents are contrived such that from what we have seen so far the Taxpayer has a guaranteed return with little or no risk. The lack of risk is due to the circular flow of money between the Lender and the Deposit Taker accompnaied by versus pledges and guarantees.

This is one of the most detailed FSAs as the type of Facts that the Audit Team provided to National Office in order to get a positive response for disallowance. It is a foreign railcar deal. If you note the Legend, they are the types of information you are either going to need to pull from the Operative Documents or demonstrate by the spreadsheet calculations, i.e., " Taxpayer's Purchase Option Pre-Tax Loss" is a spreadsheet -you get the data from the ABC or Interet Reports (IDR # 21) to complete the spreadsheet.

fsa_200201022.pdf

fsa_200120011.pdf

another foreign rail deal

fsa_200011004.pdf

this was the first FSA- it was on a domestic rail deal

*Pat J. Autry*
*Technical Advisor- Leasing*
6635 Executive Circle
Charlotte, NC 28212
☎ (704)566-5363