**EXHIBIT 4**

**From:** Karel Michael G
**Sent:** Tuesday, June 29, 2004 3:47 PM
**To:** Karsner Bruce E; Raguse Gary L; Nowak Gregory G
**Subject:** FW: SILO's

FYI

-----Original Message-----
**From:** Huey Reid M [mailto:Reid.M.Huey@IRSCOUNSEL.TREAS.GOV]
**Sent:** Tuesday, June 29, 2004 2:32 PM
**To:** Karel Michael G
**Cc:** Letkewicz Larry C; Mirabito Diane R; Tancer Jody S; Petersen Gary L; Huey Reid M
**Subject:** SILO's

Larry Letkewicz has been assigned as local Counsel to assist the Exam team on the SILO issues on the Bank. I say "local", but as you probably know, Larry is a Special Trial Attorney physically located in Chicago.

I will be providing Larry with the materials I have obtained over the last week to 10 days. I expect that Larry will coordinate with Diane Mirabito, and visa versa, as appropriate. I provided Larry with a brief over view today.

Larry asks that you and/or the agents contact him directly whenever you determine there to be a need for his involvement. Larry, like us, doesn't need anything more than a phone call or email to get things going.

Feel free to give me a call if there is anything more that I can do, Mike.

Reid

Associate Area Counsel, LMSB
St. Paul, MN
(651)726-7355