**EXHIBIT 8**

**Wells Fargo Bank Minnesota, National Association**
**Sonera Ltd., Helsinki, Finland**
**Sabrina VI**

| | |
|---|---|
| Head lessee: | First Security Bank, as Trustee |
| Head lessor: | Sonera Ltd. |
| Head Lease Term: | 14.4 years. Agreed to be treated as a Conditional Sales Contract. |
| Head Lease Option Date: | 5/12/2013 |
| Closing date: | 12/18/1998 |
| | |
| Lessor: | First Security Bank, as Trustee |
| Lessee: | Sonera Ltd. |
| Lease Term: | 14.40 years |
| Lease Commencement date: | 12/18/1998 |
| Lease Term Epiration Date: | 5/12/2013 |
| EBO Date: | 1/18/2010 (11.08 YRS) |
| Options at end of LeaseTerm: | If the EBO is not exercised,<br>1. Renew the equipment lease at the then -current FMV for a maximum aggregate period not to exceed 80% of the remaining useful life of the equipment.<br>2. Return the equipment. |
| | |
| Lender: | SocieteGenerale Bank Nederland N.V. |
| Loan amount: | $33,965,444 |
| Applicable rate: | 6.6056% |
| Payment Undertaking Party: | SocieteGenerale, acting through its branch office in Amsterdam. |
| Percent Defeased | 100% |
| | |
| Equity Provider: | Norwest Bank MN, National Association |
| Equity Commitment: | $10,101,200 |
| Transaction Fees: | $220,333 - Promoter ← SEE FUNDING MEMORANDUM + 742,692.96 OF OTHER FEES = $963,025.96 (20,000 MORE (THAN ABC REPORT = WHITE & CASE LEGAL FEES - EXPENSED?) |
| Equity discount rate: | 5.19% |
| Equity Payment Undertaker: | AIG Financial Products (Jersey) Limited |
| Equity Liability Assumption Amt: | $8,269,948 |
| Eq. Paym't Undertaker Guarantor: | American International Group (AIG) |
| Equity Strip Provider: | None noted. |
| ACCOMMODATION [illegible] | (10,101,200 - 220,333 - 8,269,948 = 1,610,919) |
| | |
| Transaction Description: | QTE Lease |
| Equipment: | Telecommunications Equipment |
| Equipment value: | $44,066,644 |
| Appraiser: | American Appraisal Associates |
| | |
| Promoter: | Bank America Leasing & Capital Group |
| Advisor: | Trinity Advisors |
| | |
| Trust: | 1998 NB-1 |
| Trustee: | First Security Bank, National Association |
| CUSTODIAN | |

Section 1.02 Other Definitions. Each initially capitalized term used but not otherwise defined herein shall have the meaning given to such term in Appendix A to the Participation Agreement.

## ARTICLE II.

## PAYMENTS.

Section 2.01 Payment by the Lessee. The Lessee has paid and transferred title to $33,965,443.62 (the "Liability Assumption Amount") in immediately available funds to the Payment Undertaking Party, the receipt of which is hereby acknowledged by the Payment Undertaking Party. Such payment is an absolute, unconditional, final and non-refundable payment of an amount due to the Payment Undertaking Party in consideration of its entering into this Agreement, and the Payment Undertaking Party shall have all right, title and interest to such Liability Assumption Amount. Such payment shall not under any circumstances or for any reason whatsoever be refundable to, or recoverable by, the Lessee, any creditor of the Lessee or the Lessee as debtor in possession or any trustee, receiver, liquidator, custodian or other similar official of the Lessee appointed as such in a bankruptcy or other proceeding seeking liquidation, reorganization or other similar relief with respect to the Lessee or its assets.

Section 2.02 Payments by Payment Undertaking Party. (a) Subject to Section 2.05 hereof, the Payment Undertaking Party shall pay to (or as directed by) the Trustee or the Lender, as required by Section 3.01 hereof, (i) on each date set forth on Schedule A hereto on or prior to the date on which the Final Payment has been made, the amount set forth opposite such date; (ii) on any Final Payment Date (A) which is a date specified on Schedule B (each such date being a "Specified Payment Date"), the amount set forth in the column labeled "Final Payment Amount" opposite such Specified Payment Date or (B) which is not a Specified Payment Date, the amount set forth in the column labeled "Final Payment Amount" opposite the Specified Payment Date on Schedule B immediately preceding such Final Payment Date plus interest on such amount at the Debt Rate from such preceding Specified Payment Date until such Final Payment Date; and (iii) on each Partial Termination Date prior to the earlier of the Release Date and the date on which the Final Payment is made, an amount (the "Partial Termination Amount") equal to the product of (A) an amount determined under clause (ii) above as if such Partial Termination Date were the Final Payment Date and (B) the Relevant Percentage.

(b) [Intentionally omitted].



SOURCE: SONERA PAYMENT UNDERTAKING AGREEMENT.

Schedule A to
Payment Undertaking Agreement

**SCHEDULED PAYMENTS AND PERIODIC PAYMENTS**

**(Expressed in $US)**

| **Specified Payment Date** | **Scheduled Payments or Periodic Payments** |
|---|---|
| Dec 18 1998 | 0.00 |
| Dec 18 1999 | 3,710,402.91 |
| Dec 18 2000 | 3,710,402.91 |
| Dec 18 2001 | 3,710,402.85 |
| Dec 18 2002 | 3,710,404.38 |
| Dec 18 2003 | 3,710,363.53 |
| Dec 18 2004 | 3,711,453.95 |
| Dec 18 2005 | 7,360,866.48 |
| Dec 18 2006 | 3,267,616.08 |
| Dec 18 2007 | 3,188,403.39 |
| Dec 18 2008 | 2,723,046.32 |
| Dec 18 2009 | 772,624.03 |
| Jan 18 2010 | 1,584,050.01 |
| Jan 18 2011 | 5,337,752.71 |
| Jan 18 2012 | 4,525,262.00 |
| Jan 18 2013 | 1,432,984.97 |
| May 12 2013 | 6,408.71 |
| | 52,462,445.23 |

MATCHES THE DEBT SERVICE SCH

**Loan Amortisation Schedule**
**(Expressed in US$)**

| Schedule Payment Date | Draw Down | Debt Service | Interest Payable | Principal | Balance |
|---|---|---|---|---|---|
| Dec 18 1998 | 33,965,443.62 | 0.00 | 0.00 | 0.00 | 33,965,443.62 |
| Dec 18 1999 | 0.00 | 3,710,402.91 | 2,243,628.14 | 1,466,774.77 | 32,498,668.85 |
| Dec 18 2000 | 0.00 | 3,710,402.91 | 2,146,738.57 | 1,563,664.34 | 30,935,004.51 |
| Dec 18 2001 | 0.00 | 3,710,402.85 | 2,043,448.84 | 1,666,954.01 | 29,268,050.50 |
| Dec 18 2002 | 0.00 | 3,710,404.38 | 1,933,336.19 | 1,777,068.19 | 27,490,982.31 |
| Dec 18 2003 | 0.00 | 3,710,363.53 | 1,815,949.82 | 1,894,413.71 | 25,596,568.60 |
| Dec 18 2004 | 0.00 | 3,711,453.95 | 1,690,812.06 | 2,020,641.89 | 23,575,926.71 |
| Dec 18 2005 | 0.00 | 7,360,866.48 | 1,557,336.13 | 5,803,530.35 | 17,772,396.36 |
| Dec 18 2006 | 0.00 | 3,267,616.08 | 1,173,976.96 | 2,093,639.12 | 15,678,757.24 |
| Dec 18 2007 | 0.00 | 3,188,403.39 | 1,035,679.12 | 2,152,724.27 | 13,526,032.97 |
| Dec 18 2008 | 0.00 | 2,723,046.32 | 893,478.34 | 1,829,567.98 | 11,696,464.99 |
| Dec 18 2009 | 0.00 | 772,624.03 | 772,624.03 | 0.00 | 11,696,464.99 |
| Jan 18 2010 | 0.00 | 1,584,050.01 | 64,385.34 | 1,519,664.67 | 10,176,800.32 |
| Jan 18 2011 | 0.00 | 5,337,752.71 | 672,240.76 | 4,665,511.95 | 5,511,288.37 |
| Jan 18 2012 | 0.00 | 4,525,262.00 | 364,054.77 | 4,161,207.23 | 1,350,081.14 |
| Jan 18 2013 | 0.00 | 1,432,984.97 | 89,181.23 | 1,343,803.74 | 6,277.40 |
| May 12 2013 | 0.00 | 6408.71 | 131.31 | 6,277.40 | 0.00 |
| | | 52,462,445.23 | | | |

MATCHES THE PAYMENT UNDER THE PAYMENT SCH.

Exhibit B to
Lease Agreement

## Basic Term Rent Schedule
## (Expressed as a Percentage of Equipment Value)

| Basic Rent Payment Date | Advance Rent | Arrears Rent | Total Rent | AMOUNT |
|---|---|---|---|---|
| Dec 18 1998 | 0.00000000 | 0.00000000 | 0.00000000 | |
| Dec 18 1999 | 0.00000000 | 8.41998067 | 8.41998067 | 3,710,402.91 |
| Dec 18 2000 | 0.00000000 | 8.41998068 | 8.41998068 | 3,710,402.91 |
| Dec 18 2001 | 0.00000000 | 8.41998055 | 8.41998055 | 3,710,402.85 |
| Dec 18 2002 | 0.00000000 | 8.41998402 | 8.41998402 | 3,710,404.38 |
| Dec 18 2003 | 0.00000000 | 8.41989132 | 8.41989132 | 3,710,363.53 |
| Dec 18 2004 | 0.00000000 | 8.42236579 | 8.42236579 | 3,711,453.95 |
| Dec 18 2005 | 10.11932822 | 8.35631636 | 18.47564457 | 8,141,596.52 |
| Dec 18 2006 | 10.26908040 | 0.00000000 | 10.26908040 | 4,525,239.10 |
| Dec 18 2007 | 10.26798654 | 0.00000000 | 10.26798654 | 4,524,757.07 |
| Dec 18 2008 | 9.33702868 | 0.00000000 | 9.33702868 | 4,114,515.19 |
| Dec 18 2009 | 0.79315253 | 0.96015555 | 1.75330808 | 772,624.03 |
| Jan 18 2010 | 8.46055898 | 0.00000000 | 8.46055898 | 3,728,284.41 |
| Jan 18 2011 | 10.26719558 | 1.84571393 | 12.11290951 | 5,337,752.71 |
| Jan 18 2012 | 10.26913236 | 0.00000000 | 10.26913236 | 4,525,262.00 |
| Jan 18 2013 | 3.25185863 | 0.00000000 | 3.25185863 | 1,432,984.97 |
| May 12 2013 | 0.00000000 | 0.00000000 | 0.00000000 | |

**Exhibit D to**
**Lease Agreement**

**Residual Guarantee Amount**
**(Expressed as a percantage of Equipment Value)**

| **Date** | **Amount** |
| --- | --- |
| May 12 2013 | 18.64541247% x 44,066,644 = $8,216,408 |

Exhibit E to
Lease Agreement

**EBO PRICE**

EQUIPMENT VALUE:
$44,064,644

| Installment Dates | EBO Installments | AMOUNT |
|---|---|---|
| Jan 18 2010 | 29.97414597 | 13,208,600.16 |
| Apr 15 2010 | 4.52022194 | 1,991,910.09 |
| Jun 15 2010 | 4.52022194 | 1,991,910.09 |
| Sep 15 2010 | 4.52022194 | 1,991,910.09 |
| Dec 15 2010 | 4.52022194 | 1,991,910.09 |
| EBO Price | 48.05503375 | 21,176,240.52 |

The Price is determined by multiplying the percentage above by the Equipment Value

**EBO Date** **Jan 18 2010**

| EBO PAYMENTS: | TO LENDER | EQUITY INVESTOR | TOTAL |
|---|---|---|---|
| 1/18/2010 | 11,064,365.76 | *2,144,234.40 | 13,208,600.16 |
| 4/15/2010 | | 1,991,910.09 → | |
| 6/15/2010 | | 1,991,910.09 → | |
| 9/15/2010 | | 1,991,910.09 → | |
| 12/15/2010 | | 1,991,910.09 → | |
| | 11,064,365.76 | 10,111,874.76 | 21,176,240.52 |

* SEE SCH A OF EQUITY UNDERTAKER AGREEMENT.

"Early Termination Date" has the meaning set forth in Section 3.2(a) hereof.

"Enforcement Event" has the meaning set forth in Section 1.1 of the Account Pledge and Security Agreement.

"Equity Liability Assumption Amount" means $8,269,948.41.

"Federal Funds Closing" means on any relevant date the closing of the Federal Funds wire in New York, New York.

"Guarantor" means American International Group, Inc., the corporate parent of AIGFPJ, together with its successors and assigns permitted by Section 8 of the AIG Guarantee.

"Market Value" of any Collateral (other than cash) means at any time the closing offer price for such Collateral on the preceding Business Day as reported in The Wall Street Journal or, if such offer price is not available, such other generally recognized third party pricing source selected in good faith by AIGFPJ (plus accrued and unpaid interest and principal to the extent not included therein).

"Partial Termination Amount" means, with respect to any Early Termination Date relating to any Items of Equipment, the Termination Amount for such date multiplied by the Relevant Percentage of the Items of Equipment with respect to which the Early Termination Date has occurred.

"Payment Certificate" has the meaning set forth in Section 3.2(a) hereof.

"Payment Date" means, as to any Scheduled Payment, the date listed on Schedule A hereto corresponding to such Scheduled Payment.

"Reference Market-makers" means leading financial institutions regularly dealing in securities similar to the Collateral selected in good faith by AIGFPJ.

"Relevant Percentage" means, with respect to any Early Termination Date, the Equipment Value of the Items of Equipment identified in the Payment Certificate relating to such Early Termination Date divided by the Equipment Value of all Items of Equipment subject to the Lease immediately prior to the related Loss Payment Date.

"Scheduled Payments" means the amounts payable by AIGFPJ pursuant to Section 3.1 as from time to time adjusted pursuant to Section 2.1 and Section 3.2(c).

"Securities" means (i) securities issued or guaranteed by the United States Government, including United States Treasury obligations and any other obligations the timely payment of principal and interest of which are guaranteed by the United States Government, and (ii) bonds, notes, debentures, obligations or other evidence of indebtedness issued and/or guaranteed by Federal National Mortgage Association, Federal Home Loan Mortgage Corporation, Government National Mortgage Association or any other agency or instrumentality of the United States of America.

SOURCE: SONERA EQUITY PAYMENT UNDERTAKING AGREEMENT

"Termination Amount" means, with respect to any Early Termination Date, an amount, determined by AIGFPJ on the basis of quotations from Reference Market-makers, for the remaining Scheduled Payments that would be payable on such Early Termination Date to AIGFPJ in consideration of an agreement between AIGFPJ (taking into account Guarantor's AIG Guarantee and the collateral arrangements set forth in Section 4.2, with respect to the obligations of AIGFPJ) and the quoting Reference Market-maker, with such Early Termination Date as the date of commencement of such agreement, that would have the effect of preserving the economic equivalent of any payments under this Agreement that would, but for the occurrence of the Early Termination Date, fall due on or after such Early Termination Date. AIGFPJ will request each Reference Market-maker to provide its quotation as of 11:00 a.m., New York City time, on the Business Day immediately prior to the Early Termination Date. If more than three (3) such quotations are provided, the Termination Amount will be the arithmetic mean of the quotations without regard to the quotations having the highest and lowest values. If exactly three (3) such quotations are provided, the Termination Amount will be the quotation remaining after disregarding the quotations having the highest and lowest values. For this purpose, if more than one quotation has the same highest value or lowest value, then one of such quotations shall be disregarded. If fewer than three (3) quotations are provided, the Termination Amount will be determined in good faith by AIGFPJ in consultation with the Account Party and the Beneficiary.

## ARTICLE 2.
## CONSIDERATION.

Section 2.1. Payment of Equity Liability Assumption Amount. In consideration of AIGFPJ's agreement to make the payments in accordance with Section 3 hereof, the Account Party shall pay to AIGFPJ on the date hereof, to the account designated by AIGFPJ and in the manner provided herein, the Equity Liability Assumption Amount, subject to adjustment on the Business Day immediately following the Closing Date. Such adjustment shall be determined by AIGFPJ in its sole discretion exercised in good faith to reflect market rates as of such adjustment date which are relevant to AIGFPJ's obligations herein to make Scheduled Payments. If AIGFPJ has determined on such adjustment date in its sole judgment exercised in good faith that, in light of market rates then prevailing, the Equity Liability Assumption Amount is insufficient consideration for AIGFPJ's obligations herein to make Scheduled Payments, AIGFPJ shall notify the Account Party on or before five (5) business days after the Closing Date and the Account Party shall promptly, and in any event on or before five (5) business days after such notice, make an additional payment (which shall be deemed to be a part of the Equity Liability Assumption Amount) to AIGFPJ to the account, and in the amount, designated by AIGFPJ and in the same manner as the Equity Liability Assumption Amount; if such determination indicates that the Equity Liability Assumption Amount is more consideration than is required, in light of market rates prevailing as of the date of such determination, in the sole judgment of AIGFPJ exercised in good faith, for AIGFPJ's obligations herein to make Scheduled Payments, AIGFPJ shall notify the Account Party on or before five (5) business days after the Closing Date and make a payment to the Account Party promptly following delivery of such notice in immediately available funds to such account as shall be designated by the Account Party in the amount as determined by AIGFPJ. Failure of the Account Party to make any additional payment required pursuant to the preceding sentence shall not affect AIGFPJ's obligations to the Beneficiary under this Agreement,

Schedule A to
Equity Payment Undertaking Agreement

**SCHEDULED PAYMENTS**

**(Expressed in $US)**

| **Specified Payment Date** | **Final Payment Amount** | |
|---|---|---|
| Dec 18 1998 | 0.00 | |
| Dec 18 1999 | 0.00 | |
| Dec 18 2000 | 0.00 | |
| Dec 18 2001 | 0.00 | |
| Dec 18 2002 | 0.00 | |
| Dec 18 2003 | 0.00 | |
| Dec 18 2004 | 0.00 | |
| Dec 18 2005 | 780,730.04 | EQUITY RENT |
| Dec 18 2006 | 1,257,623.02 | ↓ |
| Dec 18 2007 | 1,336,353.68 | ↓ |
| Dec 18 2008 | 1,391,468.87 | ↓ |
| Dec 18 2009 | 0.00 | |
| Jan 18 2010 | * 2,144,234.40 | RENT/1ST. EBO PAYMENT (SEE EXHIBIT B OF LEASE) |
| Jan 18 2011 | 0.00 | |
| Jan 18 2012 | 0.00 | |
| Jan 18 2013 | 0.00 | |
| May 12 2013 | ⊗ 8,209,998.82 | |
| | 15,120,408.83 | |

* PER ABC PRICING REPORT 3.1, THE $2,144,234.40 IS RENT IF THE EBO IS NOT EXERCISED & IS PART OF THE EBO PAYMENT IF IT IS EXERCISED.

⊗ RESIDUAL VALUE PAYMENT, IF THE EBO IS NOT EXERCISED.

SCHEDULE B
to
Equity Payment Undertaking Agreement (Trust 1998 NB-1)

## Accreted Value

Applicable Interest Rate: 5.19% per annum

| Early Termination Date | Accreted Value |
|---|---|
| 12/21/98 | 8,269,948.41 |
| 1/1/99 | 8,281,726.71 |
| 2/1/99 | 8,317,162.35 |
| 3/1/99 | 8,352,749.62 |
| 4/1/99 | 8,388,489.16 |
| 5/1/99 | 8,424,381.61 |
| 6/1/99 | 8,460,427.65 |
| 7/1/99 | 8,496,627.91 |
| 8/1/99 | 8,532,983.07 |
| 9/1/99 | 8,569,493.78 |
| 10/1/99 | 8,606,160.72 |
| 11/1/99 | 8,642,984.54 |
| 12/1/99 | 8,679,965.93 |
| 1/1/00 | 8,717,105.55 |
| 2/1/00 | 8,754,404.08 |
| 3/1/00 | 8,791,862.21 |
| 4/1/00 | 8,829,480.61 |
| 5/1/00 | 8,867,259.97 |
| 6/1/00 | 8,905,200.98 |
| 7/1/00 | 8,943,304.33 |
| 8/1/00 | 8,981,570.72 |
| 9/1/00 | 9,020,000.84 |
| 10/1/00 | 9,058,595.39 |
| 11/1/00 | 9,097,355.08 |
| 12/1/00 | 9,136,280.61 |
| 1/1/01 | 9,175,372.70 |
| 2/1/01 | 9,214,632.06 |
| 3/1/01 | 9,254,059.39 |
| 4/1/01 | 9,293,655.43 |
| 5/1/01 | 9,333,420.89 |
| 6/1/01 | 9,373,356.50 |
| 7/1/01 | 9,413,462.98 |



la 15827 v1 [c7n011.DOC]

| Early Termination Date | Accreted Value |
|---|---|
| 8/1/01 | 9,453,741.07 |
| 9/1/01 | 9,494,191.50 |
| 10/1/01 | 9,534,815.01 |
| 11/1/01 | 9,575,612.34 |
| 12/1/01 | 9,616,584.23 |
| 1/1/02 | 9,657,731.43 |
| 2/1/02 | 9,699,054.69 |
| 3/1/02 | 9,740,554.76 |
| 4/1/02 | 9,782,232.40 |
| 5/1/02 | 9,824,088.37 |
| 6/1/02 | 9,866,123.43 |
| 7/1/02 | 9,908,338.36 |
| 8/1/02 | 9,950,733.91 |
| 9/1/02 | 9,993,310.86 |
| 10/1/02 | 10,036,069.99 |
| 11/1/02 | 10,079,012.07 |
| 12/1/02 | 10,122,137.89 |
| 1/1/03 | 10,165,448.24 |
| 2/1/03 | 10,208,943.91 |
| 3/1/03 | 10,252,625.68 |
| 4/1/03 | 10,296,494.36 |
| 5/1/03 | 10,340,550.74 |
| 6/1/03 | 10,384,795.63 |
| 7/1/03 | 10,429,229.84 |
| 8/1/03 | 10,473,854.16 |
| 9/1/03 | 10,518,669.43 |
| 10/1/03 | 10,563,676.45 |
| 11/1/03 | 10,608,876.04 |
| 12/1/03 | 10,654,269.03 |
| 1/1/04 | 10,699,856.25 |
| 2/1/04 | 10,745,638.53 |
| 3/1/04 | 10,791,616.70 |
| 4/1/04 | 10,837,791.60 |
| 5/1/04 | 10,884,164.07 |
| 6/1/04 | 10,930,734.96 |
| 7/1/04 | 10,977,505.11 |
| 8/1/04 | 11,024,475.39 |
| 9/1/04 | 11,071,646.63 |
| 10/1/04 | 11,119,019.72 |
| 11/1/04 | 11,166,595.50 |
| 12/1/04 | 11,214,374.85 |
| 1/1/05 | 11,262,358.64 |
| 2/1/05 | 11,310,547.73 |

| Early Termination Date | Accreted Value |
|---|---|
| 3/1/05 | 11,358,943.02 |
| 4/1/05 | 11,407,545.38 |
| 5/1/05 | 11,456,355.70 |
| 6/1/05 | 11,505,374.87 |
| 7/1/05 | 11,554,603.78 |
| 8/1/05 | 11,604,043.33 |
| 9/1/05 | 11,653,694.42 |
| 10/1/05 | 11,703,557.95 |
| 11/1/05 | 11,753,634.84 |
| 12/1/05 | 11,803,926.00 |
| 12/18/05 | 11,051,789.74 |
| 1/1/06 | 11,072,256.48 |
| 2/1/06 | 11,119,632.17 |
| 3/1/06 | 11,167,210.57 |
| 4/1/06 | 11,214,992.55 |
| 5/1/06 | 11,262,978.98 |
| 6/1/06 | 11,311,170.74 |
| 7/1/06 | 11,359,568.69 |
| 8/1/06 | 11,408,173.73 |
| 9/1/06 | 11,456,986.74 |
| 10/1/06 | 11,506,008.60 |
| 11/1/06 | 11,555,240.22 |
| 12/1/06 | 11,604,682.50 |
| 12/18/06 | 10,375,170.61 |
| 1/1/07 | 10,394,384.32 |
| 2/1/07 | 10,438,859.55 |
| 3/1/07 | 10,483,525.08 |
| 4/1/07 | 10,528,381.72 |
| 5/1/07 | 10,573,430.30 |
| 6/1/07 | 10,618,671.63 |
| 7/1/07 | 10,664,106.53 |
| 8/1/07 | 10,709,735.85 |
| 9/1/07 | 10,755,560.40 |
| 10/1/07 | 10,801,581.02 |
| 11/1/07 | 10,847,798.55 |
| 12/1/07 | 10,894,213.84 |
| 12/18/07 | 9,584,250.26 |
| 1/1/08 | 9,601,999.27 |
| 2/1/08 | 9,643,084.06 |
| 3/1/08 | 9,684,344.65 |
| 4/1/08 | 9,725,781.78 |
| 5/1/08 | 9,767,396.21 |
| 6/1/08 | 9,809,188.70 |

| Early Termination Date | | Accreted Value |
|---|---|---|
| 7/1/08 | | 9,851,160.01 |
| 8/1/08 | | 9,893,310.91 |
| 9/1/08 | | 9,935,642.16 |
| 10/1/08 | | 9,978,154.53 |
| 11/1/08 | | 10,020,848.81 |
| 12/1/08 | | 10,063,725.77 |
| 12/18/08 | | 8,696,635.23 |
| 1/1/09 | | 8,712,740.46 |
| 2/1/09 | | 8,750,020.32 |
| 3/1/09 | | 8,787,459.69 |
| 4/1/09 | | 8,825,059.25 |
| 5/1/09 | | 8,862,819.69 |
| 6/1/09 | | 8,900,741.70 |
| 7/1/09 | | 8,938,825.97 |
| 8/1/09 | | 8,977,073.20 |
| 9/1/09 | | 9,015,484.07 |
| 10/1/09 | | 9,054,059.30 |
| 11/1/09 | | 9,092,799.58 |
| 12/1/09 | | 9,131,705.63 |
| 1/1/10 | | 9,170,778.14 |
| 1/18/10 | $2,144,234.40 (1ST EBO INSTALLMENT) | 7,745,243.52 * |
| 2/1/10 | | 7,759,586.89 |
| 3/1/10 | | 7,792,788.41 |
| 4/1/10 | | 7,826,132.00 |
| 4/15/10 | | 5,849,831.02 |
| 5/1/10 | | 5,863,167.11 |
| 6/1/10 | | 5,888,254.28 |
| 6/15/10 | | 3,908,088.23 |
| 6/18/10 | | 3,909,757.20 |
| 7/1/10 | | 3,916,997.65 |
| 8/1/10 | | 3,933,757.60 |
| 9/1/10 | | 3,950,589.27 |
| 9/15/10 | | 1,966,558.56 |
| 10/1/10 | | 1,971,041.80 |
| 11/1/10 | | 1,979,475.45 |
| 12/1/10 | | 1,987,945.18 |
| 12/15/10 | | (0.00) |

* THE VALUE OF THE EQUITY DEPOSIT JUST BEFORE THE FIRST EBO PAYMENT WOULD HAVE BEEN $9,889,477.92 (7,745,243.52 + 2,144,234.40).



ls 13827 v1 [c7n01!.DOC]

United States

Arcadia
Atlanta
Boston
Buffalo
Charlotte
Chicago
Cincinnati
Dallas
Denver
Detroit
Houston
Irvine
Los Angeles
Milwaukee
Minneapolis
New Orleans
New York
Philadelphia
Pittsburgh
Princeton
Rolling Meadows
St. Louis
San Francisco
Tampa

*American Appraisal Associates®*
411 East Wisconsin Avenue
Suite 1900
P.O. Box 664
Milwaukee, Wisconsin 53201-0664

Telephone (414) 271-7240

International

Argentina
Brazil
Canada
China
Czech Republic
England
Hong Kong
Hungary
Italy
Japan
Mexico
Morocco
Peru
Philippines
Poland
Portugal
Russia
Spain
Taiwan
Thailand
Venezuela

January 11, 1999

Norwest Bank Minnesota, National Association
Minneapolis, Minnesota

In accordance with your authorization, we have made an investigation and appraisal as of December 18, 1998, of certain items of mobile telephone digital switching equipment (the "Equipment") to be installed at various locations throughout the telecommunications system of Finland, and submit our findings in this report. The Equipment consists of both hardware components and hardware enhancements, as well as the software required for the operation of the hardware components and hardware enhancements. The Equipment included in this transaction was manufactured primarily by Ericsson and Nokia.

This report is intended to comply with the purpose and reporting requirements set forth by the Uniform Standards of Professional Appraisal Practice ("USPAP") for a summary appraisal report. As such, it presents only summary discussions of the data, reasoning, and analyses that were used in the appraisal process to develop the opinions of value of American Appraisal Associates, Inc. ("AAA"). Supporting documentation concerning these matters has been retained in our work papers. The depth of discussion contained in this report is specific to your needs as the client and for the intended use stated below. AAA is not responsible for the unauthorized use of this report.

It is our understanding the Equipment will be subject to a head lease, wherein Norwest Bank Minnesota ("Norwest," or the "Lessor" or "Equity Investor") will be the Equity Investor and beneficiary, will have the benefits of economic and tax ownership and will then lease the Equipment to Sonera Ltd. (the "Lessee"). The Equipment was placed in service by the Lessee over the past several years; however, for the purpose of this analysis the Equipment is considered New Equipment. An itemized listing of the Equipment can be found in Exhibit A to this report.