**EXHIBIT 10**

**From:** Weinberg, Karen
**Sent:** Friday, November 30, 2001 03:35 PM
**To:** 'richard.e.johnson@wellsfargo.com'
**CC:** Hurst, Greg
**Subject:** Name of Investor for BART_Muni transactions

Rich...will you be investing through NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION or a different entity? Regards,Karen

KAREN.WEINBERG@US.CIBC.COM
831-626-7423 CA office
212-856-3614 NY office
917-544-0480 Mobile #