**EXHIBIT 11**

**From:** Jay Zwerling (NY)
**Sent:** Friday, October 11, 2002 09:36 PM
**To:** 'Richard.E.Johnson@WellsFargo.COM'
**Subject:** Houston Metro

Further to my voicemail, Jonathan had thought for the second tranche of Houston Metro and given your increased FSA limits that you would not need the ACE wrap. Can you please advise. Thanks.