**EXHIBIT 12**

**From:** Lisa Cicale
**Sent:** Thursday, December 13, 2001 02:42 PM
**To:** 'rwebb@njtransit.com'; 'kworton@njtransit.com'; 'cwedel@njtransit.com'; 'ahalchak@gibbonslaw.com'; 'pulrich@gibbonslaw.com'; 'mlubben@gibbonslaw.com'; 'mkossow@gibbonslaw.com'; 'sfinnegan@fsa.com'; 'sberkowitz@fsa.com'; 'jdoyle@fsa.com'; 'ocormarie@dexia-us.com'; 'shayek@dexia-us.com'; 'tverdcourt@dexia-us.com'; 'bob.smith@linklaters.com'; 'kevin.hall@linklaters.com'; 'danelle.le_cren@linklaters.com'; 'steven.thomas@linklaters.com'; 'andrew.auerbach@linklaters.com'; 'jonathan.savar@macquarie.com'; 'melissa.bernstein@macquarie.com'; 'mike.ziemke@macquarie.com'; 'anthony.zavadil@macquarie.com'; 'george.bischof@macquarie.com'; 'richard.e.johnson@wellsfargo.com'; 'judy.i.vanosdel@wellsfargo.com'; 'rsimon@kslaw.com'; 'chemsworth@kslaw.com'; 'ckline@kslaw.com'; 'rwright@kslaw.com'; 'skaufmann@kslaw.com'; 'robert.reynolds@wellsfargo.com'; 'frank.mcdonald@wellsfargo.com'; 'brett.r.king@wellsfargo.com'; 'scott.rivello@ey.com'; 'Veronica.porras@ey.com'; 'justin.turner@ey.com'; 'zamir.kalyani@ey.com'; 'rviat@aol.com'; 'dshuman@rlbadc.com'
**CC:** John Hackett; William Yagoda
**Subject:** RE: NJT Buses - Conference call

The dial in number for today's NJT Buses conference call at 3:00PM is 888-550-5969 and the access code is 608 988. Please be prepared to discuss any remaining oustanding issues or questions you may have.

```
>  -----Original Message-----
> From:     Lisa Cicale
> Sent:    Tuesday, December 11, 2001 6:06 PM
> To:    'rwebb@njtransit.com'; 'kworton@njtransit.com';
> 'cwedel@njtransit.com'; 'ahalchak@gibbonslaw.com';
> 'pulrich@gibbonslaw.com'; 'mlubben@gibbonslaw.com';
> 'mkossow@gibbonslaw.com'; 'sfinnegan@fsa.com'; 'sberkowitz@fsa.com';
> 'jdoyle@fsa.com'; 'ocormarie@dexia-us.com'; 'shayek@dexia-us.com';
> 'tverdcourt@dexia-us.com'; 'bob.smith@linklaters.com';
> 'kevin.hall@linklaters.com'; 'danelle.le_cren@linklaters.com';
> 'steven.thomas@linklaters.com'; 'andrew.auerbach@linklaters.com';
> 'jonathan.savar@macquarie.com'; 'melissa.bernstein@macquarie.com';
> 'mike.ziemke@macquarie.com'; 'anthony.zavadil@macquarie.com';
> 'george.bischof@macquarie.com'; 'richard.e.johnson@wellsfargo.com';
> 'judy.i.vanosdel@wellsfargo.com'; 'rsimon@kslaw.com';
> 'chemsworth@kslaw.com'; 'ckline@kslaw.com'; 'rwright@kslaw.com';
> 'skaufmann@kslaw.com'; 'robert.reynolds@wellsfargo.com';
> 'frank.mcdonald@wellsfargo.com'; 'brett.r.king@wellsfargo.com';
> 'scott.rivello@ey.com'; 'Veronica.porras@ey.com'; 'justin.turner@ey.com';
> 'zamir.kalyani@ey.com'; 'rviat@aol.com'; 'dshuman@rlbadc.com'
> Cc:    John Hackett; William Yagoda
> Subject:    NJT Buses - Conference call
>
> We are interested in having a conference call Thursday, December 13th at
> approximately 3:00pm to discuss any remaining outstanding issues in the
> NJT Bus Transaction.  Please let us know if there are any conflicts before
> we set up the call.
```