# In the United States Court of Federal Claims

No. 06-628T

(Filed: June 24, 2008)

*************************************** *
*
WELLS FARGO & COMPANY *
AND SUBSIDIARIES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

AMENDED SCHEDULING ORDER

On June 24, 2008, the Court conducted a status conference with counsel for the parties to address Defendant's motion to enlarge the current discovery schedule, filed on June 3, 2008. Plaintiff filed its response on June 13, 2008, and Defendant filed its reply on June 20, 2008. After considering the parties' positions, the Court agreed to extend all discovery deadlines set forth in the Court's January 3, 2008 Order by three months. Accordingly, the Court hereby amends the following deadlines for discovery in this case:

1. All fact discovery shall be completed by October 31, 2008;

2. Expert reports are due by December 15, 2008;

3. Expert rebuttal reports are due by January 15, 2009;

4. Expert discovery shall be completed by February 16, 2009.

The Court has reserved approximately one month for trial in this case, beginning April 6, 2009. The Court will conduct a telephone conference on December 3, 2008 at 10:00 AM

(EST) for the purpose of adopting an appropriate pretrial order for this case. Counsel of record are expected to participate.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge