# In the United States Court of Federal Claims

No. 06-628T

(Filed: August 20, 2008)

| | |
|---|---|
| ****************************************** | * |
| | * |
| WELLS FARGO & COMPANY<br>AND SUBSIDIARIES, | *<br>* |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

SCHEDULING ORDER

As discussed with counsel for the parties, the Court will conduct a telephonic status conference in the above-captioned case on September 3, 2008 at 10:00 AM EDT.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge