IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **WELLS FARGO & COMPANY and SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-628 T** |
| **v.** | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSES TO UNITED STATES' FIRST SET OF INTERROGATORIES**

Pursuant to Rule of the United States Court of Federal Claims ("RCFC") 33, Plaintiff, Wells Fargo & Company and Subsidiaries ("Wells Fargo"), provides the following responses to the United States' First Set of Interrogatories, subject to the objections and limitations specified.

Plaintiff is continuing to review the matters subject to this proceeding and will supplement and/or correct its responses to include information thereafter acquired and reviewed, as required under RCFC 26(e).

**GENERAL OBJECTIONS**

1. Wells Fargo objects to the United States' First Set of Interrogatories to the extent that the Interrogatories call for the disclosure of information that is subject to any claim of privilege or protection or that was prepared in anticipation of litigation. This includes, without limitation, the attorney-client privilege, work product doctrine or the tax practitioner's privilege under Internal Revenue Code ("IRC") Section 7525.

2. Wells Fargo objects to the United States' First Set of Interrogatories to the extent that the United States purports to impose any requirement or discovery obligation other than or beyond those set forth in the RCFC or other applicable rules.

3. Wells Fargo objects to the United States' First Set of Interrogatories to the extent that the Interrogatories call for information or documents already known to be in the United States' possession.

4. Wells Fargo objects to the United States' First Set of Interrogatories to the extent that the Interrogatories seek immaterial and/or irrelevant information. By providing answers or producing documents, Wells Fargo does not concede that the information therein is material and/or relevant to any claims or defenses or even that such information is reasonably calculated to lead to the discovery of admissible evidence.

5. By providing answers or producing documents in response to the United States' First Set of Interrogatories, Wells Fargo does not waive any of its objections and expressly reserves its right to object to the admissibility of the information therein.

6. Wells Fargo objects to certain Interrogatories as overly broad, unduly burdensome or expensive, and seeking information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Such Interrogatories are specifically identified.

Wells Fargo hereby incorporates each of the foregoing General Objections into each of the following responses to the United States' First Set of Interrogatories, and provides each response subject to and without waiving these General Objections.

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1.** Identify, by transaction, all persons who have, or may have, knowledge of, or information relating to, each of the Transactions and 2003 Transactions, specifying each person's involvement in the promotion, recommendation, planning, review, approval, or implementation of each of the transactions.

**RESPONSE:** Wells Fargo objects to Interrogatory No. 1 as overbroad and unduly burdensome. Wells Fargo is not aware of all individuals that have knowledge of each of the Sale-Leaseback Transactions as defined in Plaintiff's Complaint, paragraph 7. These transactions involved multiple entities, and Wells Fargo cannot determine all individuals at each entity who had knowledge regarding the transactions. Further, Wells Fargo cannot, without undue burden and expense, determine all of its current and former employees who had knowledge of the Sale-Leaseback Transactions if they had no material involvement with the transactions. *See, e.g.*, *Smith v. City of New York*, 2006 WL 2516479, *1 (E.D.N.Y. Aug. 29, 2006) (where "interrogatories are improperly worded and seek long narratives," the party "need not engage in long narratives in response"); *Turner v. Moen Steel Erection, Inc.*, 2006 WL 3392206 (D. Neb.) (an interrogatory is overly broad and unduly burdensome "if it seeks 'all facts' supporting a claim or defense, such that the answering party is required to provide a narrative account of its case"); *Hilt v. SFC Inc.*, 170 F.R.D. 182, 188 (D. Kan. 1997) (an interrogatory requesting "a running narrative or description of the entire case, together with identifications of all knowledgeable persons and supporting documents," is overly broad and burdensome); *Pilling v. Gen. Motors Corp.*, 45 F.R.D. 366, 370 (D. Utah 1968) (stating that, although "the listing of details concerning every [responsive] publication could be unreasonable, the specification of representative publications, if any, and the general descriptions of such other publications, if any,

would not be"); *City of Wichita, Kansas v. Aero Holdings, Inc.*, 2000 WL 33170895 (D. Kan.) (finding interrogatories asking the interrogated party to "list all facts" and "identify all persons having knowledge" about a transaction were overbroad).

The use of the word "all" in Interrogatory No. 1 also renders the request vague and ambiguous, as well as overbroad; the request does not adequately advise Wells Fargo of the specific information sought. *See, e.g., Stovall v. Gulf and S. Am. Steamship Co.*, 30 F.R.D. 152, 154 (S.D. Tx. 1961) ("[h]ow can the court make enforceable orders with reference to 'all' of anything?"); *Sheffield Corp. v. George F. Alger Co.*, 16 F.R.D. 27, 29 (S.D. Ohio 1954) (condemning interrogatories that use the word "all"); *Aero Holdings*, 2000 WL 33170895.

Further, Interrogatory No. 1 is not limited to a single discrete subject as required by RCFC 33(a). *See also* Fed. R. Civ. P. 33(a) (containing identical language) and *Safeco of Am. v. Rawstron*, 181 F.R.D. 441, 443 (C.D. Cal. 1998) (interrogatories often contain subparts that "are implicit and not separately numbered or lettered"). Rather, Interrogatory No. 1 impermissibly attempts to elicit information concerning several distinct subject matters. Wells Fargo is not compelled to answer an interrogatory in compound form, such as Interrogatory No. 1. *See Pogue v. Diabetes Treatment Ctr. of Am., Inc.*, 235 F.R.D. 521, 525 (D. D.C. 2006) (a party "will not be compelled to provide an answer" to an interrogatory in the "compound form"). Moreover, when each implicit subpart is considered, Interrogatory No. 1 evades the limit of 25 interrogatories set forth in RCFC 33(a). *See, e.g., Johnson v. Kraft Foods N. Am.*, 2006 WL 3143930 (D. Kan. Oct. 31, 2006) (stating that the "extensive use of subparts, whether explicit or implicit" may render the numerical limit in Rule 33 "meaningless") and *Bujnicki v. Am. Paving and Excavating, Inc.*, 2004 WL 1071736, *9 (finding a blanket request for the interrogated party to set forth the facts

supporting each defense to be an "attempt[] to evade the presumptive limitation set forth in" Rule 33(a)).

Without waiving the above objections, Wells Fargo responds as follows. Wells Fargo & Company, the successor in interest by merger of "old" Wells Fargo & Company and First Security Corporation into Norwest Corporation, managed and underwrote its leveraged leasing operations – including the Sale-Leaseback Transactions at issue – through Wells Fargo Equipment Finance, Inc., which was formerly known as Norwest Equipment Finance, Inc. Richard Johnson, Vice President of Wells Fargo Equipment Finance, Inc., was the primary individual responsible for the origination, recommendation, planning, review and implementation of the Sale-Leaseback Transactions.

Mr. Johnson was the exclusive contact at Wells Fargo for the various entities who arranged the financing, syndication and structure of the Sale-Leaseback Transactions on behalf of the municipalities and other owners/operators of equipment subject to the Sale-Leaseback Transactions. After receiving information or proposals concerning potential leasing transactions, Mr. Johnson made the threshold decision whether such leasing transaction satisfied Wells Fargo's pricing objectives and other investment criteria and thus, whether to pursue a transaction. If his decision was affirmative, Mr. Johnson then fostered the internal review, analysis and approval of the transaction and dealt directly with the third parties and external advisors involved in the transaction, including equity investor advisors, lessee advisors, counsel, appraisers and experts.

In the course of internal analysis and approval of a Sale-Leaseback Transaction, Mr. Johnson coordinated with individuals from the credit, equipment management and accounting divisions of Wells Fargo Equipment Finance, Inc.

Scott Seaborg, Assistant Vice President of Credit, provided credit analysis review on the lessee, equity strip provider and equity defeasance holder. Mr. Seaborg worked directly with Mr. Johnson if any financial questions or issues arose concerning the lessee, strip provider or defeasance holder. Mr. Seaborg presented the results of his analysis in credit memoranda, copies of which have been provided previously to Defendant in Plaintiff's Rule 26(a) production.

Don Oram, Equipment Manger, Wells Fargo Equipment Finance, Inc., reviewed the equipment appraisal reports, QTE Reports or Service Contract Opinions in the course of recommending and reviewing the Sale-Leaseback Transactions. Mr. Oram also reviewed other available information regarding the equipment, including industry-specific publications. Mr. Oram worked directly with Mr. Johnson if any questions or issues arose concerning the appraisal, QTE Reports or Service Contract Opinions. Mr. Oram presented his analysis in an equipment review memorandum, copies of which have been provided previously to Defendant.

Mr. Johnson coordinated with financial advisors engaged by Wells Fargo to provide the pricing runs for each Sale-Leaseback Transaction. Pricing runs were used by internal Wells Fargo accounting personnel, primarily Rob Engstrom, to book the lease and ensure the data was correct and the numbers tied to Wells Fargo's financial and economic objectives.

Over the course of the review and analysis of the Sale-Leaseback Transactions, Mr. Johnson reported at various times to James Renner, President of Wells Fargo Equipment Finance, Inc., Andrew Rupprecht, Senior Vice President of Wells Fargo Equipment Finance, Inc. and Craig Dahl, General Sales Manager of Wells Fargo Equipment Finance, Inc., concerning the Sale-Leaseback Transactions.

Finally, the consummation of any Sale-Leaseback Transaction was subject to final credit approval by certain individuals, including the following: Scott Seaborg, Assistant Vice President of Credit; Andrew Rupprecht, Senior Vice President of Wells Fargo Equipment Finance, Inc.; James Renner, President of Wells Fargo Equipment Finance, Inc.; Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.; Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.; and Dave Hoyt, Group Executive Vice President, Wholesale Banking. In addition, the Tax Director approved the tax capacity to utilize the tax benefits related to the Sale-Leaseback Transactions.

The individuals listed by transaction and entity, below, may have knowledge of the Sale-Leaseback Transactions. Wells Fargo believes the basis of each individual's knowledge of or information relating to the Sale-Leaseback Transactions is commensurate with the entity for which they worked, the entity's role in the transaction and the individual's role within such entity as described below. The addresses of the entities listed below are contained in schedules to the Participation Agreements and other operative documents, which have been referenced by Bates number for your convenience. *See, e.g.*, Bates Nos. WPF005809-005812; WPF010168-WPF010172. Please note, the entity and individual names and titles listed below reflect the information that existed during the relevant time period such entities or individuals were involved in the Sale-Leaseback Transactions. We understand that some of the names and titles listed below may have changed, which we can discuss in further detail if the United States so requires.

Petitioner's response to Interrogatory No. 2 also identifies and describes, by transaction, the entities Petitioner consulted in the course of each transaction.

**AC Transit 2003-1** (*See* Bates Nos. WPF000001-WPF003747)

Alameda-Contra Costa Transit District ("AC Transit") was Head Lessor, Lessee and operator of the transit buses and commuter coaches subject to lease financing in the AC Transit 2003-1 Transaction. *See* Bates Nos. WPF000001, WPF000236-WPF000255.

Richard C. Fernandez, General Manager
Rose Martinez, District Secretary
Deborah McClain, Chief Financial Officer
Kenneth C. Sheidig, General Counsel

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the AC Transit 2003-1 Transaction. *See* Bates No. WPF000001. Wells Fargo formed the AC Transit 2003-1 Statutory Trust to enter into the various leases and other agreements involved in the AC Transit 2003-1 Transaction. *See* Bates No. WPF000211. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

Wells Fargo Bank Northwest, N.A. was the Collateral Agent and Trustee of the AC Transit 2003-1 Statutory Trust, which was formed to enter into the various leases and other agreements involved in the AC Transit 2003-1 Transaction. *See* Bates Nos. WPF000001, WPF000211-WPF000255.

Michael D. Hogan, Vice President
Brett R. King, Vice President
C. Scott Nielsen, Trust Officer
Joseph P. O'Donnell, Trust Officer
Val T. Orton, Trust Officer
Robert L. Reynolds, Vice President

FSA Global Funding Limited was the Lender to Wells Fargo Bank Minnesota, N.A. *See* Bates Nos. WPF000344-WPF000379.

Helen Allen, Director

Premier International Funding Co. was the Payment Undertaker. *See* Bates Nos. WPF000412-WPF000432.

Helen Allen, Director

Financial Security Assurance, Inc. was the Strip Surety Provider and issued a Financial Guaranty Insurance Policy in connection with the AC Transit 2003-1 Transaction. *See* Bates Nos. WPF000433-WPF000442.

Steven J. Berkowitz, Managing Director
Bruce E. Stern, General Counsel

Driver Alliant Insurance Services, Inc. provided excess liability insurance to AC Transit. *See* Bates Nos. WPF000965-WPF000985.

W. Jeffrey Mann, Vice President
Carrie White, Assistant Account Administrator

Federal Transit Administration, U.S. Department of Transportation, reviewed the draft operative documents of the AC Transit 2003-1 Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates Nos. WPF000997-WPF000999.

Robert D. Jamison

King & Spalding was tax counsel and special New York counsel and provided a tax opinion and legal opinion to Wells Fargo Bank Minnesota, N.A. concerning the AC Transit 2003-1 Transaction. *See* Bates Nos. WPF000798-WPF000801.

Philip H. Spector
Gregory Todd

Collateral Guaranty provided Wells Fargo Bank Minnesota N.A. an opinion concerning the Residual Value Insurance in connection with the AC Transit 2003-1 Transaction. *See* Bates Nos. WPF001722-WPF001724.

Thomas A. Orofino, Managing Partner

National Economic Research Associates (NERA) provided an interest rate opinion letter in connection with the AC Transit 2003-1 Transaction. *See* Bates No. WPF001725.

David M. Ellis, Vice President

Marsh USA Inc. provided Wells Fargo Equipment Finance, Inc. an opinion concerning the commercial reasonableness of the insurance coverage requirements and insurance provisions in connection with the AC Transit 2003-1 Transaction. *See* Bates Nos. WPF001730-WPF001731.

Martha Davis Mangold, Managing Director

Alison N. Muller, Assistant Vice President

Ernst & Young, LLP provided Wells Fargo Bank Minnesota, N.A. an appraisal of the transit buses and commuter coaches subject to lease financing in the AC Transit 2003-1 Transaction. *See* Bates Nos. WPF001035-WPF001720.

Scott Rivello, ASA

R.L. Banks & Associates provided Wells Fargo a Service Contract Opinion assessing the commercial feasibility of the service contract in the AC Transit 2003-1 Transaction. *See* Bates Nos. WPF001732-WPF001875.

Robert L. Banks
David J. Shuman

Macquarie Corporate Finance (USA) Inc. was financial advisor to AC Transit and arranged the structure and financing for the AC Transit 2003-1 Transaction. *See* Bates Nos. WPF000963-WPF000964.

Saskia Van Dijk

Babcock & Brown, L.P. was advisor to Wells Fargo Bank Minnesota, N.A. concerning the structure, economics and financing of the AC Transit 2003-1 Transaction and provided Wells Fargo Bank Minnesota, N.A. with pricing runs concerning the transaction. *See* Bates Nos. WPF002870, WPF002874, WPF002906-WPF002912.

Sue Sparks

Ray, Quinney & Nebeker was special counsel and provided a legal opinion to Wells Fargo Bank Minnesota, N.A. in connection with the AC Transit 2003-1 Transaction. *See* Bates No. WPF000802.

M. John Ashton

Orrick, Herrington & Sutcliffe, LLP was special counsel and provided a legal opinion to AC Transit in connection with the AC Transit 2003-1 Transaction. *See* Bates No. WPF000745.

Fulbright & Jaworski, LLP was special New York counsel and provided a legal opinion to Wells Fargo Bank Minnesota, N.A., FSA Global Funding Limited and Premier International Funding Co. in connection with the AC Transit 2003-1 Transaction. *See* Bates No. WPF000787.

Day, Berry & Howard, LLP was special Connecticut counsel to Wells Fargo Bank Northwest, N.A. in its individual capacity and as Trustee of the AC Transit 2003-1 Statutory Trust. *See* Bates No. WPF000808.

Maples and Calder was Cayman Islands counsel and provided a legal opinion to FSA Global Funding Limited in connection with the AC Transit 2003-1 Transaction. *See* Bates No. WPF000819. Maples and Calder was Cayman Islands counsel and provided a legal opinion to Premier International Funding Co. in connection with the AC Transit 2003-1 Transaction. *See* Bates No. WPF000829.

Linklaters was special New York counsel for Premier International Funding Co. *See* Bates No. WPF000814.

**<u>AC Transit 2003-2</u>** (*See* Bates Nos. WPF003751-WPF005693)

Alameda-Contra Costa Transit District ("AC Transit") was Head Lessor, Lessee and operator of the transit and articulated buses subject to lease financing in the AC Transit 2003-2 Transaction. *See* Bates No. WPF003751.

Richard C. Fernandez, General Manager
Rose Martinez, District Secretary
Deborah McClain, Chief Financial Officer
Kenneth C. Sheidig, General Counsel

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the AC Transit 2003-2 Transaction. Wells Fargo formed the AC Transit 2003-2 Statutory Trust to enter into the various leases and other agreements involved in the AC Transit 2003-2 Transaction. *See* Bates Nos. WPF003931-WPF003955. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction. *See* Bates No. WPF003751.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Don Oram, Equipment Manager
Michael Newburg, Tax Department
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

Wells Fargo Bank Northwest, N.A. was the Collateral Agent and Trustee of the AC Transit 2003-2 Statutory Trust, which was formed to enter into the various leases and other agreements involved in the AC Transit 2003-2 Transaction. *See* Bates Nos. WPF003751, WPF003931-WPF003955.

Michael D. Hogan, Vice President
Brett R. King, Vice President
C. Scott Nielsen, Trust Officer
Joseph P. O'Donnell, Trust Officer
Val T. Orton, Trust Officer
Robert L. Reynolds, Vice President

FSA Global Funding Limited was the Lender to Wells Fargo Bank Minnesota, N.A. *See* Bates Nos. WPF004063-WPF004099.

Helen Allen, Director

Premier International Funding Co. was the Payment Undertaker. *See* Bates Nos. WPF004131-WPF004150.

Helen Allen, Director

Financial Security Assurance, Inc. was the Strip Surety Provider and issued a Financial Guaranty Insurance Policy in connection with the AC Transit 2003-2 Transaction. *See* Bates Nos. WPF004161-WPF004177.

Steven J. Berkowitz, Managing Director
Bruce E. Stern, General Counsel

Driver Alliant Insurance Services, Inc. provided excess liability insurance to AC Transit. *See* Bates Nos. WPF000965-WPF000985.

W. Jeffrey Mann, Vice President
Carrie White, Assistant Account Administrator

Federal Transit Administration, U.S. Department of Transportation, reviewed the draft operative documents of the AC Transit 2003-1 Transaction and opined the transaction conforms

to the FTA's guidelines concerning tax-advantaged leases. *See* Bates Nos. WPF000997-WPF000999.

Robert D. Jamison

King & Spalding was tax counsel and special New York counsel and provided a tax opinion and legal opinion to Wells Fargo Bank Minnesota, N.A. concerning the AC Transit 2003-2 Transaction. *See* Bates Nos. WPF004413-WPF004416.

Philip H. Spector
Gregory Todd

Collateral Guaranty provided Wells Fargo Bank Minnesota N.A. an opinion concerning the Residual Value Insurance in connection with the AC Transit 2003-2 Transaction. *See* Bates Nos. WPF005520-WPF005522.

Thomas A. Orofino, Managing Partner

National Economic Research Associates (NERA) provided an interest rate opinion letter in connection with the AC Transit 2003-2 Transaction. *See* Bates Nos. WPF005525.

David M. Ellis, Vice President

Marsh USA Inc. provided Wells Fargo Equipment Finance, Inc. an opinion concerning the commercial reasonableness of the insurance coverage requirements and insurance provisions in connection with the AC Transit 2003-2 Transaction. *See* Bates No. WPF005523.

Martha Davis Mangold, Managing Director
Alison N. Muller, Assistant Vice President

Ernst & Young, LLP provided Wells Fargo Bank Minnesota, N.A. an appraisal of the transit and articulated buses subject to lease financing in the AC Transit 2003-2 Transaction. *See* Bates No. WPF005102.

Scott Rivello, ASA

R.L. Banks & Associates provided Wells Fargo a Service Contract Opinion assessing the commercial feasibility of the service contract in the AC Transit 2003-2 Transaction. *See* Bates Nos. WPF005532-WPF005635.

Robert L. Banks
David J. Shuman

Macquarie Corporate Finance (USA) Inc. was financial advisor to AC Transit and arranged the structure and financing for the AC Transit 2003-2 Transaction. *See* Bates No. WPF005645.

Saskia Van Dijk

Babcock & Brown LP was advisor to Wells Fargo Bank Minnesota, N.A. concerning the structure, economics and financing of the AC Transit 2003-2 Transaction and provided Wells Fargo Bank Minnesota, N.A. with pricing runs concerning the transaction. *See* Bates Nos. WPF005649, WPF005652, WPF005686-WPF005692.

Sue Sparks

Ray, Quinney & Nebeker was special counsel and provided a legal opinion to Wells Fargo Bank Minnesota, N.A. in connection with the AC Transit 2003-2 Transaction. *See* Bates No. WPF004417.

M. John Ashton

Orrick, Herrington & Sutcliffe, LLP was special counsel and provided a legal opinion to AC Transit in connection with the AC Transit 2003-2 Transaction. *See* Bates No. WPF004359.

Fulbright & Jaworski, LLP was special New York counsel and provided a legal opinion to Wells Fargo Bank Minnesota, N.A., FSA Global Funding Limited and Premier International Funding Co. in connection with the AC Transit 2003-2 Transaction. *See* Bates No. WPF004402.

Day, Berry & Howard, LLP was special Connecticut counsel to Wells Fargo Bank Northwest, N.A. in its individual capacity and as Trustee of the AC Transit 2003-2 Statutory Trust. *See* Bates No. WPF004423.

Maples and Calder was Cayman Islands counsel and provided a legal opinion to FSA Global Funding Limited in connection with the AC Transit 2003-2 Transaction. *See* Bates No. WPF004434.

Maples and Calder was Cayman Islands counsel and provided a legal opinion to Premier International Funding Co. in connection with the AC Transit 2003-2 Transaction. *See* Bates No. WPF004444.

Linklaters was special New York counsel for Premier International Funding Co. *See* Bates No. WPF004429.

**<u>Bay Area Rapid Transit (BART)</u>:** (*See* Bates Nos. WPF005694-WPF008113)

San Francisco Bay Area Rapid Transit District was Head Lessor, Lessee and owner and operator of the automatic train control system subject to the BART Transaction. *See* Bates Nos. WPF007749-WPF007781.

Ken Duron, District Secretary
Joel Keller, President
Thomas E. Margro, General Manager
Scott Schroeder, Controller/Treasurer
Peter W. Snyder, Vice President
Sherwood Wakeman, General Counsel

Wells Fargo Bank Minnesota, NA was the Equity Investor in the BART Transaction. *See* Bates Nos. WPF005695-WPF005698. Wells Fargo formed the BART Rail Statutory Trust 2002-3 to enter into the various leases and other agreements involved in the BART Transaction. *See* Bates Nos. WPF005860-WPF005882. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction. *See* Bates Nos. WPF007467-WPF007500.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Don Oram, Equipment Manager
Michael Newburg, Tax Department
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

AIG-FP Funding (Cayman) Limited was Lender to Wells Fargo (WPF005988-WPF006028) and AIG-FP Special Finance (Cayman) Limited was the Payment Undertaker (WPF005695-WPF005698) and American International Group, Inc. guaranteed the payment

obligations of AIG-FP Special Finance (Cayman) Limited in connection with the BART Transaction. *See* Bates Nos. WPF005699-WPF005859.

Colum Carr, Authorized Signatory
Edward E. Matthews
JoAnn Palazzo, Authorized Signatory
Kathleen E. Shannon, Vice President and Associate General Counsel

State Street Bank & Trust Company of California, NA was Custodian and Trustee of the BART Rail Statutory Trust 2002-3. *See* Bates Nos. WPF005695-WPF005698.

Paula Oswald, Vice President (Trustee)

CIBC Capital Corporation was an equity investor in the BART Transaction. *See* Bates Nos. WPF006412-WPF006546.

R. Gregory Hurst, Executive Director
Michele Hakes, Executive Director, Structured Products Group
Irme Loosen
David Ray

Financial Security Assurance, Inc. was the Strip Surety Provider and issued a Financial Guaranty Insurance Policy in connection with the BART Transaction. *See* Bates Nos. WPF005695-WPF005698.

Steven Berkowitz, Managing Director
Francis J. Coughlin, Jr., Associate General Counsel
Suzanne M. Finnegan, Managing Director

Radian Asset Assurance, Inc. issued a Financial Guaranty Insurance Policy in connection with the BART Transaction. *See* Bates Nos. WPF006190-WPF006227.

William M. Russell, Senior Vice President

Maples & Calder was special Cayman counsel to AIG-FP Funding (Cayman) Limited and AIG-FP Special Finance (Cayman) Limited. *See* Bates Nos. WPF005695-WPF005698.

Steven Silver
Joan Dykstra

Capstar Partners, LLC was financial advisor to BART and arranger for the QTE financing in connection with the BART Transaction. *See* Bates No. WPF007547.

Louis A. DeCarlo, Senior Vice President
Noel de Guzman
John Hackett, Senior Vice President

Federal Transit Administration, U.S. Department of Transportation, reviewed operative documents and opined the BART Transaction conformed to the FTA's guidelines concerning tax-advantaged leases. *See* Bates Nos. WPF006569-WPF006571.

Jennifer L. Dorn

American Appraisal Associates provided Wells Fargo an appraisal report of the systems and equipment operated by BART. *See* Bates Nos. WPF005699-WPF005859.

Richard P. Meyer, ASA

Tyler & Company provided Wells Fargo a QTE Opinion, Integrated System Opinion and Software Component Opinion in connection with the BART Transaction. *See* Bates Nos. WPF007114-WPF007167.

Michael Tyler, Managing Director

Mercer Management Consulting provided a Service Contract Opinion to Wells Fargo assessing the commercial viability of the BART Transaction. *See* Bates Nos. WPF007998-WPF008036.

McCalley Consulting was financial advisor to BART and arranger for the QTE financing in connection with the BART Transaction. *See* Bates Nos. WPF007547-WPF007547.

Murphy McCalley

White & Case special New York counsel to AIG-FP Funding (Cayman) Limited and AIG-FP Special Finance (Cayman) Limited. *See* Bates Nos. WPF006358-WPF006361.

James Hayden
Phil Thompson

Bingham Dana LLP was special California counsel for the BART Rail Statutory Trust 2002-3 and State Street Bank & Trust Company of California, NA. *See* Bates Nos. WPF006381-WPF006389.

Rob Borden

Seed Mackall special California counsel to State Street Bank and Trust Company of California, NA and State Street Bank & Trust Company of California, NA. *See* Bates Nos. WPF006372-WPF006380.

Kathleen Johnson

Mayer, Brown, Rowe & Maw, LLP acted as special New York counsel to Wells Fargo Bank Minnesota, NA. *See* Bates Nos. WPF006406-WPF006410.

Orrick, Herrington & Sutcliffe, LLP acted as special counsel to BART. *See* Bates No. WPF030454.

Daniel Bedford

Key Corporate Capital, Inc. was an Equity Investor in the BART Transaction. *See* Bates Nos. WPF006412-WPF006546.

David M. Churchill

**Belgacom Mobile, SA** (*See* Bates Nos. WPF008114-WPF010082)

Norwest Bank Minnesota, N.A., by and through Norwest Equipment Finance, Inc. ("NEFI"), was the Equity Investor and formed a trust to enter into the various leases and other agreements in connection with the Belgacom Transaction. The Belgacom Transaction was managed by Wells Fargo Equipment Finance, Inc. *See* Bates Nos. WPF008117, WPF008403, WPF009640-WPF009645.

Craig R. Dahl, Vice President
Rob Engstrom, Accounting
Phyllis W. Grossman, Vice President, NEFI
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager, Wells Fargo Equipment Finance, Inc.
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President, Wells Fargo Equipment Finance, Inc.
Scott Seaborg, Assistant Vice President, Credit, Wells Fargo Equipment Finance, Inc.
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Daniel Vandermark, Tax Department
Judy I. VanOsdel, In House Counsel, Wells Fargo Bank, N.A.
Richard Westergaard, Executive Vice President
Thomas Wiklund, Chief Lending Officer
Curtis J. Zoerhof, Vice President, Credit, NEFI

First Security Bank, N.A. was the Trustee of the Trust formed by Norwest Bank to enter into the various leases and other agreements in connection with the Belgacom Transaction. *See* Bates Nos. WPF008116-WPF008195, WPF008814-WPF008842.

C. Scott Nielsen, Vice President
W. John Lamborn, VP, Assistant Secretary
Thomas S. Avedovech, Senior Vice President
M. Dean Buffington, Executive Vice President
Gregory D. Burnett, Manager, Institutional Trust Services
Cynthia J. Crass, Vice President Trust Counsel
Mark Dreschler, President, First Security Trust Co. of Nevada
Mark D. Howell, Executive VP Business Banking Services
Sterling K. Jenson, President & CEO, First Security Investment Mgmt, Inc.
Randy R. Marchant, Senior VP, Manager, Corporate Rust Services
J. Pat McMurray, Executive Vice President, Community Banking Services
John W. Parrish, Senior VP, Manager, Personal Financial & Mgmt Trust
Patricia A. Richards, President, Business Financial Services
Daniel S. Schull, President & CEO, Personal Financial Services
Jeffrey L. Thompson, Executive VP, Manager, Personal Financial Mgmt & Trust
David L. Blackner, Assistant VP, Corporate Trust Counsel
Dain W. Brown, Manager, Lease Admin. Assistant VP
Helen Cobos-Chener, Assistant VP
Jodie B. Curtis, Assistant VP
Nancy M. Dahl, Manager, Legal Services, VP, Corp. Trust Counsel
Greg A. Hawley, VP, Corporate Trust Counsel
Brett R. King, Assistant VP, Corp. Trust Counsel
Sharon D. Marchetti, Assistant VP
Larry C. Montgomery, Assistant VP
Val T. Orton, VP, Corp. Trust Counsel
Kerrie M. Roach, Manger, Administrative Support

Stibbe Simont Monahan Duhot was special Belgian tax counsel to Norwest Bank. *See* Bates Nos. WPF008196-WPF008227.

Stichting Stella was the Lessee and Sublessor in the Belgacom Transaction. *See* Bates Nos. WPF008116-WPF008195, WPF008539-WPF008543.

Frank M. Lhoest, Managing Director
Michelangelo F. Stefani, Managing Director

Otger J. van der Nap, Managing Director
Steven van Reempst, Managing Director
F.W.J.J. Welman, Managing Director

Belgacom Mobile, S.A. ("BMSA") was the grantor of equipment rights and Sublesee, whose parent company, Belgacom SA, guaranteed BMSA's lease payments in connection with the Belgacom Transaction. *See* Bates Nos. WPF008642-WPF008657; WPF008116-WPF008195.

Mark Rigolle, Director Group Treasury & Finance
Marc Speeckaert, CFO
Jan Neels, CEO
Steven Van Reempts, Treasurer Structured Finance
Steve Pierson, Director, Engineering & Operations
Michel Vermaerke, Secretary General
John J. Goossens, President & CEO
Philippe Vander Putten, CEO
Serge Fautre, Director Group Treasury & Finance
Jean Gabriel, Legal Director

Ameritech International was an equity investor in the Belgacom Transaction. *See* Bates Nos. WPF009648-WPF009651.

T.J. Cawley, President
Dussenne H., Chairman of the Board of Directors

Bank of Montreal was an equity investor in the Belgacom Transaction. *See* Bates Nos. WPF009648-WPF009651, WPF009640-WPF009645.

De Lage Landen Financial Services, N.V. was the Lender to Norwest Bank for the Belgacom Transaction. *See* Bates Nos. WPF008116-WPF008195, WPF009473-WPF009478.

T.M. Mulders

Rabo Merchant Bank N.V. was the Deposit Taker for Stichting Stella to provide for certain payments in connection with the Belgacom Transaction. *See* Bates Nos. WPF008423-WPF008432, WPF008493-WPF008510.

Willibrord F.M. van Nierop, Senior Legal Advisor

Nokia Belgium N.V. was the manufacturer of and supplied BMSA with digital telephone equipment subject to the Belgacom Transaction. *See* Bates No. WPF008659

Jussi Paasikoski, Account Manager

Alcatel ETCA was the manufacturer of and supplied Belgacom with base station substation equipment subject to the Belgacom Transaction. *See* Bates Nos. WPF008661-WPF008662.

J. van Vyve, Country Manager, Mobile Communications Division
R. Hannon, Managing Director

Siemens Atea was the manufacturer of and supplied Belgacom with telephone switch equipment subject to the Belgacom Transaction. *See* Bates Nos. WPF008663-WPF008664.

C. Decavele, Financial Director
R. Kaivers, Managing Director

Nauta Dutilh was special counsel to De Lage Landen Financial Services, N.V. in connection with the Belgacom Transaction. *See* Bates Nos. WPF008907-WPF008913, WPF008116-WPF008195.

Richard Norbruis

Ray, Quinney & Nebeker was special counsel to First Security Bank, N.A. concerning New York banking law in connection with the Begacom Transaction. *See* Bates Nos. WPF008843-WPF008846, WPF008116-WPF008195.

Larry G. Moore

ABN-AMRO advised BMSA and provided an opinion as the commercial reasonableness of the loan and deposit interest rates in connection with the Belgacom Transaction. *See* Bates Nos. WPF008758- WPF008761, WPF009581-WPF009585.

Geoffrey Spencer
Raymond E. Course

American Appraisal Associates, Inc. provided Norwest Bank Minnesota, N.A. an appraisal of the mobile telecommunications equipment in connection with the Belgacom Transaction. *See* Bates Nos. WPF009499; WPF009656-WPF009762.

John F. Oates, Vice President
George R. (Rick) Daubenspeck, Engagement Manager
Keith J. Moser, Principal, Structured Finance Group
Noel M. deGuzman, Valuation Consultant, Structured Finance Group
Karen C. Schuppner, Valuation Consultant, Structured Finance Group

Faegre & Benson LLP was counsel to Norwest Bank Minnesota, N.A. and reviewed drafts of the closing documents in connection with the Belgacom Transaction. *See* Bates Nos. WPF009588-WPF009589, WPF009212-WPF009268

Donald C. Shepard

Freshfields was Belgian legal counsel to BMSA. *See* Bates Nos. WPF008877-WPF008883, WPF008116-WPF008195.

Winston & Strawn was special counsel to Norwest Bank Minnesota, N.A. *See* Bates Nos. WPF008865-WPF008871, WPF008116-WPF008195.

Eryk J. Spytek
Timothy W. Smith

Tyler & Company provided a QTE opinion and opinions on the equivalence and technical aspects of the replaced equipment in the Belgacom Transaction. *See* Bates Nos. WPF009879-WPF009904, WPF009656-WPF009762.

Carol Joy
Michael Tyler, Managing Director

Cornerstone Financial Advisors was broker, financial advisor and arranger for the financing in connection with the Belgacom Transaction. *See* Bates Nos. WPF009909 - WPF009913.

Mark de Trempe

DeBrauw Blackstone Westbroek, P.C. was Netherlands counsel to Stichting Stella. *See* Bates Nos. WPF008884-WPF008906, WPF010039-WPF010044.

Rutger de Witt Wijnen

Shearman & Sterling was special New York counsel to BMSA and Stichting Stella in connection with the Belgacom Transaction. *See* Bates Nos. WPF008766-WPF008772.

**CALTRANS (CA-WF 2001)** (*See* Bates Nos. WPF010222-WPF011558)

State of California Department of Transportation ("CALTRANS") was the Seller, Lessee and operator of locomotives and passenger railcars subject to the CALTRANS (CA-WF 2001) Transaction. *See* Bates Nos. WPF010089, WPF010162.

William Bassett, Contract Officer

Wells Fargo Bank Minnesota was the Equity Investor in the CALTRANS (CA-WF 2001) Transaction. Wells Fargo formed the CA-WF 2001 Trust to enter into the various leases and other agreements involved in the CALTRANS (CA-WF 2001) Transaction. Wells Fargo Equipment Finance, Inc. (WFEFI) underwrote and managed the transaction. *See* Bates Nos. WPF010083, WPF011334, WPF010163, WPF011249, WPF011249 and WPF011336.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

AIG-FP Funding (Cayman) Limited was the Lender to Wells Fargo, AIG-FP Special Finance (Cayman) Limited was the Dept Payment Undertaker, AIG Matched Funding Corp. was the Equity Payment Undertaker and American International Group, Inc. guaranteed these payment obligations in connection with the CALTRANS (CA-WF 2001) Transaction. *See* Bates Nos. WPF010083-WPF010837, WPF010848.

JoAnne Palazzo, Authorized Signatory

Robert Hirst, Director
Edward Mathews, Senior Vice President
Kathleen Shannon, Secretary, Vice President, Associate General Counsel
Colum Carr, Authorized Signatory
Douglas Poling, General Counsel

State Street Bank and Trust Company of California was Custodian and Trustee of the CA-WF 2001 Trust, which entered into the various leases and other agreements involved in the CALTRANS (CA-WF 2001) Transaction. *See* Bates No. WPF010165.

Paula Oswald, Vice President
Stephen Rivero
Serena Gutierrez, Assistant Secretary

Financial Security Assurance Inc. issued a Financial Guaranty Insurance Policy in connection with the CALTRANS (CA-WF 2001) Transaction. *See* Bates Nos. WPF010083, WPF010696, WPF010857.

Suzanne Finnegan, Managing Director
Bruce Stern, General Counsel

Alvord & Alvord reviewed the Recordation Files with respect to the locomotives and passenger railcars and provided an opinion as to the concerning the CALTRANS (CA-WF 2001) Transaction. *See* Bates Nos. WPF010863-WPF010086.

Robert Alvord

Allco Finance Corporation was financial advisor to CALTRANS and arranger for the financing in connection with the CALTRANS (CA-WF 2001) Transaction. *See* Bates No. WPF010100.

Chris Whitman
Thomas Melone, President

Ernst & Young, LLP provided Wells Fargo an appraisal of the locomotives and passenger railcars in connection with the CALTRANS (CA-WF 2001) Transaction. *See* Bates No. WPF010088.

King & Spalding LLP acted as special New York counsel to Wells Fargo in connection with the CALTRANS (CA-WF 2001) Transaction. *See* Bates Nos. WPF010085, WPF010935.

Philip Spector, Partner

Orrick, Herrington & Sutcliffe, LLP acted as special counsel to the State of California Department of Transportation in connection with the CALTRANS (CA-WF 2001) Transaction. *See* Bates No. WPF010085.

Mercer Management Consulting provided a report to Wells Fargo assessing the commercial viability of the CALTRANS (CA-WF 2001) Transaction. *See* Bates Nos. WPF011215-WPF011245.

Trinity Advisors Inc. provided the net cash rent reports, pricing runs and other economic and financial forecasts in connection with the CALTRANS (CA-WF 2001) Transaction. *See* Bates Nos. WPF011506-WPF011558.

Seed Mackall acted as special California counsel to State Street Bank and Trust Company of California, NA in connection with the CALTRANS (CA-WF 2001) Transaction. *See* Bates Nos. WPF010085, WPF010936.

Kathleen Johnson

White & Case acted as special New York counsel to AIG Special Finance (Cayman) Limited, AIG Financial Products Corp., AIG Matched Funding Corp. and American International Group, Inc. in connection with the CALTRANS (CA-WF 2001) Transaction. *See* Bates No. WPF010085.

Maples & Calder was special Cayman counsel to AIG-FP Funding (Cayman) Limited and AIG-FP Special Finance (Cayman) Limited in connection with the CALTRANS (CA-WF 2001) Transaction. *See* Bates Nos. WPF010099, WPF010837.

Robert Hirst, Director

**CALTRANS (CA-WF 2002)** (*See* Bates Nos. WPF011559-WPF012903)

State of California Department of Transportation ("CALTRANS") was the Seller, Lessee and operator of locomotives and passenger railcars subject to the CALTRANS (CA-WF 2002) Transaction. *See* Bates Nos. WPF011705, WPF011628.

William Bassett, Contract Officer

Wells Fargo Bank Minnesota was the Equity Investor in the CALTRANS (CA-WF 2002) Transaction. Wells Fargo formed the CA-WF 2002 Trust to enter into the various leases and other agreements involved in the CALTRANS (CA-WF 2002) Transaction. Wells Fargo Equipment Finance, Inc. (WFEFI) underwrote and managed the transaction. *See* Bates Nos. WPF011705, WPF012479, WPF012636-WPF12656.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.

Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

Ernst & Young, LLP provided Wells Fargo an appraisal of the locomotives and passenger railcars in connection with the CALTRANS (CA-WF 2002) Transaction. *See* Bates Nos. WPF012189-WPF012302.

AIG-FP Funding (Cayman) Limited was the Lender to Wells Fargo, AIG-FP Special Finance (Cayman) Limited was the Dept. Payment Undertaker, AIG Matched Funding Corp. (WPF011565) was the Equity Payment Undertaker and American International Group, Inc. guaranteed these payment obligations in connection with the CALTRANS (CA-WF 2002) Transaction. See Bates Nos. WPF011559-WPF011677, WPF011856.

JoAnn Palazzo, Authorized Signatory
Robert Hirst, Director
Edward Matthews, Senior Vice President
Kathleen Shannon, Secretary, Vice President, Associate General Counsel
Colum Carr, Authorized Signatory
Douglas Poling, General Counsel

State Street Bank and Trust Company of California was Custodian and Trustee of the CA-WF 2001 Trust, which entered into the various leases and other agreements involved in the CALTRANS (CA-WF 2002) Transaction. See Bates Nos. WPF011565, WPF011719, WPF011784.

Paula Oswald, Vice President
Stephen Rivero
Serena Gutierrez, Assistant Secretary

Madeliena Hall, Assistant Secretary

Financial Security Assurance Inc. issued a Financial Guaranty Insurance Policy in connection with the CALTRANS (CA-WF 2002) Transaction. *See* Bates Nos. WPF011723-WPF011751.

Steven Berkowitz, Managing Director
Francis Coughlin, Jr., Associate General Counsel
Suzanne Finnegan, Managing Director
Bruce Stern, General Counsel

Alvord & Alvord provided an opinion covering the recordation of the leases and loan agreements in connection the CALTRANS (CA-WF 2002) Transaction. *See* Bates Nos. WPF011895-WPF011896.

Robert Alvord

Allco Finance Corp was financial advisor to CALTRANS and arranger for the financing in connection with the CALTRANS (CA-WF 2002) Transaction. *See* Bates Nos. WPF011893, WPF011937.

Chris Whitman
Thomas Melone, President

King & Spalding LLP acted as special New York counsel and provided a legal opinion to Wells Fargo in connection with the CALTRANS (CA-WF 2002) Transaction. *See* Bates Nos. WPF011799-WPF011802.

Philip Spector, Partner

Orrick, Herrington & Sutcliffe, LLP acted as special counsel to the State of California Department of Transportation in connection with the CALTRANS (CA-WF 2002) Transaction. *See* Bates No. WPF011789.

Trinity Advisors Inc. provided the pricing reports in connection with the CALTRANS (CA-WF 2002) Transaction. *See* Bates No. WPF012606.

Seed Mackall acted as special California counsel to State Street Bank and Trust Company of California, NA in connection with the CALTRANS (CA-WF 2002) Transaction. *See* Bates Nos. WPF011807, WPF011941.

Kathleen Johnson, Partner

White & Case acted as special New York counsel to AIG Special Finance (Cayman) Limited, AIG Financial Products Corp., AIG Matched Funding Corp. and American International Group, Inc. in connection with the CALTRANS (CA-WF 2002) Transaction. *See* Bates No. WPF011824.

Maples & Calder was special Cayman counsel to AIG-FP Funding (Cayman) Limited and AIG-FP Special Finance (Cayman) Limited in connection with the CALTRANS (CA-WF 2002) Transaction. *See* Bates No. WPF011839.

Marsh USA Inc. provided Wells Fargo an opinion concerning the insurance provisions in connection with the CALTRANS (CA-WF 2002) Transaction. *See* Bates No. WPF012170.

William Beason, Risk Management

Collateral Guaranty LLC provided Wells Fargo an opinion as to the residual value guarantee insurance in connection with the CALTRANS (CA-WF 2002) Transaction. *See* Bates Nos. WPF012187-WPF012188.

Thomas Orofino, Managing Partner

**CALTRANS 2000 (WFEF 2000-1)** (*See* Bates Nos. WPF012904-WPF015052)

State of California Department of Transportation ("CALTRANS") was the Seller, Lessee and operator of the railcars involved in the CALTRANS (WFEF 2000-1) Transaction. *See* Bates Nos. WPF012907, WPF013113.

William Bassett, Contract Officer

Norwest Bank Minnesota, N.A. was the Equity Investor in the CALTRANS (WFEF 2000-1) Transaction. Norwest Bank formed the WFEF 2000-1 Trust to enter into the various leases and other agreements involved in the CALTRANS (WFEF 2000-1) Transaction. Norwest Equipment Finance, Inc. and, later, Wells Fargo Equipment Finance, Inc. managed the transaction. *See* Bates No. WPF012907.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

Allco Finance Corporation was financial advisor to CALTRANS and arranger for the financing in connection with the CALTRANS (WFEF 2000-1) Transaction. *See* Bates Nos. WPF012918, WPF013700,WPF014025.

Christopher Whitman
Thomas Melone, President

Pacific Century Leasing was an equity investor in the CALTRANS (WFEF 2000-1) Transaction. *See* Bates No. WPF013069.

Trinity Advisors provided pricing reports in connection with the CALTRANS (WFEF 2000-1) Transaction. *See* Bates Nos. WPF013966-WPF015052.

Dean Riskas

AIG-FP Funding (Cayman) Limited (WPF012907) was the Lender, AIG-FP Special Finance (Cayman) Limited (WPF012907) was the Debt Payment Undertaker, AIG Financial Products (Jersey) Limited was the Equity Payment Undertaker and American International Group guaranteed the payment obligations. *See* Bates Nos. WPF012981. WPF013233, WPF014469, WPF013374. WPF013374, WPF013731.

Colum Carr
Kathleen Furlong
Robert Hirst, Director
Edward Mathews, Senior Vice President
JoAnn Palazzo, Managing Director
Kathleen Shannon, Secretary

State Street Bank and Trust Company of California was Custodian and Trustee of the WFEF 2000-1 Trust, which entered into the various leases and other agreements involved in the

CALTRANS (WFEF 2000-1) Transaction. *See* Bates Nos. WPF012907, WPF012982, WPF013513.

Paula Oswald, Vice President
Stephen Rivero, Vice President

PricewaterhouseCoopers provided Norwest Bank an appraisal of the locomotives and passenger railcars in connection with the CALTRANS (WFEF 2000-1) Transaction. *See* Bates Nos. WPF014111-WPF014245.

Scott Rivello

Watson, Farley & Williams was tax counsel to Norwest Bank in connection with the CALTRANS (WFEF 2000-1) Transaction. *See* Bates Nos. WPF013677, WPF013687, WPF013731.

Caryn Hemsworth
C. Kline
Philip Spector, Partner

White & Case, LLP was special New York counsel to AIG-FP Funding (Cayman) Limited, AIG-FP Special Finance (Cayman) Limited, AIG Financial Products (Jersey) Limited and American International Group. *See* Bates Nos. WPF013685, WPF013700, WPF014440.

Larry Gannon
R. Smith

Marsh USA Inc. provided Wells Fargo Equipment Finance, Inc. an opinion concerning the insurance provisions in connection with the CALTRANS (WFEF 2000-1) Transaction. *See* Bates No. WPF014105.

William Beason, Risk Management

Collateral Guaranty LLC provided Wells Fargo Equipment Finance, Inc. an opinion concerning the residual value guarantee insurance in connection with the CALTRANS (WFEF 2000-1) Transaction. *See* Bates Nos. WPF014102-WPF014103.

Thomas Orofino, Managing Partner

New Boston Partners provided Norwest Bank an opinion concerning the proposed debt pricing for the CALTRANS (WFEF 2000-1) Transaction. *See* Bates Nos. WPF014100-WPF014101.

Jan Gustafsson, Managing Director

Mercer Management Consulting provided Norwest Bank a Service Contract Opinion concerning the CALTRANS (WFEF 2000-1) Transaction. *See* Bates No. WPF014246.

Alvord & Alvord provided an opinion covering the recordation of the leases and loan agreements in connection the CALTRANS (WFEF 2000-1) Transaction. *See* Bates No. WPF014496.

Robert Alvord

**<u>Cathay Pacific Airways Ltd 2000 B-1</u>** (*See* Bates Nos. WPF015053-WPF017169)

Cathay Pacific Airways, Ltd was Head Lessor, Lessee and operator of the flight simulator equipment subject to lease financing in the Cathay Pacific 2000-B1 Transaction. *See* Bates Nos. WPF015054-WPF015063.

R.M.J. (Robert Michael James)Atkinson, Finance Director
Celia Arthur, Deputy Secretary
Antony Nigel Tyler, Director Corporate Development
Susan Ng
Keith Fung, General Manager Corporate Finance

Norwest Bank Minnesota, N.A. was Equity Investor in the Cathay Pacific 2000-B1 Transaction. Norwest Equipment Finance, Inc. and, later, Wells Fargo Equipment Finance, Inc. managed the transaction. *See* Bates No. WPF015675.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

First Security Bank, N.A. was the Equity Investor in the Cathay Pacific 2000-B1 Transaction. First Security Bank, N.A. formed the 2000-B1 Trust to enter into the various leases and other agreements involved in the Cathay Pacific 2000-B1 Transaction. *See* Bates Nos. WPF015054, WPF015137, WPF015883, WPF015861, WPF015861.

Edward Grant Finch, Vice President
Mark Carpenter, Vice President
James S. Peters, Vice President
Michael W. Chaney, Vice President
Brad D. Hardy, Secretary
Kristen Jones
Tony Tsoi, Secretary of First Security Leasing Co. Senior Credit Committee

Wilmington Trust Company was Trustee of the 2000-B1 Trust, which entered into the various leases and other agreements involved in the Cathay Pacific 2000-B1 Transaction. *See* Bates No. WPF015054.

W. Chris Sponenberg, Assistant Vice President

Kathleen A. Pedelini
David Vanasky

Mercantile Leasing Company was the Lender for the Cathay Pacific 2000-B1 Transaction. *See* Bates Nos. WPF015054, WPF01573, WPF015889.

Rod Howell
Jonathan Terence Leather
Hazel Watson

Barclays Bank, P.C. was the Payment Undertaker. *See* Bates Nos. WPF015054, WPF015913, WPF016005, WPF016005.

Adam Westley, Assistant Secretary
Richard Goldstein
Paul Coleman

AIG Matched Funding was the Equity Collateral Provider, AIG Financial Products (Jersey) Limited was the Equity Payment Undertaker and American International Group, Inc. guaranteed the payment undertaking. *See* Bates Nos. WPF015610, WPF015672, WPF015143, WPF016033.

Colum Carr
Edward E. Matthews
Kathleen E. Shannon
JoAnn Palazzo

Bayerische Landesbank Girozentrale was the Equity Strip Provider. *See* Bates Nos. WPF015055, WPF015646, WPF016033.

J. Oliver
C.A. Fletcher
Neil Watson
Stephen Braddock
Andy Bonnett

E.W. Blanch Ltd was insurance broker for Cathay Pacific Airways Limited and arranged insurance coverage on flight simulator equipment in the Cathay Pacific 2000-B1 Transaction. *See* Bates No. WPF016013

Ellen Fung, Vice President

Bank of America was Equity Placement Agent and, in this capacity, advised Cathay Pacific Airways Limited and arranged the financing for the Cathay Pacific 2000-B1 Transaction. *See* Bates Nos. WPF016032-WPF016033; WPF016089.

Julian Cox
Peter Lam
Phillips Perkins, Managing Director, Leasing & Capital
Alana Shindler, Production Specialist

Boeing Company was the developer and licensor of the technical data for maintenance and operation of the flight simulator subject to the lease financing involved in the Cathay Pacific 2000-B1 Transaction. *See* Bates Nos. WPF015055, WPF016064.

Amy Erovick, Contracts Manager

Thompson Training & Simulation Ltd. was the manufacturer and licensor of certain flight simulator visual systems subject to the lease financing involved in the Cathay Pacific 2000-B1 Transaction. *See* Bates No. WPF016067.

M. Rowson, Expert Sales Director (*See* Bates No. WPF016070)

CAE Electronics Limited was the manufacturer and licensor of the flight simulator and related software subject to the lease financing involved in the Cathay Pacific 2000-B1 Transaction. *See* Bates Nos. WPF016074-WPF016078.

Stephen Wilson, EVP Commercial Simulation & Training

Glenn R. Frederick, EVP Business Processes & Human Resources

Milbank, Tweed, Hadley & McCloy LLP was special New York counsel to Cathay Pacific Airways Limited. *See* Bates Nos. WPF015056; WPF016093.

Mark Regante

Deloitte & Touche, provided an appraisal of the equipment for the Cathay Pacific 2000-B1 Transaction. *See* Bates Nos. WPF015055, WPF017127.

Douglas M. Sweeney, Senior Financial Consultant

Tyler & Company Global Limited provided First Security Bank a QTE Opinion regarding the flight simulator equipment involved in the Cathay Pacific 2000-B1 Transaction. *See* Bates Nos. WPF016215 - WPF016243.

Michael Tyler, Managing Partner

Morris, James, Hitchens & Williams, LLP was special Delaware counsel to Wilmington Trust Company.

Cravath, Swaine & Moore was special counsel to First Security Bank, N.A.

Ray, Quinney & Nebeker was special counsel to First Security Bank, N.A.

White & Case was special New York counsel to AIG Matched Funding, AIG Financial Products (Jersey) Limited and American International Group, Inc.

White & Case was English legal advisor to Bayerische Landesbank Girozentrale.

**Cathay Pacific Airways Ltd 2000 B-2**

Cathay Pacific Airways, Ltd was Head Lessor, Lessee and operator of the flight simulator equipment subject to lease financing in the Cathay Pacific 2000-B2 Transaction. *See* Bates Nos. WPF017171, WPF017917, WPF017851, WPF018147, WPF018765.

Robert Atkinson, Finance Director
Celia Arthur, Deputy Secretary
Antony Nigel Tyler, Director Corporate Development
Susan Ng
Keith Fung, General Manager Corporate Finance

Norwest Bank Minnesota, N.A. was the Equity Investor in the Cathay Pacific 2000-B2 Transaction. Norwest Bank formed a Trust to enter into the various leases and other agreements involved in the Cathay Pacific 2000-B2 Transaction. Norwest Equipment Finance, Inc. and, later, Wells Fargo Equipment Finance, Inc. managed the transaction. *See* Bates Nos. WPF012907, WPF017768.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

First Security Bank, N.A. was the Equity Investor in the Cathay Pacific 2000-B2 Transaction. First Security Bank, N.A. formed the 2000-B2 Trust to enter into the various leases and other agreements involved in the Cathay Pacific 2000-B2 Transaction. *See* Bates Nos. WPF017171, WPF017967, WPF018208, WPF018741.

Edward Grant Finch
Mark Carpenter
Harry Kaplun

Ed Tilt
James S. Peters
Michael W. Chaney
Brad D. Hardy, Secretary
Kristen Jones
Tony Tsoi, Secretary

Wilmington Trust Company was Trustee of the 2000-B2 Trust, which entered into the various leases and other agreements involved in the Cathay Pacific 2000-B2 Transaction. *See* Bates Nos. WPF017171, WPF017243, WPF017568, WPF018147.

W. Chris Sponenberg, Assistant Vice President
Kathleen A. Pedelini
David Vanasky

Mercantile Leasing Company was the Lender for the Cathay Pacific 2000-B2 Transaction. *See* Bates Nos. WPF017171, WPF017342, WPF018210, WPF017992.

Hazel Watson
Rod Howell
Jonathan Terence Leather

Barclays Bank, P.C. was the Payment Undertaker. *See* Bates Nos. WPF017171, WPF018028, WPF018741, WPF018741.

Adam Westley
Richard Goldstein
Paul Coleman

AIG Matched Funding was the Equity Collateral Provider, AIG Financial Products (Jersey) Limited was the Equity Payment Undertaker and American International Group, Inc. guaranteed the payment undertaking in connection with the Cathay Pacific 2000-B2 Transaction. *See* Bates Nos. WPF018212-WPF018741.

Colum Carr
Edward E. Matthews

Kathleen E. Shannon
JoAnn Palazzo

Bayerische Landesbank Girozentrale was the Equity Strip Provider for the Cathay Pacific 2000-B2 Transaction. *See* Bates Nos. WPF017735, WPF017838-WPF018741.

J. Oliver
C.A. Fletcher
Neil Watson
Stephen Braddock
Andy Bonnett

E.W. Blanch Ltd was insurance broker for Cathay Pacific Airways Limited and arranged insurance coverage on flight simulator equipment in the Cathay Pacific 2000-B2 Transaction. *See* Bates No. WPF018128

Ellen Fung, Vice President

Bank of America was Equity Placement Agent and, in this capacity, advised Cathay Pacific Airways Limited and arranged the financing for the Cathway Pacific 2000-B2 Transaction. *See* Bates Nos. WPF018321, WPF018147, WPF018769.

W. Dean Waters, Managing Director, Tax Lease Syndications
Julian Cox
Peter Lam
Phillips Perkins, Managing Director, Leasing & Capital
Alana Shindler, Production Specialist

Boeing Company was the developer and licensor of the technical data for maintenance and operation of the flight simulator subject to the lease financing involved in the Cathay Pacific 2000-B2 Transaction. *See* Bates No. WPF018126.

Amy Erovick, Contracts Manager

Thompson Training & Simulation Ltd. was the manufacturer and licensor of certain flight simulator visual systems subject to the lease financing involved in the Cathay Pacific 2000-B2 Transaction. *See* Bates Nos. WPF018178; WPF018181.

M. Rowson, Expert Sales Director

Clifford Chance was English counsel and provided a legal opinion to Mercantile Leasing Company (No. 132) Limited. *See* Bates No. WPF017838.

Clifford Chance Rogers & Wells, LLP was special New York counsel and provided a legal opinion to Barclays Bank plc and Mercantile Leasing Company (No. 132) Limited. *See* Bates No. WPF017838.

CAE Electronics Limited was the manufacturer and licensor of the flight simulator and related software subject to the lease financing involved in the Cathay Pacific 2000-B2 Transaction. *See* Bates Nos. WPF018185, WPF018189.

Stephen Wilson, Commercial Simulation & Training
Glenn R. Frederick, Executive Vice President, Business Processes & Human Resources

Milbank, Tweed, Hadley & McCloy LLP was special New York counsel and provided a legal opinion to Cathay Pacific Airways Limited. *See* Bates No. WPF018213.

Mark Regante

Norton Rose was Hong Kong counsel to Cathay Pacific Airways Limited. *See* Bates No. WPF017839.

Deloitte & Touche, LLP provided an appraisal of the flight simulator equipment in connection with the Cathay Pacific 2000-B2 Transaction. *See* Bates No. WPF017838.

Douglas M. Sweeney, Senior Financial Consultant

Tyler & Company Global Limited provided First Security Bank a QTE Opinion regarding the flight simulator equipment involved in the Cathay Pacific 2000-B2 Transaction. *See* Bates No. WPF017839.

Michael Tyler, Managing Partner

Morris, James, Hitchens & Williams, LLP was special Delaware counsel to Wilmington Trust Company. *See* Bates No. WPF017246.

Cravath, Swaine & Moore was special counsel to First Security Bank, N.A. *See* Bates No. WPF017838.

Ray, Quinney & Nebeker was special counsel to First Security Bank, N.A. *See* Bates No. WPF017838.

White & Case was special New York counsel to AIG Matched Funding, AIG Financial Products (Jersey) Limited and American International Group, Inc. *See* Bates No. WPF017839. White & Case was English legal advisor to Bayerische Landesbank Girozentrale. *See* Bates No. WPF017839.

**Cathay Pacific Airways Ltd 2000-A1** (*See* Bates Nos. WPF019243-WPF019252)

Cathay Pacific Airways, Ltd was Head Lessor, Lessee and operator of the flight simulator equipment subject to lease financing in the Cathay Pacific 2000-A1 Transaction. *See* Bates No. WPF019471.

Robert Atkinson, Finance Director
Celia Arthur, Deputy Secretary
Antony Nigel Tyler, Director Corporate Development
Susan Ng
Keith Fung, General Manager Corporate Finance

Norwest Bank Minnesota, N.A. was the Equity Investor in the Cathay Pacific 2000-A1 Transaction. Norwest Bank formed a Trust to enter into the various leases and other agreements involved in the Cathay Pacific 2000-A1 Transaction. Norwest Equipment Finance, Inc. and, later, Wells Fargo Equipment Finance, Inc. managed the transaction. *See* Bates No. WPF019253.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

First Security Bank, N.A. was the Equity Investor in the Cathay Pacific 2000-A1 Transaction. First Security Bank, N.A. formed the 2000-A1 Trust to enter into the various leases and other agreements involved in the Cathay Pacific 2000-A1 Transaction. *See* Bates No. WPF019981.

Edward Grant Finch, VP
Mark Carpenter, VP
Harry Kaplun
Ed Tilt
James S. Peters, VP
Michael W. Chaney, VP
Brad D. Hardy, Secretary
Kristen Jones
Tony Tsoi, Secretary of First Security Leasing Co. Senior Credit Committee

Wilmington Trust Company was Trustee of the 2000-A1 Trust, which entered into the various leases and other agreements involved in the Cathay Pacific 2000-A1 Transaction. *See* Bates No. WPF019471.

W. Chris Sponenberg, Assistant VP
Kathleen A. Pedelini, Admin. Account Manager
David Vanasky

Mercantile Leasing Company (No. 132) Limited was the Lender to First Security Bank, N.A. *See* Bates No. WPF019253.

Hazel Watson, Accountant
Rod Howell, Attorney-in-Fact
Jonathan Terence Leather, Secretary

Barclays Bank, P.C. was the Payment Undertaker. *See* Bates No. WPF019253.

Adam Westley, Assistant Secretary
Richard Goldstein
Paul Coleman

AIG Matched Funding was the Equity Collateral Provider (WPF020446), AIG Financial Products (Jersey) Limited (WPF019892) was the Equity Payment Undertaker and American International Group, Inc. guaranteed the payment undertaking. *See* Bates No. WPF020327.

Colum Carr
Edward E. Matthews

Kathleen E. Shannon
JoAnn Palazzo

Bayerische Landesbank Girozentrale was the Equity Strip Provider for the Cathay Pacific 2000-A1 Transaction. *See* Bates Nos. WPF021803, WPF019832.

J. Oliver
C.A. Fletcher
Neil Watson
Stephen Braddock
Andy Bonnett

E.W. Blanch Ltd was insurance broker for Cathay Pacific Airways Limited and arranged insurance coverage on flight simulator equipment in the Cathay Pacific 2000-A1 Transaction. *See* Bates No. WPF021174.

Ellen Fung, Vice President

Bank of America was Equity Placement Agent and, in this capacity, advised Cathay Pacific Airways Limited and arranged the financing for the Cathway Pacific 2000-A1 Transaction. *See* Bates No. WPF020415.

W. Dean Waters, Managing Director, Tax Lease Syndications
Julian Cox
Peter Lam
Phillips Perkins, Managing Director, Leasing & Capital
Alana Shindler, Production Specialist

Boeing Company was the developer and licensor of the technical data for maintenance and operation of the flight simulator subject to the lease financing involved in the Cathay Pacific 2000-A1 Transaction. *See* Bates No. WPF022053.

Amy Erovick, Contracts Manager

Thompson Training & Simulation Ltd. was the manufacturer and licensor of certain flight simulator visual systems subject to the lease financing involved in the Cathay Pacific 2000-A1 Transaction. *See* Bates No. WPF019245.

M. Rowson, Expert Sales Director

Clifford Chance was English counsel and provided a legal opinion to Mercantile Leasing Company (No. 132) Limited. *See* Bates No. WPF020307.

Clifford Chance Rogers & Wells, LLP was special New York counsel and provided a legal opinion to Barclays Bank plc and Mercantile Leasing Company (No. 132) Limited. *See* Bates No. WPF020359.

CAE Electronics Limited was the manufacturer and licensor of the flight simulator and related software subject to the lease financing involved in the Cathay Pacific 2000-A1 Transaction. *See* Bates No. WPF022066.

Stephen Wilson, EVP Commercial Simulation & Training
Glenn R. Frederick, EVP Business Processes & Human Resources

Milbank, Tweed, Hadley & McCloy LLP was special New York counsel and provided a legal opinion to Cathay Pacific Airways Limited. *See* Bates No. WPF022092.

Mark Regante

Norton Rose was Hong Kong counsel and provided a legal opinion to Cathay Pacific Airways Limited. *See* Bates No. WPF020323.

Deloitte & Touche, LLP provided the appraisal of the flight simulator equipment in connection with the Cathay Pacific 2000-A1 Transaction. *See* Bates No. WPF020590.

Douglas M. Sweeney, Senior Financial Consultant

Tyler & Company Global Limited provided First Security Bank a QTE Opinion regarding the flight simulator equipment involved in the Cathay Pacific 2000-A1 Transaction. *See* Bates No. WPF020881.

Michael Tyler, Managing Partner

Morris, James, Hitchens & Williams, LLP was special Delaware counsel to Wilmington Trust Company. *See* Bates No. WPF022111.

Cravath, Swaine & Moore was special counsel and provided a legal opinion to First Security Bank, N.A. *See* Bates No. WPF020370.

Ray, Quinney & Nebeker was special counsel to First Security Bank, N.A.

White & Case was special New York counsel and provided legal opinions to AIG Matched Funding, AIG Financial Products (Jersey) Limited and American International Group, Inc. *See* Bates No. WPF020340.

White & Case was English legal advisor to Bayerische Landesbank Girozentrale. *See* Bates No. WPF020333.

**CTA 2003-1** (*See* Bates Nos. WPF032716-WPF034141)

Chicago Transit Authority ("CTA") was Head Lessor, Lessee and operator of the buses subject to lease financing in the CTA Transaction.

J. Douglas Donenfeld, Chairman, Committee on Finance
Dennis O. Anosike
Robert S. Rivkin, Counsel
Lynn Sapyta

Illinois Department of Transportation approved CTA's entry into the CTA Transaction.

Dick Smith, Acting Director

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the CTA Transaction. Wells Fargo formed the CTA-2003-1 Statutory Trust to enter into the various leases and other agreements involved in the CTA Transaction. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

Wells Fargo Bank Northwest, N.A. was the Collateral Agent and Trustee of the CTA-2003-1 Statutory Trust, which was formed to enter into the various leases and other agreements involved in the CTA Transaction.

Robert L. Reynolds, Vice President

Joseph P. O'Donnell, Trust Officer
Michael D. Hogan, Assistant Vice President
Val T. Orton, Vice President

FSA Global Funding Limited was the Lender for the CTA Transaction.

Helen Allen

Premier International Funding Co. was the Payment Undertaker for the CTA Transaction.

Helen Allen

Financial Security Assurance, Inc. was the Surety Bond Provider.

Steven J. Berkowitz, Managing Director
Margaret Yanney, Assistant General Counsel

Aon Risk Services provided a Broker Opinion Letter to Wells Fargo Bank Minnesota, N.A. concerning the property insurance coverage in connection with the CTA Transaction.

James J. O'Hara, Vice President

Ray, Quinney & Nebeker provided an opinion to Wells Fargo Bank Northwest, N.A. concerning New York Banking Law in connection with the CTA Transaction.

M. John Ashton

King & Spalding was tax counsel and special New York counsel and provided a tax opinion and a legal opinion to Wells Fargo Bank Minnesota N.A. concerning the CTA Transaction.

Philip H. Spector

Marsh USA, Inc. provided Wells Fargo Bank Minnesota N.A. an opinion concerning the insurance provisions in connection with the CTA Transaction.

John Gross

Collateral Guaranty provided Wells Fargo Bank Minnesota N.A. an opinion concerning the Residual Value Insurance in connection with the CTA Transaction.

Thomas A. Orofino, Managing Partner

Federal Transit Administration, U.S. Department of Transportation, reviewed the draft operative documents of the CTA Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases.

Robert D. Jamison

Capstar Partners was advisor to Wells Fargo Bank Minnesota, N.A. concerning the structure, economics and financing of the CTA Transaction and provided Wells Fargo Bank Minnesota, N.A. with pricing runs in connection with the CTA Transaction.

Terrill Jordan
Lou DeCarlo

Macquarie Corporate Finance (USA) Inc. was financial advisor to CTA and arranged the structure and financing for the CTA Transaction.

Jay Zwerling
George Bischof
Saskia Van Dijk

National Economic Research Associates (NERA) provided an interest rate opinion letter in connection with the CTA Transaction.

David M. Ellis, Vice President

Ernst & Young, LLP provided Wells Fargo Bank Minnesota, N.A. an appraisal of the buses subject to lease financing in the CTA Transaction.

Scott Rivello, ASA

R.L. Banks & Associates provided Wells Fargo a Service Contract Opinion assessing the commercial feasibility of the service contract in the CTA Transaction.

Robert L. Banks
David J. Shuman

Day, Berry & Howard LLP was special Connecticut counsel and provided a legal opinion to Wells Fargo Bank Northwest, N.A.

Maples and Calder was special Cayman Island counsel and provided a legal opinion to Premier International Funding Co. in connection with the CTA Transaction.

Linklaters was special New York counsel and provided a legal opinion to Premier International Funding Co. in connection with the CTA Transaction.

**DART-2002-WF1** (*See* Bates Nos. WPF022245-WPF024599)

Dallas Area Rapid Transit ("DART") was Head Lessor, Lessee and operator of the transit buses subject to lease financing in the DART Transaction. *See* Bates No. WPF022250.

Sharon Leary, Chief Financial Officer
Roland Castaneda, General Counsel

Nathan Hallet, Treasurer

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the DART Transaction. Wells Fargo formed the DART 2002-WF1 Statutory Trust to enter into the various leases and other agreements involved in the DART Transaction. Wells Fargo Equipment Finance, Inc. (WFEFI) underwrote and managed the transaction. *See* Bates No. WPF022250.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

Wells Fargo Bank Northwest, N.A. was the Collateral Agent and Trustee of the DART 2002-WF1 Statutory Trust, which was formed to enter into the various leases and other agreements involved in the DART Transaction. *See* Bates No. WPF022250.

Robert L. Reynolds, Vice President
Joseph P. O'Donnell, Trust Officer
Michael D. Hogan, Assistant Vice President
Val T. Orton, Vice President

FSA Global Funding Limited was the Lender to Wells Fargo for the DART Transaction. *See* Bates No. WPF022250.

Helen Allen, Director

Premier International Funding Co. was the Debt Payment Undertaker for the DART Transaction. *See* Bates No. WPF022250.

Helen Allen, Director

Financial Security Assurance, Inc. was the Surety Bond Provider and issued a Financial Guarantee Insurance Policy in connection with the payment obligations in the DART Transaction. *See* Bates No. WPF022674.

Steven J. Berkowitz, Managing Director
Bruce E. Stern, General Counsel

Ray, Quinney & Nebeker was special counsel and provided an opinion letter to Wells Fargo Bank Northwest, N.A. *See* Bates No. WPF023094.

M. John Ashton

CIBC World Markets Corp. advised DART and arranged the financing for the DART Transaction. *See* Bates No. WPF023152.

Christopher Germain, Executive Director
Kevin Kowaleski
David Ray

Siebert Bradford Shank & Co. advised Wells Fargo and arranged the financing for the DART Transaction. *See* Bates No. WPF023258.

Federal Transit Agency, U.S. Department of Transportation, reviewed the draft operative documents of the DART Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates No. WPF023153.

Jennifer L. Dorn

Trinity Advisors advised Wells Fargo on the financial and economic terms of the DART Transaction and provided pricing reports *See* Bates No. WPF023652.

Dean Riskas, Partner

King & Spalding was special New York counsel and provided an opinion letter to Wells Fargo Bank Minnesota, N.A. *See* Bates No. WPF023061.

Philip Spector
Christine Byrnes

Marsh provided Wells Fargo an opinion as to the commercial reasonableness of the insurance coverage requirements of the transit buses subject to lease financing in the DART Transaction. *See* Bates No. WPF024334.

Martha Davis-Mangold

Collateral Guarantee LLC provided Wells Fargo Bank Minnesota, N.A. an opinion concerning the residual value guarantee insurance in connection with the DART Transaction. *See* Bates No. WPF024335.

Thomas A. Orofino, Managing Partner

Ernst & Young provided Wells Fargo Bank Minnesota, N.A. an appraisal of the transit buses subject to lease financing in the DART Transaction. *See* Bates No. WPF023287.

Scott Rivello, ASA

Mercer Consulting provided Wells Fargo Bank Minnesota, N.A. a Service Contract Opinion, assessing the commercial viability of the service contract in the DART Transaction. *See* Bates No. WPF024176.

Vinson & Elkins was special counsel and provided opinion letters to DART and the DART 2002-WF1 Statutory Trust. *See* Bates No. WPF023051.

Day, Berry & Howard, LLP was special Connecticut counsel and provided an opinion letter to Wells Fargo Bank Northwest, N.A. *See* Bates No. WPF023069.

Maples and Calder was counsel as to Cayman Islands law and provided an opinion letter to Premier International Funding Co. *See* Bates No. WPF023100.

Linklaters was special New York counsel and provided an opinion letter to Premier International Funding Co. *See* Bates No. WPF023108.

**Houston Metro 2002-WF1** (*See* Bates Nos. WPF024600-WPF026505)

Metropolitan Transit Authority of Harris County, Texas ("Houston Metro") was Head Lessor, Lessee and operator of the transit and commuter buses subject to lease financing in the Houston Metro 2002-WF1 Transaction. *See* Bates No. WPF024608.

Shirley A. Delibero, President and Chief Executive Officer
Rose M. Gonzalez, Assistant Secretary
Paula J. Alexander, Staff Council

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the Houston Metro 2002-WF1 Transaction. Wells Fargo formed the METRO 2002-WF1 Statutory Trust to enter into the various leases and other agreements involved in the Houston Metro 2002-WF1 Transaction.

Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction. *See* Bates No. WPF024608.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

Wells Fargo Bank Northwest, N.A. was the Collateral Agent and Trustee of the METRO 2002-WF1 Statutory Trust, which was formed to enter into the various leases and other agreements involved in the Houston Metro 2002-WF1 Transaction. *See* Bates No. WPF024608.

Robert L. Reynolds, Vice President
Joseph P. O'Donnell, Trust Officer
Michael D. Hogan, Assistant Vice President
Val T. Orton, Vice President
Frank McDonald, Vice President

FSA Global Funding Limited was the Lender to Wells Fargo in the Houston Metro 2002-WF1 Transaction. *See* Bates No. WPF024608.

Helen Allen, Director

Premier International Funding Co. was the Debt Payment Undertaker in the Houston Metro 2002-WF1 Transaction. *See* Bates No. WPF024608.

Helen Allen, Director

Financial Security Assurance, Inc. was the Surety Bond Provider and issued a Financial Guarantee Insurance Policy in connection with the payment obligations in the Houston Metro 2002-WF1 Transaction. *See* Bates No. WPF024912.

Steven J. Berkowitz, Managing Director
Bruce E. Stern, General Counsel
Francis J. Coughlin Jr., Associate General Counsel
Margaret Yanney, Assistant General Counsel

Ace Guaranty Re, Inc. issued a Financial Guarantee Insurance Policy in connection with the payment obligations in the Houston Metro 2002-WF1 Transaction. *See* Bates No. WPF025104.

Nicholas K. Moy, Senior Vice President
Geraldine Alfino Egler, Senior Vice President and General Counsel

Ray, Quinney & Nebeker was special counsel and provided an opinion letter to the METRO 2002-WF1 Statutory Trust and Wells Fargo Bank Northwest, N.A. *See* Bates No. WPF025608.

M. John Ashton

Capstar Partners advised Houston Metro and arranged the financing for the Houston Metro 2002-WF1 Transaction. *See* Bates Nos. WPF025670, WPF025682.

Jonathan Silver, Senior Vice President
John Hackett, Senior Vice President
Noel de Guzman

Macquarie Corporate Finance (USA) advised Wells Fargo Bank Minnesota, N.A. on the financial and economic terms of the Houston Metro 2002-WF1 Transaction and provided pricing reports. *See* Bates No. WPF026319.

Anthony Zavadil

Federal Transit Agency, U.S. Department of Transportation, reviewed the draft operative documents of the Houston Metro 2002-WF1 Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates No. WPF025704.

Jennifer L. Dorn

King & Spalding was special New York counsel and provided an opinion letter to Wells Fargo Bank Minnesota, N.A. *See* Bates No. WPF025574.

Philip H. Spector

Ernst & Young provided Wells Fargo an appraisal of the transit and commuter buses subject to lease financing in the Houston Metro 2002-WF1 Transaction. *See* Bates No. WPF026235.

Scott Rivello, ASA

R.L. Banks & Associates provided Wells Fargo a Service Contract Opinion assessing the commercial feasibility of the service contract in the Houston Metro 2002-WF1 Transaction. *See* Bates No. WPF025862.

Robert L. Banks
David J. Shuman

Vinson & Elkins was special counsel and provided opinion letters to Houston Metro. *See* Bates No. WPF025557.

Day, Berry & Howard, LLP was special Connecticut counsel and provided an opinion letter to the METRO 2002-WF1 Statutory Trust and Wells Fargo Bank Northwest, N.A. *See* Bates No. WPF025582.

Maples and Calder was special Cayman Islands counsel and provided opinion letters to FSA Global Funding Limited and Premier International Funding Co. *See* Bates No. WPF025614.

Cleary Gottlieb Steen & Hamilton was counsel and provided an opinion letter to Financial Security Assurance, Inc. *See* Bates No. WPF024602.

Clifford Chance Rogers & Wells, LLP was special New York counsel and provided an opinion letter to ACE Guaranty Re, Inc.

Linklaters was special New York counsel and provided opinion letters to FSA Global Funding Limited and Premier International Funding Co. *See* Bates No. WPF025627.

**Houston Metro 2002-WF2** (*See* Bates Nos. WPF026506-WPF027729)

Metropolitan Transit Authority of Harris County, Texas ("Houston Metro") was Head Lessor, Lessee and operator of the transit and commuter buses subject to lease financing in the Houston Metro 2002-WF2 Transaction. *See* Bates No. WPF026513.

Shirley A. Delibero, President and Chief Executive Officer
Rose M. Gonzalez, Assistant Secretary
Paula J. Alexander, Staff Council

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the Houston Metro 2002-WF2 Transaction. Wells Fargo formed the METRO 2002-WF2 Statutory Trust to enter into the various leases and other agreements involved in the Houston Metro 2002-WF2 Transaction. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction. *See* Bates No. WPF026513.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

Wells Fargo Bank Northwest, N.A. was the Collateral Agent and Trustee of the METRO 2002-WF2 Statutory Trust, which was formed to enter into the various leases and other agreements involved in the Houston Metro 2002-WF2 Transaction. *See* Bates No. WPF026513.

Robert L. Reynolds, Vice President
Joseph P. O'Donnell, Trust Officer
Michael D. Hogan, Assistant Vice President
Val T. Orton, Vice President
Frank McDonald, Vice President

FSA Global Funding Limited was the Lender to Wells Fargo in the Houston Metro 2002-WF2 Transaction. *See* Bates No. WPF026513.

Helen Allen, Director

Premier International Funding Co. was the Debt Payment Undertaker in the Houston Metro 2002-WF2 Transaction. *See* Bates No. WPF026513.

Helen Allen, Director

Financial Security Assurance, Inc. was the Surety Bond Provider and issued a Financial Guarantee Insurance Policy in connection with the payment obligations in the Houston Metro 2002-WF2 Transaction. *See* Bates No. WPF026880.

Steven J. Berkowitz, Managing Director
Bruce E. Stern, General Counsel
Francis J. Coughlin Jr., Associate General Counsel
Margaret Yanney, Assistant General Counsel

Ace Guaranty Re, Inc. issued a Financial Guarantee Insurance Policy in connection with the payment obligations in the Houston Metro 2002-WF2 Transaction. *See* Bates No. WPF027335.

Nicholas K. Moy, Senior Vice President
Geraldine Alfino Egler, Senior Vice President and General Counsel

Ray, Quinney & Nebeker was special counsel and provided an opinion letter to the METRO 2002-WF2 Statutory Trust and Wells Fargo Bank Northwest, N.A. *See* Bates No. WPF027202.

M. John Ashton

Capstar Partners advised Houston Metro and arranged the financing for the Houston Metro 2002-WF2 Transaction. *See* Bates No. WPF027252.

Jonathan Silver, Senior Vice President
John Hackett, Senior Vice President
Noel de Guzman

Macquarie Corporate Finance (USA) advised Houston Metro on the financial and economic terms and the structuring of the Houston Metro 2002-WF2 Transaction. *See* Bates No. WPF027399.

George Bischof
Anthony Zavadil

Federal Transit Agency, U.S. Department of Transportation, reviewed the draft operative documents of the Houston Metro 2002-WF2 Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates No. WPF027283.

Jennifer L. Dorn

King & Spalding was special New York counsel and provided an opinion letter to Wells Fargo Bank Minnesota, N.A. *See* Bates No. WPF027183.

Philip H. Spector

Ernst & Young provided Wells Fargo an appraisal of the transit and commuter buses subject to lease financing in the Houston Metro 2002-WF2 Transaction. *See* Bates No. WPF027551.

Scott Rivello, ASA

R.L. Banks & Associates provided Wells Fargo a Service Contract Opinion assessing the commercial feasibility of the service contract in the Houston Metro 2002-WF2 Transaction. *See* Bates No. WPF027433.

Robert L. Banks
David J. Shuman

Vinson & Elkins was special counsel and provided opinion letters to Houston Metro. *See* Bates No. WPF027387.

Day, Berry & Howard, LLP was special Connecticut counsel and provided an opinion letter to the METRO 2002-WF2 Statutory Trust and Wells Fargo Bank Northwest, N.A. *See* Bates No. WPF027191.

Maples and Calder was special Cayman Islands counsel and provided opinion letters to FSA Global Funding Limited and Premier International Funding Co. *See* Bates No. WPF027208.

Cleary Gottlieb Steen & Hamilton was counsel and provided an opinion letter to Financial Security Assurance, Inc. *See* Bates No. WPF026509.

Clifford Chance Rogers & Wells, LLP was special New York counsel and provided an opinion letter to ACE Guaranty Re, Inc.

Linklaters was special New York counsel and provided opinion letters to FSA Global Funding Limited and Premier International Funding Co. *See* Bates No. WPF027218.

**<u>Los Angeles County Metropolitan Transit Authority</u>** (*See* Bates Nos. WPF027730-WPF028948)

Los Angeles County Metropolitan Transportation Authority ("LACMTA") was Head Lessor, Lessee and operator of the heavy rail transit passenger rail equipment subject to lease financing in the LACMTA Transaction. *See* Bates Nos. WPF027736-WPF027739.

Terry Matsumoto, Executive Officer, Finance and Treasurer

Norwest Bank Minnesota, N.A. was the Equity Investor in the LACMTA Transaction. WPF027736-WPF027739. Norwest Bank formed the LACMTA Rail Statutory Trust 2000-2 to enter into the various leases and other agreements involved in the LACMTA Transaction. WPF027894-WPF027917. Wells Fargo Bank Minnesota, N.A., by and through Wells Fargo Equipment Finance, Inc., underwrote and managed the transaction. *See* Bates Nos. WPF028496-WPF028547.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

Norwest Bank Minnesota, N.A. received tax opinion letters from Mayer, Brown & Platt (WPF028351-WPF028357) and Watson, Farley & Williams concerning the LACMTA Transaction. *See* Bates Nos. WPF027740-WPF027863; WPF0284940-WPF028494.

AIG Funding (Cayman) Limited was the Lender and Agent (WPF027736-WPF027739), AIG-FP Special Finance (Cayman) Limited was the Payment Undertaker (WPF027736-WPF027739), AIG-FP Special Finance (Jersey) Limited entered into account pledge and security and custody agreements in connection with the payment undertaking (WPF027864-WPF027893), and American International Group, Inc. guaranteed the payment undertaking. *See* Bates Nos. WPF027864-WPF027893.

Colum Carr, Authorized Signatory
JoAnn Palazzo

State Street Bank and Trust Company of California, NA was the Trustee of the LACMTA Rail Statutory Trust 2000-2, which was formed to enter into the various leases and other agreements involved in the LACMTA Transaction. *See* Bates Nos. WPF027736-WPF027739; WPF027894-WPF027917.

Paula Oswald, Vice President

Capstar Partners was financial advisor to LACMTA and arranged the financing for the LACMTA Transaction. *See* Bates Nos. WPF028452-WPF028453.

John Hackett, Senior Vice President
Louis DeCarlo, Senior Vice President
Brian Adam

Trinity Advisors advised Norwest Bank Minnesota, N.A. on the financial and economic terms of the LACMTA Transaction and provided pricing reports. *See* Bates Nos. WPF028496-WPF028547; WPF028663-WPF028665.

Dean Riskas, Partner

Financial Security Assurance, Inc. was the Strip Surety Provider and issued a Financial Guarantee Insurance Policy in connection with the payment obligations in the LACMTA Transaction. *See* Bates Nos. WPF028193-WPF028216.

Steven Berkowitz, Associate General Counsel
Jim Doyle

Marsh USA, Inc. provided Wells Fargo Equipment Finance, Inc. an opinion concerning the insurance provisions in connection with the LACMTA Transaction. *See* Bates Nos. WPF028450-WPF028451.

John Gross

Mercer Management Consulting provided Norwest Bank a Service Contract Opinion concerning the commercial viability of the lease-to-service contract subject to the LACMTA Transaction. *See* Bates Nos. WPF028817-WPF028941.

American Appraisal Associates, Inc. provided Norwest Bank Minnesota, N.A. an appraisal of the heavy rail transit passenger rail equipment subject to lease financing in the LACMTA Transaction. *See* Bates Nos. WPF028695-WPF028816.

Richard Meyer, ASA, Managing Director, Structured Finance Group

Federal Transit Agency, U.S. Department of Transportation, reviewed the draft operative documents of the LACMTA Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates Nos. WPF028942-WPF028944.

Nuria Fernandez, Acting Administrator

Mayer, Brown & Platt was special New York counsel and provided a legal opinion to Norwest Bank Minnesota, N.A. *See* Bates Nos. WPF028351-WPF028357.

Seed, Mackall & Cole, LLP was special California counsel and provided a legal opinion to State Street Bank and Trust Company of California, NA and the LACMTA Rail Statutory Trust 2000-2. *See* Bates Nos. WPF028362-WPF028371.

Bingham Dana was special Connecticut counsel and provided a legal opinion to LACMTA Rail Statutory Trust 2000-2. *See* Bates Nos. WPF028372-WPF028379.

White & Case was special New York counsel and provided legal opinions to AIG-FP Special Finance (Cayman) Limited, AIG Financial Products Corp., AIG-FP Financial Products (Jersey) Limited and American International Group, Inc. *See* Bates Nos. WPF028380-WPF028383.

Maples and Calder was special Cayman Islands counsel and provided a legal opinion to AIG-FP Funding (Cayman) Limited. *See* Bates Nos. WPF028399-WPF028406.

Orrick, Herrington & Sutcliffe, LLP was special counsel and provided a legal opinion to LACMTA. *See* Bates Nos. WPF028428-WPF028442.

**MARTA Rail Trust 2002-2** (*See* Bates Nos. WPF028949-WPF031005)

Metropolitan Atlanta Rapid Transit Authority ("MARTA") was Head Lessor, Sublessee and operator of the heavy rail transit passenger railcars subject to lease financing in the MARTA Transaction. *See* Bates Nos. WPF028949-WPF028954.

Richard P. Marsh, Manager of Financial Planning & Analysis

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the MARTA Transaction. *See* Bates Nos. WPF028949-WPF028954. Wells Fargo formed the MARTA Rail Statutory Trust 2002-2 to enter into the various leases and other agreements involved in the MARTA Transaction. *See* Bates Nos. WPF029113-WPF029136. Wells Fargo Equipment Finance, Inc. (WFEFI) underwrote and managed the transaction. *See* Bates Nos. WPF028956-WPF029112.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

AE Global Investments, LLC was the Initial Lender, Holder and Agent in connection with the MARTA Transaction. *See* Bates Nos. WPF028949-WPF028954.

David B. Nemschoff

AE Global Asset Funding, LLC was the Payment Undertaker in connection with the MARTA Transaction. *See* Bates Nos. WPF028949-WPF028954.

David B. Nemschoff

Ambac Assurance Corporation was the Strip Surety Provider in connection with the MARTA Transaction. *See* Bates Nos. WPF029406-WPF029431.

David B. Nemschoff, Managing Director
David N. Abramowitz, Counsel

Wilmington Trust Company was Custodian and Trustee of the MARTA Rail Statutory Trust 2002-2, which was formed to enter into the various leases and other agreements involved in the MARTA Transaction. *See* Bates Nos. WPF029113-WPF029136.

W. Chris Sponenberg, Vice President
Kathleen A. Pedelini, Financial Services Officer
James D. Nesci, Authorized Signer
Patricia A. Evans, Assistant Vice President

Radian Asset Assurance Inc. was Payment Undertaker Guarantor and issued a Financial Guarantee Insurance Policy in connection with the MARTA Transaction. *See* Bates Nos. WPF029399-WPF029405.

Sally Campbell, Senior Vice President
William M. Russel, Senior Vice President and Deputy General Counsel

Mayer, Brown, Rowe & Maw, LLP was special tax counsel and provided a tax opinion to Wells Fargo Bank Minnesota, N.A. concerning the MARTA Transaction. Mayer, Brown, Rowe & Maw, LLP was also special New York counsel and provided a legal opinion to Wells Fargo Bank Minnesota, N.A. *See* Bates Nos. WPF028949-WPF028954, WPF029600-WPF029606.

Stephanie A. Gonzales
Melinda Grove
Jennifer May

Pursley Lowery Meeks LLP. *See* Bates Nos. WPF029586-WPF029593.

Charles N. Pursley

Palmer & Cay insured the heavy rail transit passenger railcars subject to lease financing in the MARTA Transaction. *See* Bates Nos. WPF029806-WPF029820.

Edwin P. Bendin

Federal Transit Agency, U.S. Department of Transportation, reviewed the draft operative documents of the MARTA Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates Nos. WPF029822-WPF029824.

Robert D. Jamison

CIBC World Markets Corporation was financial advisor to MARTA and arranged the financing for the MARTA Transaction. *See* Bates Nos. WPF029992-WPF030021.

R. Gregory Hurst, Executive Director
David Ray

American Appraisal Associates, Inc. provided Wells Fargo Bank Minnesota, N.A. an appraisal of the heavy rail transit passenger railcars subject to lease financing in the MARTA Transaction. *See* Bates No. WPF028956-WPF029112.

Kenneth P. Kramer

Mercer Management Consulting provided Wells Fargo Bank Minnesota, N.A. a Service Contract Opinion concerning the commercial viability of the lease-to-service contract subject to the MARTA Transaction. *See* Bates Nos. WPF030049-WPF030108.

Morris, James, Hitchens & Williams, LLP was counsel and provided a legal opinion to Wilmington Trust Company in connection with the MARTA Transaction. *See* Bates Nos. WPF029612-WPF029618.

Powell, Goldstein, Frazer & Murphy, LLP was special Georgia counsel and provided a legal opinion to Wilmington Trust Company in connection with the MARTA Transaction. *See* Bates Nos. WPF029619-WPF029633.

Cadwalader, Wickersham & Taft was special counsel and provided a legal opinion to AE Global Asset Funding, LLC. *See* Bates Nos. WPF029634-WPF029638.

**MARTA Rail Trust 2002-3** (*See* Bates Nos. WPF031006-WPF032715)

Metropolitan Atlanta Rapid Transit Authority ("MARTA") was Head Lessor, Sublessee and operator of the heavy rail transit passenger railcars subject to lease financing in the MARTA Transaction. *See* Bates Nos. WPF031007-WPF031012.

Richard P. Marsh, Manager of Financial Planning & Analysis

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the MARTA Transaction. *See* Bates Nos. WPF031007-WPF031012. Wells Fargo formed the MARTA Rail Statutory Trust 2002-3 to enter into the various leases and other agreements involved in the MARTA Transaction. *See* Bates Nos. WPF031167-WPF031190. Wells Fargo Equipment Finance, Inc. (WFEFI) underwrote and managed the transaction. *See* Bates Nos. WPF032561-WPF032696.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

AE Global Investments, LLC was the Initial Lender, Holder and Agent in connection with the MARTA Transaction. *See* Bates Nos. WPF031007-WPF031012.

David B. Nemschoff

AE Global Asset Funding, LLC was the Payment undertaker in connection with the MARTA Transaction. *See* Bates Nos. WPF031007-WPF031012.

David B. Nemschoff Authorized Signatory

Ambac Assurance Corporation was the Strip Surety Provider in connection with the MARTA Transaction. *See* Bates Nos. WPF031007-WPF031012.

David B. Nemschoff, Managing Director
David N. Abramowitz, Counsel

Wilmington Trust Company was Custodian and Trustee of the MARTA Rail Statutory Trust 2002-3, which was formed to enter into the various leases and other agreements involved in the MARTA Transaction. *See* Bates Nos. WPF031007-WPF031012; WPF031167-WPF031190.

W. Chris Sponenberg, Vice President
Kathleen A. Pedelini, Financial Services Officer
James D. Nesci, Authorized Signer
Patricia A. Evans, Assistant Vice President

Radian Asset Assurance Inc. was Payment Undertaker Guarantor WPF031007 and issued a Financial Guarantee Insurance Policy in connection with the MARTA Transaction. *See* Bates Nos. WPF031449-WPF031455.

Sally Campbell, Senior Vice President
William M. Russel, Senior Vice President and Deputy General Counsel

Mayer, Brown, Rowe & Maw, LLP was special tax counsel and provided a tax opinion to Wells Fargo Bank Minnesota, N.A. concerning the MARTA Transaction. Mayer, Brown, Rowe & Maw, LLP was also special New York counsel and provided a legal opinion to Wells Fargo Bank Minnesota, N.A. *See* Bates Nos. WPF031013-WPF031166; WPF031641-WPF031648.

Stephanie A. Gonzales
Melinda Grove
Jennifer May

Pursley Lowery Meeks LLP. *See* Bates Nos. WPF031627-WPF031634.

Charles N. Pursley

Palmer & Cay insured the heavy rail transit passenger railcars subject to lease financing in the MARTA Transaction. *See* Bates Nos. WPF031830-WPF031844; WPF031845.

Edwin P. Bendin

Federal Transit Agency, U.S. Department of Transportation, reviewed the draft operative documents of the MARTA Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates Nos. WPF031846-WPF031848.

Robert D. Jamison

CIBC World Markets Corporation was financial advisor to MARTA and arranged the financing for the MARTA Transaction. *See* Bates Nos. WPF031562-WPF031568.

R. Gregory Hurst, Executive Director
David Ray

American Appraisal Associates, Inc. provided Wells Fargo Bank Minnesota, N.A. an appraisal of the heavy rail transit passenger railcars subject to lease financing in the MARTA Transaction. *See* Bates Nos. WPF032169-WPF032226.

Kenneth P. Kramer

Mercer Management Consulting provided Wells Fargo Bank Minnesota, N.A. a Service Contract Opinion concerning the commercial viability of the lease-to-service contract subject to the MARTA Transaction. *See* Bates Nos. WPF031915-WPF031961.

Morris, James, Hitchens & Williams, LLP was counsel and provided a legal opinion to Wilmington Trust Company in connection with the MARTA Transaction. *See* Bates Nos. WPF031654-WPF031660.

Powell, Goldstein, Frazer & Murphy, LLP was special Georgia counsel and provided a legal opinion to Wilmington Trust Company in connection with the MARTA Transaction. *See* Bates Nos. WPF031661-WPF031675.

Cadwalader, Wickersham & Taft was special counsel and provided a legal opinion to AE Global Asset Funding, LLC. *See* Bates Nos. WPF031676-WPF031680.

**New Jersey Transit (W1) Railcars** (*See* Bates Nos. WPF034142-WPF034149)

New Jersey Transit Corporation was Head Lessor, Lessee and operator of the light rail passenger vehicles subject to lease financing in the NJT (W1) Transaction. *See* Bates Nos. WPF037222-WPF037249.

H. Charles Wedel, CFO and Treasurer
Robert Webb, Manager, Project Finance
Jeffrey Warsh, Executive Director
Gwen Watson, Board Secretary

Wells Fargo Bank Minnesota, N.A. was the Equity Investor (also referred to as the "Owner Participant") in the NJT (W1) Transaction. *See* Bates Nos. WPF037222-WPF037249. Wells Fargo formed the NJT 2001-W1 Statutory Trust to enter into the various leases and other agreements involved in the NJT (W1) Transaction. *See* Bates Nos. WPF037200-WPF037221. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction. *See* Bates Nos. WPF035881-WPF035933.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

AIG Funding (Cayman) Limited was the Lender and Agent (WPF037038-WPF037074), AIG-FP Special Finance (Cayman) Limited was the Payment Undertaker (WPF036993-WPF037009), AIG-FP Special Finance (Jersey) Limited entered into account pledge and security (WPF036893-WPF036916) and custody agreements (WPF036917-WPF036937) in connection

with the payment undertaking and American International Group, Inc. guaranteed the payment undertaking in connection with the NJT (W1) Transaction. *See* Bates Nos. WPF036956-WPF036959.

Colum Carr, Authorized Signatory
JoAnn Palazzo
Douglas Poling, General Counsel
Kathleen Shannon, Associate General Counsel

State Street Bank and Trust Company of California, NA was the Trustee of the NJT 2001-W1 Trust, which was formed to enter into the various leases and other agreements involved in the NJT (W1) Transaction. *See* Bates Nos. WPF037200-WPF037221.

Earl Dennision, Jr., Vice President
Kathleen Pedelini, Administrative Account Manager
W. Chris Sponenberg, Assistant Vice President

Wilmington Trust Company was Custodian. *See* Bates Nos. WPF036917-WPF036937.

Fleet Capital Leasing syndicated the financing of the NJT (W1) Transaction and provided Wells Fargo Bank Minnesota, N.A. with pricing runs in connection with the NJT (W1) Transaction. *See* Bates Nos. WPF035858-WPF035880.

Brad Vleck

Capstar Partners, LLC was financial advisor to NJTC and arranged the financing for the NJT (W1) Transaction. *See* Bates Nos. WPF036386-WPF036391.

John Hackett, Senior Vice President

Marshall & Stevens, Inc. provided Wells Fargo Bank Minnesota, N.A. an appraisal of the buses subject to lease financing in the NJT (W1) Transaction. *See* Bates Nos. WPF037413-WPF037520.

Mercer Management Consulting, Inc. provided Wells Fargo Bank Minnesota, N.A. a Service Contract Opinion concerning the commercial viability of the lease-to-service contract subject to the NJT (W1) Transaction. *See* Bates No. WPF008074.

Federal Transit Administration, U.S. Department of Transportation, reviewed the draft operative documents of the NJT (W1) Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates Nos. WPF035759-WPF035761.

Nuria Fernandez, Acting Administrator

Watson, Farley, Williams LLP was tax counsel and provided Wells Fargo Bank Minnesota, N.A. a tax opinion in connection with the NJT (W1) Transaction. *See* Bates Nos. WPF037111-WPF037172.

Phil Spector

Financial Security Assurance Inc. was the Surety Bond Provider for the NJT (W1) Transaction. *See* Bates Nos. WPF036938-WPF036955.

Steven Berkowitz, Managing Director
Andrea Bozzo, Managing Director

Marsh USA Inc. provided Wells Fargo Bank Minnesota, N.A. a certification regarding NJTC property insurance. *See* Bates Nos. WPF035839-WPF035848.

Robert D. Sullivan

Gibbons, Del Rio, Dolan Griffinger & Vecchione was special counsel and provided a legal opinion to NJTC. *See* Bates Nos. WPF034764-WPF034779.

Morris, James, Hitchens & Williams, LLP was counsel and provided a legal opinion to Wilmington Trust Company. *See* Bates Nos. WPF036605-WPF036609.

O'Melveny & Myers, LLP was special New York counsel and provided opinions to AIG Financial Products Corp., AIG Financial Products(Cayman) Limited and AIG-FP Funding (Cayman) Limited. *See* Bates Nos. WPF036620-WPF036622.

McManimon & Scotland, LLC was special New Jersey counsel and provided legal opinions to AIG Financial Products Corp., AIG-FP Special Finance (Cayman) Limited, AIG Financial Products (Jersey), and AIG-FP Funding (Cayman) Limited. *See* Bates Nos. WPF036641-WPF036643.

Bingham Dana was special California counsel and provided a legal opinion to State Street Bank and Trust Company of Connecticut, N.A. *See* Bates Nos. WPF036653-WPF036665.

Riker, Danzig, Scherer, Hyland & Perretti, LLP was special New Jersey counsel and provided a legal opinion to Wells Fargo Bank Minnesota, N.A. and Financial Security Assurance, Inc. *See* Bates Nos. WPF034845-WPF034850.

**<u>New Jersey Transit (WF-1) Buses</u>** (*See* Bates Nos. WPF034142-WPF034149)

New Jersey Transit Corporation ("NJTC") New Jersey Transit Corporation was Head Lessor, Lessee and operator of the buses subject to lease financing in the NJT (WF-1) Transaction. *See* Bates Nos. WPF034272-WPF034300.

H. Charles Wedel, CFO and Treasurer
Robert Webb, Manager, Project Finance

Wells Fargo Bank Minnesota, N.A. was the Equity Investor (also referred to as the Owner Participant) in the NJT (WF-1) Transaction. *See* Bates Nos. WPF034272-WPF034300. Wells Fargo formed the NJT 2001-WF1 Statutory Trust to enter into the various leases and other agreements involved in the NJT (WF-1) Transaction. *See* Bates Nos. WPF034301-WPF034323. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction. *See* Bates Nos. WPF035944-WPF035977.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

FSA Global Funding Limited was the Lender to Wells Fargo Bank Minnesota, N.A. for the NJT (WF-1) Transaction. *See* Bates Nos. WPF034430-WPF034467.

Hellen Allen, Director
Steven Berkowitz, Managing Director

Premier International Funding Corp. was the Debt Payment Undertaker. *See* Bates Nos. WPF034497-WPF034520.

Hellen Allen, Director
Steven Berkowitz, Managing Director

Wells Fargo Bank Northwest, N.A. was the Trustee of the NJT 2001-WF1 Statutory Trust, which was formed to enter into the various leases and other agreements involved in the NJT (WF1) Transaction. *See* Bates Nos. WPF034301-WPF034323.

Robert Reynolds, Vice President
Brett R. King, Vice President
Joseph O'Donnell, Trust Officer

Financial Security Assurance Inc. was the Surety Bond Provider. *See* Bates Nos. WPF034523-WPF034531.

Steven Berkowitz, Managing Director
Suzanne Finnegan, Managing Director
Bruce Stern, General Counsel

Dexia Credit Local, New York Agency provided a standby letter of credit in connection with the NJT 2001-WF1 Transaction. *See* Bates Nos. WPF034584-WPF034616.

Marc Brugiere, General Manager

Capstar Partners, LLC was financial advisor to NJTC and arranged the financing for the NJT (W1) Transaction. *See* Bates Nos. WPF034885-WPF034890.

John Hackett, Senior Vice President

Marsh USA Inc. provided Wells Fargo Bank Minnesota, N.A. a certification regarding NJTC property insurance. *See* Bates No. WPF034894.

Richard O'Callaghan

Rockland Coaches/Coach USA provided carrier subleases with regard to buses being transferred outside NJ State. *See* Bates Nos. WPF034939-WPF034958.

Robert Longo, Vice President
Roger Bowker, Vice President
Frank McDonald, Vice President

R.L. Banks & Associates provided Wells Fargo Bank Minnesota, N.A. a Service Contract Opinion assessing the commercial feasibility of the service contract in the NJT (W1) Transaction. *See* Bates Nos. WPF036307-WPF036385.

Robert L. Banks
David J. Shuman

Federal Transit Administration, U.S. Department of Transportation, reviewed the draft operative documents of the NJT (WF-1) Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates Nos. WPF034905-WPF034907.

Jennifer Dorn

Ernst & Young, LLP provided Wells Fargo Bank Minnesota, N.A. an appraisal of the buses subject to lease financing in the NJT (WF-1) Transaction. *See* Bates Nos. WPF037527-WPF037744.

Ray, Quinney & Nebeker, PC was counsel and provided a legal opinion to First Security Bank of Utah, N.A. concerning New York banking law in connection with the NJT (WF-1) Transaction. *See* Bates Nos. WPF034762-WPF034763.

Ray, Quinney & Nebeker, PC was special counsel and provided a legal opinion to Wells Fargo Bank Northwest, N.A. *See* Bates Nos. WPF034814-WPF034819.

Gibbons, Del Rio, Dolan Griffinger & Vecchione was special counsel and provided legal opinions to NJTC. *See* Bates Nos. WPF034764-WPF034779.

Day, Berry & Howard, LLP was special Connecticut counsel and provided a legal opinion to Wells Fargo Bank Northwest, N.A. *See* Bates Nos. WPF034797-WPF034801.

Linklaters was special New York counsel and provided a legal opinion to Dexia Credit Local, New York Agency. *See* Bates Nos. WPF034820-WPF034829.

Jeantet & Associés was special French counsel and provided a legal opinion to Dexia Credit Local, New York Agency. *See* Bates Nos. WPF034830-WPF034837.

Riker, Danzig, Scherer, Hyland & Perretti, LLP was special New Jersey counsel and provided a legal opinion to Wells Fargo Bank Minnesota, N.A., Premier International Funding Co., Financial Security Assurance, Inc. and FSA Global Funding Limited. *See* Bates Nos. WPF034845-WPF034850.

Maples and Calder was Cayman Island counsel and provided a legal opinion to Premier International Funding Co. *See* Bates Nos. WPF034851-WPF034858.

**PACE 2003-1** (*See* Bates Nos. WPF037898-WPF041777)

PACE, the Suburban Bus Division of the Regional Transportation Authority, was Head Lessor, Lessee and operator of the buses subject to lease financing in the PACE 2003-1 Transaction. *See* Bates Nos. WPF037909-038964; WPF039214-039383; WPF039875; WPF039876-040519; WPF040775-040778.

Thomas J. Ross, Executive Director
Dominick Cuomo, CFO
Michael Chmielewski, Dept. Mgr., Risk Management
Beth Kruse, Board Secretary
John J. Case, Chairman of the Board
Terrance M. Carr, Director of Pace Board
James C. Harris, Director of Pace Board
Richard A. Kwasneski, Director of Pace Board
Al Larson, Director of Pace Board
Thomas D. Marcucci, Director of Pace Board
Frank C. Mitchell, Director of Pace Board
Anna Montana, Director of Pace Board
Jeffery D. Schielke, Director of Pace Board
Aaron T. Shepley, Director of Pace Board
Vernon T. Squires, Director of Pace Board
Richard Welton, Director of Pace Board
Ellen L. Champagne, General Counsel
Mike Aleksic, Senior Contract Buyer

Regional Transportation Authority Northeastern Illinois ("RTA"). *See* Bates Nos. WPF041403-WPF041541.

Joseph G. Costello, Chief Financial Officer
Ed V. Verzo, Controller

Deloitte & Touche, independent auditors for RTA. *See* Bates Nos. WPF041403-WPF041541.

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the PACE 2003-1 Transaction. Wells Fargo formed the PACE 2003-1 Statutory Trust to enter into the various leases and other agreements involved in the PACE 2003-1 Transaction. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction. *See* Bates Nos. WPF039214-WPF039383; WPF041347-WPF041348.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

Wells Fargo Bank Northwest, N.A. was the Collateral Agent and Trustee of the PACE 2003-1 Statutory Trust, which was formed to enter into the various leases and other agreements involved in the PACE Transaction. *See* Bates Nos. WPF039208-WPF039213; WPF039214-WPF039383; WPF040745-WPF040746; WPF040747-WPF040767.

Robert L. Reynolds, Vice President, Trust Officer
Brett R. King, Vice President, Trust Officer
Michael D. Hoggan, Vice President, Trust Officer
Brent Ayre, Vice President, Assistant Secretary Board of Directors
C. Scott Nielsen, Vice President, Marketing Officer
Peter Ross, Executive Vice President
Val T. Orton, Vice President, Trust Officer
Joseph P. O'Donnell, Trust Officer
Randy R. Marchant, Mgr, Corporate Trust, Leveraged Leasing Grp, Sr. VP
Krystal Bagshaw, Trust Officer
Jodie B. Curtis, Mgr, Lease Administration, VP, Trust Officer
Nancy M. Dahl, Mgr., Legal Services, VP, Trust Officer
Joshua Elsmore, Trust Officer
Arge Feotis, Trust Officer
Megan C. Giamalakis, Trust Officer

Janeen R. Higgs, Mgr, Lease Administration, VP, Trust Officer
Frank McDonald, Vice President, Trust Officer
Brandon Mills, Trust Officer
Eric Morgan, Trust Officer
Glenn J. Shaw, Trust Officer
Necia Stevens, Trust Officer
Sara Sweeney, Manager, Accounting, Vice President
Rick Webster, Trust Officer

FSA Global Funding Limited was the Lender for the PACE 2003-1 Transaction. *See* Bates Nos. WPF039214-039383.

Hugh Thompson, Director
Helen Allen, Director

Premier International Funding Co. was the Payment Undertaker for the PACE 2003-1 Transaction. *See* Bates Nos. WPF039214-039383.

Hugh Thompson, Director

Financial Security Assurance, Inc. ("FSA") was the Surety Bond Provider and provided an opinion on the financial guaranty insurance policy issued by FSA. *See* Bates Nos. WPF039640-WPF039736; WPF040830-WPF040835.

Bruce Stern, General Counsel
Steven J. Berkowitz, Managing Director
Margaret Yanney, Assistant General Counsel

Marsh USA Inc. provided Wells Fargo Bank Minnesota N.A. an opinion concerning the insurance provisions in connection with the PACE 2003-1 Transaction. *See* Bates Nos. WPF039208-WPF039213; WPF040520-WPF040530; WPF040955-WPF040956.

Donna Fentress
Manuel Ribot
Christy N. Phoebus
Martha Davis Mangold – Managing Director

Kevin Greer, Vice President

North American Bus Industries, Inc. ("NABI") manufactured the transit buses operated by PACE and subject to the PACE 2003-1 Transaction. *See* Bates Nos. WPF039876-WPF040519.

Shanna R. Young
J. Daniel Garrett, Executive Vice President & CFO

Ray, Quinney & Nebeker provided an opinion to Wells Fargo Bank Northwest, N.A. concerning New York Banking Law in connection with the PACE 2003-1 Transaction. *See* Bates Nos. WPF039208-WPF039213; WPF040769-WPF040774; WPF040797-WPF040801.

M. John Ashton

Vedder, Price, Kaufman & Kammholz, P.C. was special counsel to PACE in all aspects of the PACE 2003-1 Transaction. *See* Bates Nos. WPF039202-WPF039203; WPF039204-WPF039207; WPF039208-WPF039213; WPF040779-WPF040783.

David Foody

R.L. Banks & Associates provided Wells Fargo Bank Minnesota, N.A. a Service Contract Opinion regarding the commercial feasibility of the service contract of transit and commuter buses operated by PACE. *See* Bates Nos. WPF039208-WPF039213; WPF039876-WPF040519; WPF040836-WPF040948.

Robert L. Banks, Chief Executive

Federal Transit Authority, U.S. Department of Transportation, reviewed the draft operative documents of the PACE 2003-1 Transaction and opined the transaction conforms to

the FTA's guidelines concerning tax-advantaged leases. *See* Bates Nos. WPF040959-WPF040961.

Robert D. Jamison

Illinois Deptartment of Transportation approved PACE's entry into the PACE 2003-1 Transaction. *See* Bates Nos. WPF040962-WPF040963.

Dick Smith, Acting Director

King & Spalding was the tax counsel and special New York counsel to Wells Fargo Bank Minnesota N.A. and provided a tax opinion and a legal opinion concerning the PACE 2003-1 Transaction. *See* Bates Nos. WPF039208-WPF039213; WPF040784-WPF040787; WPF040950-WPF040953.

Philip H. Spector

Collateral Guaranty LLC provided Wells Fargo Bank Minnesota N.A. an opinion concerning the Residual Value Insurance in connection with the PACE 2003-1 Transaction. *See* Bates Nos. WPF039208-039213; WPF040950-040953.

Thomas A. Orofino, Managing Partner

Macquarie Securities (USA) Inc. was the financial advisor to PACE and arranged the structure and financing for the PACE 2003-1 Transaction. *See* Bates Nos. WPF039208-WPF039213; WPF040957-WPF040958; WPF040964-WPF040988.

Saskia Van Dijk
Mike Zemke, Division Director
Trent Vichie

Linklaters was special New York counsel and provided a legal opinion to Premier International Funding Co. in connection with the PACE 2003-1 Transaction. *See* Bates Nos. WPF039208-WPF039213; WPF040824-WPF040829.

Kevin A. Hall

Capstar Partners, LLC was advisor to Wells Fargo Bank Minnesota, N.A. concerning the structure, economics and financing of the PACE 2003-1 Transaction and provided Wells Fargo Bank Minnesota, N.A. with pricing runs in connection with the PACE 2003-1 Transaction. *See* Bates Nos. WPF041211-WPF041219; WPF041235-WPF041316; WPF040964-WPF040988.

Terrill Jordan, Vice President
Lou DeCarlo

Orion Bus Industries manufactured transit buses operated by PACE in connection with the PACE 2003-1 Transaction. *See* Bates Nos. WPF039876-WPF040519; WPF040537-WPF040560.

Christopher L. Crassweller, Manager Corporate & Legal Affairs

Ernst & Young, LLP provided Wells Fargo Bank Minnesota, N.A. an appraisal of the buses subject to lease financing in the PACE 2003-1 Transaction. *See* Bates Nos. WPF039876-WPF040519.

Scott Rivello
Zamir Kalyani
Laura Anastasio

Motor Coach Industries, Inc. (MCI) manufactured transit buses operated by PACE in connection with the PACE 2003-1 Transaction. *See* Bates Nos. WPF039876-040519.

John S. Andrews, Vice President, Public Sector Sales

National Economic Research Associates (NERA) provided an interest rate opinion letter in connection with the PACE 2003-1 Transaction. *See* Bates Nos. WPF040995-WPF040999.

David M. Ellis, Vice President

Day, Berry & Howard LLP, special counsel to Wells Fargo Bank Northwest, N.A. in its individual capacity and as Trustee under the Trust Agreement. Provided opinion based on the laws of the State of Connecticut. *See* Bates Nos. WPF040792-040796.

Maples & Calder was special Cayman Islands counsel to Premier International Fund and provided an opinion based on the laws of the Cayman Islands with respect to the PACE 2003-1 Transaction. *See* Bates Nos. WPF040802-WPF040823.

FPT&W, Ltd, the accounting firm which provided an unqualified opinion regarding Pace's internal controls and financial statements and with regard to compliance with the *U.S. Office of Management and Budget (OMB) Circular A-133 Compliance Supplement. See* Bates Nos. WPF039876-040519; WPF041403-WPF041595.

**PACE 2003-2** (*See* Bates Nos. WPF037898-WPF041777)

PACE, the Suburban Bus Division of the Regional Transportation Authority, was Head Lessor, Lessee and operator of the buses subject to lease financing in the PACE 2003-2 Transaction. *See* Bates Nos. WPF037909-WPF038964; WPF038394-WPF038784; WPF038814-WPF038982; WPF039019-WPF039022.

Dominick Cuomo, Chief Financial Officer
Michael Chimielewski, Department Manger, Risk Management
Ellen L. Champagne, General Counsel

Thomas J. Ross, Executive Director
Beth Kruse, Secretary
Terrance Brannon, Deputy Executive Director, Internal Services
John J. Case, Chairman of the Pace Board
Terrance M. Carr, Director of Pace Board
James C. Harris, Director of Pace Board
Richard A. Kwasneski, Director of Pace Board
Al Larson, Director of Pace Board
Thomas D. Marcucci, Director of Pace Board
Frank C. Mitchell, Director of Pace Board
Anna Montana, Director of Pace Board
Jeffery D. Schielke, Director of Pace Board
Aaron T. Shepley, Director of Pace Board
Vernon T. Squires, Director of Pace Board
Richard Welton, Director of Pace Board

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the PACE 2003-2 Transaction. Wells Fargo formed the PACE 2003-2 Statutory Trust to enter into the various leases and other agreements involved in the PACE 2003-2 Transaction. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction. *See* Bates Nos. WPF037909-038964; WPF039032-039035.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

Wells Fargo Bank Northwest, N.A. was the Collateral Agent and Trustee of the PACE 2003-2 Statutory Trust, which was formed to enter into the various leases and other agreements

involved in the PACE Transaction. *See* Bates Nos. WPF037909-WPF038964; WPF038394-WPF038396; WPF038998; WPF038999-WPF039010; WPF039012-WPF039018.

Robert L. Reynolds, Vice President, Trust Officer
Brett R. King, Vice President, Trust Officer
Michael D. Hoggan, Vice President, Trust Officer
Brent Ayre, Vice President, Assistant Secretary Board of Directors
C. Scott Nielsen, Vice President, Marketing Officer
Peter Ross, Executive Vice President
Val T. Orton, Vice President, Trust Officer
Joseph P. O'Donnell, Trust Officer
Randy R. Marchant, Mgr, Corporate Trust, Leveraged Leasing Grp, Sr. VP
Krystal Bagshaw, Trust Officer
Jodie B. Curtis, Mgr, Lease Administration, VP, Trust Officer
Nancy M. Dahl, Mgr., Legal Services, VP, Trust Officer
Joshua Elsmore, Trust Officer
Arge Feotis, Trust Officer
Megan C. Giamalakis, Trust Officer
Janeen R. Higgs, Mgr, Lease Administration, VP, Trust Officer
Frank McDonald, Vice President, Trust Officer
Brandon Mills, Trust Officer
Eric Morgan, Trust Officer
Glenn J. Shaw, Trust Officer
Necia Stevens, Trust Officer
Sara Sweeney, Manager, Accounting, Vice President
Rick Webster, Trust Officer
Elizabeth A. Durfee, Legal Assistant

Regional Transportation Authority Northeastern Illinois ("RTA"). *See* Bates Nos. WPF041403-WPF041541.

Joseph G. Costello, Chief Financial Officer
Ed V. Verzo, Controller

Deloitte & Touche, independent auditors for RTA. *See* Bates Nos. WPF041403-WPF041541

FSA Global Funding Limited was the Lender for the PACE 2003-2 Transaction. *See* Bates Nos. WPF037909-WPF038964; WPF038172-WPF038194; WPF038222-WPF038258; WPF038264-WPF038284.

Hugh Thompson, Director
Helen Allen, Director

Premier International Funding Co. was the Debt Payment Undertaker for the PACE 2003-2 Transaction. *See* Bates Nos. WPF037909-WPF038964.

Hugh Thompson, Director

Financial Security Assurance, Inc. ("FSA") was the Surety Bond Provider and provided an opinion on the financial guaranty insurance policy issued by FSA. *See* Bates Nos. WPF038285-WPF038294; WPF038295-WPF038311; WPF038312-WPF038325; WPF038326-WPF038348; WPF039063-WPF039065.

Bruce Stern, General Counsel
Steven J. Berkowitz, Managing Director
Margaret Yanney, Assistant General Counsel

Marsh USA Inc. provided Wells Fargo Bank Minnesota N.A. an opinion concerning the insurance provisions in connection with the PACE 2003-2 Transaction. *See* Bates Nos. WPF038781-WPF038784; WPF039174-WPF039175.

Donna Fentress
Manuel Ribot
Christy N. Phoebus
Martha Davis Mangold, Managing Director
Kevin Greer, Vice President

North American Bus Industries, Inc. ("NABI") contracted with PACE to manufacture buses for delivery in 2003 and provided a letter regarding the useful life of the Equipment. *See* Bates Nos. WPF038397-WPF038780; WPF038805-WPF038813.

Shanna R. Young, Vice President
J. Daniel Garrett, Executive Vice President & CFO

Ray, Quinney & Nebeker provided an opinion to Wells Fargo Bank Northwest, N.A. concerning New York Banking Law in connection with the PACE 2003-2 Transaction. *See* Bates Nos. WPF039012-WPF039018; WPF039042-WPF039046.

M. John Ashton

Vedder, Price, Kaufman & Kammholz, P.C. was special counsel to PACE in all aspects of the PACE 2003-2 transaction. *See* Bates Nos. WPF039023-WPF039027.

David Foody WPF037898

R.L. Banks & Associates provided Wells Fargo Bank Minnesota, N.A. a Service Contract Opinion. *See* Bates Nos. WPF039069-WPF039168.

Robert L. Banks, Chief Executive

Federal Transit Authority, U.S. Department of Transportation, reviewed the draft operative documents of the PACE 2003-2 Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates Nos. WPF040959-WPF040961.

Robert D. Jamison

Illinois Department of Transportation approved PACE's entry into the PACE 2003-2 Transaction. *See* Bates Nos. WPF040962-WPF040963.

Dick Smith, Acting Director

King & Spalding was the tax counsel and special New York counsel to Wells Fargo Bank Minnesota N.A. and provided a tax opinion and a legal opinion concerning the PACE 2003-2 Transaction. *See* Bates Nos. WPF039028-WPF039031; WPF039169-WPF039173.

Philip H. Spector

Collateral Guaranty LLC provided Wells Fargo Bank Minnesota N.A. an opinion concerning the Residual Value Insurance in connection with the PACE 2003-2 Transaction. *See* Bates Nos. WPF039169-WPF039173.

Thomas A. Orofino, Managing Partner

Macquarie Securities (USA) Inc. was the financial advisor to PACE and arranged the structure and financing for the PACE 2003-2 Transaction. *See* Bates Nos. WPF037903-WPF037908; WPF038397-WPF038780 ; WPF039176-WPF039177; WPF039178-WPF039201.

Saskia Van Dijk
Mike Zemke, Division Director

Linklaters was special New York counsel and provided a legal opinion to Premier International Funding Co. and FSA Global Funding Limited in connection with the PACE 2003-2 Transaction. *See* Bates Nos. WPF039057-WPF039062.

Kevin A. Hall

Capstar Partners, LLC was advisor to Wells Fargo Bank Minnesota, N.A. concerning the structure, economics and financing of the PACE 2003-2 Transaction and provided Wells Fargo Bank Minnesota, N.A. with pricing runs in connection with the PACE 2003-2 Transaction. *See* Bates Nos. WPF041317-WPF041339; WPF039178-WPF039201.

Terrill Jordan, Vice President

Ernst & Young, LLP provided Wells Fargo Bank Minnesota, N.A. an appraisal of the buses subject to lease financing in the PACE 2003-2 Transaction. *See* Bates Nos. WPF038397-WPF038780.

Scott Rivello
Zamir Kalyani
Laura Anastasio

National Economic Research Associates (NERA) provided an interest rate opinion letter in connection with the PACE 2003-2 Transaction. *See* Bates Nos. WPF041000-WPF041004.

David M. Ellis, Vice President

Day, Berry & Howard LLP, special counsel to Wells Fargo Bank Northwest, N.A. in its individual capacity and as Trustee under the Trust Agreement. Provided opinion based on the laws of the State of Connecticut. *See* Bates Nos. WPF037903-WPF037908; WPF039036-WPF039041.

Maples & Calder was special Cayman Islands counsel Premier International Fund. *See* Bates Nos. WPF037903-WPF037908; WPF039047-WPF039056.

FPT&W, Ltd, accounting firm which provided an unqualified opinion regarding Pace's internal controls and financial statements and with regard to compliance with the *U.S. Office of Management and Budget (OMB) Circular A-133 Compliance Supplement*. *See* Bates Nos. WPF038397-WPF038780; WPF041403-WPF041595.

**<u>PCJPB (WFEF-2000)</u>** (*See* Bates Nos. WPF041778-WPF043478)

Peninsula Corridor Joint Powers Board ("PCJPB") was Head Lessor, Lessee and operator of the coached and locomotives subject to lease financing in the PCJPB WFEF-2000 Transaction. *See* Bates Nos. WPF041783-WPF041910; WPF041911-WPF041942.

Michael Scanlon, Executive Director
Roger Contreras, CFO
Deanna Riding, Board Secretary

San Mateo County Transit District, City and County of San Francisco and Santa Clara Valley Transportation Authority are the parties that formed the Peninsula Corridor Joint Powers Board. *See* Bates Nos. WPF042648-WPF042663.

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the PCJPB WFEF-2000 Transaction. *See* Bates Nos. WPF041783-WPF041910. Wells Fargo formed the PCJPB WFEF-2000 Statutory Trust to enter into the various leases and other agreements involved in the PCJPB WFEF-2000 Transaction. *See* Bates Nos. WPF043457-WPF043478. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction. *See* Bates Nos. WPF042940-WPF043022.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.

Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

AIG Funding (Cayman) Limited was the Lender and Agent (WPF042071-WPF042114), AIG-FP Special Finance (Cayman) Limited was the Payment Undertaker (WPF042167-WPF042192; WPF042195-WPF042220), AIG Financial Products Corp. issued a letter of credit (WPF042407-WPF042467), AIG-FP Special Finance (Jersey) Limited entered into account pledge and security (WPF042317-WPF042341; WPF042342-WPF042366) and custody agreements (WPF042367-WPF042386; WPF042387-WPF042406) in connection with the payment undertaking and American International Group, Inc. guaranteed the payment undertaking. *See* Bates Nos. WPF042512-WPF042516; WPF042517-WPF042521.

Colum Carr, Authorized Signatory
JoAnn Palazzo, Authorized Signatory
Robert Hirst, Director
Thomas Ward, CFO
Douglas Poling, General Counsel

State Street Bank and Trust Company of California was the Trustee of the PCJPB WFEF-2000 Trust, which was formed to enter into the various leases and other agreements involved in the PCJPB WFEF-2000 Transaction. *See* Bates Nos. WPF043457-WPF043478.

Paula Oswald, Vice President
Patricia O'Connor, Assistant Secretary

Financial Security Assurance was the Surety Bond Provider. *See* Bates Nos. WPF042527-WPF042552; WPF042553-WPF042578.

Bruce Stern, Authorized Officer
Steven Berkowitz
Suzanne Finnegan, Managing Director

Allco Finance Corp was financial advisor to PCJPB and arranger for the financing in connection with the PCJPB WFEF-2000 Transaction. *See* Bates Nos. WPF042865-WPF042866.

Chris Whitman

Ross Financial was financial advisor to PCJPB. *See* Bates Nos. WPF042625-WPF042627.

Peter Ross, Principal

Watson, Farley & Williams LLP was tax counsel and special New York counsel and provided a tax and legal opinions to Wells Fargo Bank Minnesota, N.A. in connection with the PCJPB WFEF-2000 Transaction. *See* Bates Nos. WPF042136-WPF042140.

Philip Spector, Partner

Trinity Advisors Inc. provided the net cash rent reports, pricing runs and other economic and financial forecasts in connection with the PCJPB WFEF-2000 Transaction. *See* Bates Nos. WPF043023; WPF043046; WPF043067.

Dean Riskas, Partner

State of California, Dept. of Transportation, advised as to the State Fund Transfer Agreement in connection with the PCJPB WFEF-2000 Transaction. *See* Bates Nos. WPF042908-WPF042909.

William Bassett, Contract Officer, Attorney

Federal Transit Administration, U.S. Department of Transportation, reviewed the draft operative documents of the PCJPB WFEF-2000 Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates Nos. WPF042905-WPF042907.

Nuria Fernandez

Collateral Guaranty LLC provided Wells Fargo Bank Minnesota N.A. an opinion concerning the Residual Value Insurance in connection with the PCJPB WFEF-2000 Transaction. *See* Bates Nos. WPF043294-WPF043296.

Thomas Orofino, President

New Boston Partners, Limited advised Wells Fargo Bank Minnesota, N.A. regarding the proposed debt pricing of the PCJPB WFEF-2000 Transaction. *See* Bates Nos. WPF043432-WPF043435.

Jan Gustafsson, Managing Director

PricewaterhouseCoopers, LLP provided an appraisal of the locomotives and passenger cars subject to lease financing in the PCJPB WFEF-2000 Transaction. *See* Bates Nos. WPF043118-WPF043209.

Mercer Management Consulting provided Wells Fargo Bank Minnesota, N.A. a Service Contract Opinion concerning the commercial viability of the lease-to-service contract subject to the PCJPB WFEF-2000 Transaction. *See* Bates Nos. WPF043297-WPF043431.

Hanson, Bridgett, Marcus, Vlahos & Rudy was counsel and provided a legal opinion on behalf of PCJPB. *See* Bates Nos. WPF042696-WPF042699.

Stephen Taber

Alvord & Alvord provided an opinion concerning the Recordation Files with respect to the locomotives and passenger railcars subject to PCJPB WFEF-2000 Transaction. *See* Bates Nos. WPF042795-WPF042799.

Robert Alvord

Orrick, Herrington & Sutcliffe, LLP was special counsel and provided a legal opinion to PCJPB. *See* Bates Nos. WPF042700-WPF042718.

Seed, Mackall & Cole, LLP was special California counsel and provided a legal opinion to State Street Bank and Trust Company of California, N.A. *See* Bates Nos. WPF042727-WPF042737.

White & Case, LLP was special New York counsel and provided legal opinions to AIG Financial Products Corp., American International Group, AIG-FP Special Finance (Cayman) Limited and AIG Financial Products (Jersey) Limited. *See* Bates Nos. WPF042738-WPF042741.

Maples and Calder was Cayman Island counsel and provided a legal opinion to AIG-FP Funding (Cayman) Limited. *See* Bates Nos. WPF042757-WPF042762.

Crills was Jersey counsel and provided a legal opinion to AIG Financial Products (Jersey) Limited. *See* Bates Nos. WPF042774-WPF042780.

**PCJPB (WF-2001)** (*See* Bates Nos. WPF043479-WPF046536)

Peninsula Corridor Joint Powers Board ("PCJPB") was Head Lessor, Lessee and operator of the coaches and locomotives subject to lease financing in the PCJPB WF-2001 Transaction. *See* Bates Nos. WPF043507-WPF043828.

Michael Scanlon, Executive Director
Roger Contreras, CFO
Deanna Riding, Board Secretary

San Mateo County Transit District, City and County of San Francisco and Santa Clara Valley Transportation Authority are the parties that formed the Peninsula Corridor Joint Powers Board. *See* Bates Nos. WPF044228-WPF044262.

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the PCJPB WF-2001 Transaction. *See* Bates Nos. WPF043507-WPF043828;WPF043829-WPF043866. Wells Fargo formed the PCJPB WF-2001 Statutory Trust to enter into the various leases and other agreements involved in the PCJPB WF-2001 Transaction. *See* Bates Nos. WPF043867-WPF043888. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction. *See* Bates Nos. WPF045993-WPF046053.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager

James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

AIG Funding (Cayman) Limited was the Lender and Agent (WPF044544-WPF044584), AIG-FP Special Finance (Cayman) Limited was the Payment Undertaker (WPF044614-WPF044640), AIG Financial Products Corp. issued a letter of credit (WPF044003-WPF044085), AIG-FP Special Finance (Jersey) Limited entered into account pledge and security (WPF044756-WPF044783; WPF044929-WPF044956; WPF045131-WPF045158) and custody agreements (WPF044784-WPF044806; WPF044957-WPF044978; WPF044979-WPF045001) in connection with the payment undertaking and American International Group, Inc. guaranteed the payment undertaking. *See* Bates Nos. WPF044643-WPF044648; WPF044649-WPF044654; WPF044655-WPF044660; WPF044750-WPF044755; WPF044923-WPF044928; WPF045025-WPF045029; WPF045125-WPF045130.

Colum Carr, Authorized Signatory
JoAnn Palazzo, Authorized Signatory
Robert Hirst, Director
Thomas Ward, CFO
Douglas Poling, General Counsel

State Street Bank and Trust Company of California was the Trustee of the PCJPB WF-2001 Statutory Trust, which was formed to enter into the various leases and other agreements involved in the PCJPB WF-2001 Transaction. *See* Bates Nos. WPF043867-WPF043888.

Paula Oswald, Vice President
Patricia O'Connor, Assistant Secretary

Financial Security Assurance was the Surety Bond Provider. *See* Bates Nos. WPF044086-WPF044109; WPF044110-WPF044133; WPF044134-WPF044157; WPF044176-WPF044207.

Bruce Stern, Authorized Officer
Steven Berkowitz
Suzanne Finnegan, Managing Director

Allco Finance Corp was financial advisor to PCJPB and arranger for the financing in connection with the PCJPB WF-2001 Transaction. *See* Bates Nos. WPF044469-WPF044471.

Chris Whitman

Ross Financial was financial advisor to PCJPB. *See* Bates Nos. WPF044529-WPF044529.

Peter Ross, Principal

King & Spalding, LLP was tax counsel and special New York counsel and provided a tax and legal opinions to Wells Fargo Bank Minnesota, N.A. in connection with the PCJPB WF-2001 Transaction. *See* Bates Nos. WPF044408-WPF044409.

Trinity Advisors Inc. provided the net cash rent reports, pricing runs and other economic and financial forecasts in connection with the PCJPB WF-2001 Transaction. *See* Bates Nos. WPF045187-WPF045187.

Dean Riskas, Partner

State of California, Dept. of Transportation, advised as to the State Fund Transfer Agreement in connection with the PCJPB WF-2001 Transaction. *See* Bates Nos. WPF044534-WPF044536.

William Bassett, Contract Officer, Attorney

Federal Transit Administration, U.S. Department of Transportation, reviewed the draft operative documents of the PCJPB WF-2001 Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates Nos. WPF044530-WPF044533.

Nuria Fernandez

Collateral Guaranty LLC provided Wells Fargo Bank Minnesota N.A. an opinion concerning the Residual Value Insurance in connection with the PCJPB WF-2001 Transaction. *See* Bates Nos. WPF045306-WPF045308.

Thomas Orofino, President

New Boston Partners, Limited advised Wells Fargo Bank Minnesota, N.A. regarding the proposed debt pricing of the PCJPB WF-2001 Transaction. *See* Bates Nos. WPF045298-WPF045299.

Jan Gustafsson, Managing Director

Ernst & Young, LLP provided Wells Fargo Bank Minnesota, N.A. an appraisal of the locomotives and passenger cars subject to lease financing in the PCJPB WF-2001 Transaction. *See* Bates Nos. WPF045196-WPF045196.

Mercer Management Consulting provided Wells Fargo Bank Minnesota, N.A. a Service Contract Opinion concerning the commercial viability of the lease-to-service contract subject to the PCJPB WF-2001 Transaction. *See* Bates Nos. WPF045826-WPF045992.

Hanson, Bridgett, Marcus, Vlahos & Rudy was counsel and provided a legal opinion on behalf of PCJPB. *See* Bates Nos. WPF044305-WPF044309.

Stephen Taber

Alvord & Alvord provided an opinion concerning the Recordation Files with respect to the locomotives and passenger railcars subject to PCJPB WF-2001 Transaction. *See* Bates Nos. WPF044410-WPF044416.

Robert Alvord

Orrick, Herrington & Sutcliffe, LLP was special counsel and provided a legal opinion to PCJPB. *See* Bates Nos. WPF044310-WPF044324.

Seed, Mackall & Cole, LLP was special California counsel and provided a legal opinion to State Street Bank and Trust Company of California, N.A. *See* Bates Nos. WPF044335-WPF044348.

White & Case, LLP was special New York counsel and provided legal opinions to AIG Financial Products Corp., American International Group, AIG-FP Special Finance (Cayman) Limited and AIG Financial Products (Jersey) Limited. *See* Bates Nos. WPF044349-WPF044353.

Maples and Calder was Cayman Island counsel and provided a legal opinion to AIG-FP Funding (Cayman) Limited. *See* Bates Nos. WPF044374-WPF044380.

**San Francisco Muni (Muni Rail Statutory Trust 2002-6)** (*See* Bates Nos. WPF051040-WPF054007)

City and County of San Francisco was Headlessor, Sublessee and operator of the rail equipment subject to lease financing in the San Francisco Rail Transaction. *See* Bates Nos. WPF051035-WPF051201; WPF051660-WPF051681; WPF051833; WPF051839; WPF052902-WPF052913; WPF053555-WPF053585.

Michael T. Burns, Director of Transportation, Municipal Transportation Authority
Lisa Mancini, Chief Operations Officer
Vince Harris, Deputy General Manager, Construction
Larry Williams, Deputy General Manager for Human Resources & Labor Relations
Walter Streeter, Deputy General Manager for Capital Planning & Legislative Affairs
Errol Fitzpatrick, Risk Manager
Willie L. Brown, Jr., Mayor of the City and County of San Francisco
Gloria L. Young, Clerk of the Board of Supervisors
Robert A. Bryan, Deputy City Attorney
Dennis J. Herrera, City Attorney
Virginia Harrington, Deputy General Manager, Finance & Administration, San Francisco Municipal Railway
Edward Harrington, Controller, City and County of San Francisco
Nancy Johnston-Bellard, Assistant Risk Manager
Municipal Transportation Authority ("MTA") Board of Directors:
H. Welton Flynn, Chairman
Enid Ng Lim, Vice Chairman
Shirley Breyer Black, Director
Mike Casey, Director
Michael Kasolas, Director
Rev. Dr. James McCray, Jr., Director
Cleopatra Vaughns, Director

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the San Francisco Rail Transaction. Wells Fargo formed the Statutory Trust to enter into the various leases and other agreements involved in the San Francisco Rail Transaction. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction for Wells Fargo Bank Minnesota, N.A. *See* Bates Nos. WPF053611-WPF053646; WPF051035-WPF051040.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

State Street Bank and Trust Co. of California, N.A. was the Trustee and Custodian of the MUNI Rail Statutory Trust in the San Francisco Rail Transaction. *See* Bates Nos. WPF051035-WPF051201; WPF051698-WPF051715.

Paula Oswald, Vice President
Madeliena Hall, Assistant Secretary
Lynda Vogel, Senior Vice President
Stephen Rivero, Vice President
Joni D'Amico, Vice President
Scott C. Emmons, Vice President
Paula Oswald, Vice President
Mark Henson, Vice President

CIBC, World Markets Corp. was the advisor to Wells Fargo Bank Minnesota, N.A. concerning the structure, economics and financing of the San Francisco Rail Transaction and provided Wells Fargo Bank Minnesota N.A. with pricing runs in connection with the San

Francisco Rail Transaction. *See* Bates Nos. WPF052043-WPF052048; WPF053606-WPF053608; WPF053647-WPF0536694.

Michael Speas, Managing Director
R. Gregory Hurst, Executive Director Structured Products Group
Jay Wagner
Karen Weinberg, Managing Director
Kathy Norby

American Appraisal Associates, Inc. prepared an appraisal for Wells Fargo Bank Minnesota, N.A. of the transit railcars in connection with the San Francisco Rail Transaction. *See* Bates Nos. WPF052335-WPF052455.

Kenneth Kramer, Managing Director, Structured Finance Group
Richard Meyer, Managing Director, Structured Finance Group
Ronald Poremba, Senior Valuation Consultant, Structured Finance Group
Steven LaMantia, Principal, Structured Finance Group

Global Capital Finance Americas LLC acted as Lessee Advisor, together with LIATI Group and McCalley Consulting and prepared, along with the other Lessee Advisors, the Information Memorandum on the City and County of San Francisco Municipal Railway. *See* Bates Nos. WPF051811-WPF051819; WPF053554-WPF053585.

Philip Alfieri, Managing Director
John Malvido, Director
Juergen Moessner, President

LIATI Group, LLC was a Lessee Advisor, together with Global Capital Finance and McCalley Consulting. Along with the other Lessee Advisors, prepared the Information Memorandum on the City and County of San Francisco Municipal Railway. *See* Bates Nos. WPF051035-WPF051040; WPF053555-WPF053585.

Michael Geffrard, President & CEO
Dominick Setari, Vice President

McCalley Consulting was a Lessee Advisor, together with Global Capital Finance and LIATI Group, LLC. Along with the other Lessee Advisors, prepared the Information Memorandum on the City and County of San Francisco Municipal Railway. *See* Bates Nos. WPF053555-WPF053585.

FSA Global Funding Limited was the Lender in the San Francisco Rail Transaction. *See* Bates Nos. WPF051035-WPF051040; WPF051338-WPF051378.

Helen Allen, Director

Premier International Funding Co. was Payment Undertaker in the San Francisco Rail Transaction. *See* Bates Nos. WPF051035-WPF051040.

Helen Allen, Director

Financial Security Assurance Inc. was the Payment Undertaker Guarantor and Strip Surety Provider in the San Francisco Rail Transaction. Provided an opinion in connection with the issuance by FSA of the financial guaranty insurance in respect of the payment obligations of Premier International Funding Co. *See* Bates Nos. WPF051035-WPF051040; WPF051424-WPF051465; WPF051515-WPF051533; WPF051805-WPF051807.

Steven Berkowitz, Managing Director
Francois Coughlin, Jr., Associate General Counsel

ACE Guarantee Re: Inc. entered Insurance and Indemnity Agreement with the City. *See* Bates Nos. WPF051545-WPF051573; WPF051599-WPF051620; WPF051808-WPF051810.

Nicholas Moy, Senior Vice President
Geraldine Alfino Egler, Senior Vice President and Deputy General Counsel

Marsh USA Inc. provided Wells Fargo Bank Minnesota N.A. an opinion concerning the insurance provisions in connection with the San Francisco Rail Transaction. *See* Bates No. WPF051834.

Shannon Breslin, Risk Management Division, Casualty
M. Davis Mangold

Federal Transit Administration ("FTA"), U.S. Department of Transportation, reviewed the draft operative documents of the San Francisco Rail Transaction and opined that the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates Nos. WPF051850-WPF051854.

Jennifer L. Dorn
William Sears, Chief Counsel

Linklaters, special New York counsel for Premier International Funding Co. Provided a legal opinion on the San Francisco Rail Transaction. *See* Bates Nos. F051035-051040; WPF051784-051787.

Mayer, Brown, Rowe & Maw LLP, special California, New York, and tax counsel for Wells Fargo Minnesota, N.A. Provided a legal opinion on the San Francisco Rail Transaction. *See* Bates Nos. WPF051035-WPF051040; WPF051752-WPF051757.

Maples & Calder, special Cayman Islands counsel for FSA Global Financing, Ltd. and Premier International Funding Co. Provided a legal opinion on the San Francisco Rail Transaction. *See* Bates Nos. *See* Bates Nos. WPF051035-WPF051040; WPF051795-WPF051802.

Mercer Management Consulting provided Wells Fargo Bank Minnesota, N.A. an assessment of the commercial viability of a lease-to-service contract transaction for certain rolling stock assets operated by the San Francisco Municipal Railway in connection with the San Francisco Rail Transaction. *See* Bates Nos. WPF051035-WPF051040; WPF052456-WPF052615.

Orrick, Herrington & Sutcliffe LLP, special counsel for the City. Provided a legal opinion on the San Francisco Rail Transaction. WPF051035-WPF051040; WPF051739-WPF051751; WPF051520-WPF051831.

Deborah Abernathy Moore

Sidley Austin Brown & Wood LLP, special counsel for the City. Provided a legal opinion on the San Francisco Rail Transaction. *See* Bates Nos. WPF051035-051040; WPF051723-051727.

Seed Mackall LLP, special California counsel for Trust and State Street Bank & Trust. Provided a legal opinion on the San Francisco Rail Transaction. *See* Bates Nos. WPF051035-WPF051040; WPF051763-WPF051772.

Bingham Dana LLP, special Connecticut counsel for the Trust and State Street Bank & Trust Co. of California, N.A. Provided a legal opinion on the San Francisco Rail Transaction. *See* Bates Nos. WPF051035-WPF051040; WPF051773-WPF051783.

Fulbright & Jaworski, special California counsel for Premier International Funding Co. Provided a legal opinion on the San Francisco Rail Transaction. *See* Bates Nos. WPF051788-WPF051794.

KPMG, independent auditors for the San Francisco Municipal Railway. *See* Bates Nos. WPF053513-WPF053553.

**SCRRA** (*See* Bates Nos. WTP046537-WTP048798)

Southern California Regional Rail Authority ("SCRRA") was Head Lessor, Lessee and operator of the locomotives and commuter coaches subject to lease financing in the SCRRA Transaction. *See* Bates No. WPF046542.

David R. Solow, Chief Executive Officer
Lloyd W. Pellman, Counsel

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the SCRRA Transaction. Wells Fargo formed the SCRRA Rail Statutory Trust 2002-W1 to enter into the various leases and other agreements involved in the SCRRA Transaction. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction. *See* Bates No. WPF046542.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

AIG Funding (Cayman) Limited was the Lender and Agent, AIG-FP Special Finance (Cayman) Limited was the Payment Undertaker, AIG-FP Special Finance (Jersey) Limited entered into account pledge and security and custody agreements in connection with the payment undertaking and American International Group, Inc. guaranteed the payment undertaking. *See* Bates No. WPF046542.

Colum Carr
Joann Palazzo
Steven Sitver
Douglas L. Poling, Counsel

State Street Bank and Trust was the Trustee of the SCRRA Rail Statutory Trust 2002-W1, which was formed to enter into the various leases and other agreements involved in the SCRRA Transaction. *See* Bates No. WPF046542.

Paula Oswald

Financial Security Assurance, Inc. was the Surety Bond Provider. *See* Bates No. WPF047110.

Steven J. Berkowitz, Managing Director
Bruce E. Stern, General Counsel

American International Group, Inc. guaranteed the payment undertaking. *See* Bates No. WPF047305.

Eric N. Litzky
Kathleen E. Shannon
William N. Dooley

Alvord and Alvord provided an opinion covering the recordation of the leases and loan agreements in connection the SCRRA Transaction. *See* Bates No. WPF047329.

Robert W. Alvord

Capstar Partners, LLC was financial advisor to SCRRA and arranged the structure and financing for the SCRRA Transaction. *See* Bates No. WPF048334.

John Hackett

Federal Transit Administration, U.S. Department of Transportation, reviewed the draft operative documents of the SCRRA Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates No. WPF047391.

Robert D. Jamison

Marsh provided Wells Fargo Bank Minnesota N.A. an opinion concerning the insurance provisions in connection with the SCRRA Transaction. *See* Bates No. WPF048093.

Martha Davis-Mangold
Shannon M. Breslin

Collateral Guaranty provided Wells Fargo Bank Minnesota N.A. an opinion concerning the Residual Value Insurance in connection with the SCRRA Transaction. *See* Bates Nos. WPF048094

Thomas A. Orofino, Managing Partner

Trinity Advisors provided the net cash rent reports, pricing runs and other economic and financial forecasts in connection with the SCRRA Transaction. *See* Bates No. WPF047688.

Dean Riskas

Ernst & Young provided Wells Fargo Bank Minnesota, N.A. an appraisal of General Motors EMD locomotives and Bombardier bi-level commuter coaches subject to lease financing in the SCRRA Transaction. *See* Bates No. WPF048545.

Scott Rivello, ASA

White & Case LLP was special New York counsel to AIG-FP Special Finance (Cayman) Limited and American International Group, Inc. *See* Bates No. WPF047275.

Maples and Calder provided an opinion relating to the Loan and Security Agreement and Participation Agreement to AIG-FP Funding (Cayman) Limited. *See* Bates No. WPF047286.

White & Case LLP was special New York counsel to AIG Financial Products Corp. *See* Bates No. WPF047270.

White & Case LLP was special New York counsel to AIG Matched Funding Corp. *See* Bates No. WPF047266.

Orrick was special counsel to the Southern California Regional Rail Authority. *See* Bates No. WPF047218.

King & Spalding was special New York counsel to Wells Fargo Minnesota, N.A. *See* Bates No. WPF047232.

Philip Spector

Mercer Management Consulting provided Wells Fargo Bank Minnesota, N.A. a Service Contract Opinion concerning the commercial viability of the lease-to-service contract subject to the SCRRA Transaction. *See* Bates No. WPF048097.

**<u>SEPTA</u>** (*See* Bates Nos. WPF048799-WPF051034)

Southeastern Pennsylvania Transportation Authority ("SEPTA") was Head Lessor, Lessee and operator of the light rail passenger vehicles subject to lease financing in the SEPTA Transaction. *See* Bates No. WPF048799.

Pasquale T Deon, Sr., Chairman
Elizabeth M Nuding, Secretary
Nicholas J. Staffieri, Counsel

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the SEPTA Transaction. Wells Fargo formed the SEPTA Rail Statutory Trust 2002-4 to enter into the various leases and other agreements involved in the SEPTA Transaction. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction. *See* Bates No. WPF048799.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

Wilmington Trust Company was the Trustee of the SEPTA Rail Statutory Trust 2002-4, which was formed to enter into the various leases and other agreements involved in the SEPTA Transaction. *See* Bates No. WPF048799.

W. Chris Sponenberg
Kathleen A. Pedelini
Janel R. Havrilla

FSA Global Funding Limited was the Initial Lender. *See* Bates No. WPF048799.

Helen Allen
Phillip Hinds

Premier International Funding Co. was the Debt Payment Undertaker. *See* Bates No. WPF049258.

Helen Allen
Phillip Hinds

CIBC Capital Corporation, was an equity investor in the SEPTA Transaction. *See* Bates No. WPF049726.

Michele K. Hakes
Kevin Kowaleski

Financial Security Assurance, Inc. was the Surety Bond Provider. *See* Bates No. WPF049343.

Steven J. Berkowitz, Managing Director
Edward Newman, Associate General Counsel

Alvord and Alvord provided an opinion covering the recordation of the leases and loan agreements in connection the SEPTA Transaction. *See* Bates No. WPF049773.

Robert W. Alvord

Capstar Partners was advisor to Wells Fargo Bank Minnesota, N.A. concerning the structure, economics and financing of the SEPTA Transaction and provided Wells Fargo Bank Minnesota, N.A. with pricing runs in connection with the SEPTA Transaction. *See* Bates No. WPF049778.

John Hackett

Marsh USA provided Wells Fargo Bank Minnesota N.A. an opinion concerning the insurance provisions in connection with the SEPTA Transaction. *See* Bates No. WPF049786.

Martha Davis-Mangold

Aon Risk Services provided a Broker Opinion Letter to Wells Fargo Bank Minnesota, N.A. concerning the property insurance coverage in connection with the SEPTA Transaction. *See* Bates No. WPF049787.

William J. Dancer

Federal Transit Administration, U.S. Department of Transportation, reviewed the draft operative documents of the SEPTA Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates No. WPF049798.

Robert D. Jamison

American Appraisal Associates provided Wells Fargo Bank Minnesota, N.A. an appraisal of the light rail passenger vehicles subject to lease financing in the SEPTA Transaction. *See* Bates No. WPF050046

Steven R. LaManita, ASA

Mercer Management Consulting provided Wells Fargo Bank Minnesota, N.A. a Service Contract Opinion concerning the commercial viability of the lease-to-service contract subject to the SEPTA Transaction. *See* Bates No. WPF050177.

KPMG provided an Independent Auditor's Report for Southeastern Pennsylvania Transportation Authority. *See* Bates No. WPF050686.

Morris, James, Hitchens & Williams LLP was special counsel and provided an opinion to Wilmington Trust Company. concerning New York Banking Law in connection with the SEPTA Transaction. *See* Bates No. WPF049704.

Chapman and Cutler was special counsel to Southeastern Pennsylvania Transportation Authority. *See* Bates No. WPF049710.

Blank Rome Comisky & McCauley LLP was special Pennsylvania counsel to Southeastern Pennsylvania Transportation Authority. *See* Bates No. WPF049713.

Ballard Spahr Andrews & Ingersoll, LLP was special Pennsylvania counsel to Australia and New Zealand Banking Group Limited, CIBC Capital Corporation and Wells Fargo Bank Minnesota, N.A. *See* Bates No. WPF049726.

Maples and Calder was counsel to Premier International Funding Co. *See* Bates No. WPF049753.

Linklaters was special New York Counsel for Premier International Funding Co. *See* Bates No. WPF049764.

**Société Francaise du Radiotéléphone (Daphne 2)** (*See* Bates Nos. WPF054008-WPF058527)

Societe Francaise du Radiotelephone ("SFR") was the Master Lessor, Lessee and operator of the mobile telecommunications equipment – qualified technology equipment ("QTE") – subject to the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF055125-WPF055243.

Corinne Van Butsele
Pol Joho, Director of Financing, Control & Organization
Peter Aknai, Senior Consultant authored QTE Opinion WF044935)

Seimora II BV was Master Lessee, Head Lessor and Lessee for the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF055125-WPF055243.

Dick Niezing
Maarten van der Weijden

First Security Leasing Company, was Equity Investor in the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF055125-WPF055243. First Security Leasing Company formed the SFR Daphne 2 Trust to enter into the various leases and other agreements involved in the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF055273-WPF055296.

Mark Howell, Business Banking
Nancy M. Dahl, Vice President
Val T. Orton, Vice President
E. Grant Finch, Vice President
Dave Jackson
Mark Carpenter, Senior Vice President
Arge Pavlos, Assistant Trust Officer
Brad D. Hardy, Executive Vice President
Michael W. Chaney, President
James S. Peters, Vice President
Harry Kaplun
Mark Lliteras, Business Banking
David R. Golden, Risk Management
Leslie Paskett
W. John Lamborn, Vice President

First Security Bank, N.A., was the Trustee of the SFR Daphne 2 Trust formed to enter into the various leases and other agreements involved in the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF055273-WPF055296.

CCF Charterhouse SA was Lender to First Security Leasing Company for the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF055440-WPF055477.

Michel LeFort , Managing Director
Gauthier Clar, Director
Phillipe Moiroud
David Stoddart
Laurence Rogier
Charles-Henri Filipi

Credit Commercial de France, S.A. was Debt Payment Undertaker (WPF054079-WPF054106) and issued a debt letter of credit in connection with the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF055521-WPF055542.

Alain Rouanet
Phillipe Moiroud
Florence DiPaola, Managing Director
Jean-Paul Foity, General Manager
Charles-Henri Filipi
David Stoddart
Laurence Rogier

Bayerische Landesbank was an Equity Payment Undertaker for the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF054079-WPF054106; WPF055609-WPF055615.

Bert von Stuelonagel, Executive VP
Ron Bertolini, Senior VP & Treasury Manager
Lorraine Brigant, First Vice President & General Counsel
Dr. Hans-Georg Pauli, Legal Advisor

Westdeutsche Landesbank Girozentrale, Paris Branch issued a letter of credit (equity strip) in connection with the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF055623-WPF055639; WPF054079-WPF054106.

M. Schroder, Director General
Josiane Willms, Legal Dept.

Morgan Guaranty Trust Company was an Equity payment Undertaker issued a certificate of deposit as equity collateral in connection with the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF054079-WPF054106; WPF055616-WPF055622.

Richard Cage, Vice President
Robert Clinton, Vice President
James F.X. Sullivan, Assistant General Counsel, J.P.Morgan & Co.

Trinity Advisors, Inc. advised the equity investors and submitted proposals, on behalf of the equity investors, concerning the pricing and structure of the SFR Transaction. *See* Bates Nos. WPF054113-WPF054114.

Tyler Glenn

Bank of America and BankAmerica Leasing & Capital Group was advisor to SFR and arranged the structure, syndication and financing of the SFR Transaction. *See* Bates Nos. WPF054345-WPF054345; WPF054368-WPF054523.

Wayne Leo, Vice President
W. Dean Waters, Vice President, Leasing & Capital Group
Gail D. Smedal, Vice President, BA FSC Holdings, Inc.
Laurent Magloire, Vice President, BA Leasing & Capital Corp.

Siemens was the manufacturer and supplier to SFR of digital mobile telecommunications equipment subject to the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF054550-WPF054552.

Patrick Goble, Directeur de la Gestion Commerciale
Francais Jamet, Directeur de Division

Alcatel CIT was the manufacturer and supplier to SFR of digital mobile telecommunications equipment subject to the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF054547-WPF054549; WPF055244-WPF055272.

Rene Ciiouillou, Director, Administration

Nokia France S.A. was the manufacturer and supplier to SFR of digital mobile telecommunications equipment subject to the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF054545-WPF054546; WPF055244-WPF055272.

Motorola was the supplier to SFR of cellular infrastructure equipment and licensed certain software to SFR subject to the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF054107-WPF054112; WPF054553-WPF054555.

JF Caterer, Director & General Manager, Northern Europe

Hunton & Williams was tax counsel and provided a tax opinion to First Security Leasing Company. *See* Bates No.WPF055938. Hunton & Williams was also special counsel and provided a legal opinion to First Security Leasing Company and First Security Corporation in connection with the SFR Transaction. *See* Bates Nos. WPF055933-WPF055937.

Madeleine M. Tan

Ray, Quinney & Nebeker, P.C. was special counsel and provided a legal opinion to First Security Leasing Company and First Security Corporation in connection with the SFR Transaction. *See* Bates Nos. WPF055939-WPF055943.

Kevin Glade
M. John Ashton

Loyens & Volkmars was special tax and corporate counsel in the Netherlands and provided a tax opinion to Seimora B.V. II and SFR. *See* Bates Nos. WPF055908-WPF055918.

Ronald Wijs
Ronald Pfeiffer

Loeff Claeys Verbeke was special Dutch counsel and provided a legal opinion to SFR. *See* Bates Nos. WPF055919-WPF055932.

E. Kooij
B.J.M.A. Meesters

Watson Farley & Williams was special New York and French counsel and provided legal opinions to SFR. *See* Bates Nos. WPF055898-WPF055907.

Caryn Hemsworth

Stibbe Simont Manahan Duhot & Giroux was special French counsel to SFR and Seimora II B.V. *See* Bates Nos. WPF055977-WPF055984.

Patrick Bonvarlet
Richard Vilanova

Asset Guaranty Corporation (AGC) acted as residual value guarantee consultant to First Security Leasing Company and issued a letter addressing the availability of the Value Guarantee with respect to the Subnetwork. *See* Bates Nos. WPF055666-WPF055669; WPF056022; WPF055125-WPF055243.

Thomas A. Orofino, President

Davis Polk Wardwell was special New York counsel and provided a legal opinion to Westdeutsche Landesbank Girozentrale, Paris Branch and Bayerische Landesbank. *See* Bates Nos. WPF055988-WPF055991.

Deloitte & Touche, provided First Security Leasing Company an appraisal of the mobile telecommunications equipment subject to the SFR (Daphne 2) Transaction. *See* Bates Nos. WPF054557-WPF054561; WPF054562-WPF055121.

Orlando Setola
Manish Choudhary
Austin Godfrey

Analysys Ltd. provided the QTE Opinion.

Peter Aknai, Senior Consultant

**Société Francaise du Radiotéléphone (Daphne 5)** (*See* Bates Nos. WPF054008-WPF058527)

Societe Francaise du Radiotelephone ("SFR") was the Master Lessor, Lessee and operator of the mobile telecommunications equipment – qualified technology equipment ("QTE") – subject to the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056422-WPF056538. SFR was also Guarantor to the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056074-WPF056084.

Corinne Van Butsele
Pol Joho, Director of Financing, Control & Organization
Peter Aknai

Seimora V BV was Master Lessee, Head Lessor, Lessee and Sublessor for the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056422-WPF056538.

Dick Niezing
Maarten van der Weijden

Norwest Bank Minnesota, N.A. was Equity Investor in the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056422-WPF056538. Norwest Bank Minnesota, N.A. formed the SFR Daphne 5 Trust to enter into the various leases and other agreements involved in the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056567-WPF056591. Approval and management of the SFR (Daphne 5) Transaction was by and through Wells Fargo Equipment Finance Inc. *See* Bates Nos. WPF054011-WPF054078.

Craig R. Dahl, VP
Patricia A. Ruedenberg, Secretary
Rachelle M. Graham, Assistant Secretary

Wells Fargo Equipment Finance Inc. approved and managed the SFR (Daphne 5) Transaction on behalf of Norwest Bank Minnesota, N.A. *See* Bates Nos. WPF054011-WPF054078.

Curtis J. Zoerhof
Mir Shahidullah
Andrew Rupprecht, Senior VP Credit
James R. Renner, President
Richard Westergaard, Executive Vice President, Wells Fargo
Phil Clark, Senior VP, Wells Fargo
Michael J. Loughlin, Executive VP, Wells Fargo
Daniel Vandermark, Tax Department, Wells Fargo
Richard E. Johnson

First Security Bank, N.A., was the Trustee of the SFR Daphne 5 Trust formed to enter into the various leases and other agreements involved in the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056567-WPF056591.

CCF Charterhouse SA was Lender to Norwest Bank Minnesota, N.A. for the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056708-WPF056745.

Michel LeFort , Managing Director
Gauthier Clar, Director
Phillipe Moiroud
David Stoddart
Laurence Rogier
Charles-Henri Filipi

Credit Commercial de France, S.A. was Debt Payment Undertaker and issued a debt letter of credit in connection with the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056780-WPF056801.

Alain Rouanet
Phillipe Moiroud
Florence DiPaola, Managing Director
Jean-Paul Foity, General Manager
Charles-Henri Filipi
David Stoddart
Laurence Rogier

Bayerische Landesbank was an Equity Payment Undertaker for the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056865-WPF056871.

Bert von Stuelonagel, Executive VP
Ron Bertolini, Senior VP & Treasury Manager
Lorraine Brigant, First Vice President & General Counsel
Dr. Hans-Georg Pauli, Legal Advisor

Westdeutsche Landesbank Girozentrale, Paris Branch issued a letter of credit (equity strip) in connection with the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056879-WPF056895.

M. Schroder, Director General
Josiane Willms, Legal Dept.

Morgan Guaranty Trust Company was an Equity payment Undertaker issued a certificate of deposit as equity collateral in connection with the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056872-WPF056878.

Richard Cage, Vice President
Robert Clinton, Vice President
James F.X. Sullivan, Assistant General Counsel, J.P.Morgan & Co.

Trinity Advisors, Inc. advised the equity investors and submitted proposals, on behalf of the equity investors, concerning the pricing and structure of the SFR Transaction. *See* Bates Nos. WPF054113-WPF054114.

Tyler Glenn

Bank of America and BankAmerica Leasing & Capital Group was advisor to SFR and arranged the structure, syndication and financing of the SFR Transaction. *See* Bates Nos. WPF054345-WPF054345.

Wayne Leo, Vice President
W. Dean Waters, VP, Leasing & Capital Group
Gail D. Smedal, VP, BA FSC Holdings, Inc.
Laurent Magloire, VP BA Leasing & Capital Corp.

Siemens was the manufacturer and supplier to SFR of digital mobile telecommunications equipment subject to the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056422-WPF056538.

Patrick Goble, Directeur de la Gestion Commerciale
Francais Jamet, Directeur de Division

Alcatel CIT was the manufacturer and supplier to SFR of digital mobile telecommunications equipment subject to the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056422-WPF056538.

Rene Ciiouillou, Director, Administration

Nokia France S.A. was the manufacturer and supplier to SFR of digital mobile telecommunications equipment subject to the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056422-WPF056538.

Motorola was the supplier to SFR of cellular infrastructure equipment and licensed certain software to SFR subject to the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056672-WPF056684.

JF Caterer, Director & General Manager, Northern Europe

Hunton & Williams was tax counsel and provided a tax opinion to Norwest Bank Minnesota, N.A. *See* Bates Nos. *See* Bates Nos. WPF056297; WPF056293-WPF056296.

Madeleine M. Tan

Ray, Quinney & Nebeker, P.C. was special counsel and provided a legal opinion to First Security Leasing Company and First Security Corporation in connection with the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF056328-WPF056334.

Kevin Glade
M. John Ashton

Loyens & Volkmars was special tax and corporate counsel in the Netherlands and provided a tax opinion to Seimora V B.V. and SFR. *See* Bates Nos. WPF056268-WPF056278.

Ronald Wijs
Ronald Pfeiffer

Loeff Claeys Verbeke was special Dutch counsel and provided a legal opinion to SFR. *See* Bates Nos. WPF056279-WPF056292.

E. Kooij
B.J.M.A. Meesters

Watson Farley & Williams was special New York and French counsel and provided legal opinions to SFR. *See* Bates Nos. WPF056258-WPF056267.

Caryn Hemsworth

Stibbe Simont Manahan Duhot & Giroux was special French counsel to SFR and Seimora II B.V. *See* Bates Nos. WPF056418-WPF056421.

Patrick Bonvarlet
Richard Vilanova

Davis Polk Wardwell was special New York counsel and provided a legal opinion to Westdeutsche Landesbank Girozentrale, Paris Branch and Bayerische Landesbank. *See* Bates Nos. WPF056346-WPF056349; WPF056362-WPF056364.

Deloitte & Touche, provided First Security Leasing Company an appraisal of the mobile telecommunications equipment subject to the SFR (Daphne 5) Transaction. *See* Bates Nos. WPF057805-WPF058417.

Orlando Setola
Manish Choudhary
Austin Godfrey

Analysys Ltd. provided the QTE Opinion.

Peter Aknai, Senior Consultant

**Société Francaise du Radiotéléphone (Daphne 7)** (*See* Bates Nos. WPF054008-WPF058527)

Société Francaise du Radiotéléphone ("SFR") was the Master Lessor, Lessee and operator of the mobile telecommunications equipment – qualified technology equipment ("QTE") – subject to the SFR (Daphne 7) Transaction. *See* Bates Nos. WPF056913-WPF057029.

Corinne Van Butsele
Pol Joho, Director of Financing, Control & Organization

Seimora VII BV was Master Lessee, Head Lessor and Lessee for the SFR (Daphne 7) Transaction. *See* Bates Nos. WPF056913-WPF057029.

Dick Niezing
Maarten van der Weijden

First Security Leasing Company, was Equity Investor in the SFR Transaction. First Security Leasing Company formed the SFR Daphne 7 Trust to enter into the various leases and other agreements involved in the SFR (Daphne 7) Transaction. *See* Bates Nos. WPF056913-WPF057029.

Mark Howell, Business Banking
Nancy M. Dahl, Vice President
Val T. Orton, Vice President
E. Grant Finch, Vice President
Dave Jackson
Mark Carpenter, Senior Vice President
Arge Pavlos, Assistant Trust Officer
Brad D. Hardy, Executive Vice President
Michael W. Chaney, President
James S. Peters, Vice President
Harry Kaplun
Mark Lliteras, Business Banking
David R. Golden, Risk Management
Leslie Paskett
W. John Lamborn, Vice President

First Security Bank, N.A., was the Trustee of the SFR Daphne 7 Trust formed to enter into the various leases and other agreements involved in the SFR (Daphne 7) Transaction. *See* Bates Nos. WPF057059-WPF057225.

CCF Charterhouse SA was Lender to First Security Leasing Company for the SFR (Daphne 7) Transaction. *See* Bates Nos. WPF057226-WPF057263.

Michel LeFort , Managing Director
Gauthier Clar, Director
Phillipe Moiroud
David Stoddart
Laurence Rogier
Charles-Henri Filipi

Credit Commercial de France, S.A. was Debt Payment Undertaker and issued a debt letter of credit in connection with the SFR (Daphne 7) Transaction. *See* Bates Nos. WPF057337-WPF057352.

Alain Rouanet
Phillipe Moiroud
Florence DiPaola, Managing Director

Jean-Paul Foity, General Manager
Charles-Henri Filipi
David Stoddart
Laurence Rogier

Bayerische Landesbank was an Equity Payment Undertaker for the SFR (Daphne 7) Transaction. *See* Bates Nos. WPF057778-WPF057803.

Bert von Stuelonagel, Executive VP
Ron Bertolini, Senior VP & Treasury Manager
Lorraine Brigant, First Vice President & General Counsel
Dr. Hans-Georg Pauli, Legal Advisor

Westdeutsche Landesbank Girozentrale, Paris Branch issued a letter of credit (equity strip) in connection with the SFR (Daphne 7) Transaction. *See* Bates Nos. WPF057778-WPF057803.

M. Schroder, Director General
Josiane Willms, Legal Dept.

Morgan Guaranty Trust Company was an Equity payment Undertaker issued a certificate of deposit as equity collateral in connection with the SFR (Daphne 7) Transaction. *See* Bates Nos. WPF057748-WPF057751.

Richard Cage, Vice President
Robert Clinton, Vice President
James F.X. Sullivan, Assistant General Counsel, J.P.Morgan & Co.

Trinity Advisors, Inc. advised the equity investors and submitted proposals, on behalf of the equity investors, concerning the pricing and structure of the SFR Transaction. *See* Bates Nos. WPF054113-WPF054114; WPF058443-WPF058527.

Tyler Glenn

Bank of America and BankAmerica Leasing & Capital Group was advisor to SFR and arranged the structure, syndication and financing of the SFR Transaction. *See* Bates Nos. WPF054345-WPF054367.

Wayne Leo, Vice President
W. Dean Waters, VP, Leasing & Capital Group
Gail D. Smedal, VP, BA FSC Holdings, Inc.
Laurent Magloire, VP BA Leasing & Capital Corp.

Siemens was the manufacturer and supplier to SFR of digital mobile telecommunications equipment subject to the SFR (Daphne 7) Transaction.

Patrick Goble, Directeur de la Gestion Commerciale
Francais Jamet, Directeur de Division

Alcatel CIT was the manufacturer and supplier to SFR of digital mobile telecommunications equipment subject to the SFR (Daphne 7) Transaction.

Rene Ciiouillou, Director, Administration

Nokia France S.A. was the manufacturer and supplier to SFR of digital mobile telecommunications equipment subject to the SFR (Daphne 7) Transaction.

Motorola was the supplier to SFR of cellular infrastructure equipment and licensed certain software to SFR subject to the SFR (Daphne 7) Transaction.

JF Caterer, Director & General Manager, Northern Europe

Hunton & Williams was tax counsel and provided a tax opinion to First Security Leasing Company. Hunton & Williams was also special counsel and provided a legal opinion to First

Security Leasing Company and First Security Corporation in connection with the SFR Transaction. *See* Bates Nos. WPF057684-WPF057668.

Madeleine M. Tan

Ray, Quinney & Nebeker, P.C. was special counsel and provided a legal opinion to First Security Leasing Company and First Security Corporation in connection with the SFR Transaction. *See* Bates Nos. WPF057690-WPF057694.

Kevin Glade
M. John Ashton

Freshfields was French tax law counsel and provided an opinion to First Security Leasing Company in connection with the SFR Transaction. *See* Bates Nos. WPF057695-WPF057702.

Loyens & Volkmars was special tax and corporate counsel in the Netherlands and provided a tax opinion to Seimora B.V. II and SFR. *See* Bates Nos. WPF057659-WPF057669.

Ronald Wijs
Ronald Pfeiffer

Loeff Claeys Verbeke was special Dutch counsel and provided a legal opinion to SFR. *See* Bates Nos. Bates Nos. WPF057670-WPF057683.

E. Kooij
B.J.M.A. Meesters

Watson Farley & Williams was special New York and French counsel and provided legal opinions to SFR. *See* Bates Nos. WPF057643-WPF057648.

Caryn Hemsworth

Stibbe Simont Manahan Duhot & Giroux was special French counsel to SFR and Seimora VII B.V. *See* Bates Nos. WPF057725-WPF057732.

Patrick Bonvarlet
Richard Vilanova

Davis Polk Wardwell was special New York counsel and provided a legal opinion to Westdeutsche Landesbank Girozentrale, Paris Branch and Bayerische Landesbank. *See* Bates Nos. WPF057736-WPF057739.

Deloitte & Touche provided First Security Leasing Company an appraisal of the mobile telecommunications equipment subject to the SFR (Daphne 7) Transaction. *See* Bates Nos. WPF057805-WPF058417.

Orlando Setola
Manish Choudhary
Austin Godfrey

Analysys Ltd. provided the QTE Opinion.

Peter Aknai, Senior Consultant

**<u>Sonera, Ltd.</u>** (*See* Bates Nos. WPF058528-WPF059511)

Sonera Ltd. was Head Lessor, and Lessee of mobile telephone digital switching equipment to lease financing in the Sonera Transaction. Sonera Group plc was the Guarantor. *See* Bates No. WPF058852.

Tuomas Rytsola
Olli Tuohimaa, Counsel
Erkki Tuominen, Executive Vice President & CFO
Board Members:
Markku Talonen, Chairman

Liisa Joronen
Kalevi Alestalo
Reijo Sukonen
Tapio Vaahtokivi
Kari Vilkman
Maire Laitinen, Secretary
Pekka Vennamo
Aulis Salin
Erkki Backman
Aapo Saari

Norwest Bank Minnesota, N.A. was the Lessee and Equity Investor in the Sonera Transaction. Wells Fargo formed the Trust 1998 NB-1 to enter into the various leases and other agreements involved in the Sonera Transaction. *See* Bates No. WPF058852.

Richard E. Johnson, Vice President
Craig R. Dahl, Vice President
Brian L. Borgelt, NEFI
Curtis J. Zoerhoff, Vice President NEFI
Andrew Rupprecht, Senior Vice President, NEFI
James R. Renner, President, NEFI
Richard Westergaard, Executive Vice President
Thomas Wiklund, Chief Lending Officer
Daniel Vandermark, Tax Dept.
Judy I. VanOsdel, Senior Counsel

Bank of America Leasing & Capital Group provided the net cash rent reports, pricing runs and other economic and financial forecasts in connection with the Sonera Transaction. Bank of America NT & SA was an Equity Arranger. *See* Bates Nos. WPF058782, WPF058765.

W. Dean Waters, Vice President of Distribution
James T. Shaw, Senior Vice President, Structured Finance
Elizabeth Bryson, Assistant Vice President, Structured Finance
Timo Hartikainen, International Leasing Manager
Douglas Shavel, Vice President, Origination
Dan Hoofiz

American Appraisal Associates provided Norwest Bank Minnesota, N.A. an appraisal of items of mobile telephone digital switching equipment subject to lease financing in the Sonera Transaction. *See* Bates Nos. WPF058615, WPF058625.

Kenneth P. Kramer, Managing Director
Diane C. Thompson, Senior Valuation Consultant
Keith J. Moser, Principal, Leasing Services Group
Richard Meyer, Vice President, Structured Finance Group

CIBC World Markets provided the Funding Memorandum and was arranger of the financing and structure of the Sonera Transaction. *See* Bates Nos. WPF058765, WPF058766. CIBC Wood Gundy plc provided an opinion on the financing of switching equipment subject to the Sonera Transaction. *See* Bates Nos. WPF059483, WPF059484.

Jon Rolfe
Julian Hantrais

First Security Bank, N.A. was the Trustee of the Trust 1998 NB-1, which was formed to enter into the various leases and other agreements involved in the Sonera Transaction. *See* Bates No. WPF058852.

Nancy Dahl
Arge Pavlos, Assistant Trust Officer

First Security Leasing Company was an Equity Investor. *See* Bates Nos. WPF058765.

Grant Finch

BA Leasing & Capital Corporation was an Equity Investor. *See* Bates No. WPF058765.

Dan Hoffiz

Société Générale Bank Nederland N.V., Amsterdam was the Lender and Payment Undertaker. *See* Bates Nos. WPF058852, WPF058765.

Pekka Salo, Power of Attorney
Dean Dwonczyk, Power of Attorney
Powell Robinson, Power of Attorney
John Hasan, Power of Attorney
Chin-Eav Eap, Vice President, Power of Attorney
Lise Bardin
Nick Volkers
C.S. Garsin, Managing Director
J.W. Heukensfeldt Jansen, Proxyholder A
Gerard Gardella, Head of the Legal Dept.

American International Group (AIG) was the Equity Payment Undertaker and Guarantor and provided an opinion to Sonera Ltd., Norwest Bank Minnesota, N.A. First Security Bank, N.A. and AIG Financial Products (Jersey) Limited. *See* Bates Nos. WPF058765, WPF059480. AIG Financial Products (Jersey) Limited was the Equity Payment Undertaker. *See* Bates No. WPF059242.

Colum Carr
JoAnn Palazzo
Kathleen E. Shannon

Trinity Advisors reviewed the net cash rent reports, pricing runs and other economic and financial forecasts in connection with the Sonera Transaction prepared by Bank of America. *See* Bates No. WPF058782.

Tyler Glenn

Thelen Reid & Priest, Attorneys. *See* Bates No. WPF058775.

David Graybeal
Bill O'Brien (William)

White & Case was special New York counsel and provided legal opinions to AIG Financial Products (Jersey) Limited and American International Group, Inc. *See* Bates No. WPF059469.

Lawrence J. Gannon

Shearman & Sterling was special New York counsel to Sonera Group plc and Sonera Ltd. *See* Bates No. WPF059416.

J. Wallace
Paul Nystrom

Fifth Third Leasing Company was an Investor. *See* Bates No. WPF058765.

David A. Jackson

Davis Polk & Wardwell was special New York counsel to Societe Generale. *See* Bates No. WPF059442.

Lana Yang

Nokia manufactured the mobile switching equipment. *See* Bates No. WPF059187.

Timo Ruikka, Senior Vice President, Group Legal Counsel
Kirsi Komi, Senior Legal Counsel

Ericsson manufactured the mobile switching equipment. *See* Bates No. WPF059184.

Hannu Ahonen, Legal Counsel

Ray Quinney & Nebeker provided an opinion to First Security Bank of Utah, N.A. relating to New York banking law. *See* Bates No. WPF059395.

M. John Ashton

Hannes Snellman Attorneys at Law Ltd. was special Finnish counsel to Soneera Ltd. and provided an opinion on the Separation Agreement. *See* Bates No. WPF059435.

Outi Raitasuo

Dittmar & Indrenius was special Finnish legal counsel to Norwest Equipment Finance. *See* Bates No. WPF059453.

Markus Troberg

DeBrauw Blackstone Westbroek, P.C. (Linklaters & Alliance) was Netherlands Counsel to Societe Generale Bank Nederland N.V. and Societe Generale S.A. *See* Bates No. WPF059461.

H. Rutger de Witt Wijnen

Nauta Dutilh was special Dutch counsel and provided an opinion to Norwest Bank Minnesota, N.A. *See* Bates No. WPF058864, WPF059214.

Tyler & Company provided the QTE Opinion.

Michael Tyler

**WMATA** (*See* Bates Nos. WPF059512-WPF062725)

Washington Metropolitan Area Transit Authority ("WMATA") was Head Lessor, Lessee and operator of Breda Series 3000 railcars coaches to lease financing in the WMATA Transaction. *See* Bates No. WPF059524.

Alvin W. Doehring, Treasurer
Cheryl C. Burke, General Counsel
Mark R. Pohl, Associate General Counsel

Wells Fargo Bank Minnesota, N.A. was the Equity Investor in the WMATA Transaction. Wells Fargo formed the WMATA 2002 Trust WFBM A to enter into the various leases and other agreements involved in the WMATA Transaction. Wells Fargo Equipment Finance, Inc. underwrote and managed the transaction. *See* Bates No. WPF059524.

Rob Engstrom, Accounting
Dave Hoyt, Group Executive Vice President, Wholesale Banking
Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc.
Michael Newburg, Tax Department
Don Oram, Equipment Manager
James Renner, President, Wells Fargo Equipment Finance, Inc.
Peter Roos, Executive Vice President, Wells Fargo Bank, N.A.
Andrew Rupprecht, Vice President
Scott Seaborg, Assistant Vice President, Credit
Tim Sloan, Executive Vice President, Wells Fargo Bank, N.A.
Judy I. VanOsdel, In House Counsel

Wilmington Trust Company was the Trustee of the WMATA 2002 Trust WFBM A, which was formed to enter into the various leases and other agreements involved in the WMATA Transaction. *See* Bates Nos. WPF059524.

W. Chris Sponenberg (as Trustee)
Patricia A. Evans
Kathleen A. Pedelini

AIG Funding (Cayman) Limited was the Lender and Agent, AIG-FP Special Finance (Cayman) Limited was the Payment Undertaker, AIG-FP Special Finance (Jersey) Limited

entered into account pledge and security and custody agreements in connection with the payment undertaking. *See* Bates No. WPF059524.

Colum Carr
Joann Palazzo
Steven Sitver
Douglas L. Poling

American International Group, Inc. guaranteed the payment undertaking. *See* Bates No. WPF059903.

Edward Matthew
Kathleen Shannon

Ambac Assurance Corporation was the Surety Bond Provider. *See* Bates No. WPF060387.

David B. Nemschoff
David N. Abramowitz, Counsel

Wachovia Bank, N.A. was part of the TBT Transfer Acknowledgement Agreement as the successor in interest to First American Bank of Virginia. *See* Bates No. WPF060077.

Bradley T. Hubacher

B.P. America, Inc. was part of the TBT Transfer Acknowledgement Agreement as the successor in interest to BP North America Inc. *See* Bates No. WPF060085.

Mark A. Banks

Aon Risk Services, Independent Insurance Broker of WMATA. *See* Bates No. WPF060159.

William F. Becker

Allco Finance Corporation was a financial advisor to WMATA and arranger for the financing in connection with the WMATA Transaction.

Christopher Whitman

Federal Transit Administration, U.S. Department of Transportation, reviewed the draft operative documents of the WMATA Transaction and opined the transaction conforms to the FTA's guidelines concerning tax-advantaged leases. *See* Bates No. WPF060464.

Robert D. Jamison

King & Spalding was special New York counsel to Wells Fargo Bank Minnesota, N.A. *See* Bates No. WPF060332.

Phillip H. Spector
Aaron D. Rosenfeld

Trinity Advisors provided the net cash rent reports, pricing runs and other economic and financial forecasts in connection with the WMATA Transaction. *See* Bates No. WPF060905.

Dean Riskas

Marsh provided Wells Fargo Bank Minnesota N.A. an opinion concerning the insurance provisions in connection with the WMATA Transaction. *See* Bates No. WPF062058.

William W. Beason

Collateral Guaranty provided Wells Fargo Bank Minnesota N.A. an opinion concerning the Residual Value Insurance in connection with the WMATA Transaction. *See* Bates Nos. WPF062059.

Thomas A. Orofino

Ernst & Young provided Wells Fargo Bank Minnesota, N.A. an appraisal of Breda Series 3000 railcars subject to lease financing in the WMATA Transaction. *See* Bates No. WPF062300.

Scott Rivello, ASA

Hunton Williams drafted request for equity investors, Wells Fargo Bank Minnesota, N.A., and KBC Bank N.V., for a Private Letter Ruling. *See* Bates Nos. WPF062084, WPF062086.

Richard L. Aguglia

Government of The District of Columbia provided a confidential letter ruling on the WMATA Transaction. *See* Bates No. WPF062081.

Mary V. Harcar, General Counsel

Cadwalader, Wickersham & Taft was special counsel to Ambac Assurance Corporation. *See* Bates No. WPF060438.

White & Case was special New York counsel to AIG Matched Funding Corp. *See* Bates No. WPF060360.

Maples and Calder provided an opinion to AIG-FP Funding (Cayman) Limited relating to the Loan and Security Agreement and Participation Agreements. *See* Bates No. WPF060351.

White & Case was special New York counsel to AIG-FP Special Finance (Cayman) Limited. *See* Bates No. WPF060344.

Morris, James, Hitchens & Williams LLP was counsel to Wilmington Trust Company. *See* Bates No. WPF060337.

Law Offices of Joseph C. Reid, P.A. was special counsel for the Washington Metropolitan Area Transit Authority. *See* Bates No. WPF060320.

O'Melveny & Myers LLP was special counsel to Washington Metropolitan Area Transit Authority. *See* Bates No. WPF060289.

Mercer Management Consulting provided Wells Fargo Bank Minnesota, N.A. a Service Contract Opinion concerning the commercial viability of the lease-to-service contract subject to the WMATA Transaction. *See* Bates No. WPF062091.

**INTERROGATORY NO. 2.** Describe how the idea or proposal for each Transaction and 2003 Transaction came to the attention of the Plaintiff, including the source of the idea, any presentations that were made to or attended by Plaintiff or Plaintiff's representatives (including the name of individuals who were present), and the identity of any outside tax and/or other advisors who consulted with Plaintiff prior to entering into each Transaction.

**RESPONSE:** Richard Johnson, Vice President, Wells Fargo Equipment Finance, Inc. ("WFEFI"), was the primary contact and point person for all potential leveraged lease transactions being offered to Plaintiff from mid-1998 through 2003. The leveraged lease

transactions Mr. Johnson was involved in during this time period included the 17 sale-leasebacks of transit equipment with domestic transit agencies (the "FTA Transactions"); the eight sale-leasebacks of "qualified technological equipment" (the "QTE Transactions"), with the exception of Belgacom (1997) and those done by First Security; and the five sale-leasebacks of "qualified transportation property" (the "QTP Transactions"). When Mr. Johnson accepted the position managing the large ticket leasing business for WFEFI, he initiated a direct mailing to contact the known participants in this business, announcing his responsibilities and Wells Fargo's interest in making investments in large ticket leases. He also made phone calls to industry contacts to follow up on the direct mailings. Mr. Johnson also learned of potential transactions by networking at leasing trade association meetings (e.g., the Equipment Leasing Association, now known as the Equipment Leasing and Finance Association, whose members include major banks, which holds a major large ticket leasing conference each spring), at various industry events and meetings, and at training conferences (e.g., leasing conferences offered by the Structured Finance Institute, whose sessions sometimes included presentations by representatives of the Federal Transit Administration, such as Paul Marx). Plaintiff had a long history of investing in transportation assets (WFEFI had invested in rail leases since the 1970s), and Mr. Johnson wanted people active in the leveraged leasing industry to know that Wells Fargo was interested in reviewing domestic transportation infrastructure transactions, with an emphasis on rail systems. Initially, Wells Fargo favored assets located where it had a physical banking presence, i.e., primarily the west. As its portfolio grew, however, it later chose to diversify its equipment and geographic concentrations and exposure by seeking investments outside its primary geographic areas and in additional types of equipment, such as buses. These investments were

attractive to Wells Fargo because of their yield, high quality, long-life collateral, the consistent need for a service economy to transport goods, and the ever-increasing emphasis on mass transit.

Once Mr. Johnson became known to the network of leasing companies and their advisors (e.g., banks, investment banks, and leasing advisors, such as: Bank of America, ALLCO Finance Corporation, Babcock & Brown, Trinity Advisors, CIBC World Markets, Capstar Partners, Cornerstone Financial Advisors, BTM Capital Corporation, Commonwealth Capital, and McCalley Consulting), he regularly received leveraged leasing proposals. Usually, a leasing advisor, lease investor, or investment banker would call Mr. Johnson and briefly review a leasing proposal. If the proposal appeared to meet Wells Fargo's profile (described above), Mr. Johnson asked for more detailed information to be sent (e.g., an Offering or Information Memorandum). This information usually was delivered or emailed. As a general rule, in-person presentations of leasing opportunities were not made.

Plaintiff typically employed a leasing consultant, such as Trinity Advisors, to help it evaluate a leveraged leasing opportunity (e.g., providing sample pricing runs, reviewing structure, likely competition, and expected transaction timing). Plaintiff would also consult with tax attorneys, commercial transaction attorneys, appraisers, and other consultants that would provide the QTE Opinion (if applicable) or Service Contract Opinion (if applicable) as needed in the process of evaluating and underwriting an investment in a lease.

The above described process of deal origination and use of consultants was essentially the same for the FTA Transactions, QTE Transactions and QTP Transactions. The commercial transaction attorneys' identities are obvious and easy to obtain from the closing documentation for each transaction. The following responses are for the specific FTA Transactions, QTE Transactions and QTP Transactions:

**FTA TRANSACTIONS**

1. **Bay Area Rapid Transit ("BART") 2002**

Capstar Partners, in conjunction with McCalley Consulting, were hired by San Francisco Bay Area Rapid Transit District as exclusive financial advisors to arrange for equity investors for certain operational and communications equipment. *See* Bates No. WPF007467. Louis A. DeCarlo, Senior Vice President of Capstar Partners, sent Mr. Johnson a letter asking for proposals from equity investors. *See* Bates Nos. WPF007547; WPF007467. Capstar Partners and McCalley Consulting provided an Information Memorandum to Wells Fargo. *See* Bates Nos. WPF007548 – WPF007560. No in-person presentations were made.

Plaintiff consulted with the following advisors:

CIBC World Markets – advisor to WFEFI. *See* Bates Nos. WPF007501; WPF007689; WPF007692; WPF007707;

Mayer, Brown, Rowe & Maw LLP – tax advisor;

American Appraisal Associates – appraiser. *See* Bates Nos. WPF006646 – WPF006792;

Tyler & Company – QTE opinion. *See* Bates Nos. WPF006793 – WPF007113;

Mercer Management Consulting – Service Contract Opinion. *See* Bates Nos. WPF007998 – WPF008036.

2. **State of California Department of Transportation ("CALTRANS") 2000**

ALLCO Finance Corporation ("ALLCO") was hired by the State of California Department of Transportation to arrange for equity investors for locomotives and rail cars. *See* Bates No. WPF013754. No in-person presentations were made. Dean Riskas (Trinity Advisors, advisor to WFEFI) sent Christopher Whitman of ALLCO a proposal on behalf of WFEFI on February 4, 2000. *See* Bates Nos. WPF013748 – WPF013753. Christopher Whitman spoke with

Mr. Johnson of WFEFI on February 22, 2000 about the proposed transaction. Mr. Whitman sent Mr. Johnson a letter that same day, enclosing some information. *See* Bates No. WPF013819. The next day, Mr. Whitman faxed Mr. Johnson and Mr. Riskas a copy of a Transaction Summary. *See* Bates Nos. WPF013736 – WPF013747. *See also* Bates No. WPF013754.

Plaintiff also consulted with the following advisors:

Watson, Farley & Williams – tax advisor;

PricewaterhouseCoopers LLP – appraiser. *See* Bates Nos. WPF014111 – WPF014245;

Mercer Management Consulting – Service Contract Opinion. *See* Bates Nos. WPF014246 – WPF014356.

3. **State of California Department of Transportation ("CALTRANS") 2001**

ALLCO was hired by the State of California Department of Transportation to arrange for equity investors for various commuter rail equipment. *See* Bates Nos. WPF011246. No in-person presentations were made.

Plaintiff consulted with the following advisors:

Trinity Advisors – advisor to WFEFI. *See* Bates No. WPF011506 – WPF011558;

King & Spalding LLP – tax advisor;

Ernst & Young LLP – appraiser. *See* Bates Nos. WPF011383 – WPF011505;

Mercer Management Consulting – Service Contract Opinion. *See* Bates Nos. WPF011215– WPF011245.

4. **State of California Department of Transportation ("CALTRANS") 2002**

This transaction was the second tranche of the transaction described above. *See* description above.

5. **Dallas Area Rapid Transit ("DART") 2002**

CIBC World Markets ("CIBC") was hired by the Dallas Area Rapid Transit Authority to arrange for an equity investor for transit buses. *See* Bates No. WPF024085. CIBC provided a Request for Equity Proposals to WFEFI. *See* Bates Nos. WPF023258 – WPF023271. No in-person presentations were made.

Plaintiff consulted with the following advisors:

Trinity Advisors – advisor to WFEFI. *See* Bates Nos. WPF023602 – WPF023674;

King & Spalding LLP – tax advisor;

Ernst & Young LLP – appraiser. *See* Bates Nos. WPF0203287 – WPF023385;

Mercer Management Consulting – Service Contract Opinion. *See* Bates Nos. WPF024176– WPF024283.

6. **Metropolitan Transit Authority of Harris County, Texas (METRO-2002-WF1)**

Capstar Partners was hired by the Metropolitan Transit Authority of Harris County, Texas to arrange for an equity investor for transit and commuter buses. *See* Bates, No. WPF026159. No in-person presentations were made.

Plaintiff consulted with the following advisors:

King & Spalding LLP – tax advisor;

Ernst & Young LLP – appraiser. *See* Bates Nos. WPF026235 – WPF026483;

R.L. Banks & Associates – Service Contract Opinion. *See* Bates Nos. WPF025862 – WPF025964.

7. **Metropolitan Transit Authority of Harris County, Texas (METRO -2002-WF2)**

Macquarie Corporate Finance (USA) Inc. was hired by the Metropolitan Transit Authority of Harris County, Texas to arrange for an equity investor for buses. *See* Bates Nos. WPF027427; WPF027399. No in-person presentations were made.

Plaintiff consulted with the following advisors:

King & Spalding LLP – tax advisor;

Ernst & Young LLP – appraiser. *See* Bates Nos. WPF027551 – WPF027729;

R.L. Banks & Associates – Service Contract Opinion. *See* Bates Nos. WPF027433 – WPF027550.

8. **Los Angeles County Metropolitan Transportation Authority ("LACMTA") 2000**

Capstar Partners, in conjunction with McCalley Consulting, were hired by LACMTA as exclusive financial advisors to arrange for equity investors for heavy rail transit cars. *See* Bates No. WPF028496. Louis A. DeCarlo, Senior Vice President of Capstar Partners, sent Mr. Johnson a letter asking for a proposals from equity investors. *See* Bates No. WPF028495. Capstar Partners and McCalley Consulting provided an Information Memorandum to Wells Fargo. *See* Bates Nos. WPF028548 – WPF028586. No in-person presentations were made.

Plaintiff consulted with the following advisors:

Trinity Advisors – advisor to WFEFI. *See* Bates Nos. WPF028663 –WPF028688;

Mayer, Brown, Rowe & Maw LLP – tax advisor;

American Appraisal Associates – appraiser. *See* Bates Nos. WPF028695 – WPF028816;

Mercer Management Consulting – Service Contract Opinion. *See* Bates Nos. WPF028817 – WPF028941.

9. **Metropolitan Atlanta Rapid Transit Authority ("MARTA") 2002**

CIBC World Markets was hired by Metropolitan Atlanta Rapid Transit Authority as lessee advisor to arrange for equity investors for heavy rail transit cars. *See* Bates No. WPF032561. Capstar Partners and McCalley Consulting provided an Information Memorandum to Wells Fargo. *See* Bates Nos. WPF032697 – WPF032708. No in-person presentations were made. This transaction was closed in two separate tranches.

Plaintiff consulted with the following advisors:

Mayer, Brown, Rowe & Maw LLP – tax advisor;

American Appraisal Associates – appraiser. *See* Bates Nos. WPF032169 – WPF032226;

Mercer Management Consulting – Service Contract Opinion. *See* Bates Nos. WPF030049 – WPF030108.

10. **New Jersey Transit Corporation ("NJ Transit") December 27, 2001**

Capstar Partners and Macquarie Corporate Finance were hired by the New Jersey Transit Corporation to arrange for equity investors for cruiser buses. *See* Bates No. WPF035944. No in-person presentations were made.

Plaintiff consulted with the following advisors:

King & Spalding LLP – tax advisor;

Ernst & Young LLP – appraiser. *See* Bates Nos. WPF037527 – WPF037744;

R.L. Banks & Associates – Service Contract Opinion. *See* Bates Nos. WPF036307 – WPF036385.

11. **New Jersey Transit Corporation ("NJ Transit") February 1, 2001**

Capstar Partners was hired by the New Jersey Transit Corporation to arrange for equity investors for light rail vehicles. The original transaction was awarded to Fleet Capital Leasing

("Fleet Capital") as equity investor. Fleet Capital syndicated 47% of the transaction to WFEFI. *See* Bates Nos. WPF035881; WPF037889. No in-person presentations were made.

Plaintiff consulted with the following advisors:

King & Spalding LLP – tax advisor;

Marshall & Stevens, Inc. – appraiser. *See* Bates Nos. WPF037413 – WPF037520;

Mercer Management Consulting – Service Contract Opinion. *See* Bates Nos. WPF037745 – WPF037887.

12. **Peninsula Corridor Joint Powers Board ("PCJPB") 2000**

ALLCO Finance Corporation was hired by the Peninsula Corridor Joint Powers Board to arrange for equity investors for steel coaches and locomotives. *See* Bates Nos. WPF042940; WPF042625. No in-person presentations were made.

Plaintiff also consulted with the following advisors:

Trinity Advisors – advisor to WFEFI. *See* Bates Nos. WPF043023 – WPF043085;

Watson, Farley & Williams – tax advisor;

PricewaterhouseCoopers LLP — appraiser. *See* Bates Nos. WPF043118 – WPF043209;

Mercer Management Consulting – Service Contract Opinion. *See* Bates Nos. WPF043297 – WPF043431.

13. **Peninsula Corridor Joint Powers Board ("PCJPB") 2001**

ALLCO Finance Corporation was hired by the Peninsula Corridor Joint Powers Board to arrange for equity investors for steel coaches and locomotives. *See* Bates No. WPF045993. Christopher Whitman of ALLCO provided information to Mr. Johnson of WFEFI. *See* Bates

No. WPF046059. A U.S. Lease Transaction Summary was provided to WFEFI. *See* Bates Nos. WPF045164 – WPF045173. No in-person presentations were made.

Plaintiff also consulted with the following advisors:

Trinity Advisors – advisor to WFEFI. *See* Bates Nos. WPF045537 – WPF045824;

King & Spalding LLP – tax advisor;

Ernst & Young LLP – appraiser. *See* Bates Nos. WPF045196 – WPF045296;

Mercer Management Consulting – Service Contract Opinion. *See* Bates Nos. WPF045826 – WPF045992.

14. **Southern California Regional Rail Authority ("SCRRA") 2002**

Capstar Partners, in conjunction with McCalley Consulting, were hired by Southern California Regional Rail Authority as financial advisors to arrange for equity investors for commuter rail equipment. *See* Bates No. WPF048258. They provided an Information Memorandum to WFEFI. *See* Bates Nos. WPF048334 – WPF048354. No in-person presentations were made.

Plaintiff also consulted with the following advisors:

Trinity Advisors – advisor to WFEFI. *See* Bates Nos. WPF048327 – WPF048328;

King & Spalding LLP – tax advisor;

Ernst & Young LLP – appraiser. *See* Bates Nos. WPF048545 – WPF048764;

Mercer Management Consulting – Service Contract Opinion. *See* Bates Nos. WPF048097 – WPF048256.

15. **Southeastern Pennsylvania Transportation Authority ("SEPTA") 2002**

Capstar Partners was hired by the Southeastern Pennsylvania Transportation Authority to arrange for equity investors for light rail vehicles. CIBC World Markets ("CIBC") was awarded the transaction and brought in other participants. *See* Bates No. WPF050686. CIBC provided WFEFI with a Transaction & Credit Information memorandum. *See* Bates Nos. WPF050447 – WPF050484. No in-person presentations were made.

Plaintiff consulted with the following advisors:

Mayer, Brown, Rowe & Maw LLP – tax advisor;

American Appraisal Associates – appraiser. *See* Bates Nos. WPF050046 – WPF050176;

Mercer Management Consulting – Service Contract Opinion. *See* Bates Nos. WPF050177 – WPF050446.

16. **San Francisco Municipal Transportation Agency ("SFMTA") 2002**

Global Capital Finance Americas LLC ("Global") was hired by the San Francisco Municipal Transportation Agency to arrange for equity investors for light rail vehicles. Philip F. Alfieri, Managing Director of Global, provided an Information Memorandum on the transaction to Mr. Johnson. *See* Bates Nos. WPF053554; WPF053555 – WPF053585. CIBC World Markets ("CIBC") was awarded the transaction and brought in other participants. *See* Bates No. WPF053611. Greg Hurst, Executive Director of CIBC, provided Mr. Johnson with information relating to the proposed transaction. *See* Bates Nos. WPF053693 – WPF053694. No in-person presentations were made.

Plaintiff consulted with the following advisors:

Mayer, Brown, Rowe & Maw LLP – tax advisor;

American Appraisal Associates – appraiser. *See* Bates Nos. WPF052335 – WPF052455;

Mercer Management Consulting – Service Contract Opinion. *See* Bates Nos. WPF052456 – WPF052615.

17. **Washington Metropolitan Area Transit Authority ("WMATA") 2002**

ALLCO was hired by the Washington Metropolitan Area Transit Authority to arrange for equity investors for railcars. *See* Bates Nos. WPF061593 – WPF061628. ALLCO provided WFEFI with information concerning the proposed transaction. *See* Bates Nos. WPF060832 – WPF060900. No in-person presentations were made.

Plaintiff also consulted with the following advisors:

Trinity Advisors – advisor to WFEFI. *See* Bates Nos. WPF060898; WPF060903 – WPF060951;

King & Spalding LLP – tax advisor;

Ernst & Young LLP – appraiser. *See* Bates Nos. WPF062300 – WPF062647;

Mercer Management Consulting – Service Contract Opinion. *See* Bates Nos. WPF062091 – WPF062261.

**QTE TRANSACTIONS**

18. **Belgacom Mobile, SA 1997**

Consideration of this transaction was started while Phyllis Grossman was Vice President of Norwest Equipment Finance, Inc. ("NEFI", predecessor of WFEFI). Ms. Grossman left NEFI in approximately March 1998.

Plaintiff consulted with the following advisors:

Cornerstone Financial Advisors – advisor to NEFI. *See* Bates Nos. WPF009909 – WPF009913;

Winston & Strawn – tax advisor;

American Appraisal Associates – appraiser. *See* Bates Nos. WPF009504 – WPF009578;

Tyler & Company – QTE opinion. *See* Bates Nos. WPF009765 – WPF009826.

19. **Sonera, Ltd. 1998**

BankAmerica Leasing and Capital Group ("BALCAP") was hired by Sonera, Ltd. to arrange for equity investors for qualified technology equipment. *See* Bates No. WPF058700. BALCAP provided WFEFI an Offering Memorandum. *See* Bates Nos. WPF058530 – WPF058614.

Plaintiff consulted with the following advisors:

Trinity Advisors – advisor to WFEFI. *See* Bates Nos. WPF058775 – WPF058818;

Mayer, Brown & Platt – tax advisor;

American Appraisal Associates – appraiser. *See* Bates Nos. WPF058615 – WPF058699.

Tyler & Company - QTE opinion. *See* Bates No. WPF058859.

20, 21, 22. **Société Francaise du Radiotéléphone ("SFR") 1999**

WFEFI and First Security Leasing Company ("FSLC") entered into this transaction. FSLC entered into leases for two sets of equipment (located in two separate locations in France), through two different trusts. *See* Bates Nos. WPF054079; WPF054106; WPF054528 – WPF054536.

BALCAP was hired by Société Francaise du Radiotéléphone ("SFR") to arrange for equity investors in mobile telecommunications equipment qualifying as qualified technological

equipment. *See* Bates No. WPF054011. SFR issued a Request for Proposal. *See* Bates Nos. WPF054200 – WPF054264.

Wayne Leo of BALCAP wrote E. Grant Finch, Vice President and Syndications Manager of FSLC, on January 19, 1999 about the proposed transaction, and enclosed an Offering Memorandum. *See* Bates Nos. WPF054345; WPF054368 – WPF054523.

Tyler Glenn of Trinity Advisors wrote Mr. Finch about the proposed transaction on September 25, 1998 and on January 25, 1999. *See* Bates Nos. WPF054131 – WPF054132; WPF054113 – WPF054114. On January 29, 1999, Mr. Glenn faxed W. Dean Walters of BALCAP an indication of interest for the transactions. *See* Bates, Nos. WPF054524 – WPF054525. Mr. Walters notified Mr. Glenn on February 12, 1999 that BALCAP had awarded a portion of the transaction to Trinity's clients. *See* Bates No. WPF054527. Mr. Glenn notified Mr. Fitch and Mr. Johnson of the award that same day. *See* Bates No. WPF054526.

Plaintiff consulted with the following advisors:

> Trinity Advisors – advisor to WFEFI and FSLC. *See* Bates Nos. WPF058443 – WPF058527;
>
> Hunton & Williams – tax advisor;
>
> Deloitte & Touche – appraiser. *See* Bates Nos. WPF054557 – WPF055121;
>
> Analysys – QTE Opinion. *See* Bates Nos. WPF055651 – WPF055654.

23. **Cathay Pacific Airways, Ltd. 2000 B-1**

BALCAP was hired by Cathay Pacific Airways, Ltd. to arrange for equity investors for flight simulators. *See* Bates No. WPF016301. BALCAP provided an Offering Memorandum to FSLC. *See* Bates Nos. WPF016287 – WPF016310; WPF016448. Grant Finch was in charge of

this transactions for FSLC. *See* Bates Nos. WPF016351; WPF016311. No in-person presentations were made.

Plaintiff consulted with the following advisors:

Trinity Advisors – advisor to FSLC. *See* Bates Nos. WPF017134 – WPF017169;

Cravath, Swaine & Moore – tax advisor;

Deloitte & Touche LLP – appraiser. *See* Bates Nos. WPF018378 – WPF018609;

Tyler and Company – QTE Opinion. *See* Bates Nos. WPF016250 – WPF016286.

24. **Cathay Pacific Airways, Ltd. 2000 B-2**

BALCAP was hired by Cathay Pacific Airways, Ltd. to arrange for equity investors for flight simulators. *See* Bates No. WPF018731. BALCAP provided an Offering Memorandum to FSLC. *See* Bates Nos. WPF016287 – WPF016310; WPF016448. Grant Finch was in charge of this transactions for FSLC. *See* Bates Nos. WPF016351; WPF016311. No in-person presentations were made.

Plaintiff consulted with the following advisors:

Trinity Advisors – advisor to FSLC. *See* Bates Nos. WPF018793; WPF019207 – WPF019242;

Cravath, Swaine & Moore – tax advisor;

Deloitte & Touche LLP – appraiser. *See* Bates Nos. WPF018378 – WPF018609;

Tyler and Company – QTE advisor. *See Bates Nos.* WPF016215 – WPF016286.

25. **Cathay Pacific Airways, Ltd. 2000**

BALCAP was hired by Cathay Pacific Airways, Ltd. to arrange for equity investors for flight simulators. *See* Bates No. WPF020921. BALCAP provided an Offering Memorandum

(*See* Bates Nos. WPF020440 – WPF020488) and an Equity Term Sheet (*See* Bates Nos. WPF020489 – WPF020513) to WFEFI. No in-person presentations were made.

Plaintiff consulted with the following advisors:

Trinity Advisors – advisor to WFEFI. *See* Bates Nos. WPF020514; WPF020910 – WPF020920; WPF022176 – WPF022244;

Cravath, Swaine & Moore – tax advisor;

Deloitte & Touche LLP – appraiser. *See* Bates Nos. WPF020590 – WPF020810;

Tyler and Company – QTE Opinion. *See* Bates Nos. WPF020811 – WPF020881.

**QTP TRANSACTIONS**

26. **Chicago Transit Authority ("CTA") 2003**

Macquarie Corporate Finance (USA) Inc. ("Macquarie"), along with LIATA Group LLC, was hired by the Chicago Transit Authority to arrange for equity investors for transit buses and articulated buses. *See* Bates No. WPF033861. Jay Zwerling, Senior Manager at Macquarie, wrote Mr. Johnson on May 2, 2002 and sent him a Request for Equity Proposals. *See* Bates Nos. WPF034030 – WPF034076. Capstar Partners ("Capstar") advised WFEFI on this transaction. *See* Bates Nos. WPF033836 – WPF033860. Louis A. DeCarlo, Senior Vice President of Capstar, submitted a proposal to Mr. Zwerling on May 16, 2002. *See* Bates Nos. WPF034023 – WPF034029. No in-person presentations were made.

Plaintiff also consulted with the following advisors:

King & Spalding LLP – tax advisor;

Ernst & Young LLP – appraiser. *See* Bates Nos. WPF033206 – WPF033432;

R.L. Banks & Associates, Inc. – Service Contract Opinion. *See* Bates Nos. WPF033609 – WPF033706.

27. **Alameda-Contra Costa Transit District ("AC Transit") 2003-1**

Macquarie Corporate Finance (USA) Inc. ("Macquarie") was hired by the Alameda-Contra Costa Transit District to arrange for equity investors for transit buses and articulated buses. *See* Bates No. WPF002913. A "Lease-to-Service Contract, Response to Questions" was provided to WFEFI. *See* Bates Nos. WPF003075 – WPF003489. No in-person presentations were made.

Plaintiff also consulted with the following advisors:

King & Spalding LLP – tax advisor;

Babcock & Brown – financial advisor. *See* Bates Nos. WPF002870; WPF002906 – WPF002912;

Ernst & Young LLP – appraiser. *See* Bates Nos. WPF001034 – WPF001720;

R.L. Banks & Associates, Inc. – Service Contract Opinion. *See* Bates Nos. WPF001732 – WPF001857.

28. **Alameda-Contra Costa Transit District ("AC Transit") 2003-2**

Macquarie Corporate Finance (USA) Inc. ("Macquarie") was hired by the Alameda-Contra Costa Transit District to arrange for equity investors for transit buses and articulated buses. *See* Bates No. WPF005645. No in-person presentations were made.

Plaintiff also consulted with the following advisors:

King & Spalding LLP – tax advisor;

Babcock & Brown – financial advisor. *See* Bates Nos. WPF005649; WPF005652 – WPF005684;

Ernst & Young LLP – appraiser. *See* Bates Nos. WPF005101 – WPF005518;

R.L. Banks & Associates, Inc. – Service Contract Opinion. *See* Bates Nos. WPF005532 – WPF005635.

29. **PACE – The Suburban Bus Division of the Regional Transit Authority 2003-1**

Capstar Partners ("Capstar") was hired by PACE to arrange for equity investors for transit buses. *See* Bates Nos. WPF041353 – WPF041402. A Request for Proposal was sent to WFEFI. *See* Bates Nos. WPF041162 – WPF041210. No in-person presentations were made.

Plaintiff also consulted with the following advisors:

King & Spalding LLP – tax advisor;

Ernst & Young LLP – appraiser. *See* Bates Nos. WPF039876 – WPF040519;

R.L. Banks & Associates, Inc. – Service Contract Opinion. *See* Bates Nos. WPF040837 – WPF040948.

30. **PACE – The Suburban Bus Division of the Regional Transit Authority 2003-2**

Capstar Partners ("Capstar") was hired by PACE to arrange for equity investors for transit buses (see above). No in-person presentations were made.

Plaintiff also consulted with the following advisors:

King & Spalding LLP – tax advisor;

Ernst & Young LLP – appraiser. *See* Bates Nos. WPF038397 – WPF038780;

R.L. Banks & Associates, Inc. – Service Contract Opinion. *See* Bates Nos. WPF039069 – WPF039168.

**INTERROGATORY NO. 3.** Identify, by transaction, all studies, analyses, appraisals, legal opinions, forecasts, projections, and other due diligence performed or prepared by any person in connection with each of the Transactions and 2003 Transactions, including, but not limited to, the due diligence described in paragraphs 52 through 58 of the Complaint. Also

identify the consultants and appraisers referred to and all other persons that performed such work referred to in those paragraphs, and all documents that mention, describe, or evidence such work.

**RESPONSE:** Please see Plaintiff's response to Interrogatory No. 2, which details the advisors utilized by Plaintiff and references the appraisals, pricing runs, and opinions for each of the FTA, QTE and QTP Transactions. Also, see the Credit Approval Presentations for each transaction, which previously have been provided in Plaintiff's Rule 26(a) production. Plaintiff is still working on this response and will make a supplemental production when it is complete.

**DECLARATION**

I, Andrew T. Gardner, hereby declare, under penalties of perjury, that Plaintiff's foregoing Responses to the United States' First Set of Interrogatories is true and complete to the best of my knowledge.

Andrew T. Gardner
Tax Counsel
Wells Fargo & Company

Dated: July 30, 2007

Respectfully submitted by:

THOMAS C. DURHAM
Attorney of Record
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7216

By: [signature]
GARY S. COLTON, JR.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7928

WILLIAM A. SCHMALZL
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7225

CERTIFICATE OF SERVICE

I, Gary S. Colton, Jr. hereby certify that on this 30th day of July, 2007, I caused the foregoing Plaintiff's Responses to the United States' First Request for Production to be served upon the United States of America by electronic delivery, to the following:

Cory A. Johnson
CoryA.Johnson@usdoj.gov

THOMAS C. DURHAM
Attorney of Record
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7216

By: ______________________
GARY S. COLTON, JR.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7928