# EXHIBIT B

## LIST OF ENTITIES SUBSTANTIALLY INVOLVED IN THE REPRESENTATIVE TRANSACTIONS

| REPRESENTATIVE TRANSACTION | ENTITIES |
|---|---|
| Belgacom | Belgacom Mobile (*lessee*)<br>Norwest Bank (*equity investor*)<br>Cornerstone Financial Advisors (*arranger/advisor*)<br>American Appraisal Associates (*appraiser*)<br>De Lage Landen Financial Services (*lender*)<br>Rabo Merchant Bank (*deposit taker*)<br>Stibbe Simont Monahan Duhot (*tax counsel to Norwest Bank*) |
| California Department of Transportation (“CALTRANS”)<br>(2001 SILO transaction) | CALTRANS (*lessee*)<br>Wells Fargo (*equity investor*)<br>Allco Finance Corp. (*arranger/advisor*)<br>Trinity Advisors (*advisor*)<br>Ernst & Young (*appraiser*)<br>Mercer Management Consulting (*service contract opinion*)<br>AIG (*lender, debt payment undertaker, equity payment undertaker, and guarantor*)<br>King & Spalding (*tax counsel to Wells Fargo*) |
| Harris County Metropolitan Transit Authority (“Houston Metro”)<br>(May, 2002 bus SILO transaction) | Houston Metro (*lessee*)<br>Wells Fargo (*equity investor*)<br>Capstar Partners (*financial advisor*)<br>Macquarie Corp. Finance (*advisor*)<br>Ernst & Young (*appraiser*)<br>R.L. Banks & Assoc. (*service contract opinion*)<br>FSA Global Funding (*lender*)<br>Murphy McCalley (*FTA consultant*)<br>King & Spalding (*tax counsel to Wells Fargo*) |

| | |
|---|---|
| New Jersey Transit<br>(2001 light rail SILO transaction) | New Jersey Transit (*lessee*)<br>Wells Fargo (*equity investor*)<br>Capstar Partners (*arranger*)<br>Fleet Capital (*created pricing runs*)<br>Marshall & Stevens (*appraiser*)<br>Mercer Management (*service contract opinion*)<br>AIG (*lender, debt payment undertaker, equity payment undertaker, and guarantor*)<br>Watson, Farley & Williams (*tax counsel to Wells Fargo*) |
| Washington Metropolitan Areas Transit Authority ("WMATA") | WMATA (*counterparty*)<br>Wells Fargo (*equity investor*)<br>Allco Finance Corp. (*arranger/advisor*)<br>Trinity Advisors (*advisor*)<br>Ernst & Young (*appraiser*)<br>Mercer Management (*service contract opinion*)<br>AIG (*lender, debt payment undertaker, equity payment undertaker, and guarantor*)<br>Murphy McCalley (*FTA consultant*)<br>King & Spalding (*tax counsel to Wells Fargo*) |