# EXHIBIT C

## FACT DEPOSITIONS CONDUCTED AND ANTICIPATED

### FACT DEPOSITIONS CONDUCTED BY THE UNITED STATES TO DATE

| DEPONENT | ASSOCIATED ENTITY | IDENTIFIED BY PLAINTIFF PURSUANT TO RCFC 26 |
|---|---|---|
| 1. Mark de Trempe | Cornerstone | Yes |
| 2. Don Roback | Cornerstone | Yes |
| 3. Rick Daubenspeck | American Appraisal | No |
| 4. William Bassett | CALTRANS | No |
| 5. Chris Whitman | Allco | No |
| 6. Dean Riskas | Trinity | No |
| 7. William Harsh | Mercer | Yes |
| 8. John Hackett | Capstar | No |
| 9. Mark Pohl | WMATA | Yes |
| 10. Alvin Doehring | WMATA | Yes |
| 11. Phil Nguyen | Houston Metro | Yes |
| 12. Francis Britton | Houston Metro | Yes |
| 13. Anthony Zavadil | Macquarie | No |
| 14. Jonathan Savar | Macquarie/Capstar | No |
| 15. Phyllis Grossman | Norwest Bank | Yes |

**FACT DEPOSITIONS ANTICIPATED BY THE UNITED STATES AT PRESENT**

| DEPONENT | ASSOCIATED ENTITY | IDENTIFIED BY PLAINTIFF PURSUANT TO RCFC 26 |
|---|---|---|
| 1. Rabo Merchant Bank | 30(b)(6) deposition | No |
| 2. CALTRANS/Bill Bronte | 30(b)6) | No |
| 3. Scott Rivello | Ernst & Young | Yes |
| 4. AIG | 30(b)(6) deposition | No |
| 5. Robert Webb | New Jersey Transit | Yes |
| 6. Brad Vleck | Fleet Capital | No |
| 7. Mark Rigel | Marshall & Stevens | No |
| 8. Nicholas Mermigas | Marshall & Stevens | No |
| 9. John Oates | American Appraisal | No |
| 10. Karen Schuppner | American Appraisal | No |
| 11. David Shuman | R.L. Banks | No |
| 12. FSA Global Funding | 30(b)(6) deposition | No |
| 13. Murphy McCalley | McCalley | No |
| 14. Phil Spector | King & Spalding | No |
| 15. Mike Ziemke | Macquarie | No |
| 16. Tyler Glenn | Trinity | No |
| 17. Wells Fargo | 30(b)(6) deposition | No |
| 18. Richard Johnson | Wells Fargo | Yes |
| 19. Scott Seaborg | Wells Fargo | Yes |
| 20. Don Oram | Wells Fargo | Yes |
| 21. Andrew Rupprecht | Wells Fargo | Yes |
| 22. James Renner | Wells Fargo | No |
| 23. Grant Finch | Wells Fargo/ First Security | No |
| 24. Daniel Vandermark | Wells Fargo | No |
| 25. Michael Newburg | Wells Fargo | No |
| 26. Curtiz Zoerhoff | Wells Fargo | No |
| 27. Rob Engstrom | Wells Fargo | Yes |
| 28. John Lande | Wells Fargo | Yes |
| 29. Collister Johnson | Mercer | No |
| 30. Mark Alexander | Mercer | No |
| 31. Steven Van Reempts | Belgacom | Yes |
| 32. Benny Loix | Belgacom | Yes |
| 33. Melissa Buyle | Belgacom | Yes |
| 34. Peter Ross | Ross Financial | No |
| 35. Peter Kessenich | Public Financial Management | No |
| 36. New Jersey Transit | 30(b)(6) deposition | No |
| 37. Greg Riddle | Orrick Herrington | No |