# In the United States Court of Federal Claims

No. 06-628T

(Filed: September 3, 2008)

```
**************************************** *
                                         *
WELLS FARGO & COMPANY                    *
AND SUBSIDIARIES,                        *
                                         *
                    Plaintiff,           *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

AMENDED SCHEDULING ORDER

On September 3, 2008, the Court conducted a status conference with counsel for the parties to address Defendant's motion to increase the number of fact discovery depositions and extend fact discovery by thirty days, filed on September 2, 2008. After considering the parties' positions, the Court agreed to increase the number of fact discovery depositions by twenty depositions for the Defendant and extend the fact discovery deadline set forth in the Court's June 24, 2008 Order by two weeks. Accordingly, the Court hereby amends the following fact discovery deposition limitation and deadline for discovery in this case:

1. The Defendant may conduct a total of fifty fact discovery depositions;

2. All fact discovery shall be completed by November 14, 2008.

The expert discovery deadlines and trial and telephone conference schedules listed in the Court's June 24, 2008 Order remain unchanged.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge